David P. Myers (SBN 206137)
dmyers@myerslawgroup.com
Rudy Balderama (SBN 234602)
rbalderama@myerslawgroup.com
Ann Hendrix (SBN 258285)
ahendrix@myerslawgroup.com
THE MYERS LAW GROUP, A.P.C.
9327 Fairway View Place, Suite 100
Rancho Cucamonga, CA 91730
Phone (909) 919-2027
Fax (888) 375-2102

Attorneys for Plaintiff

FILED

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

2013 FEB 27  PM 3: 59

BY _____

# UNITED STATEDS DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## ORANGE COUNTY DIVISION

| | |
|---|---|
| LOCAL 50, an unincorporated association, and SAUNDRA ECKLUND, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICE INTERNATIONAL UNION, CTW/CTU, and WORKERS UNITED CONFERENCE <br><br> Defendants. | Case No.   **SACV13-00349 JVS (JPRx)** <br><br> **COMPLAINT FOR VIOLATIONS OF THE LMRA; RECISSION; BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING; LMRDA; AND DECLARATORY AND INJUNCTIVE RELIEF** <br><br> Date Comp. Filed: |

## INTRODUCTION

Plaintiffs, Local 50 and Sandi Ecklund, by and through their undersigned

counsel, make the following allegations against Defendants as follows:

1

**COMPLAINT**

## PARTIES AND JURISDICTION

1.    Plaintiff, Local 50 ("Local 50") (formerly "Workers United Local 50" and "UNITE HERE Local 50"), is a labor organization within the meaning of 29 U.S.C. §185. Local 50 represents the approximately 5,000 members employed by the Disneyland Resort ("Disney") in Orange County, California.   Local 50 is governed by its By-Laws.  Local 50's principal office is located at 527 S Harbor Blvd. Anaheim, CA 92805.  Local 50 maintains some of its bank accounts and all of its real property within Orange County California.

2.    Plaintiff, Sandra Ecklund ("Ecklund"), is an individual residing in Los Angeles County,  California.  Plaintiff Ecklund is Local 50's President as well as a member of Local 50.

3.    Plaintiff Local 50 and individual Plaintiff Ecklund shall collectively be referred as "Plaintiffs".

4.    Defendant Workers United Conference ("Workers United") is an international labor organization whose headquarters is located in New York, NY. The Defendant Workers United is now comprised of various Joint Boards with each Joint Board comprised of individual union locals.  Workers United is governed by its Constitution, incorporated herein by reference as **"Exhibit A."** Prior to disaffiliation, Local 50 was the only affiliate of Workers United that was a local union directly affiliated with the International (i.e. they did not belong to an intermediary Joint Board).

**COMPLAINT**

5.      Defendant, Service Employees International Union CFW/CLC ("SEIU"), is an international labor organization whose headquarters is located in Washington, DC. The SEIU is divided into six geographical districts, each of which is run by a District Council.  The SEIU is governed by its Constitution and Bylaws, attached hereto as **"Exhibit B."**

6.      Defendant Workers United and Defendant SEIU shall collectively be referred to as "Defendants".

## NATURE OF THE ACTION

7.      In this action, Plaintiffs request declaratory and injunctive relief under § 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 and 2202, and various other claims for relief set forth below. In particular, this is an action to determine the right of Local 50's membership to disaffiliate from the Defendants and retain an equitable distribution of the Local 50's assets within the control of Local 50.  The right to disaffiliate is a basic democratic principle recognized under law and which cannot be negated by means of a retaliatory trusteeship.

8.      Local 50 affiliates and its members have no adequate remedy at law. Without declaratory and injunctive relief Local 50 will be unable to represent and protect the interests of their members.

## JURISDICTION AND VENUE

9.      This Court has jurisdiction of the subject matter of this civil action

under §301 of the Labor-Management Relations Act of 1947, 29 U.S.C. §185, in that it is a suit by and against a labor organization under Titles I and III of the Labor Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. §§401 et seq., and the principles of supplemental jurisdiction. Declaratory relief is authorized pursuant to 28 U.S.C. §§ 2201 and 2202.

10.    Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2) in that a substantial part of the events or omissions giving rise to the claims occurred in this district, and the property at issue is located within this district. Venue is also proper in this district pursuant to 29 U.S.C. §§185(a) and 412 in that the principal office of Plaintiff Local 50 is located in this district and it is in this district that Plaintiffs were denied their rights pursuant to actions taken by the Defendants and their duly authorized agents.

11.    Venue is proper as a substantial part of the property that is subject to dispute is located in the County of Orange, California.   28 USC § 1391 (b)(2).

### FACTUAL ALLEGATIONS

12.    At all relevant times, Local 50 has collectively bargained and enforced its own labor contracts on behalf of its membership independently and without the assistance of any other entity.  Prior to its affiliation with Workers United, Local 50 was affiliated with UNITE HERE, an international union.

**COMPLAINT**

## THE CREATION OF WORKERS UNITED AND THE BREAK UP OF UNITE HERE

13.    Workers United was created during the first Workers United Convention which was held during the weekend of March 21st and 22nd, 2009, (hereinafter referred to as the "Founding Convention"), when various local unions previously affiliated with UNITE HERE disaffiliated *en masse* to merge into and form Workers United.  At the time of the disaffiliation, UNITE HERE attempted to exercise its perceived right to prevent the disaffiliation by, *inter alia*, the suspension of a dissident union president, threatening an emergency trusteeship of all disaffiliating locals, and a legal action to claim the assets of each of the dissident local unions comprising Workers United.  A true and correct copy of the Constitution of UNITE HERE is attached hereto as **"Exhibit C."**

14.    In pertinent part, the UNITE HERE Constitution contained the following language, at Article 21, Section 2, entitled "**Property Held by Affiliates**":

> (a) All initiation fees, dues, other payments due or owed by members, and all other funds and property and all books and records in the possession of or subject to the control of any affiliate shall be and remain the property of UNITE HERE, but shall be retained by the affiliate with full power to use them for its proper purposes so long as such affiliate holds a valid charter issued by UNITE HERE, or until an affiliate receives notice that an employer employing all of the affiliate's members will permanently close its operations and terminate all of the affiliate's members.
> (b) The funds and property in the possession of an affiliate shall be exclusively devoted to the fulfillment of the organizational purposes

**COMPLAINT**

set forth in this Constitution and shall not be liquidated or disposed of, in whole or in part, by dividing it up among the members, directly or indirectly, or by expending or diverting it in any other manner in violation of this Constitution. The International Union's Presidents shall take all necessary steps to protect the Union's property.

(c) When the charter of an affiliate is revoked or becomes invalid, or when an affiliate receives notice from an employer that the employer will permanently close its operations and terminate all of the affiliate's members, then the charter, funds, books, records and other property held by or for such affiliate shall immediately be delivered to and all rights thereto transferred to UNITE HERE. It shall administer all such property in the best interests of all the members of UNITE HERE. Such delivery and transfer shall be made immediately to the Presidents by the bonded officer or person with custody or control of such property.

15. UNITE HERE failed to prevent its locals from disaffiliating from UNITE HERE with its membership and assets. Moreover, and notwithstanding the provisions of Article 21, Section 2, UNITE HERE was unsuccessful in its efforts to seize the assets of the disaffiliating local unions that joined Workers United, including, but not limited to, Local 50.

16. At the time of the disaffiliation, the Workers United members took the position that the UNITE HERE Constitution did not prevent its locals from disaffiliating from UNITE HERE with its membership and assets. At the time that Workers United was created, President Ecklund and other local union leaders within Workers United did not want to be in a position where they would have to pledge their assets in the event that the memberships of their respective unions desired to disaffiliate from SEIU and Workers United.

17. During the Founding Convention, Workers United, by and through its

**COMPLAINT**

Constitution, adopted essentially the same provision of the UNITE HERE

Constitution governing the disposition of assets of disaffiliating local unions.  In

pertinent part, the Workers United Constitution contains the following language, at

Article 22, Section 2, entitled "**Property Held by Affiliates**":

> (a) All initiation fees, dues, other payments due or owed by members, and all other funds and property and all books and records in the possession of or subject to the control of any affiliate shall be and remain the property of Workers United, but shall be retained by the affiliate with full power to use them for its proper purposes so long as such affiliate holds a valid charter issued by Workers United, or until an affiliate receives notice that an employer employing all of the affiliate's members will permanently close its operations and terminate all of the affiliate's members.
> (b) An affiliate shall use its assets exclusively to fulfill the organizational purposes set forth in this Constitution and shall not liquidate or dispose of them, in whole or in part, by dividing them among the members, directly or indirectly, or by expending or diverting them in any other manner which violates this Constitution. Workers United's President and Secretary-Treasurer shall take all necessary steps to protect the Union's property.
> (c) When the charter of an affiliate is revoked or becomes invalid, or when an affiliate receives notice from an employer that the employer will permanently close its operations and terminate all of the affiliate's members, then the charter shall be delivered to Workers United.  The affiliate's funds, books, records and other property held by or for such affiliate shall immediately be delivered to and all rights thereto transferred to the affiliate's joint board; or, in the case of a directly affiliated local, to Workers United.  It shall administer all such property in the best interests of Workers United's members.  Such delivery and transfer shall be made immediately, as necessary, to the Joint Board's principal officer; or to Workers United's Secretary-Treasurer, or their designee, by the bonded officer or person with custody or control of such property.

## LOCAL 50'S VOLUNTARY MERGER INTO WORKERS UNITED

18.   At the time the merger took place, the leadership Defendant Workers

**COMPLAINT**

1   United maintained that UNITE HERE had no right to divest the assets of any

2   locals — including Local 50 (formerly UNITE HERE Local 50) — which

3

4   disaffiliated from UNITE HERE and merged into Workers United. Despite

5   objection of the Executive Board of UNITE HERE to the disaffiliation, Local 50

6   merged into Workers United while retaining all of its assets.

7

8       19.   Local 50 agreed to disaffiliate from UNITE HERE and merge into

9   Workers United largely on the basis of assurances that it would remain an

10   independent and autonomous entity with assets separate and apart from Workers

11

12   United and SEIU.

13       20.   Although Local 50 agreed to be bound by the Constitution of Workers

14   United at the time of its merger, Local 50 remained an independent and

15

16   autonomous entity with assets separate and apart from Workers United. At the

17   time of its merger into Workers United, Local 50 was allowed to retain

18   independent title to its assets. At no time has Local 50 granted title to its assets to

19

20   Workers United or any other organization.

21       **THE AFFILIATION AGREEMENT BETWEEN WORKERS UNITED**

22                                **AND SEIU**

23

24       **21.**   During the Founding Convention, Workers United entered into an

25   affiliation with SEIU. Specifically, SEIU and Workers United, with the signatures

26   and agreement of all respective officials from the various Joint Boards and local

27

28   unions, entered into the affiliation agreement ("Affiliation Agreement") on March

8

**COMPLAINT**

1    22, 2009. This Affiliation Agreement is attached hereto as **"Exhibit D."**

2        **22.**    On February 16, 2010, SEIU and Workers United entered into a

3
4    modification of Affiliation Agreement which is attached hereto as **"Exhibit E."**

5        23.    The Affiliation Agreement contained a provision which affirmed the

6
7    right of each Workers United local union, including Local 50, to disaffiliate from

8    SEIU and Workers United along with its property and assets.  Nothing in the

9    Affiliation Agreement purported to infringe upon the right of independent union

10
11   locals to disaffiliate from Workers United or SEIU, but rather provided a

12   mechanism by which each local union could lawfully disaffiliate from SEIU and

13   Workers United while retaining its property and assets.  In pertinent part, the

14
15   Affiliation Agreement contains the following language, at Article XI, entitled

16   **"DISAFFILIATION"**:

17        At any time no later than four (4) years after the effective date of this
18        Agreement, the Workers United Conference shall have the right to review
         this Affiliation Agreement and to disaffiliate without cause from SEIU.
19        SEIU will be given 90 day notice of any meeting at which the Workers
         United General Executive Board and/or Convention will consider
20        disaffiliation, and its representatives will have the right to address such
         meeting. **If any Workers United affiliate adopts a resolution in favor of**
21        **disaffiliation from SEIU, SEIU shall be promptly notified.  In event of a**
22        **disaffiliation, the Workers United Conference and its affiliated Joint**
         **Boards and local unions shall be entitled to disaffiliate from SEIU with**
23        **all of their assets.**  (emphasis added) (Ex. E)
24
25        **24.**    On January 21, 2011, SEIU and Workers United entered into a

26   Settlement Agreement regarding the Affiliation Agreement attached hereto as
27
28   **"Exhibit F."**

**COMPLAINT**

25.   On January 22, 2013, SEIU and Workers United Conference attempted to enter into the Revised Affiliation Agreement despite the objection of Plaintiff Ecklund.  President Ecklund, and the other General Executive Board members, did not receive an integrated Revised Affiliation Agreement but rather the two documents attached as **Exhibits G and H**. The text of the Revised Affiliation Agreement deviated substantially from the original Affiliation Agreement: (1) Workers United were no longer to hire a skilled staff that could assist in servicing affiliates, including Local 50; (2) the entire amount of per capita tax would be paid directly to SEIU and not Workers United; (3) Workers United would be indebted to SEIU for the sum of $16,332,534.78; (4) all per capita taxes earned by Workers United would be used to pay Workers United's assumed debt to SEIU; (5) that SEIU would no longer provide three researchers on the SEIU payroll to assist Workers United in organizing and collective bargaining on behalf of its affiliates, including Local 50; (6) that SEIU was no longer obligated to provide any staff to assist Workers United on trade issues and military contracting; (7) SEIU now had the ability to direct Workers United to trustee a Workers United Affiliate; (8) striking out the provision, at Article XI, entitled, "Disaffiliation," which had previously permitted Workers United affiliates to disaffiliate from SEIU and allowed affiliates to retain all of their assets upon disaffiliation (albeit with this redaction being conditionally dependent and valid only upon banking regulatory approval and compliance); and (9) after five years as an affiliate of SEIU,

Defendants would control an estimated seventy-one percent of all dues being paid and divert all of that money away from the direct representation of Local 50 members (including, per caps, Unity Fund payments, required organizing allocations, COPE funding, state council funding, and Workers United per caps that would be unfunded in five years).

26.    The Revised Affiliation Agreement was not a "modification" of the original Affiliation Agreement, as originally presented to Workers United constituent locals, but rather was, after acceptance, purported to be a completely new agreement pursuant to which the Defendants recognized that they were "revising the terms and conditions under which" the Defendants would define their affiliation.

27.    The original Affiliation Agreement provided that, "if any Workers United affiliate adopts a resolution in favor of disaffiliation from SEIU, SEIU shall be promptly notified.  In event of a disaffiliation, the Workers United Conference and its affiliated Joint Boards and local unions shall be entitled to disaffiliate from SEIU with all of their assets."  However, Local 50 has never pledged their assets to either Workers United or SEIU in the event of disaffiliation. Furthermore, as alleged *supra*, the Revised Affiliation Agreement provision, which purported to strike out the disaffiliation provisions of the original Affiliation Agreement was expressly subject to prospective banking regulatory approval, with the effect that it was not and has not been legally operative or of any legal force and effect.

**COMPLAINT**

28.   Plaintiffs contend that Noel Beasley, the President of Workers United, failed to fulfill his fiduciary obligations towards Local 50, its membership, and Plaintiff Ecklund.   Beasley, whose very own Joint Board owes Workers United Conference $2,485,274.12 in delinquent per capita dues, threatened Local 50 with trusteeship in the event that Local 50 pursued disaffiliation, intentionally misled Local 50 and breached his fiduciary duties when making false assurances such as that "he [would] do everything he can do" to allow Local 50 to disaffiliate from Workers United and SEIU.   In reality, Mr. Beasley agreed to strike language that would have enabled Workers United, its joint boards, and local unions the ability to disaffiliate from SEIU and, furthermore, agreed to strike language stating that a local union would retain its assets in the event that it disaffiliated.   This breach was compounded by the fact that he supported a deal that saddled Workers United with over $20,000,000 in debt, while at no point demanding that delinquent locals and joint boards, including his own, come current on outstanding debts.

## LOCAL 50'S EFFORTS TO DISSAFILIATE FROM DEFENDANTS

29.   Subsequent to the effectuation of the Affiliation Agreement, there had been growing discontent among the members of Local 50 with the conduct of Workers United. This discontent was based on the fact that nearly all of the Workers United treasury was being diverted to SEIU without any meaningful oversight or justification.  In addition, Local 50 was one of the few affiliates that would pay all per capita, dues, and fees on time.  The vast majority of the local

**COMPLAINT**

affiliates of Workers United were delinquent in their per capita dues and fees and owed Workers United millions of dollars in arrearages. Despite owing millions of dollars to Workers United, no local affiliate of Workers United has ever been disciplined, trusteed, or had its charter revoked on account of its failure to comply with the express financial requirements of the Workers United Constitution. Local 50's discontent with the financial improprieties of Workers United, in conjunction with the ever increasing control SEIU was exerting over Workers United's internal structure and financial affairs, led Local 50's membership to consider whether to disaffiliate from Workers United and SEIU.

30.  On February 19, 2013, Sandi Ecklund presented the Workers United General Executive Board petitions signed by approximately seventy five percent of Local 50's active members at that time, proposing and endorsing Local 50's desire to disaffiliate from Workers United.

31.  The very same day, President Ecklund made a motion to the Worker's United Executive Board to approve the disaffiliation of Local 50 from the Workers United Conference. The Workers United Executive Board, acting in concert with and under the direction of SEIU, voted to reject Plaintiff Local 50's request for consent to the withdraw. During discussions with Local 50 regarding Local 50's membership's desire to withdraw from Workers United, Local 50 was told that Workers United would "win" any litigation because it would strip Local 50 of its assets and leave its members without any financial support.

**COMPLAINT**

32.    On February 22, 2013, Local 50's Executive Board conducted a disaffiliation vote to determine whether it wished to remain affiliated with Defendants SEIU and Workers United.  The Local 50 Executive Board unanimously voted by resolution to disaffiliate from Defendants SEIU and Workers United.

33.    At the time, Plaintiff Ecklund was aware that Workers United had previously agreed to allow Unite HERE, Local 74, (formerly known as Workers United Local 74) to disaffiliate while retaining all of its assets.  This was consistent with the meaning and intent of the Affiliation Agreement signed between Workers United and SEIU, which allowed the disaffiliation of local unions without the forfeiture of their assets.

# WORKERS UNITED REJECTION OF LOCAL 50'S DISSAFILIATION PETITION

34.    On February 27, 2013, Local 50's President, Plaintiff Ecklund, notified the Workers United Executive Board and SEIU of the decision to disaffiliate.

35.    At the time Local 50 informed Workers United that it desired to disaffiliate from Workers United, Defendant Workers United demanded that Plaintiffs cease and desist from allowing the disaffiliation of Local 50 and, furthermore, threatened sanctions in the form of an emergency trusteeship and the seizure of all assets.   Fearing reprisals against Local 50 in the form of a forced

**COMPLAINT**

receivership and the extra-judicial seizure of assets, Plaintiffs have sought the intervention of this Court.

36.    Plaintiffs allege, on the basis of information and belief, that, prior to denying Local 50 permission to disaffiliate, Workers United has never attempted to stop any local union from disaffiliating and, moreover, openly permitted said locals to disaffiliate and retain its assets.  Plaintiffs are informed and believe and, therefore, allege that Workers United has allowed at least one union local — formerly Workers United Local 74 — to disaffiliate with its assets and membership intact.

37.    Defendant Workers United has failed to explain why Local 74 was allowed to disaffiliate while keeping its assets whereas Local 50 was being forced to choose between disaffiliating and forfeiting all assets or remaining affiliated without forfeiting its assets. Furthermore, Defendant Workers United has failed to explain why other affiliates have not been trusteed or had their charters revoked in light of the affiliate's failure and refusal to pay required per caps, dues and fees required of all affiliates.

38.    The Worker United Executive Board's decision to deny approval of the disaffiliation vote despite the overwhelming support of Local 50's membership was unjustified and arbitrary.  At no time has the Workers United Executive Board explained its reasoning or criteria for refusing to approve or endorse the disaffiliation vote.

**COMPLAINT**

39.   Due to Local 50's membership's involvement in petitioning to disaffiliate, the Defendants, by and through the Workers United Executive Board, have threatened to take punitive measures to stop Local 50 from disaffiliating.  In particular, the Workers United's Executive Board has threatened, on behalf of the Defendants, to seize Local 50's assets, terminate its leadership, and to place Local 50 under a trusteeship.  The fulfillment of such threats would render Local 50 incapable of representing its membership and/or performing the basic functions of a collective bargaining representative.  The danger of such impending harm gives rise to the major controversy between the Parties.

40.   In light of the threats of retribution made by the Defendants, the Plaintiffs seek to obtain injunctive relief preventing the Defendants from interfering with the Local 50's lawful right to disaffiliate, whether by imposing a trusteeship or seizing the bank accounts and real property held in the name of Local 50.  The Plaintiffs also seek declaratory relief from the Court regarding Local 50's right to peaceably disaffiliate from Defendants without any retaliation by the Defendants and, furthermore, to resolve any and all disputes over the equitable distribution of Local 50's assets through a judicial determination. Such injunctive and declaratory relief is essential because Local 50 relies upon its assets in order to competently represent its members.

41.   The Constitution of Workers United does not restrict the right of the membership of Local 50 to disaffiliate from Workers United.  However, this has

**COMPLAINT**

not stopped the Executive Board from making threats to punish Plaintiff Local 50's membership for seeking to disaffiliate.

42.   The Defendants, by and through the Workers United Executive Board, have taken the position that Local 50 may not voluntarily disaffiliate from Workers United while retaining its assets.  More specifically, Defendants have threatened to confiscate the assets held by Local 50 through an extrajudicial seizure of its assets.  Such an extra-judicial seizure of assets will be effectuated through an emergency trusteeship, which is unlawful and would eviscerate Local 50 and render it incapable of representing its members and/or protecting the rights of its members.

43.   Plaintiff Local 50 relies on its assets, including its bank accounts, operating accounts, equipment, and real property, in order to function as a collective bargaining representative for its members.  Consequently, the Defendants' threatened extra-judicial seizure of Local 50's assets will likely bankrupt Local 50, irreparably harm Local 50's membership by chilling the free exercise of their right to be represented by a collective bargaining representative of its choosing, and force Local 50 out of existence.  Moreover, the use of an emergency trusteeship to confiscate the assets of Local 50 would violate the Constitution of Workers United, the Affiliation Agreement, and governing law. Accordingly, Plaintiffs request injunctive relief from this Court prohibiting the Defendants from using any such extra-judicial means to seize Local 50's assets

**COMPLAINT**

1   and/or taking any extra-judicial punitive measures solely to interfere with the

2   democratic rights of the membership of Local 50.

3
4   44.   At no time has Defendant Workers United presented any substantiated

5   reason nor any plausible theory as to how Local 50's disaffiliation would have any

6   detrimental material effect upon collective bargaining power of Local 50 or Local

7
8   50's ability to effectively protect its membership or enforce its existing contract

9   with Disney.  If anything, Local 50 anticipates that the additional dues income

10  could allow Local 50 to better represent its membership.

11
12  45.   On February 27, 2013, when it became clear that no settlement was in

13  the foreseeable future, Local 50 formally announced to the Defendant Workers

14  United that it was implementing a disaffiliation from Defendant and would,

15  immediately thereafter, seek a judicial determination regarding the legalityof its

16
17  disaffiliation vote and its claim to the retention of its assets.

18
## FIRST CAUSE OF ACTION
19
### VIOLATIONS OF AFFILIATION AGREEMENT
20
21  (LMRA SECTION 301)

22
23  46.   The foregoing allegations are incorporated by reference.

24  47.   The Defendants' actions described above constitute a breach and

25  violation of the Affiliation Agreement between Workers United and SEIU.

26
27  48.   The Defendants have breached Section 301of the LMRA by violating

28  the terms of the Affiliation Agreement, dated March 22, 2009, and in particular,

**COMPLAINT**

the provision which affirmed the right of each Workers United local union,

including Local 50, to disaffiliate from SEIU and Workers United along with its

property and assets.  Nothing in the Affiliation Agreement purported to infringe

upon the right of independent union locals to disaffiliate from Defendants, but

rather provided a mechanism by which each local union could lawfully disaffiliate

while retaining its property and assets.  In pertinent part, the Affiliation Agreement

contains the following language, at Article XI, entitled "**DISAFFILIATION**":

> At any time no later than four (4) years after the effective date of this
> Agreement, the Workers United Conference shall have the right to review
> this Affiliation Agreement and to disaffiliate without cause from SEIU.
> SEIU will be given 90 day notice of any meeting at which the Workers
> United General Executive Board and/or Convention will consider
> disaffiliation, and its representatives will have the right to address such
> meeting. **If any Workers United affiliate adopts a resolution in favor of
> disaffiliation from SEIU, SEIU shall be promptly notified.  In event of a
> disaffiliation, the Workers United Conference and its affiliated Joint
> Boards and local unions shall be entitled to disaffiliate from SEIU with
> all of their assets.** (emphasis added)

49.    Local 50 requests declaratory relief from this Court on the controversy

as to the legal effect of the Affiliation Agreement dated March 22, 2009, in

connection with its petition to disaffiliate from Defendants.

50.    The Affiliation Agreement precludes the use of a sham trusteeship by

Defendants to prevent or punish its constituent locals from seeking disaffiliation.

Here, Defendants have breached the Affiliation Agreement by threatening to seize

Local 50's assets in retaliation for the decision of its membership to disaffiliate.

Plaintiffs seek injunctive and declaratory relief on the grounds that it is entitled to,

1    at minimum, a judicial determination as to whether it is entitled to retain a fair and

2    equitable distribution of its assets on account of the Affiliation Agreement entered

3

4    into between SEIU and Workers United.

5        51.    The Plaintiffs further request injunctive relief to prevent the

6

7    Defendants from using a sham trusteeship to retaliate against the Plaintiffs for the

8    exercise of their protected rights and seize its assets through extra-judicial means.

9                        **SECOND CAUSE OF ACTION**
              **VIOLATIONS OF WORKERS UNITED INTERNATIONAL**
10                             **CONSTITUTION**
                            **(LMRA SECTION 301)**
11

12       52.    The foregoing allegations are incorporated by reference.

13

14       53.    The Defendants' actions described above constitute a breach and

15   violation of the Affiliation Agreement between Workers United and SEIU.

16       54.    The Workers United Constitution is a contract between Workers

17

18   United and its constituent local unions in that it grants rights and imposes

19   mandatory obligations on local unions affiliated with Workers United. The

20
     members of the local unions are third-party beneficiaries of this contract.
21

22       55.    The Defendant Workers United materially breached the Workers

23   United Constitution by threatening to implement a trusteeship solely on the

24
     grounds that the membership of Local 50 had signed a petition to disaffiliate from
25

26   Defendants.  Consequently, the right to disaffiliate has effectively been rendered

27   illusory by the fact that the Executive Board has failed and refused to provide any

28

**COMPLAINT**

1  objective criteria for not approving the Plaintiff's request to disaffiliate from the

2  Defendants.

3
4        56.   Workers United materially breached the Workers United Constitution

5  by forfeiting its autonomy and subordinating itself and conferring effective control

6  over its internal affairs to SEIU.

7
8        57.   Workers United breached the covenant of fair dealing and good faith

9  implied in the Workers United Constitution when its Executive Board arbitrarily

10 refused to grant the Plaintiffs' request to disaffiliate from the Defendants despite

11
12 the democratic vote of the Local 50's membership.

13       58.   Bound by its announced assurances that the Affiliation Agreement

14
15 would allow Local 50 and all other Workers United locals to remain independent

16 and autonomous, the Defendants are estopped from claiming that Local 50 is

17 governed by the terms of the SEIU Constitution.

18
19       59.   The decision not to follow past precedent in respect to the case of

20 former Workers United 74 was improper.  The unopposed disaffiliation of former

21 Workers United Local 74 is not distinguishable on any good faith grounds.  The

22
23 Defendants have waived and/or modified the provisions in the Workers United

24 Constitution relating to the forfeiture of the property of any disaffiliating locals.

25                    **THIRD CAUSE OF ACTION**
26 RESCISSION OF CONTRACTUAL RELATIONS BETWEEN LOCAL 50 AND
                        THE WORKERS UNITED
27                          (RESCISSION)
28       60.   The foregoing allegations are incorporated by reference.

**COMPLAINT**

61.   The Defendants' actions described above constitute a breach and violation of the Affiliation Agreement between Workers United and SEIU.

62.   The right to disaffiliate was fundamental to the contractual agreement between Workers United and Local 50. That right cannot be extinguished without the consent of Local 50.  Local 50 did not accept this material change in its contractual relationship with the International, permitting Local 50 to rescind its relationship which it did by disaffiliating.

63.   Local 50 requests declaratory relief from the Court on the question as to whether the Revised Affiliation Agreement between SEIU and Workers United effectively rendered Local 50 a subordinate local union subject to the Constitution and Bylaws of the SEIU.

64.   Local 50 submits that the Revised Affiliation Agreement between Workers United and SEIU cannot legally render Local 50 a subordinate labor union subject to the Constitution and Bylaws of the SEIU.  To the extent the Court finds that Workers United entered into the Revised Affiliation Agreement with the understanding and effect that SEIU would assume control of Local 50 as a subordinate local union, Local 50 seeks an order from this Court rescinding Local 50's contractual relationship with Workers United on the grounds that the Revised Affiliation Agreement constituted a unilateral and unauthorized material change in the contractual relationship between Local 50 and Workers United.

65.   Furthermore, Local 50 requests an order from this Court establishing

**COMPLAINT**

that the Revised Affiliation Agreement is null and void because it was not properly enacted and was procured through misrepresentations regarding the power and authority that SEIU would have over Local 50 in regard to restricting Local 50's right to disaffiliate from Workers United and SEIU, as well as Local 50's ability to retain assets.

## FOURTH CAUSE OF ACTION
### THE REVISED AFFILIATION AGREEMENT WAS NOT PROPERLY ENACTED
### (RECISSION)

66.    The foregoing allegations are incorporated by reference.

67.    The Defendants' actions described above constitute a breach and violation of the Affiliation Agreement between Workers United and SEIU.

68.    The amendment process was flawed in that it was accompanied by misrepresentations concerning the reasons for and effect of the amendments and the absence of any meaningful opportunity for discussion and debate particularly on the central question of whether the amendment was merely a clarification of the original Affiliation Agreement.

69.    By reason of the foregoing, the amendment affecting the right to disaffiliate is either void generally and/or otherwise does not apply to Local 50.

**COMPLAINT**

## FIFTH CAUSE OF ACTION

DELCARATION THAT LOCAL 50 RETAINS ITS ASSETS AND TO ENJOIN
DEFENDANTS FROM INTERFERING WITH THOSE ASSETS
(DECLARATORY AND INJUNCTIVE RLEF REGARDING ASSETS)

70.    The foregoing allegations are incorporated by reference.

71.    The Defendants' actions described above constitute a breach and violation of the Affiliation Agreement between Workers United and SEIU.

72.    Local 50 was created as an unincorporated association.  As an unincorporated association, title to assets held by Local 50 is vested in the form of undivided interests in the members of the Plaintiffs.

73.    Workers United did not create Local 50.  In fact, Local 50's creation predated the Constitution of Workers United.  Local 50's charter has never been revoked or surrendered

74.    The Plaintiffs earned their assets by its membership for decades before Workers United was created.

75.    There are broad and irreconcilable differences at this point between the Local 50 and Defendants. The differences are based on the fact that nearly all of the Workers United treasury was being diverted to SEIU without any meaningful oversight or justification, that Workers United has arbitrarily allowed the vast majority of the local affiliates of Workers United was delinquent in their per capita dues and fees without any accounting or effort to cure those delinquencies, the absolute control SEIU has over Workers United (which is

**COMPLAINT**

nominally a legally autonomous entity), and the threats that Defendants have made against Local 50 on account of its desire to disaffiliate to impose a sham trusteeship and seize its assets.  In light of Defendant's recent threat to impose a sham trusteeship on Local 50, Plaintiffs anticipate more attacks by the Defendants against Local 50.

76.   The Affiliation Agreement between Local 50 and Defendants expressly affirms Local 50's right to disaffiliate with its respective assets. Accordingly, Defendants therefore cannot usurp the right of Local 50 to disaffiliate with its respective assets.

77.   The Workers United Constitution does not state that affiliates lose their assets upon disaffiliation. Workers United chose to adopt language regarding the consequences of disaffiliation without expressly stating that the disaffiliation will result in the immediate and automatic forfeiture of assets.  Consequently, the Workers United Constitution cannot be used as a basis to recover assets from Local 50.  Indeed, this view of the Workers United position was taken by the Workers United at the time of its own disaffiliation from UNITE HERE, which had a constitution containing identical provisions regarding the disposition of assets of a disaffiliating local.  This is reflected in the fact that Article 21, Section 2, entitled "Property Held by Affiliates," of the UNITE HERE Constitution is virtually identical in all material respects to Article 22, Section 2, entitled "Property Held by Affiliates" contained in the Workers United Constitution.

**COMPLAINT**

78.    This Court should declare that the assets of Local 50 should remain the property of Local 50 and enjoin Defendants from interfering in any way with those assets.

## SIXTH CAUSE OF ACTION

### DELCARATION THAT THAT THE WORKERS UNITED CONSTITUTION AND AFFILILATION AGREEMENT ARE VOID DUE TO DEFENDANTS' BREACH OF THE COVENANTS OF GOOD FAITH AND FAIR DEALING (BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING)

79.    The foregoing allegations are incorporated by reference.

80.    Defendants have caused a breach of the implied covenant of good faith and fair dealing inherent in the Workers United Constitution and the Affiliation Agreement, as amended. Defendants have engaged in arbitrary and unreasonable conduct which has had the effect of preventing Local 50 from receiving the fruits of the Workers United Constitution and the Affiliation Agreement by engaging in conduct that frustrated the overarching purpose of the Affiliation Agreement and the Workers United Constitution by taking advantage of its control over the Workers United Constitution in order to control the implementation of the terms of the Affiliation Agreement, as amended, and the Workers United Constitution.

81.    Defendants breached the covenant of fair dealing and good faith implied in the Workers United Constitution and the Affiliation Agreement when its Executive Board arbitrarily refused to grant the Plaintiffs' request to disaffiliate

**COMPLAINT**

from the Defendants despite the democratic vote of the Local 50's membership.

82.    Defendants breached the covenant of fair dealing and good faith implied in the Workers United Constitution and the Affiliation Agreement when they arbitrarily and capriciously threaten Local 50 with trusteeship and the seizure of its assets.

83.    Workers United breached the covenant of fair dealing and good faith implied in the Workers United Constitution and the Affiliation Agreement when it forced Workers United to waste the assets of Workers United for the purpose of enriching SEIU.

84.    The Defendants breached the covenant of fair dealing and good faith implied in the Workers United Constitution and the Affiliation Agreement by threatening action that will result in the forfeiture of the membership's assets in derogation of the democratic principles of autonomy and due process embodied in the Workers United Constitution and the Affiliation Agreement instead of persistent factionalism in which the only goals Defendants support are the were the goals of the SEIU.

85.    The Plaintiffs request injunctive relief to prevent the Defendants from engaging in the corrupt practice of using trusteeships over Local Unions to further SEIU's political agenda.

86.    The Defendants made misrepresentations and breached minimum democratic protocols by forming the Revised Affiliation Agreement under the

**COMPLAINT**

false pretense that the Local 50 would not forfeit their rights to autonomy and the retention of their assets. Specifically, the assurances of continued autonomy made by Defendant Workers United's President, Noel Beasley, to procure the adoption of the Revised Affiliation Agreement were blatantly false and constituted a breach of his fiduciary duties to Plaintiffs and all other local affiliates. This conduct further demonstrates Defendants' open and manifest breach of the covenants of good faith and fair dealing that are inherent in the Workers United Constitution and the Affiliation Agreement.

87.    The breaches of the covenant of good faith and fair dealing inherent in the Workers United Constitution and the Affiliation Agreement by Defendants described in this Complaint render the Workers United Constitution, the SEIU Constitution, and the Revised Affiliation Agreement void and unenforceable against Local 50.

## SEVENTH CAUSE OF ACTION
DECLARATION THAT THE WORKERS CONSTITUTION AND AFFILIATION AGREEMENT AGREEMENTS ARE VOID DUE TO DEFENDANTS' FRUSTRATION OF THE PURPOSES FOR THE AFFILAITION BETWEEM LOCAL 50 AND WORKERS UNITED
(Fraud and Misrepresentation)

88.    The foregoing allegations are incorporated by reference.

89.    The merger of between Local 50 and Workers United has failed of its essential purposes. The purposes of the merger into Workers United was to ensure Local 50 to maintain the autonomy and fair governance and for Workers United to

exercise its fiduciary duties in regard to the management of the

90.    Since Defendants have allowed the Workers United run unsustainable budgetary deficits that will inevitably harm Local 50's membership for the benefit of SEIU.

91.    Defendants have taken the extraordinary and unlawful step of using the threat of a sham trusteeship to solidify SEIU's political control over the Workers United and eliminate any opposition to their schemes.

92.    Defendants' effort to frustrate the purposes of the founding of Workers United have completely and substantially destroyed the basis of the Affiliation Agreement and the Workers United Constitution (i.e., the founding documents), as both parties understood the initial terms of the merger.

93.    The conduct by Defendants frustrating the purpose of the Affiliation Agreement and the Workers United Constitution renders the Workers United Constitution void and unenforceable against Local 50.

## EIGHTH CAUSE OF ACTION
### DECLARATION THAT WORKERS UNITED'S CONSTITUION AND ALL AFFILAITION AGREEMENTSW BE VOID AS TO LOCAL 50 ON ACCOUNT OF DEFENDANTS' UNCLEAN HANDS
(Unclean Hands)

94.    The conduct of the Defendants has been and continues to be reprehensible. The schemes to compel Local 50 to surrender its assets to the benefit of SEIU and to the detriment of the Local 50 membership is grossly unfair.

**COMPLAINT**

The Defendants' representatives have demonstrated unclean hands in many ways described hereinabove in this Complaint.

95.    The Defendants' unclean hands constitutes a basis for the entry of an order precluding Defendants from interfering with the assets or operations of Local 50.

**NINTH CAUSE OF ACTION**
VIOLATION OF THE LMRDA
(LMRDA)

96.    The foregoing allegations are incorporated by reference.

97.    The threatened trusteeship over Local 50 is unlawful because Local 50 has disaffiliated from Workers Untied and is no longer subject to its Constitution.

98.    The threatened trusteeship over Local 50 has not been, and will not be, imposed for any valid purpose under § 302 of the LMRDA, 29 U.S.C. § 462.

99.    Local 50 has been and will be irreparably harmed if Workers United is allowed to effectuate the imposition of a trusteeship over it.

**PRAYER FOR RELIEF**

Plaintiffs request that this Court enter an Order and Judgment providing Plaintiffs with the following relief:

1. Declaring that the Revised Affiliation Agreement between SEIU and Workers United is not valid and has no force and effect as applied to Local 50, and as to Local 50, and, in the alternative, declaring that the Workers

**COMPLAINT**

United Constitution and all affiliations agreements involving SEIU are void *ab initio* and rescinded.

2. Permanently enjoining Defendants, by them or any combination of them, from doing or permitting anything to be done that interferes with a disaffiliation of Local 50 or interferes with the administration of Local 50 and with its assets, and, to the extent permitted by law, prevents Defendants from taking any actions to interfere with Local 50's membership's representation by Local 50.

3. Compelling Defendants to return any and all assets and property in any form appropriated from Local 50, and enjoining Defendants from seizing any assets from Local 50 through a trusteeship or any other extra-judicial means.

4. Permanently enjoining Defendants from imposing or attempting to impose trusteeships over Local 50.

5. Awarding Plaintiffs damages to redress the harms that they and Local 50 members have suffered as a result of the unlawful conduct by the Defendants.

6. Awarding Plaintiffs punitive damages as a result of the injuries incurred by the Plaintiffs as a result of Defendants' wrongful actions.

7. Awarding Plaintiffs the costs and disbursements of this action including, to the extent warranted, reasonable attorneys' fees; and costs of this action

8. Awarding any legal expenses that the conduct of Defendants has required

**COMPLAINT**

1    Plaintiffs to expend to defend themselves and prevent the imposition of

2    trusteeships and loss of their assets.

3
  9.  Such other, further and different relief as the Court may find just and

4

5    appropriate.

6

7

8    Dated: 2/27/2013              Respectfully submitted,

9                                  THE MYERS LAW GROUP, A.P.C.

10

11                                 By:

12                                 David P. Myers
                                   Attorneys for Plaintiffs
13

14

15                            **JURY DEMAND**

16
Pursuant to Federal Rules of Civil Procedure Rule 38(b), Plaintiffs hereby demand
17
a trial by jury of all issues so triable.
18

19   Dated: 2/27/2013              Respectfully submitted,

20
                                   THE MYERS LAW GROUP, A.P.C.
21

22                                 By:

23                                 David P. Myers
                                   Attorneys for Plaintiffs
24

25

26

27

28

**COMPLAINT**

EXHIBIT A

# Workers United
# CONSTITUTION

As Adopted by Workers United's Founding Convention
Philadelphia, Pennsylvania
March 21, 2009

**FOREWARD**
**March 21, 2009**

We are *Workers United*, an International Union of manufacturing, distribution, laundry, hospitality, food service, gaming, and retail workers dedicated to improving the lives of working families. We are united by our commitment to justice and by our belief that all people deserve the dignity and respect that comes with belonging to a powerful and democratic union.

In a few short months, we have gone from internal strife to the creation of an energized and focused organization that represents the true aspirations and needs of its members. We stand on the proud heritage of all our predecessor organizations, and we honor the thousands of working people who fought so hard to build them.

In forming *Workers United*, we seek an even stronger union, capable of adapting to the changing world around us, building alliances with organizations that share our goals, and unleashing the tremendous power of our members in action. We are confident that together we can and will take on powerful forces and prevail.

We are people of every race, religion, national origin, sex, age, ability, marital status, sexual preference, and citizenship status. We celebrate and value our differences because we know they make us stronger. And we recognize and cherish all that we have in common, including our common struggle and vision for a better world.

We are committed to educating ourselves and our co-workers to the political and technological issues which have an ever-increasing role in the workplace and in our personal lives.

We are forming *Workers United* so that we will have the power and the will to win on the issues that are most critical to our members. In our campaign to form the new union, thousands of members took action and led the way to victory. Going forward, a mobilized membership will be at the forefront of our campaigns to stop corporate greed, bring justice for immigrant workers, and, in general, advance the cause of social and economic justice.

United in purpose and program, empowered by our combined strength and conviction, emboldened by our collective courage and determination, we, the leaders and members of Workers United, will ensure that this union is a powerful and dynamic engine of progress for those who follow.

| | | |
|---|---|---|
| Article 1 | CONSTITUTION, JURISDICTION, OBJECTIVES | 1 |
| Section 1 | Name | 1 |
| Section 2 | Definitions | 1 |
| Section 3 | Official Constitution; Constitution and Affiliate By-laws | 1 |
| Section 4 | Jurisdiction | 1 |
| Section 5 | Objectives | 2 |
| Section 6 | Headquarters | 3 |
| Section 7 | Dissolution | 3 |
| Article 2 | CONVENTIONS | 3 |
| Section 1 | Authority | 3 |
| Section 2 | Regular Convention | 3 |
| Section 3 | Composition of Convention | 4 |
| Section 4 | Eligibility of Local | 4 |
| Section 5 | Number of Local Delegates | 4 |
| Section 6 | Voting | 4 |
| Section 7 | Joint Board Delegates | 5 |
| Section 8 | Notice, Nomination, Election | 5 |
| Section 9 | Eligibility Requirements | 5 |
| Section 10 | Financial Status of Affiliates | 6 |

Section 11  Delegate Credentials ............................................................................................... 7

Section 12  Convention Committees........................................................................................... 7

Section 13  Expenses of Delegates; Affiliate Determination of Number of Delegates

                Attending. ............................................................................................... 8

Section 14  Rules of Procedure .................................................................................................. 8

Section 15  General Order of Business ...................................................................................... 8

Section 16  Quorum and Decisions............................................................................................ 8

Section 17  Resolutions............................................................................................................... 8

Section 18  Speakers .................................................................................................................... 9

Section 19  Special Convention .................................................................................................. 9

Article 3          GENERAL EXECUTIVE BOARD ........................................................... 9

Section 1          Membership ............................................................................................... 9

Section 2          Authority ................................................................................................... 10

Section 3          Meetings..................................................................................................... 10

Section 4          Rules ........................................................................................................... 10

Section 5          Filling vacancies ...................................................................................... 10

Section 6          General supervisory powers................................................................... 10

Section 7          GEB report to convention ...................................................................... 11

Section 8          Executive Committee............................................................................... 11

Section 9          Committees ................................................................................................ 12

Article 4      OFFICERS.............................................................................................................. 12

    Section 1    Workers United's officers...................................................................................... 12

    Section 2    GEB direction ........................................................................................................ 12

    Section 3    President's authority ............................................................................................... 12

    Section 4    President's duties and rights ................................................................................... 12

    Section 5    Vice-presidents' duties........................................................................................... 14

    Section 6    Secretary-Treasurer's duties and rights ................................................................. 14

    Section 7    Executive vice-presidents' duties and rights.......................................................... 15

    Section 8    Bond for all officers and employees ...................................................................... 15

    Section 9    Salaries, emoluments and expenses of President and Secretary-Treasurer .......... 15

    Section 10   Retired officers....................................................................................................... 15

Article 5      TRUSTEESHIP ...................................................................................................... 16

    Section 1    GEB's Authority. ................................................................................................... 16

    Section 2    Trustee's Appointment Before Hearing.................................................................. 16

    Section 3    Trusteeship Hearing. .............................................................................................. 16

    Section 4    Trustee's Powers..................................................................................................... 16

    Section 5    Duration of Trusteeship. ........................................................................................ 17

    Section 6    Procedure Upon Termination of Trusteeship.......................................................... 17

    Section 7    Supervision ............................................................................................................. 18

Article 6       LOCAL UNIONS ............................................................................................. 18
   Section 1    By-Laws............................................................................................................ 18

   Section 2    Application........................................................................................................ 18

   Section 3    Rights and Duties ............................................................................................ 18

   Section 4    Vacancies ......................................................................................................... 19

   Section 5    Dissolution, Withdrawal or Merger of Local....................................... 19

   Section 6    Change of Address .......................................................................................... 19

Article 7       JOINT BOARDS ............................................................................................. 19
   Section 1    Requirements for Charter.............................................................................. 19

   Section 2    Local Affiliation with Joint Board ......................................................... 19

   Section 3    Joint Board President ..................................................................................... 20

   Section 4    Joint Board Vice President............................................................................. 20

   Section 5    Joint Board Secretary-Treasurer ............................................................. 20

   Section 6    Manager ............................................................................................................ 21

   Section 7    Executive Board or Board of Directors ................................................. 21

Article 8       AFFILIATES - GENERAL PROVISIONS......................................... 21
   Section 1    Meetings............................................................................................................ 21

   Section 2    Special Meetings of Affiliates ............................................................... 21

   Section 3    Expenditures ................................................................................................... 21

   Section 4    Insurance Funds ............................................................................................. 22

vi

Section 5     Insurance Coverage ............................................................................. 22

Section 6     Incorporation .................................................................................... 22

Section 7     GEB's Authority over Charter ........................................................... 23

Section 8     Authority over All Affiliates .............................................................. 23

Section 9     Trustees, Audit or Finance Committee ............................................... 23

Section 10    Affiliates Not to Relinquish Jurisdiction ........................................... 24

Section 11    Affiliate Reports ............................................................................... 24

Article 9     ELECTIONS - GENERAL PROVISIONS ......................................... 24
Section 1     Election Guidelines ........................................................................... 24

Section 2     Eligibility to Nominate and to Vote .................................................. 24

Section 3     Eligibility Requirements for Officers, etc. .......................................... 24

Section 4     Designation as a Slate ...................................................................... 25

Section 5     Delegate by Virtue of Office .............................................................. 26

Section 6     Election by Acclamation .................................................................... 26

Section 7     Impartiality of Affiliates ................................................................... 26

Section 8     Campaign Contributions .................................................................... 26

Section 9     Oath ................................................................................................. 26

Section 10    Term of Office or Position and Installation ........................................ 27

Section 11    Voting Methods ................................................................................ 27

vii

Article 10      ELECTION OF WORKERS UNITED OFFICERS ............................................ 27
    Section 1   Election .................................................................................................. 27

    Section 2   Eligibility Requirements ....................................................................... 27

    Section 3   Nomination and Election ....................................................................... 28

    Section 4   Count of Votes and Certification .......................................................... 29

    Section 5   Installation ............................................................................................ 30

Article 11      ELECTION TO LOCAL OFFICES AND POSITIONS ...................................... 30
    Section 1   Nomination and Election Meeting ........................................................ 30

    Section 2   Election Procedure ................................................................................ 31

    Section 3   Election Committee ............................................................................... 31

    Section 4   Election Committee Procedure ............................................................. 32

Article 12      JOINT BOARD ELECTIONS .................................................................... 32
    Section 1   Eligibility .............................................................................................. 32

    Section 2   Nominations and Elections ................................................................... 33

Article 13      ELECTION APPEALS ............................................................................. 33
    Section 1   Appeals ................................................................................................. 33

    Section 2   Appeal Bodies ....................................................................................... 34

    Section 3   Appeal Procedures ................................................................................ 34

    Section 4   Appeals of Workers United officer elections ....................................... 34

Article 14      MEMBERSHIP ..................................................................................... 35
    Section 1   General Eligibility Requirements ......................................................... 35

viii

Section 2    Applications ........................................................................................... 35

Section 3    Acquiring Membership ........................................................................ 35

Section 4    Limitations on Rejection ..................................................................... 35

Section 5    Previously Suspended or Expelled Members ...................................... 35

Section 6    Passive Membership ............................................................................ 36

Section 7    Associate Membership ......................................................................... 36

Section 8    Rights and Obligations of Membership ............................................... 36

Section 9    Dual Membership ................................................................................ 37

Section 10   Good Standing .................................................................................... 37

Article 15    WITHDRAWAL OR TRANSFER OF MEMBERSHIP ...................... 37
Section 1    Requests for Withdrawal of Membership ............................................ 37

Section 2    Automatic Withdrawal from Membership ............................................ 37

Section 3    Prepaid Dues ....................................................................................... 38

Section 4    Effect of Withdrawal ........................................................................... 38

Section 5    Resumption of Active Status ............................................................... 38

Section 6    International Solidarity ........................................................................ 39

Section 7    Recall to Active Military Service ........................................................ 39

Article 16    RETIRED MEMBERS .......................................................................... 39
Section 1    Retirees Association ............................................................................ 39

Section 2    Eligibility for Retiree Membership ..................................................... 39

ix

Section 3    Associate Retiree Membership ............................................................... 40

Section 4    Rights of Retiree Members .................................................................... 40

Section 5    Governance of Retirees' Association....................................................... 40

Section 6    Retiree Delegates to Workers United Convention................................. 40

Article 17    CHARGES, HEARINGS AND APPEALS.......................................... 41
Section 1    Grounds for Charges ............................................................................. 41

Section 2    Form of Charges .................................................................................... 42

Section 3    Who May File Charges .......................................................................... 42

Section 4    Where Charges Are Filed....................................................................... 43

Section 5    Procedure When Filed............................................................................ 44

Section 6    Suspension Pending Hearing ................................................................. 44

Section 7    Who May Conduct Hearings ................................................................. 44

Section 8    Summary Disposition............................................................................. 45

Section 9    Conduct of Hearing................................................................................ 46

Section 10   Hearing Upon Written Evidence............................................................ 47

Section 11   Decision on Charges .............................................................................. 47

Section 12   Appeal Bodies........................................................................................ 48

Section 13   Appeals to the Convention..................................................................... 48

Section 14   Limitation on Right of Members to Appeal........................................... 48

x

Section 15  Time Limit for Appeal ........................................................................... 48

Section 16  Procedure for Appellant ......................................................................... 48

Section 17  Procedure for Hearing Appeals ............................................................. 49

Section 18  Power of Appellate Body ....................................................................... 49

Section 19  Obligation to Exhaust Remedies ........................................................... 49

Section 20  Failure to Exhaust Remedies ................................................................. 50

Section 21  Inapplicability to NLRB or Similar Charges ......................................... 50

Article 18      DUES, PER CAPITA AND FEES ........................................................ 50
Section 1      Dues ........................................................................................................ 50

Section 2      Initiation Fees ......................................................................................... 51

Section 3      Per Capita Payments .............................................................................. 51

Section 4      Strike Fund .............................................................................................. 52

Section 5      Political Fund .......................................................................................... 52

Section 6      Temporary or Seasonal Service Fees ..................................................... 53

Section 7      Agency Service Fees ............................................................................... 53

Section 8      Arrearage in Payments ........................................................................... 54

Article 19      FINANCES – AFFILIATE FINANCIAL PRACTICES ....................... 54
Section 1      Deposit of Affiliate Funds. .................................................................... 54

Section 2      Records .................................................................................................... 54

Section 3      Financial Reports .................................................................................... 54

Article 20    AFFILIATE – WORKERS UNITED FINANCIAL TRANSACTIONS ............. 55

Section 1    Payments by Affiliates ............................................................................ 55

Section 2    Prompt Payment - Extensions of Time ................................................. 55

Section 3    General Fund............................................................................................ 55

Article 21    AUDITS – WORKERS UNITED AND ITS AFFILIATES ................................ 55

Section 1    Certified Public Accountant's Audit ..................................................... 55

Section 2    Audits of Subordinate Bodies ............................................................... 56

Section 3    Affiliates to Furnish Documents ........................................................... 56

Article 22    PROPERTY ............................................................................................... 56

Section 1    Charter...................................................................................................... 56

Section 2    Property Held by Affiliates ..................................................................... 56

Section 3    Bond and Custody of Property............................................................... 57

Section 4    Real Property .......................................................................................... 58

Section 5    Real Estate Ownership, Sale, Encumbrance, or Lease ......................... 58

Section 6    Investments ............................................................................................. 59

Section 7    Prohibited Uses....................................................................................... 59

Article 23    STRIKES AND STRIKE BENEFITS .................................................... 59

Section 1    Notice and Approval of Strikes.............................................................. 59

Section 2    Strike and Defense Fund ........................................................................ 60

Section 3    Financial Assistance................................................................................ 60

xii

Article 24 ETHICAL PRACTICES CODE (AMENDED) .................................................. 60

    Section 1 Preamble .................................................................................................. 60

    Section 2 Financial Practices .................................................................................. 61

    Section 3 Health, Welfare And Retirement Funds.................................................. 61

    Section 4 Prohibited Conduct ................................................................................. 62

Article 25 WORKERS UNITED PUBLIC REVIEW BOARD ........................................... 65

    Section 1 Creation.................................................................................................... 65

    Section 2 Composition............................................................................................. 65

    Section 3 Jurisdiction.............................................................................................. 65

    Section 4 Initiation Of Matters Before The Public Review Board ......................... 66

    Section 5 Rules ........................................................................................................ 66

    Section 6 Reports .................................................................................................... 66

    Section 7 Budget...................................................................................................... 66

    Section 8 Indemnification ....................................................................................... 66

Article 26 WORKERS UNITED CANADIAN CONFERENCE .......................................... 67

    Section 1 Organization............................................................................................. 67

    Section 2 Purposes and Governing Rules ............................................................... 67

    Section 3 Canadian Director, Other Positions and Committees ............................ 67

    Section 4 Time and Place of Conference................................................................. 68

    Section 5 Quorum .................................................................................................... 68

Section 6     Councils .......................................................................................................... 68

Section 7     Separability ..................................................................................................... 68

Section 8     Official Languages........................................................................................... 68

Article 27     LIABILITY........................................................................................................ 68
Section 1     Liability of Workers United and Officers............................................................ 68

Section 2     No liability for employer's failure to provide safe workplace.............................. 69

Article 28     ELECTED OR APPOINTED PAID POSITIONS ............................................... 69
Section 1     Future Employment ............................................................................................ 69

Section 2     Ineligibility for Employment with Workers United.............................................. 70

Section 3     Accrued Vacations of Officers and Employees .................................................... 70

Article 29     UNION LABELS.................................................................................................. 70
Section 1     Authority Over Labels ........................................................................................ 70

Section 2     Use of Union Label............................................................................................. 71

Section 3     Display of Union House Card.............................................................................. 71

Section 4     Labels May Not Be Sold...................................................................................... 71

Article 30     AFFILIATIONS AND RELATIONSHIPS WITH OTHER ORGANIZATIONS
              .......................................................................................................................... 71
Section 1     National Labor Federations.................................................................................. 71

Section 2     Affiliation with Central and State Bodies............................................................. 72

Section 3     Order for Withdrawal........................................................................................... 72

Section 4     Other Affiliations................................................................................................. 72

Section 5      Representatives ............................................................................. 72

Section 6      Formal Partnerships ...................................................................... 72

Section 7      Service Agreements ....................................................................... 72

Article 31     HEALTH AND WELFARE AND PENSION FUNDS ....................................... 73
Section 1      Purpose........................................................................................... 73

Section 2      Authority of GEB............................................................................ 73

Section 3      Participation of Local Funds ......................................................... 73

Section 4      Merger of Welfare Funds............................................................... 73

Section 5      Merger of Pension Funds .............................................................. 73

Section 6      Canada............................................................................................ 73

Section 7      Current Fund Participation............................................................ 74

Article 32     APPLICATION AND AMENDMENT OF CONSTITUTION ........................... 74
Section 1      Binding Effect................................................................................. 74

Section 2      Separability .................................................................................... 74

Section 3      Amendment or Repeal .................................................................... 74

Section 4      Submission of Amendments ........................................................... 74

Section 5      Conflicting Provisions ................................................................... 75

Section 6      Disclaimer re Pending or Anticipated Litigation .......................... 75

xv

APPENDIX A: LOCAL UNION BY-LAWS ............................................................................ 76

Article 1        Membership Meetings ......................................................................... 76


Article 2        Officers - Election and Eligibility ........................................................ 77

Article 3        Officers — Duties ................................................................................ 81

Article 4        The Executive Board ............................................................................ 82

Article 5        Auditing Committee ............................................................................. 84

Article 6        Amendments ........................................................................................ 84

Article 7        Workers United and Joint Board Constitutions ................................... 84

INDEX            ........................................................................................................... 85

## ARTICLE 1      CONSTITUTION, JURISDICTION, OBJECTIVES

### Section 1      Name

The name of this union is Workers United.

### Section 2      Definitions

When used in this Constitution:

(a) "GEB" means Workers United's General Executive Board;

(b) "local" means a local union of Workers United;

(c) "industry" means an industry under Workers United's jurisdiction;

(d) "joint board" means a joint board in the US and a joint council in Canada; and

(e) "affiliate" means a local union, joint board or any other subordinate body affiliated with Workers United.

### Section 3      Official Constitution; Constitution and Affiliate By-laws

(a) This document is Workers United's official Constitution. Affiliates may adopt constitutions and/or by-laws not inconsistent with this Constitution. A local's governing documents may not be inconsistent with the provisions of the governing documents of a joint board with which it is affiliated. In any conflict between the provisions of the governing documents of a superior body and those of a subordinate body, the governing documents of the superior body shall prevail.

(b) Any local, which has not adopted its own governing documents, and which has not had by-laws provided for it by a joint board to which it is affiliated, shall observe and be governed by the terms of the model by-laws appended as Appendix A to this Constitution.

### Section 4      Jurisdiction

Workers United's jurisdiction includes all workers who are engaged in the preparation, handling or serving of food and beverages; engaged in the performance of public housekeeping services, including all persons in related employment within the hotel, food and beverage service industries, airports, in-flight catering, railroads, convention centers, sports facilities, the racing, casino, gaming industries, and theme parks; workers employed by colleges and universities; employed by firms engaged in the production and distribution of textiles, clothing, apparel and

related products; employed by commercial laundries, dry cleaners, distribution centers, call centers, retail stores and auto parts and other industrial manufacturers; workers engaged in the provision of services to the developmentally disabled; and shall include other persons when the security of the bargaining position requires the organization of such persons; and shall include all other persons employed in any other industries or establishments where, in the opinion of the President, the organization of such persons would be beneficial to and in the best interests of Workers United.

## Section 5     Objectives

(a) Workers United's objectives shall be to unite all workers within its jurisdiction, regardless of race, religion or creed, color, national origin, sex, age, disability, marital status, sexual preference or orientation, gender identification or citizenship status, for the following purposes:

(i)       to organize unorganized workers;

(ii)      to improve the working conditions, terms of employment and welfare of such workers, increase their job security, and assure full employment;

(iii)     to establish and maintain collective bargaining throughout the trades and industries within its jurisdiction; and to present, adjust and settle bona fide grievances against employers, through all lawful means, including strike action;

(iv)      to advance the economic, social and political interests of Workers United, its affiliates, their members and their dependents;

(v)       to facilitate the moral and social advancement of its members' condition and status in life;

(vi)      to seek the advancement of democracy and the improvement of general economic, social, political and educational conditions and standards of workers in the countries of North America and of the Caribbean basin, and generally in other nations;

(vii)     to give assistance and encouragement to organizations in organizing workers and to engage in such other activities as may be necessary or proper to strengthen the labor movement and to extend the process of collective bargaining throughout all trades and industries;

(viii)   to promote efficient service to the public, and the best interests of the industries in which its members are engaged;

(ix)    to engage in charitable, cultural, social, legislative, educational, civic, welfare, community, political and other activities which directly or indirectly advance such objectives;

(x)     to disseminate information among its members regarding economic, social, political, and other matters affecting their lives and welfare; and

(xi)    to provide financial support and assistance and all other lawful means to carry out the objectives of this Section 5.

(xii)   to endeavor to reflect the diversity of our membership through the various offices in the union.

(b) Workers United shall accomplish the foregoing objectives (or such other objectives as may be decided upon by the President and the GEB) by all means, activities, and expenditures deemed appropriate by the Convention, the President or the GEB.

### Section 6      Headquarters

Workers United's headquarters shall be located in New York City, New York, or in such other city as may be designated by the Convention or by the GEB.

### Section 7      Dissolution

This Union may not be dissolved as long as three locals or more oppose such dissolution.

## ARTICLE 2      CONVENTIONS

### Section 1      Authority

Workers United's supreme governing body shall be its convention whose decision shall be final. It shall have full power to make all decisions affecting Workers United, its members and its affiliates.

### Section 2      Regular Convention

Workers United shall meet in general convention in 2013 and in every fifth year thereafter at such time and place as the GEB may determine.

**Section 3      Composition of Convention**

      The convention shall consist of delegates elected in accordance with this Constitution, except that the President, Executive Vice Presidents, Canadian Director and Vice Presidents shall be entitled to attend conventions and exercise all rights of delegates by virtue of their offices, except for the right to vote for election of officers. Workers United officers and Joint Board delegates may only vote for election of officers if they have been elected as local delegates.

**Section 4      Eligibility of Local**

      A local is entitled to send delegates to the convention if it has been chartered by Workers United for at least 90 days before the convention opens.

**Section 5      Number of Local Delegates**

(a) Each local shall be entitled to be represented at the convention by one delegate for its first 500 members or portion thereof. Locals with more than 500 members shall be entitled to one additional delegate for each additional 300 members or portion thereof.

(b) For the purpose of determining the representation of each local at a convention, the number of its members shall be deemed to be the average number on whom it paid per capita to Workers United during the twelve-(12)-month period ending six (6) months prior to the month of the commencement of the convention. The average will be based only on per capita paid by the end of the fifth month before the month of the convention's commencement.

(c) The GEB shall determine the number of delegates provided in subsection (a) of this Section 5, and the voting strength accorded each local, for recently chartered and/or merged locals, under standards uniformly applied.

(d) No affiliate shall be entitled to any delegates, if, by the thirtieth day before the convention, the affiliate has notice that, by the first day of the convention it will no longer have any members employed by any employer.

**Section 6      Voting**

      Roll call votes at regular and special conventions shall be conducted when requested upon motion, supported by at least 10 locals representing one third of the delegates seated, or by the Chairperson of the convention. On a roll call each local shall cast a single ballot equal in weight to the number of members represented by the local in accordance with the provisions of Section 5(b) and (c) of this Article. In the case of locals entitled to more than one delegate, the

number of members represented by the local shall be allocated equally among such delegates registered and each delegate shall cast a ballot for his/her allocated number.

## Section 7      Joint Board Delegates

Each joint board is entitled to one delegate to the convention if it has been chartered by Workers United for at least 90 days before the convention opens. Joint board delegates may only vote for election of officers if they have been elected as local delegates.  Joint board delegates need not be elected by secret ballot.

## Section 8      Notice, Nomination, Election

(a) At least ninety days before a regular convention opens, the President shall give written notice to each eligible affiliate of the number of delegates to which it is entitled, and of its opportunity to complete its delegation through a secret ballot election conducted no later than forty days before the convention.

(b) Affiliates may elect delegates and alternate delegates to a convention. The number of alternates shall not exceed the number of delegates to which the affiliate is entitled.  Local delegates and alternates shall be elected by secret ballot at a meeting called pursuant to written notice, through the union newspaper or by letter, mailed to each member at the member's last known home address no less than fifteen (15) days prior to such meeting by the local to its members. With the President's approval, the election may be conducted by mail or other form of ballot under Article 11Section 2(a).  The election must take place at least forty days before the convention.  In the case of death, resignation, disqualification or inability to act of any delegate, such delegate's place shall be taken by the elected alternate who has received the highest number of votes in the local's election. In the case of a local that elects alternates in a specific order, that order shall be followed when filling vacancies. Where the affiliate is entitled to only one (1) delegate, the alternate shall fill the vacancy.

## Section 9      Eligibility Requirements

(a) To be eligible to run for convention delegate, the candidate must have been:

(i)        actively attached to the industry, as defined by Article 14Section 1, for at least one year before the nomination date; and,

(ii)       a member in good standing of the local he or she is to represent for at least one year before the nomination date; or

(iii)   in the case of a delegate representing a local organized or affiliated with Workers United less than one year before the nomination date, a member in good standing for 180 days, or since the member's employer started deducting dues under a first contract's check-off provision, or since the date of issuance of its charter, whichever is less; or

(iv)   in the case of a local which has been merged or consolidated with another local which the candidate is to represent, a member in good standing in either or both locals for a total of one year before the nomination date.

(b) To be eligible to serve as a delegate to a convention, a delegate must be in good standing when the convention opens.

(c) The following persons shall not be eligible to run for delegate:

(i)   a member who has been found guilty of being a strikebreaker;

(ii)   a member who at any time was expelled or suspended after hearing, unless his or her full membership rights have been restored by the GEB;

(iii)   a member who has been found guilty after hearing of violating Article 17Section 1 of this Constitution, for such period of disqualification as may be imposed upon him or her for the offense;

(iv)   a member who is barred by the Public Review Board; or,

(v)   for such other reasons as this Constitution provides.

(d) No person shall be deemed ineligible under subdivision (c) whose internal appeals are pending.

(e) The duration of the disqualification under subdivision (c)(iii) may be modified by the GEB or the convention, under standards uniformly applied.

### Section 10   Financial Status of Affiliates

To be entitled to send delegates to a convention, an affiliate must have paid up in full, by the end of the month preceding the convention, all of its per capita taxes due and payable as of the first day of the month two months prior to the month in which the convention is held (e.g., April per capita must be paid if the convention is held in July) and must not be in arrears on any

other scheduled obligation unless such payment has been waived for good cause, uniformly applied, by the President.

## Section 11    Delegate Credentials

(a) Local delegates' credentials shall be separately numbered and shall state the number of members represented by the local pursuant to the provisions of Article 2Section 5.

(b) Each delegate's credentials must be presented to the credentials committee signed by one of the following officers: the manager, chairperson, president, secretary or equivalent officer of the affiliate by which the delegate is elected. A delegate shall not sign the delegate's own credential. Duplicate credentials shall be transmitted to the President at least 28 days before the date fixed for the convention. When authenticated by the Credentials Committee the duplicate numbered credential of each local delegate shall qualify each delegate to vote in the election to be conducted pursuant to the provisions of Article 10Section 3.

(c) The credentials committee shall meet no later than the day the convention opens. It shall examine each delegate's credentials and membership standing. It shall report to the convention its findings on the right of each delegate to be seated at the convention under this Constitution.

(d) The convention shall by a majority vote pass upon the right of each delegate to be seated at the convention.

(e) No delegate shall be disqualified because of the failure of a union officer to perform his or her duties when such failure is beyond the delegate's control.

(f) The credentials committee shall function until the next five-year convention or until the appointment of a new credentials committee for the next five-year convention.

## Section 12    Convention Committees

Prior to the opening of the Convention, the President, subject to the right of the GEB, by at least a two-thirds (2/3) vote thereof, to disapprove a committee as a whole, shall appoint all convention committees, including a Credentials Committee, a Constitution Committee, an Appeals Committee and a Tellers Committee, and a chairperson for each from among its members, and such other committees as may be necessary for the conduct of its affairs. All members of committees shall be appointed from among the delegates. All committees shall be

subject to the approval of the convention.  Each committee shall have at least seven members.
A majority of the members shall constitute a quorum.

### Section 13      Expenses of Delegates; Affiliate Determination of Number of Delegates Attending.

The expenses of a delegate shall be paid by the affiliate he or she represents at the
convention. If any affiliate is unable to pay its delegates' expenses, Workers United may, at the
discretion of the GEB, under standards uniformly applied, pay the expenses of one or more
delegates of such organization. With approval by membership vote and by the GEB, a local may
send to the convention fewer delegates than the number to which it is entitled.

### Section 14      Rules of Procedure

The proceedings of the convention shall be governed by this Constitution.  The rules
adopted at the preceding convention shall be in force from the opening of a convention until new
rules are adopted by the convention. Each convention may adopt rules for the conduct of its
business not in conflict with this Constitution.

### Section 15      General Order of Business

The order of business at each convention shall be determined by the President and shall
include all matters which the convention is required by law to take up.

### Section 16      Quorum and Decisions

A quorum for the transaction of business at a convention shall be one-half of the
delegates accredited to the convention. However, no convention action shall be held invalid for
lack of a quorum unless the question of the quorum's absence was raised before such action was
taken.  All convention decisions shall be by a majority vote of the delegates registered and voting
unless otherwise specified in this Constitution.

### Section 17      Resolutions

(a)  A resolution shall not be considered by the convention unless it has been filed in advance
with the President at least sixty days before the opening of the convention. However, resolutions
submitted later may be considered with the consent of two-thirds of all delegates present.

(b) Nothing herein shall be construed to prevent the submission to the convention of resolutions by the President or the GEB without regard to the time limits provided for in Article 2Section 17(a) for the submission of resolutions by affiliates.

(c) The call by the President for the election of delegates shall specifically note the requirements of this provision.

(d) A resolution may be filed only by the GEB or by an affiliate.

**Section 18     Speakers**

A person who is not a delegate may not address the convention unless invited to speak by the GEB or by the President.

**Section 19     Special Convention**

(a) A special convention of Workers United may be called by a three-fourths vote of the GEB or by the President.

(b) At least thirty days before a special convention opens, the GEB shall announce where and when it will meet.

(c) Delegates to the special convention shall be elected in the same manner as delegates to a regular convention. Subject to legal requirements, the GEB may promulgate rules shortening the time periods of Section 8 of this Article (relating to the election of delegates) if circumstances warrant.

(d) Unless otherwise provided in this section, each of the provisions of this Constitution dealing with five-year conventions shall apply to special conventions.

## ARTICLE 3     GENERAL EXECUTIVE BOARD

**Section 1     Membership**

(a) The GEB shall consist of the President, Secretary-Treasurer, executive vice-presidents (one of whom shall be the Canadian Director), and vice-presidents, who shall be elected from among the delegates to the convention. If another union merges with Workers United, the GEB may designate additional executive vice-presidents and/or vice presidents who shall serve until the next regular or special convention. Additionally, the GEB may, at its discretion, between conventions, designate as many as three new vice presidents and/or one new executive vice president to serve until the next regular or special convention.

(b) All members of the GEB elected at the convention shall be installed at the convention.

**Section 2     Authority**

The GEB shall be Workers United's supreme authority between conventions, except as this Constitution provides otherwise. It shall have all powers necessary or appropriate to effectuate the powers granted to it by this Constitution.

**Section 3     Meetings**

The GEB shall hold regular meetings four times during Workers United's first twelve months, and three times in every twelve months thereafter. Upon written request of eight vice-presidents, the President shall call a special meeting of the GEB. A majority of its members shall constitute a quorum.

**Section 4     Rules**

The GEB may transact any business at a regular or special meeting. The President may authorize polling of GEB members by electronic mail, telephone, telefacsimile, or mail. The GEB may adopt rules for the conduct of its business not inconsistent with this Constitution.

**Section 5     Filling vacancies**

The GEB shall have the power to fill all vacancies in any general office and in any committee it appoints until the next regular convention, in accordance with Article 4Section 1(b).

**Section 6     General supervisory powers**

The GEB shall have general supervisory powers over all the affairs of Workers United and its affiliates, including but not limited to the right to:

(a) have the final authority to determine all questions involving the interpretation of this Constitution and the jurisdiction of Workers United and its affiliates;

(b) make rules for the government of Workers United and its affiliates which are not inconsistent with this Constitution and take such other action as it believes may be required for the welfare of Workers United and its affiliates;

(c) decide all appeals from decisions of affiliates and committees in the manner provided by this Constitution;

(d) submit any matter to members of Workers United for vote in a referendum;

(e) create and dissolve administrative units of Workers United;

(f) issue charters to affiliates and have such other authority over affiliate charters as stated in Article 8Section 7;

(g) reprimand, discipline or reorganize any affiliate which has been found guilty of failing to comply with this Constitution or with policies or decisions adopted by a convention, or by referendum vote, or by the GEB, or of other misconduct, in accordance with Article 17;

(h) take charge of and supervise the elections of an affiliate and determine all disputes concerning the ballot and procedure in such elections;

(i) order a special election for one or more offices or positions in an affiliate in emergencies and on request of such organization;

(j) merge other unions with Workers United, upon such terms as it shall see fit;

(k) merge Workers United with or affiliate Workers United to other unions subject to convention review, upon such terms as it shall see fit;

(l) lay off or discharge a person holding an appointed position in an affiliate, in consultation with the affiliate, because of changes in the affiliate's jurisdiction or because of a consolidation, merger, reorganization or dissolution under Article 8Section 7 or for other similar reasons; and

(m) make such rules and establish such procedures as it shall deem necessary to protect the statutory or other legal rights of persons who are not members of Workers United or its affiliates but who pay to Workers United or its affiliates a fee in lieu of dues pursuant to a union security provision.

**Section 7      GEB report to convention**

The GEB shall present a report of its activities to each convention for approval.

**Section 8      Executive Committee**

(a) The President, Secretary-Treasurer, and executive vice-presidents shall constitute the General Executive Board's Executive Committee.

(b) The Executive Committee is authorized to act on behalf of the GEB between GEB meetings, and shall give prompt notice thereof to the GEB, which shall have the right to disapprove the same.

**Section 9      Committees**

(a) The President may appoint standing committees and any other committees and delegate to them such functions and powers as the President deems desirable.

(b) Each committee appointed hereunder shall meet periodically as its duties require and shall report its work and decisions to the GEB.

## ARTICLE 4      OFFICERS

**Section 1      Workers United's officers**

(a) Workers United's officers are its President, Secretary-Treasurer, executive vice-presidents (one of whom shall be the Canadian Director), and the vice-presidents.

(b) When a vacancy occurs in the office of President or Secretary-Treasurer, the GEB shall be convened within thirty (30) days thereafter for the purpose of filling said vacancy. The Secretary-Treasurer shall convene the meeting of the GEB if the President's office is vacant. When a vacancy occurs in the offices of executive vice president or vice president the remaining GEB members may, by majority vote, fill it for the balance of the term.

**Section 2      GEB direction**

Officers shall serve under the GEB's direction.

**Section 3      President's authority**

Subject to GEB review, the President

(a) shall have full power to direct the affairs of Workers United;

(b) may delegate any of the powers and duties of the President's office;

(c) shall determine any and all questions as to the application, interpretation or construction of this Constitution, or parliamentary procedure or laws, or rules of order.

**Section 4      President's duties and rights**

The President shall:

(a) be the GEB's chairperson and a member of all its committees, including the Executive Committee;

(b) have the right to decide all questions involving the jurisdiction of Workers United and its affiliates;

(c) have the right to participate directly or through his or her representatives in collective bargaining negotiations and in disputes between employers and employees and enter into collective bargaining agreements;

(d) have the right to authorize strikes and strike-related expenditures and administer and authorize payments by the Workers United Strike and Defense Fund and administer and authorize all other expenditures and payments by Workers United;

(e) adjust differences between or within affiliates directly or through his or her representatives;

(f) have the right to supervise and direct organizing activities;

(g) call to order and preside over conventions;

(h) in emergencies have the right to call meetings of affiliates and preside over them himself or herself or designate a representative to do so;

(i) have the right to

(i)     engage, assign and direct any business agent, organizer, staff member or employee in Workers United's direct employ and suspend with or without pay or discharge any such person, and

(ii)    assign and direct any Workers United officer and suspend such officer, with or without pay, against whom charges are filed, pending hearing of the charges under this Constitution;

(j) have the right to suspend for financial irregularities, with or without pay, pending hearing of charges, any person responsible for or actually handling financial transactions on behalf of Workers United or its affiliates;

(k) have the right to suspend officers and elected business agents of affiliates, with or without pay, pending hearing of charges;

(l) have the right to employ any personnel required to administer Workers United's affairs;

(m) have the right to fix the salaries and other compensation of employees of Workers United and to fix the emoluments for Workers United executive vice presidents and vice presidents;

(n) be a delegate to all bodies with which Workers United is affiliated;

(o) supervise and direct all other work usually attached to the President's office ;

(p) keep a record of his or her activities and make a detailed report of them to the GEB and to the regular conventions;

(q) vote the shares of the Amalgamated Bank owned by Workers United; and

(r) have such further powers, in addition to those herein enumerated, as are usual to the office.

### Section 5     Vice-presidents' duties

The vice-presidents shall perform such duties as the GEB or the President may direct.

### Section 6     Secretary-Treasurer's duties and rights

The Secretary-Treasurer shall:

(a) be the secretary of the GEB and a member of all its committees, including the Executive Committee;

(b) have custody of correspondence concerning Workers United and any of its property, securities, documents, books, official seals and records;

(c) record and publish the proceedings of each convention;

(d) print and distribute the official form of this Constitution and of all charters, records, cards and other documents relating to membership in Workers United;

(e) receive all applications for charters and countersign them when they are granted;

(f) receive all monies due to Workers United and give receipts for such monies;

(g) deposit and invest Workers United funds and withdraw such funds by check;

(h) pay all bona fide expenses of Workers United and all bona fide claims against Workers United;

(i) keep a correct record of all Workers United receipts and disbursements;

(j) publish an annual summary of income and disbursements of Workers United and its affiliates;

(k) be in charge of the distribution of union labels;

(l)  upon consultation with the President, shall have the power to hire such clerical help as is necessary to carry on Workers United business;

(m) report periodically to the GEB on his or her activities and on Workers United's financial transactions;

(n)  submit a detailed financial report to each regular convention;

(o)  instruct affiliates as to the manner in which they shall keep accounts of their financial transactions, and may require them to submit monthly reports containing such information in such form as may be prescribed; and

(p) have such further powers, in addition to those herein enumerated, as are usual to the office.

### Section 7      Executive vice-presidents' duties and rights

The executive vice-presidents shall be the President's principal assistants, and shall have the duties and rights delegated to them by the GEB or the President.

### Section 8      Bond for all officers and employees

Workers United shall obtain and pay for a bond for its officers' and employees' faithful performance of duties in the amount fixed by the GEB or required by law.

### Section 9      Salaries, emoluments and expenses of President and Secretary-Treasurer

The GEB shall fix the salaries and emoluments of the President and Secretary-Treasurer. These officers shall be paid the expenses they incur in the performance of their duties. These officers shall recuse themselves from decisions concerning their own salaries, emoluments and expenses.

### Section 10      Retired officers

(a)  Upon retirement from the office, the President shall have the title of President Emeritus. Upon the GEB's approval, the President Emeritus shall render such advisory or consultative services to Workers United as the GEB or the president may request. The President emeritus shall not be paid any salary but may be paid expenses and provided services in the amounts and in the forms the GEB shall approve.

(b)  Upon retirement from the office, the Secretary-Treasurer, executive vice-presidents and vice-presidents shall render such advisory or consultative services to Workers United as the

President may request. They shall not be paid any salary but may be paid expenses and provided services in the amounts and in the forms the President shall approve.

## ARTICLE 5    TRUSTEESHIP
### Section 1    GEB's Authority.

(a) Whenever, in the GEB's opinion, a trusteeship is necessary for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out legitimate objects, the GEB may order a Trustee who is a member in good standing of Workers United to take charge and control of the affairs and property of such affiliate.

(b) For purposes of this article, the Executive Committee shall not act on the GEB's behalf.

(c) The Secretary-Treasurer shall prepare a notice of charges setting forth the reasons for the trusteeship, which notice of charges shall be served upon the affiliate, through any of its officers, before or simultaneously with the establishment of the trusteeship.

### Section 2    Trustee's Appointment Before Hearing.

When, in the GEB's opinion, delay would be contrary to the best interests of the affiliate or Workers United, a Trustee who is a member in good standing of Workers United may, pursuant to the GEB's order, temporarily take charge and control of the affairs and property of such affiliate, with all the powers set forth in this Article's Section 4, prior to a hearing but after or simultaneously with service of notice of charges.

### Section 3    Trusteeship Hearing.

The GEB shall order a hearing on the institution of any trusteeship. The GEB shall appoint a member or members of Workers United to conduct such hearing and make a report to the GEB with respect to the continuation or dissolution of the trusteeship, as the case may be. The GEB shall, after consideration of the report and the evidence, render a decision in the matter.

### Section 4    Trustee's Powers.

The GEB shall appoint the Trustee. All affected officers and members shall honor and comply with the Trustee's letters of appointment. The Trustee shall have full authority to conduct all of the affiliate's affairs, to suspend all officers, to suspend bylaws, to appoint temporary

officers and employees, and conduct all of the affiliate's financial matters. The Trustee may suspend or convene meetings, whose purposes shall be limited to those set forth by the Trustee, and may enter into agreements in the affiliate's name. All books, records, monies, property, and premises belonging to or controlled by the affiliate shall be turned over to the Trustee upon demand and the Trustee shall issue a receipt for the same. The Trustee shall carry out all orders issued by the GEB. The Trustee shall be bonded for faithful performance in an amount determined by the GEB. The Trustee shall make monthly reports to the GEB, including statements of receipts and expenditures and detailing the action taken as Trustee.

### Section 5      Duration of Trusteeship.

A trusteeship shall not extend beyond eighteen (18) months unless the GEB approves the extension. The GEB shall terminate all trusteeships as soon as, in their opinion, the local conditions warrant such termination.

### Section 6      Procedure Upon Termination of Trusteeship.

(a) When a trusteeship is to be terminated, the GEB shall approve bylaws to govern the affiliate's activities. The bylaws shall be available prior to the acceptance of nominations immediately before the end of the trusteeship. The bylaws shall be effective for the nomination and election of officers and shall remain in effect until such time as the affiliate, under the procedures of this Constitution and of the approved bylaws, amends the same or adopts new bylaws.

(b) When a trusteeship is to be terminated, the GEB may instruct the Trustee to call a meeting or meetings for the purpose of receiving nominations and conducting elections in accordance with the approved bylaws. The GEB may order elections for all offices, or only for offices which need be filled because of vacancy (through removal or resignation) or term expiration. The elected officers shall be installed on the date the trusteeship is to be terminated. All properties under the trusteeship shall be turned over to the proper local officers, who shall receipt for the same. A final audit of the trusteeship shall be made and approved by the GEB.

(c) The GEB may instead merge the affiliate with another affiliate in accordance with the provisions of this Constitution if in the GEB's opinion, such merger would serve the best interests of the affiliate and its membership.

**Section 7       Supervision**

If in the President's opinion, an affiliate is at risk for government intervention, possible trusteeship, loss of financial viability, loss of jurisdiction, inability to enforce collective bargaining agreements or inability to organize due to organizational or financial inexperience, inattention or incompetence, the President may impose supervision on the affiliate. The President may in these circumstances appoint a Supervisor, who shall be a Workers United member. The affiliate's bylaws shall not be suspended and its officers shall remain in office, but the Supervisor shall be given complete and unfettered access to all books, records and meetings of the affiliate, including its dealings with employers and trust funds. The Supervisor shall report to the President on the financial and organizational condition and prospects for the affiliate and give recommendations for improvement. The President may adopt any or all of the Supervisor's recommendations and may order the affiliate to follow them, or the President may recommend to the GEB that it impose a trusteeship under this Article's Section 1 if in the President's opinion lesser measures will not correct the deficiencies.

**ARTICLE 6       LOCAL UNIONS**

**Section 1       By-Laws**

Locals shall adopt their own by-laws. The model by-laws attached as Appendix A to this Constitution shall govern any local that fails to adopt its own by-laws. Bylaws adopted by a local may not conflict with this Constitution, or with federal, state or provincial laws, and must be approved by the President.

**Section 2       Application**

An application for a charter as a local shall be made to the GEB. The GEB may grant a charter containing such provisions as it deems advisable.

**Section 3       Rights and Duties**

(a) A local shall carry out the objectives, policies and decisions of Workers United. A local shall organize workers, negotiate and enter into collective bargaining agreements with employers in its jurisdiction, enforce such agreements and represent workers in the adjustment and settlement of justified grievances against employers except to the extent that Workers United, or the local's joint board, is charged with any of such responsibilities.

(b) Except to the extent that the local's joint board is charged with such responsibilities, a local shall have the right to engage, assign and direct any business agent, organizer, staff member or other employee in its direct employ and discipline, suspend with or without pay or discharge any such person.

**Section 4      Vacancies**

Except as may be provided otherwise in a local's bylaws, a vacancy on the executive board or in a local office or position not paid on a full time basis that arises between elections shall be filled by a majority vote of the executive board, subject to ratification at meetings of members.  However, a local's constitution, by-laws or a resolution or decision of the local may provide a different procedure for filling such vacancies.

**Section 5      Dissolution, Withdrawal or Merger of Local**

A local may not withdraw from Workers United, go out of existence, dissolve, or join or amalgamate with a non-Workers United union without the prior consent of the GEB.

**Section 6      Change of Address**

Locals shall notify their joint boards, or if none, Workers United's Secretary-Treasurer, seven days in advance of any change of address.

**ARTICLE 7      JOINT BOARDS**

**Section 1      Requirements for Charter**

The GEB shall have the power to organize two or more locals located in the same city or area into a joint board, subject to ratification by the locals' memberships.  The GEB shall define the jurisdiction of and cause charters to be issued to joint boards organized by it.  Joint boards shall organize, coordinate and supervise the activities of their locals.  A joint board may adopt governing documents that do not conflict with this Constitution or Workers United's policies. Governing documents adopted by a joint board must be approved by the President.

**Section 2      Local Affiliation with Joint Board**

(a) A joint board's locals shall remain affiliated with the joint board, unless exempted by the GEB.

(b) Delegates:

(i)     A joint board's membership shall consist of all the members of its locals who shall be represented by delegates in such number as the joint board's governing documents shall provide.

(ii)    The joint board's supreme governing body shall be the joint board delegates meeting. A special joint board meeting shall be called whenever requested by its principal officer or in any other manner provided by its governing documents.

## Section 3      Joint Board President

Unless otherwise provided by the joint board's governing documents, the president shall preside at all meetings of the joint board and the executive board or board of directors thereof and shall countersign all checks when signed by the joint board secretary-treasurer. The president shall enforce the provisions of this Constitution and the joint board's governing documents. The president shall appoint and be an ex-officio member of all committees, except for election and finance committees.

## Section 4      Joint Board Vice President

Unless otherwise provided by the joint board's governing documents, the vice president shall assist the president in the performance of the president's duties, shall act for the president in the president's absence, and, in the event of a vacancy, shall succeed to the office of president for the unexpired term.

## Section 5      Joint Board Secretary-Treasurer

Unless otherwise provided in the joint board's governing documents, the Secretary-Treasurer shall:

(a) receive all monies paid to the joint board and deposit them in its name in such bank or banks or invest them in such securities as the executive board or board of directors may authorize;

(b) sign all checks drawn upon the joint board;

(c) keep true and accurate accounts of all the transactions of the Secretary-Treasurer's office and shall make reports thereon to the executive board or board of directors and the joint board;

(d) keep a record of the names and addresses of all local members;

(e) keep correct minutes of all joint board meetings; and..

(f) have such further powers as are usual to the office.

**Section 6      Manager**

The manager shall be the joint board's principal officer. Where the constitution does not provide for a treasurer or Secretary-Treasurer, the manager shall have all of the powers, duties and responsibilities set forth in this Article's Section 5.

**Section 7      Executive Board or Board of Directors**

The executive board or board of directors shall be the joint board's highest governing authority between joint board delegate meetings. It shall exercise general supervision over its property and affairs. It shall have such further powers as are necessary or appropriate to effectuate the powers granted to it by this Constitution and by the joint board's governing documents. A majority of the members of the executive board or board of directors shall constitute a quorum for the transaction of business, and decisions of the executive board or board of directors shall be by majority vote. However, no action shall be held invalid for lack of a quorum unless the question of the absence of a quorum was raised before such action was taken.

**ARTICLE 8      AFFILIATES - GENERAL PROVISIONS**

**Section 1      Meetings**

An affiliate shall hold meetings of its members periodically. Any affiliate failing to hold meetings required by its governing documents shall forfeit its charter or be subject to trusteeship unless special permission has been granted by the Workers United's President for suspension of meetings.

**Section 2      Special Meetings of Affiliates**

A special meeting of any affiliate shall be called whenever requested by its president and secretary or by its manager or in any other manner provided by appropriate constitution or by-laws.

**Section 3      Expenditures**

(a) No affiliate shall make a gift or payment of over $500, or any extraordinary remuneration for current service, or payments over and above stipulated salaries and collectively bargained benefits, other than wages, severance or expenses, to anyone holding a paid elective or appointive office or position in Workers United or any affiliate without the Workers United President's prior approval.

(b)  All retirement plans, pension plans, severance pay or other rewards for past service for affiliate officers or employees, shall require written approval of Workers United's President, and approval for local employees by local officers, and for joint board employees by the joint board delegates.

(c)  Each affiliate shall hold its funds for its membership's sole benefit.  No affiliate may make any expenditure other than for Workers United's and/or the affiliate's best interests.

(d)  An affiliate's regular revenue shall be used only for the payment of per capita tax, strike benefits, legitimate expenses and for the objectives of Workers United and the affiliate.

(e)  All wages, salaries and expense allowances paid to affiliate officers, employees, delegates and committees must be determined according to the affiliate's governing documents.

(f)  No affiliate shall loan, give, or expend its funds to assist any seceding or antagonistic organization, or any affiliate that is violating this Constitution.

(g)  No affiliate funds, monies, or other properties shall be withdrawn from bank accounts or other depositories, or shall be disbursed or transferred unless two or more officers, committee members, or other persons authorized to do so, shall sign the bank withdrawal slips, checks, or other necessary documents or authorizations.

### Section 4      Insurance Funds

Trust Agreements covering insurance funds, pensions, or other welfare funds of a local, or its members as such, should provide for an audit at least once each year by a Certified Public Accountant. Upon request, a copy of each audit made of such funds shall be sent to the Workers United's Secretary-Treasurer.  Where such funds are not held pursuant to a Trust Agreement, the Secretary-Treasurer shall provide for the regular audit of such funds in the same manner as all other funds of the affiliate are audited.

### Section 5      Insurance Coverage

The GEB shall set requirements for affiliate insurance coverage.  The President shall implement these requirements.

### Section 6      Incorporation

No affiliate shall be incorporated.  Incorporation shall automatically invalidate the charter or other authority of such organization.  This section shall not apply to Puerto Rico affiliates.

**Section 7      GEB's Authority over Charter**

(a) In accordance with its authority granted under Article 3Section 6(f), the GEB may issue charters to an affiliate.

(b) The GEB may also dissolve or revoke any affiliate's charter for the following misconduct:

(i)      its failure to comply with this Constitution, or the policies, decisions or orders of a Workers United convention, Workers United's President, or the GEB;

(ii)     its failure to permit inspection of its records when so directed by the GEB or Workers United's President or Secretary-Treasurer or its failure to file returns or reports with Workers United, as required under this Constitution;

(iii)    its failure to install a successor to any officer or other person removed by the GEB or by its authorized representative;

(iv)     its failure to discipline a member when so directed by the GEB;

(v)      its failure to enforce penalties imposed in accordance with this Constitution;

(vi)     its failure to pay per capita tax or other payments within sixty days after a demand has been made by Workers United and it has been put on notice of the GEB's intention to invoke this section; or

(vii)    any act of the affiliate intended or having the effect of terminating its status as a Workers United affiliate.

(c) The charter or other authority shall not be dissolved or revoked until the affiliate has been given notice of the charges and an opportunity to answer the charges. If the GEB decides to dissolve or revoke such charter or authority, it shall give the affiliate thirty days to comply with its decision before such action shall become effective.

**Section 8      Authority over All Affiliates**

The duties and powers of the GEB and Workers United's officers with respect to locals shall likewise apply to all other affiliates, except as provided otherwise in this Constitution.

**Section 9      Trustees, Audit or Finance Committee**

(a) Every affiliate, except for locals exempted by their joint boards, shall, in its governing documents, provide for trustees or an auditing or finance committee.

(b) Committee members shall not be officers or executive board members.

(c) The committee shall periodically examine the affiliate's books and records and shall submit a written report on such examination to the affiliate and to its executive board.

(d) The committee shall have such further powers and duties as may be provided by the affiliate's governing documents.

**Section 10      Affiliates Not to Relinquish Jurisdiction**

No affiliate or officer or member shall take any action that relinquishes the Workers United's jurisdiction over any persons covered by Article 1Section 4 without the GEB's prior approval, nor shall any affiliate, officer or member thereof by inaction knowingly permit the relinquishment of jurisdiction over any such person.

**Section 11      Affiliate Reports**

The GEB shall formulate policies for membership and financial reports that affiliates must make to Workers United.  The policies shall include the reports' content, frequency, form, data recording methods and retention.   Neither Social Security nor Canadian Social Insurance numbers shall be required.

## ARTICLE 9      ELECTIONS - GENERAL PROVISIONS

**Section 1      Election guidelines**

The GEB shall cause to be promulgated guidelines for affiliate elections, consistent with this Constitution, which shall be followed by all affiliates.

**Section 2      Eligibility to nominate and to vote**

A member must be in good standing to be eligible to nominate a candidate and vote in any affiliate election.

**Section 3      Eligibility requirements for officers, etc.**

(a) The eligibility requirements to run for office and to continue to hold office for officers and executive board members of affiliates and for other full-time paid elective offices or positions in such organizations shall be set out in the affiliate's governing documents. No affiliate may impose an eligibility requirement that an individual be an affiliate member for more than two years. Eligibility requirements may be waived for good cause by Workers United's President, under standards uniformly applied.

(b) An affiliate's regular full-time paid officers, managers, business agents, organizers and staff members may not serve on the affiliate's executive board unless authorized by existing custom and practice and/or the affiliate's governing documents.

### Section 4    Designation as a Slate

(a) Any group of candidates for elective office or position which wishes to appear on the ballot as a slate shall submit a written request for such designation to the affiliate at least ten days before the election. If the election is to be conducted by mail ballot, any such request shall be submitted at least ten days before the ballots are scheduled to be mailed to the voters.

(b) A request for designation as a slate shall be approved by the affiliate's election committee provided that the slate:

(i)     includes a candidate for at least two-thirds of the separate categories of offices or positions to be filled at the election (including categories which may have been filled by acclamation) and

(ii)    where two or more places are to be filled in a category of elective offices or positions, includes at least one-half of the number of persons to be elected to each such office or position.

(c) Neither Workers United convention delegate nor joint board meeting delegate shall be deemed a "category of office or position" for purposes of determining whether a slate includes a candidate for at least two-thirds of the separate categories of offices or positions. An otherwise eligible slate may run candidates for Workers United convention delegate or joint board meeting delegate if the slate includes at least one-half of the number of persons to be elected to each such office or position.

(d) An election committee may withhold permission if the slate designation requested is so similar to that selected by another slate as to mislead voters.

(e) Any candidate in an election may appeal to Workers United's President from a decision granting or denying designation as a slate.

(f) If a request for designation as a slate is approved, the ballot shall provide space at the head of the list of candidates so that one vote may be cast for all candidates appearing under such slate.

Each candidate in such slate, however, shall in addition have printed opposite his or her name, a space or box in which an individual vote for him or her may be cast and recorded.

**Section 5      Delegate by Virtue of Office**

Affiliates may provide in their constitution and/or by-laws for inclusion among the duties of any one or more of their officers by virtue of their office to be a delegate to the joint board to Workers United's convention, or to any other labor body to which they and/or Workers United affiliate, provided, that the notice of election for such office and the ballot shall specify such delegate status.

**Section 6      Election by Acclamation**

An affiliate's governing documents may provide that whenever provision is made for the nomination and election of an officer or delegate and there is only one candidate for such office or candidates only in such number as the governing documents   provide for such office, the chairperson of the meeting shall cast one ballot for such candidate or candidates and such of those candidates for whom the chairperson shall cast such ballot shall be declared duly elected.

**Section 7      Impartiality of Affiliates**

(a) An affiliate or any of its committees shall not discriminate in favor of any candidate.  It shall not advocate the election or defeat of any candidate in any printed statement purporting to be the official or authorized views of the organization.  It shall not use the monies or other property of the affiliate for any such purpose.

(b) This section shall not preclude any member holding office or position in an affiliate from exercising his or her democratic right to participate as an individual in any election in which he or she is a candidate or in any other election campaign.

**Section 8      Campaign contributions**

No candidate (including a prospective candidate) for any Workers United or affiliate office or supporter of a candidate may solicit or accept financial support or any other direct or indirect support of any kind from any nonmember of Workers United.

**Section 9      Oath**

Each member elected or appointed to an office or position of Workers United shall take the following oath, which shall constitute a commitment upon his or her installation:

"Upon my honor I pledge that I will truly and faithfully carry out the duties and responsibilities of my office. I will commit myself to organizing new members and to raising the standards of the members I represent in their workplaces, their communities and their countries. I will support training and education and will always strive to include all segments of our membership at all levels of decision making. I understand that membership involvement and empowerment yields commitment and builds our union. I will uphold the Constitution, by-laws and policies of our union. I will conduct my union business with ethics and integrity at all times. All of this I do so solemnly affirm."

**Section 10      Term of Office or Position and Installation**

(a) The term of an elective or appointive office or position in an affiliate shall begin with the date of installation and shall end on the date of the successor's installation.  In the case of a US local, officers must be installed within three years of the preceding installation.

(b) Affiliate officers must be installed no later than 60 days following the election or appointment.

(c) The term of all elective or appointive offices or positions in an affiliate shall automatically end on the date such affiliate is dissolved, reorganized or expelled.

**Section 11      Voting Methods**

In any election under Article 10 through Article 12, inclusive, of this Constitution, proxy, write-in, telephonic, fax, email or sticker votes shall not be permitted to be counted, except as permitted by Article 11 Section 2(a).

**ARTICLE 10      ELECTION OF WORKERS UNITED OFFICERS**

**Section 1      Election**

Each Workers United officer shall be elected from among the delegates to each regular convention.

**Section 2      Eligibility Requirements**

To be eligible for any Workers United office, a delegate must be a member of Workers United in continuous good standing for at least two years before the convention opens.

**Section 3      Nomination and Election**

(a) Each regular convention shall nominate and elect candidates for the offices of President, Secretary-Treasurer, executive vice presidents, and vice presidents. The GEB shall determine the number of executive vice presidents and vice presidents to be elected, and these numbers shall be included in the notice required by Article 2Section 8.

(b) No nominee shall become a candidate for election unless the nomination is seconded by no fewer than twenty (20) delegates at the convention representing twenty (20) locals.  Nominations shall be submitted on forms prepared by the Tellers Committee.  The Tellers Committee shall maintain an office at the convention, which shall be open to dispense nomination forms and receive, completed forms on the first day of the Convention between 12 noon and 6 p.m. and the second day of the Convention between 8 a.m. and 12 noon.  After first obtaining by 3 p.m. on the second day of the Convention an acceptance of nomination in writing from each nominee, the Tellers Committee shall report to the convention before the close of business on the second day of the Convention the names and locals of all persons who have qualified as candidates for each elective office.

(c) In the event of a contested election, the Tellers Committee shall afford candidates a reasonable forum in which to campaign.

(d) In the event that there are qualified:

(i)       only one (1) candidate for President, or

(ii)      only one (1) candidate for Secretary-Treasurer; or

(iii)     only as many candidates for executive vice president as there are positions to be elected; or

(iv)     only as many candidates for vice president as there are positions to be elected;
the Tellers Committee chairperson shall cast one ballot for each such candidate or candidates.

(e) In the event that there are qualified:

(i)       More than one (1) candidate for President; or

(ii)      More than one (1) candidate for Secretary-Treasurer; or

(iii)     More than as many candidates for executive vice president as there are positions to be elected; or

(iv)     More than as many candidates for vice president as there are positions to be elected; such officers shall be elected by plurality vote in an election in which the delegate(s) of each local present at the convention shall cast weighted ballots equal to the number of members represented by the local pursuant to the provisions of Article 2Section 5(b) and (c).

(f) The Tellers Committee shall prepare ballots listing alphabetically the candidates for each office. Incumbent office holders shall be so designated by an asterisk before each incumbent's name. Instructions on the ballot shall advise delegates that if votes are cast for more than one candidate for President or Secretary-Treasurer or more than as many candidates for executive vice president as there are positions to be elected or if votes are cast for more than as many candidates for vice president as there are positions to be elected, the affected portion of the ballot will not be counted.

(g) Ballots shall be distributed to eligible delegates upon presentation of the duplicate numbered credentials that have been authenticated by the Credentials Committee. Each delegate's ballot shall be numbered to correspond with the credential number. Each ballot shall designate the number of members represented by the local. In the case of a local with more than one delegate, the number of votes shall be divided equally among the registered delegates.

(h) Caucuses may be held by delegates of locals represented by more than one delegate and delegates of locals affiliated with joint boards. At such caucuses, delegates may authorize, in writing, on forms provided by the Tellers Committee which shall be attached to each delegate's duplicate credential, one or more of their number to cast the votes for agreed-upon candidates of all who so authorize. In such event the administrative unit or designee of the local shall present the signed authorizations and duplicate credentials to the Tellers Committee no later than 10 a.m. on the third day of the Convention. The Tellers Committee shall then prepare a composite ballot listing all of the locals from which written authorizations have been received and the total number of members represented by such locals.

## Section 4     Count of Votes and Certification

The Tellers Committee shall examine the ballots and keep a correct record of the vote. Candidates shall be entitled to have observers present during the voting and counting of votes.

The Tellers Committee shall determine the number of observers, which shall be at least as many as necessary to observe the actual counting of ballots. The Tellers Committee shall report to the Convention, with its recommendations, on any appeals filed under Article 13Section 4, or shall certify the election results to the Convention.

**Section 5      Installation**

Workers United officers shall take office upon certification of the election results by the chairperson of the Tellers Committee or following the final disposition of any appeals by the Convention and shall continue in office until their successors are elected and the results are certified by the chairperson of the Tellers Committee or the Convention has ruled on any appeal thereto. Under no circumstances shall any officer's term be extended for more than five years.

**ARTICLE 11      ELECTION TO LOCAL OFFICES AND POSITIONS**

**Section 1      Nomination and Election Meeting**

(a) Candidates for local office, executive board membership, elected business agent and other positions shall be elected in an election by secret ballot. At the local's option, nominations may be made at a special meeting called for that purpose prior to the local's election. The local shall give at least fifteen days notice to its members of the offices to be filled in the election and of the time, place, and form for submitting nominations, and shall afford office-seekers a reasonable period to engage in campaigning. The local shall determine and announce the date, time, and place of the election. The local may choose to provide notice of the date, time place and manner of an election by including such information in the nominations notice described above or may utilize an additional notice which shall be mailed to each member at the member's last known home address at least fifteen days before the election through the union newspaper or by letter. If at the time of nominations, there is no contest for any or all offices or positions and there is therefore an election by acclamation, there is no need to schedule an election for those offices or positions, provided that the election committee examines the candidates' qualifications and declares them eligible. The requirement to give fifteen days' notice for the election of officers in Canada may be met by posting in the workplace, provided a reasonable effort is made to provide notice to those members whose attachment to the industry has been interrupted by temporary unemployment due to illness, economic condition or other good cause.

(b) A person may not be a candidate for more than one office or position if he or she cannot occupy such offices or positions at the same time.

## Section 2        Election Procedure

(a) Mail, telephone, electronic or other forms of ballots may be used if authorized by Workers United's President.

(b) Each qualified candidate shall be entitled to have an observer present in the polling place during the voting and the final tally and count of the votes. Where there is more than one polling place, the election committee shall determine the number of observers required for adequate coverage of the polling places, and each qualified candidate shall be entitled to such number. However, where slate voting has been authorized, the election committee shall fix an adequate and reasonable number of observers for each group. Each slate shall be entitled to the same number of observers, regardless of the number of candidates nominated as part of its ticket. A candidate may be an observer. All observers must be members in good standing of the local involved. The names of all observers must be designated in writing to the election committee. An observer may not electioneer within the polling place and shall be subject at all times to the authority of the election committee to conduct and supervise the election.

(c) The votes shall be counted immediately after the polls close. The candidates receiving the highest number of votes shall be declared elected, unless the constitution or by-laws of the affiliate require that a candidate receive a majority of the votes cast.

(d) Locals may provide in their governing documents that officers and/or delegates shall be elected by majority, rather than plurality vote, by adopting the following procedures. The election notice shall specify the run-off election date, if any, as well as original election date. A run-off election shall be conducted between the two candidates who receive the greatest number of votes in the original election.

## Section 3        Election Committee

(a) The Local Executive Board, or other officers as provided in the local's bylaws, shall appoint an election committee of at least three members. Committee members shall be in good standing, eligible to be a local officer or executive board member, and shall not be candidates in the election. If the local executive board or other officers designated in the bylaws fail to do so, the

committee may be appointed by Workers United's President. This subsection (a) is subject to the provisions of subsection (b) of this Section.

(b) In its discretion and subject to Workers United's President's approval, a local may appoint to the committee persons who are members in good standing of another local or who have demonstrated their support for the objectives of Workers United by their work for the trade union movement.

**Section 4      Election Committee Procedure**

The election committee shall:

(a) examine the dues, records, and eligibility of each candidate who has been nominated;

(b) remove from the ballot any candidate who is or has been found ineligible consistent with this Constitution or affiliate governing documents;

(c) remove from the ballot any candidate who after a written request given within a reasonable time has failed to appear before the committee for examination of his or her eligibility as a candidate;

(d) conduct and supervise the elections;

(e) decide whether a member shall vote if his or her right to do so is challenged;

(f) keep records of members who vote;

(g) count and tally the vote and do so in the presence of any observers who wish to be present;

(h) report the result of the election;

(i) arrange for the preservation of all election records for at least one year; and

(j) have such other powers as may be conferred on it by the local or its executive board which are not inconsistent with this Constitution and the local's bylaws.

**ARTICLE 12      JOINT BOARD ELECTIONS**

**Section 1      Eligibility**

If a joint board has not adopted eligibility requirements in its governing documents, eligibility for joint board delegates shall be as provided for Workers United Convention delegates.

## Section 2    Nominations and Elections

(a) Each joint board, triennially or more often, shall nominate and elect by plurality vote in an election among the joint board delegates elected pursuant to the provisions of this Article the following officers unless other and/or additional officers or other provisions for the performance of their duties are provided in its governing documents: a manager; a president; a vice president; a Secretary-Treasurer; and an executive board of directors of such number as provided in its governing documents, if so provided, all of whom shall hold office until their successors are elected and installed. A joint board may provide, in its governing documents, for direct election of officers by the membership. Canadian joint boards or joint councils shall hold elections in accordance with the applicable Canadian labour laws and their bylaws, but in no event shall elections be held less frequently than every five (5) years.

(b) Before any election, the joint board shall appoint an election committee, consisting of members who shall not be candidates for any other joint board office, to approve slates under Article 9Section 4(b), to hear election appeals under Article 13Section 2(c), and to perform any other duties delegated to it by the joint board executive board or by its governing documents.

(c) At least fifteen days prior to the election of delegates to a joint board, notice of such election (which notices may be given in a union publication) shall be given by mail to each member at such member's last known home address who is entitled to vote in such election.

(d) Joint boards may provide in their governing documents that officers and/or delegates shall be elected by majority, rather than plurality vote, by adopting the following procedures. The notice of such election shall specify the date of a run-off election, if any, as well as the date of the original election. A run-off election shall be conducted between the two candidates who received the greatest number of votes in the original election.

## ARTICLE 13    ELECTION APPEALS

### Section 1    Appeals

An appeal from a decision of the election committee of an affiliate may be made by a member of the committee or by a candidate or any other member adversely affected by the decision. Any further appeal may be made by such persons or by the election committee itself.

**Section 2        Appeal Bodies**

The following procedure shall apply and be strictly and expeditiously enforced in such appeals:

(a) If the candidacy is for an office or position in a directly affiliated local, the first appeal shall be to the local's election committee.  A second appeal may be made to be to the GEB.

(b) If the candidacy is for an office or position in a local that is part of a joint board, the first appeal shall be to the local's election committee.  The second appeal shall be to the joint board's executive board.  A third appeal may be made to the GEB.

(c) If the candidacy is for an office or position in a joint board or in the Canadian Conference, the first appeal shall be to the body's election committee.  A second appeal may be made to the GEB.

**Section 3        Appeal Procedures**

Appeals shall be governed by the applicable provisions of Article 17Section 16, and Article 17Section 20, except that each appeal from a decision at each level must in any case be post-marked within ten days after it is issued.

**Section 4        Appeals of Workers United officer elections**

Any delegate desiring to protest any aspect of the conduct of the election of Workers United officers shall appeal immediately, in writing, to the Tellers Committee.  If the Tellers Committee is unable to resolve the appeal to the satisfaction of the appellant and all affected candidates, then the Tellers Committee shall, as soon as feasible, report to the Convention its recommendations on the appeal.  If the ballots have not yet been cast, the Convention may fashion a remedy and direct the Tellers Committee to effectuate the remedy.  If the Tellers Committee is unable to report on the appeal until after the ballots are cast, the Tellers Committee, instead of certifying the election results to the Convention, shall report to the Convention the results of the balloting, together with its recommendations on the appeal.  Where the Convention finds violations that may have affected the election's outcome, it shall have the power to order a re-vote, a ballot recount, or such other action to remedy the election violations as it deems appropriate.  Otherwise, the prevailing candidates shall take office in accordance with Article 10Section 5.

**ARTICLE 14      MEMBERSHIP**

**Section 1          General Eligibility Requirements**

    Any person attached to the industry shall be eligible for membership in this organization. A person is attached to the industry when employed in any employment over which Workers United exercises jurisdiction.  Attachment to the industry shall be deemed to include and not be interrupted by temporary unemployment due to illness, economic conditions, other good cause uniformly applied, or service as a full-time paid officer, staff member or business agent of Workers United or any of its affiliates.

**Section 2          Applications**

    Applicants for membership shall complete and sign authorization cards or other applications for membership. By joining Workers United, a member authorizes Workers United and the affiliates to which the member belongs to act as the member's exclusive agents for the purposes of collective bargaining in respect to rates of pay, wages, hours, or other conditions of employment.

**Section 3          Acquiring Membership**

    An applicant for membership shall become a member of the affiliate and of Workers United upon acceptance of the membership application and the dues and fees that may be required. If a person who is not a member, or is ineligible for membership, pays dues that are accepted by an affiliate, such payment shall not confer any rights or benefits of membership. Nothing in this Article shall limit the right of a member holding two or more jobs to hold membership in two or more affiliates, so long as he or she satisfies the requirements of each, including payment of dues, separately.

**Section 4          Limitations on Rejection**

    No local may reject any applicant by reason of race, religion, color, age, sex, national origin or citizenship status, sexual preference or orientation, gender identification or disability.

**Section 5          Previously Suspended or Expelled Members**

    A member who, under Article 18Section 8(a), has been automatically suspended for non-payment of fixed dues may be readmitted as a member only upon approval of the local.  Such readmitted member shall pay an amount equal to the initiation fee and all fixed dues and other charges owing at the time of suspension, unless by past custom or practice the affiliate has

uniformly waived this requirement. A member who has been expelled for disciplinary reasons may not make application for reinstatement for one (1) year thereafter, and may only be reinstated by the affiliate from which the member was expelled; except that members expelled by the GEB may be reinstated only by the GEB. Under no circumstances may a member who has been found guilty of embezzlement, misappropriation or fraud in violation of Article 17Section 1(d) be eligible for any office or position as a delegate. Any member expelled for any reason other than the foregoing, who has been reinstated, may petition the President for restoration of full membership rights, including the right to hold office. The President shall have discretion to act upon such a petition.

### Section 6      Passive Membership

(a) Any person who is a manager, owner, proprietor or a representative of employers in the industry or any person who is employed outside Workers United's jurisdiction may be accepted for or hold membership in a local only as a passive member, provided such person maintains no affiliation with an organization hostile to Workers United.

(b) Passive members shall not be entitled to voice or vote or to attend local meetings. They shall be ineligible for election to any office in the Union or any positions as a delegate representing the Union.

(c) Passive membership is hereby declared a privilege, revocable at will, by any local executive board or the Workers United's President.

### Section 7      Associate Membership

The GEB shall have the authority to establish and implement a program for associate membership in Workers United under terms that are not inconsistent with this Constitution.

### Section 8      Rights and Obligations of Membership

The rights and obligations of membership are governed by this Constitution and the affiliates' governing documents, and the affiliation agreement of any labor organization with which Workers United affiliates. A member shall notify his or her local of any change of address. A member shall pay all fixed monthly or weekly dues established by a convention, the GEB or an affiliate. Only members in good standing shall have any right to vote, attend meetings or otherwise participate in the affairs of the affiliate.

**Section 9       Dual Membership**

(a) No person shall be eligible for membership in any affiliate or in Workers United who holds membership in any club, society, or other organization which in the opinion of Workers United's President, subject to GEB review, exercises or claims to exercise duties and functions similar to those exercised by Workers United or its affiliates, or which claims jurisdiction in whole or in part over matters which are within Workers United's jurisdiction.

(b) Membership in such organization shall constitute dual affiliation and any member holding dual affiliation who is directed by Workers United's President to resign from membership in such organization, but who refuses to do so, shall be suspended by the President. After charges and hearing as required by Article 17, the trial body may determine an appropriate penalty.

(c) An individual holding membership in another labor organization because of a servicing relationship sanctioned under Article 30Section 7, does not violate this Section.

**Section 10       Good Standing**

Any member not suspended or expelled for any reason, including for non-payment of dues under Article 18Section 8(a), is a member in good standing.

**ARTICLE 15       WITHDRAWAL OR TRANSFER OF MEMBERSHIP**

**Section 1       Requests for Withdrawal of Membership**

A member who is current in the payment of dues, fees, and any fines and assessments and against whom no charges are pending may withdraw from membership in an affiliate either (a) because the member is temporarily or permanently not employed in an industry coming under the Workers United's jurisdiction or (b) to work in jurisdiction of another affiliate. The affiliate shall grant withdrawal if these conditions are met and shall not otherwise classify a member as withdrawn except as provided in Section 2 of this Article. The affiliate shall give the member written, dated evidence of withdrawal. The affiliate shall promptly give notice of the member's withdrawal to Workers United.

**Section 2       Automatic Withdrawal from Membership**

(a) An affiliate may place members in seasonal industries on withdrawal status when they are terminated at the end of a season even though they have not made a specific request for this status. An affiliate shall stop the automatic withdrawal of any seasonal worker upon that worker's request.

(b)  A member who is not working in an occupation or industry under Workers United's jurisdiction but who is able and willing to work and has sought but failed to obtain employment or is temporarily absent from work due to illness, work-related accident, maternity, parental or similar leave of absence during that period and will be able to return to such occupation or industry within a reasonable period of time, and who continues to be a member in good standing, shall be permitted to retain membership for two years after the member's last day of work.  After two years, the member is deemed to have automatically withdrawn from membership unless Workers United's President permits the member to continue membership under standards uniformly applied. An affiliate may adopt a bylaw or policy providing for the waiver of initiation or re-initiation fees for any individual seeking membership within one year of automatic withdrawal, and for the retention of the individual's initial membership date, whether or not the individual had previous membership in the particular affiliate to which the individual seeks admission.

**Section 3        Prepaid Dues**

If the member has prepaid dues for months after the month of withdrawal, the local shall refund them to the member at the time of withdrawal or as soon thereafter as is practical.

**Section 4        Effect of Withdrawal**

Upon withdrawal, a member ceases to have any obligation to pay dues to the affiliate, have any right to vote, attend meetings or otherwise participate in Workers United's or the affiliate's affairs  Any worker who works in Workers United's jurisdiction while on withdrawal shall have the withdrawal deemed revoked.

**Section 5        Resumption of Active Status**

(a) A withdrawn member may become active again in the same affiliate by paying the reinitiation or other fee, if any, charged by the affiliate to restore withdrawn members to active status and the dues appropriate for the member's trade or employment, if the member would be otherwise eligible for membership.

(b) A withdrawn member may become active again in another affiliate by paying the reinitiation or other fee, if any, charged by the new affiliate to restore withdrawn members to active status and the dues appropriate for the member's trade or employment, if the member would be otherwise eligible for membership and the new affiliate confirms with Workers United or the

former affiliate that the member is still on valid withdrawal status, provided that if the member joins the other affiliate in the same calendar month he/she withdrew from the former affiliate, the member shall be considered by the new affiliate to be in good standing for that month and the member's dues obligation to the new affiliate shall begin the following month.

## Section 6 International Solidarity

(a) A member of a union in a country other than the United States or Canada, affiliated with the International Textile, Garment and Leather Workers' Federation, International Union of Food, Agricultural, Hotel, Restaurant, Catering, Tobacco and Allied Workers Associations or the International Transport Workers Federation who produces a transfer card or other evidence from the union showing that he or she has been a member in good standing for not less than one year shall be admitted to membership in any Workers United local on the same terms as any Workers United member transferring from one local to another. However, membership shall be dated only from the date of admission to Workers United membership.

## Section 7 Recall to Active Military Service

In the event a member of any local is recalled to active military service due to a prior military commitment, that member shall be issued a withdrawal card from the local at no cost to the member. Upon return from active service, such member shall be reinstated to membership in good standing at no cost to the member. In addition, the member shall be reinstated to any pre-service union offices held (whose terms have not expired) and his union membership shall be deemed uninterrupted for purposes of any requirements to run for union office.

## ARTICLE 16 RETIRED MEMBERS

### Section 1 Retirees Association

The GEB shall establish a Retirees Association.

### Section 2 Eligibility for Retiree Membership

An individual may be eligible for retiree membership in Workers United and its Retirees' Association if the individual is a former Workers United member, or was a member of one of its predecessor unions, and either has retired from employment, or has reached 55 years of age and is not employed by Workers United, by a Workers United affiliate, or by an employer whose employees are represented by Workers United; or if the individual is a former employee of and is

receiving a pension from Workers United, a Workers United affiliate or predecessor union, whether or not the individual was a member of Workers United or one of its predecessor unions.

**Section 3      Associate Retiree Membership**

Current members or employees of Workers United and/or its affiliates, who are 55 years of age or older, are eligible for associate Association membership, as are the spouses of regular or associate Association members.  Associate members shall pay the same dues as regular members.  They shall have all rights and benefits afforded full members, except that they shall be ineligible to serve as or vote for Association and Association chapter officers, executive board members and Workers United Convention delegates.

**Section 4      Rights of Retiree Members**

(a) Retiree members may participate in union meetings and may receive union publications, but they shall not have the right to run for office, or vote on any issue or in any election under this Constitution, except as provided in this article.  Retiree members are not in "good standing" for any purposes under this Constitution except as expressly set forth in this Article.

(b)  Should a retired member return to employment in a Workers United represented work place, the member shall pay the dues required by the union, and comply with all other obligations of membership under this Constitution. He or she shall, during the time he or she is a member in good standing, have all the rights of members in good standing, including the right to vote.

(c) The rights of retired members in Canada shall be governed by applicable Canadian law.

**Section 5      Governance of Retirees' Association**

The Retirees' Association shall, by promulgating bylaws consistent with GEB resolutions, provide for the governance of the Retirees' Association.  The bylaws and/or resolutions may provide for additional membership requirements.

**Section 6      Retiree Delegates to Workers United Convention**

(a) The GEB may, by resolution, establish no more than fifteen retiree delegate positions. It shall determine, in consultation with the Retirees' Association, an election process for such delegates and shall further determine by resolution whether the delegates shall be elected at large, by geographic area, or by some combination of the two. The Retirees' Association shall conduct such elections by secret ballot, which may be by mail ballot, and may establish, through its bylaws, further eligibility requirements for voting and candidacy.

(b) Each retiree delegate shall have one vote at Workers United's convention. However, retiree delegates shall not vote for Workers United officers.

## ARTICLE 17     CHARGES, HEARINGS AND APPEALS

### Section 1     Grounds for Charges

A member or a person holding an elected or appointed office or position in Workers United or an affiliate may be required to appear at a disciplinary hearing when charged with any of the following offenses:

(a) Violating any provisions of this Constitution or the constitution or by-laws of an affiliate, a decision of the Convention or a decision of any officers of Workers United or of an affiliate acting within the scope of their authority, or deliberately aiding or abetting another member in a violation.

(b) Gross disloyalty or conduct unbecoming a member.

(c) Gross inefficiency of a Workers United or affiliate officer that hinders or impairs the interests of Workers United or an affiliate.

(d) Actual or attempted misappropriation, fraud or financial malpractice involving the assets of Workers United or any of its affiliates or any employee benefit plan.

(e) Publicizing the internal affairs of Workers United or an affiliate except to other members.

(f) Failure or refusal to abide by the rules of order and parliamentary procedure in  Workers United's or an affiliate's meetings or creating any disturbance therein, or recording by any means the proceedings of any affiliate's official meetings.

(g) Abuse of fellow members or officers.

(h) Preferring charges maliciously or in bad faith or failing to appear and present evidence after filing charges.

(i) Secession or fostering secession or sponsoring or advocating decertification of, or deauthorization of union security for Workers United or any affiliate; or of dual membership, as described in Article 14Section 9.

(j) Holding membership, office or position in a labor organization claiming jurisdiction over any trade or industry or branch thereof within the jurisdiction of, or in contractual relations with

Workers United which was not established under this Constitution which attempts to shape or influence the policies or actions of or to displace Workers United or an affiliate, or active support or promotion of such a labor organization.

(k) Working as a strikebreaker.

(l) Violating standards of wages, hours and working conditions in a workplace covered by a collective bargaining agreement.

(m) Discriminating against a member or any other person having business with the union based on race, color, religion or creed, national origin, age, disability, marital status, sex (including sexual harassment), sexual preference or orientation, gender identification or citizenship status.

(n) Retaining for his or her own use, or failing to deliver to his or her successor in any office or position, any property of Workers United or of an affiliate.

(o) Ineligibility for membership under Article 14Section 1, without withdrawing from membership.

(p) Such other acts and conduct which tend to bring Workers United or an affiliate into disrepute, interfere with the performance of legal or contractual obligations of Workers United or an affiliate or which are in violation of sound trade union principles

## Section 2    Form of Charges

All charges shall state: the name and address of the person being charged; the sections of the Constitution or bylaws which are alleged to have been violated; a brief statement of the facts indicating such alleged violation; and the name of the person and organization with whom the charges are being filed. They shall be signed by the person making the charges.

## Section 3    Who May File Charges

One or more Workers United members having knowledge of the facts alleged to constitute a violation of this Constitution may file a charge against a member or officer of Workers United or any of its affiliates, except (a) a charge involving breach of an affiliate's bylaws may only be filed by a member of the affiliate or a Workers United officer, (b) charges against the GEB or the Executive Committee, as such, may be filed only by the governing body of an affiliate, and (c) any Workers United or affiliate officer may file a charge upon information furnished by a member.

### Section 4      Where Charges Are Filed

(a) Charges against a local member shall be filed with the accused member's local. If the local is affiliated with a joint board, the local shall promptly send a copy of the charges to the joint board by facsimile or other means of immediate transmission. The joint board shall have the right by notice in writing to the parties and to the local's secretary to assume jurisdiction of any such charges and in that event no action thereon shall thereafter be taken by the local. All further proceedings shall be taken by the appropriate joint board hearing body in the same manner as though the charges had originally been filed with it.

(b) A member of a local affiliated with a joint board may file charges with the joint board against:

(i)      a member of another such local,

(ii)      an administrative division of such other local,

(iii)      a member of any local involving violation of standards and working rules established in collective bargaining agreements,

(iv)      the executive board, as such, of any local,

(v)      a delegate to the joint board,

(vi)      any other person holding an elective office in a joint board or

(vii)      against any person serving two or more locals in an official or other elective capacity.

(c) Charges against the executive board, as such, of a directly affiliated local, a joint board or a Workers United officer (except for the Secretary-Treasurer) as an individual shall be filed with Workers United's Secretary-Treasurer.

(d) Charges against Workers United's Secretary-Treasurer shall be filed with Workers United's President.

(e) Charges against the GEB, as such, shall be filed with Workers United's convention.

(f) Charges against the President shall be filed with Workers United's Secretary-Treasurer.

### Section 5    Procedure When Filed

(a) The body or officer with whom the charges are filed shall notify the accused of the same by sending a copy thereof by any mail service providing proof of delivery, or by delivering a copy of the charge to the accused personally.

(b) Unless specified otherwise in an affiliate's governing documents, the affiliate's secretary shall give notice. When charges are filed with the Workers United's Secretary-Treasurer or with the Convention, the Secretary-Treasurer shall give notice. When charges are filed with the Workers United's President, the President shall give notice.

(c) The accused shall be notified of the time and place of hearing and shall be allowed no less than ten (10) days from the time of such notification for the preparation of a defense. If such charges are amended or supplemented, the accused shall be allowed ten (10) days from the notification of such change for additional preparation.

(d) No member may be tried twice for the same offense, provided that a further hearing ordered by an appellate body and a change in penalty following such further hearing are not precluded.

### Section 6    Suspension Pending Hearing

(a) Whenever in the opinion of Workers United's President, charges preferred against any Workers United or affiliate officer are of sufficient importance to warrant a temporary suspension pending hearing, the President shall have the right to suspend such officer pending the hearing of charges and the exhaustion of appeal remedies available in accordance with this Constitution for a period not to exceed 90 days. An affiliate receiving notice of such suspension shall honor the same forthwith. In the event such charges are not sustained, the accused shall be reinstated in office and paid the appropriate salary for the period of suspension.

(b) Workers United's President shall suspend from membership, pending the disposition of charges under this Article, any member who disobeys a direction to resign from a dual affiliation in accordance with Article 14Section 9(b).

### Section 7    Who May Conduct Hearings

(a) Hearings by an affiliate shall be conducted by hearing boards appointed as provided in the affiliate's governing documents. The hearing board shall consist of between one and five members. The GEB may itself conduct hearings on charges filed with the President or Secretary-Treasurer, or appoint one or more vice presidents for this purpose with authority to

either decide the charges or make a report for the GEB's consideration together with such summaries, transcripts and exhibits as the GEB may direct. The accused member(s), the accuser(s), their representatives, witnesses and anyone who might benefit personally and directly from the outcome of the proceedings shall be disqualified from conducting a hearing or sitting on an appellate body considering such charges.

(b) Whenever a charge is filed by or against the person or persons who would otherwise have the authority to appoint the hearing body, and if a joint board has not taken jurisdiction as provided in Section 4(a), the GEB shall have the authority, which it may exercise in its sole discretion, to:

(i)     appoint the hearing body consisting of not fewer than three members from among the members of the affiliate involved, or

(ii)    designate another officer member of the affiliate involved to appoint a hearing body of at least three members of the affiliate, or

(iii)   direct the joint board with which the local is affiliated, if any, to take original jurisdiction of the case, or

(iv)    assume original jurisdiction.

(c) Whenever a charge is filed against the President or Secretary-Treasurer of Workers United, the GEB may appoint a Workers United member to serve as hearing officer. No GEB member who filed the charge shall participate in the Hearing Officer's selection. A GEB member who is or may be a witness at a hearing in such case may still participate in Hearing Officer's selection.

## Section 8     Summary Disposition

A charge may be dismissed without hearing if, after assuming the charging party's allegations to be true, the charges fail to describe actions which would constitute violations of Workers United's Constitution or an affiliate's governing documents, or if the charges are of such a nature that the interest of the Union does not justify the expenditure of time, money, and other resources necessary for the conduct of a disciplinary proceeding. The decision whether to dismiss shall be made by the GEB with respect to charges considered by them or by the governing body of an affiliate with which charges have been filed or which has properly assumed jurisdiction.

**Section 9     Conduct of Hearing**

(a) The Hearing Officer or chair of the hearing board shall preside at the hearing, shall pass on all objections, and establish rules of decorum procedure not inconsistent with this Article.

(b) The person preferring the charge or a member designated by the person preferring the charge as a representative shall present the evidence against the accused. The accused or a member designated by the accused as a representative may present the evidence for the defense. At the conclusion of the presentation of evidence by any witness, the opposing side may cross-examine such witness. Only such testimony as pertains to the specific charges being tried may be heard by the hearing board.

(c) Where there is a joint hearing of more than one person upon charges accusing them of participation in the same offense, or accusing them of similar offenses arising out of the same transactions, there shall be only one representative for all such respondents unless the hearing board or hearing officer shall determine that the conflicting interests of the respondents require additional representation.  Similarly, in a hearing upon charges filed by more than one complainant, there shall be only one representative for all such complainants unless the hearing board or hearing officer shall determine that the conflicting interests of the complainants require additional representation.  Representatives must be members in good standing of Workers United and of the local, if charges are tried on the local level; of a local affiliated with the joint board, if charges are tried on the joint board level; and of Workers United, if charges are tried on the GEB level.  Representatives may not be practicing lawyers.

(d) Only members directly concerned with the case and Workers United representatives may be present during the hearing. Witnesses may be summoned to appear one at a time in accordance with the ruling of the hearing board.

(e) Each side shall procure the attendance of its own witnesses. Where a member whose testimony is vital to a case refuses to appear, the GEB shall have authority to assess a penalty against such member.

(f) In connection with any pending charge or investigation, the GEB and its authorized representatives may

(i)      direct the production of books or records by an affiliate or any officer, member or employee or any person having custody or control of such books and records and

(ii)     direct any member to appear before it or its authorized representatives to give testimony in connection with any pending charge or investigation.

(iii)    pay the expenses of such witnesses out of Workers United's general funds.

(g) When the accused fails to appear at a hearing, the hearing body may, if it desires, hear evidence in support of the charge before rendering a decision; or it may make further efforts to bring the accused before it.

(h) All decisions shall be in writing and shall be signed by those members of the hearing board who are in accord with the decision.

(i) Where the hearing board has authority to recommend penalty, the decision shall contain the penalty and the time for the accused to comply.

(j) The hearing body shall have the authority to order a stenographic, video or audiotape record made of the proceedings, and shall order a record upon an accused member's request. In the event that such record is not made, the secretary of the body, or the Hearing Officer, shall make a written record of the important evidence presented. Such records shall be made available to a higher authority hearing the case on appeal.

## Section 10      Hearing Upon Written Evidence

Where the accused consents to a hearing upon written evidence and waives oral hearing after the service of the charges, the GEB, the hearing officer or the hearing board may try such cases by furnishing the accused with a statement of the facts supporting the charges. The accused shall then have ten (10) days within which to reply to the accusations and to submit in writing, evidence, including affidavits if desired, in rebuttal of the charges. The GEB, the hearing officer or the hearing board shall make a decision based upon the evidence in their possession at the conclusion of this procedure.

## Section 11      Decision on Charges

(a) The hearing board or hearing officer shall have the right to reprimand, suspend, expel, fine for strikebreaking or otherwise discipline in accordance with the provisions of this Constitution. Judgments of suspension or expulsion from membership shall become effective only on

ratification by the executive board of the affiliate or the Workers United body or officer who appointed the hearing officer.

(b) An accused member must comply with any penalty imposed within the time specified by the hearing board or officer, or by the executive board or Workers United body or officer in the case of orders of suspension or expulsion, unless stayed by an appellate body. Nothing in this Section, however, shall be deemed to prohibit the President from exercising authority pursuant to this Article's Section 6.

## Section 12    Appeal Bodies

Appeals may be taken from a decision of a local to the joint board, if the local is affiliated with one. If the local is directly affiliated with Workers United, the appeal may be taken to the GEB. Joint Board decisions may be appealed to the GEB. GEB decisions may be appealed to the Convention, subject to the provisions of Section 13 and Section 14 of this Article.

## Section 13    Appeals to the Convention

Appeals to the Convention must obtain the approval of the Appeals Committee before being submitted to the Convention. When appeals by Workers United officers are involved, the Appeals Committee shall grant such right to appeal and establish the rules for conducting the hearing before the Convention. The Appeals Committee shall hear the case and make recommendations to the Convention.

## Section 14    Limitation on Right of Members to Appeal

Notwithstanding the provisions of Section 12 of this Article, an appeal of a member may not be taken beyond the GEB unless specifically authorized by the provisions of this Article. A member shall be deemed to have exhausted the remedies of appeal, in accordance with the requirements of Section 19 of this Article, following an appeal to the GEB.

## Section 15    Time Limit for Appeal

All appeals must be taken within thirty (30) days from the date that a final decision is mailed to the accused. However, election appeals must be taken within ten (10) days in accordance with Article 13Section 3.

## Section 16    Procedure for Appellant

In order to perfect an appeal, an appellant shall mail a written notice of such appeal to the Secretary of the body or to the officer to whom the appeal is directed. Appeals to the GEB and to

the Convention shall be filed with the Secretary-Treasurer. No specific form shall be required, but such notice shall state the decision being appealed from, and indicate the hearing body that rendered the decision. The appellant may file a written statement in support of the appeal within ten (10) days after filing the appeal. The appellant may request a stay of the penalty at the time the notice of appeal is filed. The appellate body may require partial compliance with a penalty as a condition for a stay.

## Section 17    Procedure for Hearing Appeals

When an appeal has been taken, the appellate body's secretary shall request the hearing body to submit all records, transcripts, and exhibits to the appellate body or officer. The appellate body shall consider the appeal on the basis of the record, exhibits and written statements. The accuser may be requested to submit an additional statement to the appellate body when the accused has done so. Application for oral argument may be made to the appellate body, which the appellate body may grant in its discretion.

## Section 18    Power of Appellate Body

The appellate body shall have the authority to set aside, affirm, modify, increase or decrease the penalty imposed, or to reverse the determination and remit the matter for future action or rehearing by any lower hearing body as it may designate. In considering an appeal based upon technical errors or procedure, the appellate body may, if substantial justice can be done, give any party an opportunity to correct such errors. Objections to procedure and notice which have not been raised before hearing or at the earliest moment possible during hearing by any party shall be deemed to have been waived.

## Section 19    Obligation to Exhaust Remedies

Every member or affiliate of Workers United feeling aggrieved by any action taken, or failure to act by Workers United, its officers, or any affiliate or the officers or members thereof, with respect to any matter, contract or right thereunder, or thing relating to or affecting the affairs of Workers United or an affiliate, or with respect to the hearing of charges or appeals therefrom, shall be required to exhaust all remedies of appeal, protest, grievance procedure, or arbitration permitted such member or affiliate under the terms of this Constitution, the affiliate's governing documents or contract, before resorting to any court or other tribunal.

## Section 20    Failure to Exhaust Remedies

Any member who brings a legal action against an affiliate or Workers United or the officers or members thereof as such, or who participates in such an action in a representative capacity, without first exhausting all remedies provided by this Constitution shall be deemed to have waived all remedies available under this Constitution and shall be subject to charges for violation of this Constitution and, if found guilty, shall be subject to such penalty as may be imposed; provided, however, that nothing in this Article shall be interpreted in such a manner as to conflict with applicable Federal or Provincial law.

## Section 21    Inapplicability to NLRB or Similar Charges

Exhaustion shall not apply to the filing of National Labor Relations Board unfair labor practice charges, EEOC discrimination charges, or similar legal or administrative proceedings in which a union may not require exhaustion.

## ARTICLE 18    DUES, PER CAPITA AND FEES

### Section 1    Dues

(a) The GEB shall develop policies for affiliate dues systems. These policies may provide for dues systems in which part time or low paid employees pay less and/or need not pay otherwise mandatory dues increases. Percentage dues systems and graduated dues systems shall be among the permissible systems.

(b) Beginning in 2011, effective the first pay period of each July, if payable weekly, and each July if payable monthly, each member's dues shall be adjusted in proportion to the weighted average of wage rate increases put into effect for all Workers United members during the year ending the preceding December 31. The adjustment shall reflect an amount equal to that yielded by applying the percentage of said average wage rate increase to a benchmark starting with $31.40 for full-time monthly dues payers, and $7.85 for full-time weekly dues payers, rounded, in the case of dues paid on a weekly basis, to the nearest multiple of five cents; and in the case of dues paid on a monthly basis to the nearest multiple of twenty cents. The calculation of any such increase in dues shall be made by the Secretary-Treasurer using data as provided by the affiliates. The benchmark for each later year shall increase by the amount of the previous year's adjustment.

(c) No local may fix higher dues or levy special or general assessments except (1) by majority vote by secret ballot of the members in good standing voting at a general or special membership meeting, after reasonable notice of the intention to vote upon such question, or (2) by majority vote of the members in good standing voting in a membership referendum conducted by secret ballot.

(d) No joint board may fix higher dues or levy special or general assessments except (i) by majority vote of the delegates voting at its regular meeting, or at a special joint board meeting held upon not less than thirty days' written notice to the principal office of each affiliated local, or (ii) by majority vote of the joint board's members in good standing voting in a membership referendum conducted by secret ballot, or (iii) by majority vote of the members of its executive board, pursuant to express authority contained in its constitution or bylaws: Provided, That the executive board's action shall be effective only until the joint board's next regular meeting.

(e) Affiliates may provide for uniform policies waiving dues for periods during which members do not receive pay from which dues may be checked off. Such policies may also provide that these members do not lose good standing for periods during which dues is so waived.

(f) The President may authorize an affiliate to increase dues at a rate less than the amounts provided for herein, or to not increase dues, under standards uniformly applied.

### Section 2      Initiation Fees

(a) The initiation fee for membership in Workers United shall be the sum that shall have been fixed as of March 21, 2009 by each affiliate, provided, however, that such amount may be changed in accordance with the procedures set forth in this Article, Section 1(c) or (d).

(b) Affiliates shall be responsible for paying the per capita tax to Workers United for new members from the first month of membership whether or not they charge an initiation fee.

(c) The President, subject to GEB review, shall have the power to waive the payment of initiation fees by newly formed affiliates, for newly-organized shops, or where special circumstances so require, under standards uniformly applied.

### Section 3      Per Capita Payments

(a) Effective March 21, 2009, the per capita rate for all affiliates shall be $16.55 monthly and $4.17 weekly. Effective July 1, 2011, and continuing each July thereafter, the per capita rate

shall increase in an amount equal to one-half of the amount calculated by the dues increase formula set forth in Section 1(b) above.

(b) The GEB shall establish policies concerning per capita tax to affiliates that permit low income, part time and sporadically employed members to pay reduced dues.

(c) Per capita shall be paid on all members for whom dues is collected.

(d) Per capita taxes are payable by the last day of the month following the month for which they are applicable. For example, per capita based on January dues receipts must be paid to Workers United or on before the last day of February. The per capita tax shall have the status of a standing appropriation by an affiliate, and shall have preference over all other obligations of any kind. An order for the same shall be signed by the affiliate officers without requiring a vote of the affiliate. The per capita tax shall be paid if any amount is received by the affiliate as dues or in lieu of dues, notwithstanding that the person on whose behalf said amounts are received are not members of the Union.

(e) The GEB may reduce the per capita amount.

### Section 4    Strike Fund

Workers United shall allocate a portion of the monthly per capita tax from each affiliate to the Workers United Strike and Defense Fund. The President shall establish rules and procedures for distribution of money from the Strike and Defense Fund. The portion to be allocated from each per capita payment shall be $0.75 (seventy-five cents) from each monthly per capita payment and $0.19 (nineteen cents) from each weekly per capital payment.

### Section 5    Political Fund

Workers United shall allocate a portion of the monthly per capita tax from each affiliate to a special segregated political fund established in accordance with applicable Internal Revenue Service codes and regulations. Expenditures from this fund shall be for political purposes, including contributions to candidates for non-Federal offices where such contributions are not prohibited by law. This provision shall not apply to per capita taxes received from affiliates chartered in Canada. The portion to be allocated shall be $0.75 (seventy-five cents) from each monthly per capita payment and $0.19 (nineteen cents) from each weekly per capital payment. The President may, for good cause, temporarily increase the portion of per capita allocated to the

special fund, and may also determine whether or not to later suspend the allocation in order to reimburse the general fund for the temporarily increased allocation.

### Section 6    Temporary or Seasonal Service Fees

(a) Individuals engaged in temporary or seasonal work whose length of employment and possibility of recurring employment in an affiliate's jurisdiction is of such duration that immediate collection of the entire initiation fee would not be justified, shall pay a temporary, seasonal or permit service fee. This includes, among others, individuals who are required by an affiliate to pay a fee per event worked, as in the case of sports venues that employ stand workers represented by the Union. Individuals paying an amount equal to regular dues for such period of employment shall be advised that they are eligible for membership under the same terms and conditions of any other individual eligible for membership in the Union working in a Union represented establishment if they choose to become members.

(b) If an individual who pays temporary, seasonal or permit fees continues working under a local's jurisdiction after the end of the temporary or seasonal employment, the individual must perfect his or her membership in the local by paying the required initiation fee. The current month's temporary service fee shall be applied to the initiation fee.

(c) Affiliates collecting temporary, seasonal or permit fees shall pay Workers United a monthly fee equivalent to the per capita tax based on the total amount of such fees collected each month divided by the average dues rate in the affiliate union to arrive at an equivalent number of regular dues units.

(d) The use of temporary, seasonal service or permit fee workers shall require the President's prior approval, and shall be subject to modification by the GEB.

### Section 7    Agency Service Fees

(a) Non-members employed in bargaining unit positions may be required to pay an agency service fee subject to applicable law and the collective bargaining agreement.

(b) The affiliate shall pay Workers United a monthly fee equivalent to the per capita tax for each agency service fee collected by the affiliate union.

**Section 8      Arrearage in Payments**

(a) Any member being two calendar months, or, if dues is paid weekly, eight weeks in arrears for the payment of any dues shall be considered automatically suspended. The provisions of Article 17 shall not apply to such suspension. A member, whose dues have been withheld by his or her employer under a collective bargaining agreement, shall not be deemed in arrears because of the employer's delay or default in dues remittance.

(b) Whenever a member is indebted to an affiliate or to Workers United, such debt shall be collectible wherever such member holds membership. Upon failure to pay the amount due, the affiliate to which the debtor member belongs, on demand of the creditor, shall suspend the said member.

(c) Any affiliate which has not paid its per capita tax by the end of the month following the date payable, as defined by this Article's Section 3(d), shall automatically be considered not in good standing. Any affiliate union not in good standing is subject to the imposition of a trusteeship.

## ARTICLE 19      FINANCES – AFFILIATE FINANCIAL PRACTICES
### Section 1      Deposit of Affiliate Funds.

All monies that are the property of an affiliate shall be deposited in a bank designated by the affiliate, in the affiliate's name subject to withdrawal only upon the signatures, actual or facsimile, of two designated officers authorized by the affiliate. The affiliate's Secretary-Treasurer shall promptly deposit all affiliate monies.

### Section 2      Records

Each affiliate shall maintain records of members' payments of dues, initiation fees, and/or other payments. The form of such records shall be approved by Workers United's Secretary-Treasurer.

### Section 3      Financial Reports

Affiliate unions shall file with Workers United copies of all financial reports filed with the appropriate federal government.

## ARTICLE 20      AFFILIATE – WORKERS UNITED FINANCIAL TRANSACTIONS

### Section 1      Payments by Affiliates

All monies paid by an affiliate to Workers United shall be paid by check or by electronic transfer.

### Section 2      Prompt Payment - Extensions of Time

Each affiliate shall promptly pay its initiation fees and other payments due Workers United within thirty days after they become due. Per capita tax shall be paid in accordance with Article 18Section 3(d).  Such payment shall include a statement explaining the basis of the payment and the number of members covered in each category for each local. If an affiliate is unable to make prompt payment, or when deemed necessary for the promotion of collective bargaining or warranted by other special circumstances, the President may, upon application, grant a waiver, a reduction, or an extension of time, under standards uniformly applied.

### Section 3      General Fund

Except as provided in Article 18Section 4 and in Article 18Section 5, or as otherwise provided by this Constitution, all funds received by Workers United from any source whatsoever shall be placed in the General Fund and all Workers United expenditures for any purpose shall be from the General Fund.  All funds shall be used for all purposes that such funds have been used in the past, including but not limited to organization of new members, negotiation and enforcement of collective bargaining agreements, administration of the Union, political (except as prohibited by law), legislative and educational purposes deemed to be in the best interests of this organization, public relations and charitable purposes, affiliation with or support of other labor organizations and other groups, and fulfillment of any other functions of a labor union.

## ARTICLE 21      AUDITS – WORKERS UNITED AND ITS AFFILIATES

### Section 1      Certified Public Accountant's Audit

A Certified Public Accountant external to Workers United, selected by the Secretary-Treasurer, shall make an annual audit of Workers United's financial records. The final audit report shall be presented to the GEB, which shall satisfy itself as to the accuracy and completeness of the report. Workers United's books shall be closed December 31st of each year.

**Section 2       Audits of Subordinate Bodies**

The Secretary-Treasurer or his or her designees shall administer a program to audit the affiliates' accounts on an appropriate periodic basis, using either Workers United staff auditors or an audit firm. The President, the Secretary-Treasurer or the GEB may also order an audit of an affiliate at any time. The audit shall include all financial records, membership records and per capita computations, and any other records deemed necessary by the auditors including records of trust funds of any kind. If performed by an audit firm, the affiliate must file a copy of the audit with the Secretary-Treasurer within sixty (60) days after the audit period's expiration.

**Section 3       Affiliates to Furnish Documents**

Upon request by the President, the Secretary-Treasurer or the GEB, an affiliate's officers shall produce or cause to be produced forthwith at a place designated by such officer or it, all the books and records of such affiliate or subject to the affiliate's control, before the requesting officers or such other person as they may designate, for examination and audit. As used herein, the words "books and records" shall include, without limitation, all the books and records of all welfare, social insurance, vacation, holiday, retirement funds, real estate and real property trusts, corporations or holdings, and all other funds of any other nature whatsoever in which such affiliate, or its officers or membership, have a right of administration or beneficial interest, and the books and records of all subsidiary or affiliate organizations in which such affiliate, or its officers or membership, have an interest.

**ARTICLE 22       PROPERTY**

**Section 1       Charter**

The charter granted to an affiliate shall be and remain Workers United's property to be used by the affiliate only so long as it complies with this Constitution and the policies, rules and directives of Workers United.

**Section 2       Property Held by Affiliates**

(a) All initiation fees, dues, other payments due or owed by members, and all other funds and property and all books and records in the possession of or subject to the control of any affiliate shall be and remain the property of Workers United, but shall be retained by the affiliate with full power to use them for its proper purposes so long as such affiliate holds a valid charter issued by Workers United, or until an affiliate receives notice that an employer employing all of the

affiliate's members will permanently close its operations and terminate all of the affiliate's members.

(b) An affiliate shall use its assets exclusively to fulfill the organizational purposes set forth in this Constitution and shall not liquidate or dispose of them, in whole or in part, by dividing them among the members, directly or indirectly, or by expending or diverting them in any other manner which violates this Constitution. Workers United's President and Secretary-Treasurer shall take all necessary steps to protect the Union's property.

(c) When the charter of an affiliate is revoked or becomes invalid, or when an affiliate receives notice from an employer that the employer will permanently close its operations and terminate all of the affiliate's members, then the charter shall be delivered to Workers United. The affiliate's funds, books, records and other property held by or for such affiliate shall immediately be delivered to and all rights thereto transferred to the affiliate's joint board; or, in the case of a directly affiliated local, to Workers United. It shall administer all such property in the best interests of Workers United's members. Such delivery and transfer shall be made immediately, as necessary, to the Joint Board's principal officer; or to Workers United's Secretary-Treasurer, or their designee, by the bonded officer or person with custody or control of such property.

## Section 3    Bond and Custody of Property

(a) Union officers and employees having custody or control of the funds or property of an affiliate or of Workers United shall be bonded for the faithful discharge of their duties with a highly-rated bonding company selected by the Secretary-Treasurer in accordance with applicable federal regulations. All such individuals shall be bonded for at least the minimum amount required by Federal law.

(b) Each affiliate shall pay the bond premiums on its officers and employees in a manner determined by Workers United's Secretary-Treasurer.

(c) Each officer, executive board member, business agent, representative and employee of Workers United and its affiliates shall deliver to his or her successor or to the GEB upon demand all union funds and property in his or her possession or control. He or she shall not be released from his or her bond until fully accounting for and delivering the union's assets.

**Section 4      Real Property**

(a) Where applicable law permits, real property may be acquired and held in the name of Workers United or its affiliates, as the case may be.

(b) Alternatively, Workers United or its affiliates that hold or acquire real property may hold such property as follows:

(i)      Workers United or an affiliate may form a stock corporation to hold such property and all of its stock shall be issued in the name of Workers United or an affiliate thereof, except for such qualifying stock as required by law to be issued to the individual directors of such corporation.  All such stock, whether issued to Workers United, its affiliates or individual directors, shall be endorsed by the holders in blank and held in trust for the members of Workers United, and/or the affiliates under the provisions of this Constitution.  The holders of such stock shall be obligated to vote their shares for such directors of the corporation as the GEB or the affiliate's executive board or board of directors may designate.  Where stock is issued in the name of a director, if one of the directors loses his or her union office, position or employment as the result of an election or otherwise, retires, dies, or is otherwise disqualified from acting as director, the stock issued in that director's name shall be transferred to his or her successor and be endorsed and held by the latter as provided herein; or

(ii)     Workers United or an affiliate may organize a non-profit membership corporation as long as effective control of the corporation is vested in the GEB, or in an affiliate, as the case may be.

**Section 5      Real Estate Ownership, Sale, Encumbrance, or Lease**

Whenever an affiliate, a trust fund, corporation or other entity created directly or indirectly from funds derived from the affiliate or its members enters into a plan for the ownership, sale, encumbrance, or real estate lease exceeding three years as lessee or lessor, or uses any of its own or its members' funds for such purposes, the entire plan, including any trust agreements, articles of incorporation, corporate bylaws, contracts and leases, shall be subject to the Secretary-Treasurer's approval before becoming effective. The Secretary-Treasurer's decision shall be subject to expedited appeal to the GEB.  An affiliate may not establish or

participate in a plan to hold real estate which does not permit Workers United to audit fully the building funds in the same manner as the affiliate's assets are audited.

## Section 6      Investments

The Secretary-Treasurer shall have the power for Workers United and the executive board of an affiliate shall, under the supervision of the GEB, have power for such organization to invest the funds held by it in such securities and investments as they may deem advisable and which are investments of the type specifically approved by the GEB and permitted by law and to purchase or sell, for cash or on credit, convert, redeem, exchange for other securities or other properties, or otherwise dispose of, any securities or other property at any time held by them. They shall have power to designate agents with full or limited written authority to execute and deliver assignments, transfers or other written instruments and to exercise any right appurtenant to securities or other property held by it at any time. They shall have power to borrow money for their proper purposes and to pledge or hypothecate these securities or investments held by them as security for the payment of such loans. Workers United may guarantee the payment of any obligation or debt of any affiliate.

## Section 7      Prohibited Uses

The withdrawal, transfer or use of funds or property in a manner not provided for herein is a violation of this Constitution.

## ARTICLE 23      STRIKES AND STRIKE BENEFITS

### Section 1      Notice and Approval of Strikes

(a) A local affiliated with a joint board shall submit all disputes to it. The method by which a strike vote is taken shall be determined by each affiliate's governing documents. It shall require a majority vote of those voting in order to sanction a strike, unless an affiliate's governing documents require a higher percentage.

(b) The principal officer of any joint board or directly affiliated local shall request the President's authorization to engage in any strike in excess of seven working days. The President may authorize the strike effective as of the strike's first day.

(c)   The President's authorization shall not render Workers United a party or a participant in any strike or impose any liability on Workers United or its officers. Such authorization is solely for the purpose of assuring compliance with this Constitution and recognition that amicable means

of adjustment have been exhausted and that the best interests of the membership have been protected. Such authorization is also a necessary step to obtain consideration for strike or defense benefits.

(d) The President may assume charge over any sanctioned strike.

### Section 2       Strike and Defense Fund

The Workers United Strike and Defense Fund shall be used for the purposes of organization, defense, strikes and providing out-of-work relief to needy participants in a strike which has been sanctioned by the president or who are unemployed because of a lockout which has been so determined by the president. The president may determine in his or her discretion to make loans or grants to other unions from the Workers United Strike and Defense Fund engaged in strike activities. The President shall set Strike and Defense Fund benefits, taking into account all relevant considerations. The President may require that some part of the strike benefits be paid by the affiliate, under standards uniformly applied. The first payment of relief shall be for the second week of a strike or lockout. Where the President deems it necessary, under standards uniformly applied, the President may change the amount of the out-of-work relief and the portions thereof to be paid by the Strike and Defense Fund and the affiliate involved in the dispute.

### Section 3       Financial Assistance

Neither Workers United nor its Strike and Defense Fund shall give any financial assistance in any strike or lockout unless the President has been notified officially of the dispute and has approved the financial assistance.

### ARTICLE 24       ETHICAL PRACTICES CODE (AMENDED)

### Section 1       Preamble

The purposes of this Code are to ensure high standards of executive and administrative practices in Workers United and its affiliates, maintain the soundest standard of financial practices, maintain adequate safeguards for the prevention of corruption, discrimination, and anti-democratic procedures, and provide for a well-run institution capable of advancing Workers United's goals of improving its members' economic, social, and political interests. For purposes of this Code, the terms "affiliate" and "affiliates" refer to any joint board, local, or other subordinate body of Workers United, but shall not include the Amalgamated Bank or any

insurance company or other financial institution which is operated independently of Workers United and is subject to state or federal governmental regulation and supervision (other than regulation pursuant to the Labor Management Reporting and Disclosure Act of 1959 (LMRDA).

**Section 2    Financial Practices**

(a) All officers and employees of Workers United and its affiliates have a fiduciary duty to safeguard the Union's funds and to use them only for proper and prudent purposes. The members are entitled to full disclosure concerning the use and investment of all Union funds.

(b) Workers United and its affiliates shall conduct their financial transactions in accordance with sound business practices, including full approval of all expenditures in accordance with the applicable governing documents, and the securing of competitive bids for major contracts. Workers United shall develop a policy, applicable to itself and its affiliates and subject to Public Review Board approval, providing for exceptions where competitive bidding is inappropriate.

(c) All expenditures by officers and staff of Workers United and its affiliates for which reimbursement is sought shall be for a proper purpose and shall be properly documented and approved in accordance with the applicable constitution and bylaws, United States and Canadian labor laws, and sound accounting principles.

(d) Neither Workers United nor its affiliates shall make loans for any purpose to its officers, representatives, employees or members, or to members of their families, except for short-term advances of actual, documented expenses where necessary.

**Section 3    Health, Welfare And Retirement Funds**

No official, representative or employee of Workers United or an affiliate shall receive fees or salaries of any kind from a fund established for the provision of health, welfare or retirement benefits, except for reasonable reimbursement of expenses.

(a) No official, employee or other person acting as an agent or representative of Workers United or an affiliate, who exercises responsibilities or influence in the administration of health, welfare and retirement programs or the placement of insurance contracts, shall have any substantial individual or family interest in, nor any compromising personal ties, direct or indirect, with outside agencies such as insurance carriers, brokers or consultants doing business or seeking to do business with the health, welfare and retirement plans. This prohibition does not preclude the

employment of a spouse or relative of an official, employee or other agent or representative of Workers United or an affiliate, by an outside agency described herein so long as such employment is disclosed to and is approved by the Workers United's President or the executive officer of the affiliate responsible for financial matters, depending on the entity with which the outside agency does business.

(b) Nothing in this section is intended to prohibit the receipt of directors' fees or expenses, where otherwise legal, received by officers or employees of Workers United and its affiliates, from entities other than health, welfare, or pension plans where such payments do not constitute a conflict of interest or create the appearance of a conflict of interest with such officer or employee's position with Workers United or any subordinate body.

**Section 4      Prohibited Conduct**

(a) No officer or employee of Workers United or its affiliates shall have any substantial direct financial interest in any firm with which Workers United or its affiliates has a collective bargaining relationship, nor shall any officer or employee accept direct personal profit or special advantage from such a firm. This prohibition does not prohibit officers and employees from participating in collectively bargained benefits such as company 401(k) programs or direct stock purchase programs, or to prohibit the ownership of mutual funds containing such stock.

(b) No officer or employee of Workers United or its affiliates shall have any substantial direct financial interest in any firm with which Workers United or its affiliates does business or seeks to do business, nor shall any officer or employee accept direct personal profit or special advantage from such a firm.

(i)      This prohibition does not prohibit transactions between the Workers United or one of its affiliates and a firm in which a family member of an officer or employee has a financial interest so long as: 1) the transaction is disclosed to, and approved by, the appropriate Union governing body; 2) the officer or employee does not participate in the approval of the transaction; 3) the transaction is conducted at or below market price; 4) any required government filings regarding potential conflicts of interest are made and kept current; and 5) the transaction is approved by the Workers United's President, or the executive officer of the affiliate responsible for financial matters, as applicable.

(ii)     This prohibition does not prohibit officers and employees from participating in collectively bargained benefits such as company 401(k) programs or direct stock purchase programs, or prohibit the ownership of mutual funds containing such stock.

(c) No officer or employee of Workers United or its affiliates shall convert or divert any funds or property of the Union to such individual's personal use except for incidental personal use of cars, computers and telephones in accordance with Workers United's published policies.

(d) No officer or employee of Workers United or its affiliates shall accept any thing of value from any employer with which the Union bargains or whose employees the Union seeks or might seek to represent, subject to the exceptions listed in section 302(c) of the Labor Management Relations Act of 1947, 29 U.S.C. § 186(c), or accept expensive gifts, payments, lavish entertainment, or any other compensation (other than regular pay and benefits for work performed in the case of local officers and employees) from any employer with which the Union does business.

(e) No individual holding a full-time paid elective or appointive position with Workers United or an affiliate shall receive any additional salary from any other subordinate body or Workers United for the work such individual performs on behalf of the Workers United and its affiliates, without the express written approval of Workers United's President.

(f) No individual holding a full-time paid elective or appointive position with Workers United or an affiliate shall receive any additional wages, salary or expenses, or shall accept any gift or payment, from any source which would constitute a conflict of interest, or which would create the appearance of a conflict of interest, with his or her position with the Union.

(g) Nothing in this section is intended to prohibit the receipt of directors' fees or expenses, where otherwise legal, received by officers or employees of Workers United and its affiliates, from entities other than health, welfare, or pension plans where such payments do not constitute a conflict of interest or create the appearance of a conflict of interest with such officer or employee's position with Workers United or its subordinate body.

(h) No current and future officers, agents, employees, representatives, and persons holding positions of trust in Workers United and its affiliates as well as all current and future members of Workers United and its affiliates shall:

(i)     commit any crime listed in 18 U.S.C. § 1961 (1) or in the Labor-Management Reporting and Disclosure Act of 1959;

(ii)    attempt to cause or cause an employer (but not including Workers United or its affiliates) to discharge or otherwise discriminate against an employee because the employee exercised or sought to exercise rights under the Labor Management Reporting and Disclosure Act of 1959.

(iii)   knowingly associate with any member or associate of any criminal group or with any barred person, unless and to the extent such person is the authorized representative of an employer with whom the union official or member is required to associate in the course of performing their official union duties;

(iv)    knowingly permit any member or associate of any criminal group or any barred person to exercise any control or influence, directly or indirectly, in any way or degree, in the conduct of the affairs of Workers United or its affiliates, unless and to the extent such control or influence results from that person's position with an employer with whom the union bargains or whose employees the union seeks to represent; or

(v)     obstruct or otherwise interfere directly or indirectly, with the efforts of anyone effectuating or attempting to effectuate the terms of this Code, or of the Consent Decree or any permanent order of the court in <u>United States v. HEREIU, et al.</u>, U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB), or in attempting to prevent any criminal groups or barred person from exercising influence on the conduct of the affairs of the International Union and its affiliates; unless and until Workers United obtains from the court an order removing it from the consent decree's scope.

(i) As used in the Ethical Practices Code, the term "knowingly associate" shall mean that; (i) the party knows or should know that the person with whom he or she is associating is a member or associate of any criminal group or is a barred person; and (ii) the association is more than fleeting.

(j) As used in the Ethical Practices Code, a "barred person" is: (i) any member or associate of any organized crime family or other criminal group, or (ii) any person prohibited from participating in union affairs pursuant to or by operation of the Public Review Board, the

Consent Decree in <u>United States v. HEREIU, et al.,</u> U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB) or other court order or statute.

## ARTICLE 25     WORKERS UNITED PUBLIC REVIEW BOARD

### Section 1     Creation

Until such time as the United States District Court with jurisdiction over U.S. v. HEREIU rules otherwise, Workers United shall recognize Public Review Board ("PRB") imposed upon it by a United States District Court to review complaints and conduct hearings whenever necessary in accordance with its jurisdiction set out herein.

### Section 2     Composition

The PRB shall be composed of four individuals of national prominence designated by the above mentioned United States District Court. PRB vacancies shall be filled by the remaining board members who will consider recommendations from Workers United's President and GEB.

### Section 3     Jurisdiction

(a) The PRB shall have jurisdiction to make final and binding decisions with regard to alleged violations of the Ethical Practices Code. However, the PRB's jurisdiction does not extend to:

(i)     the resolution of protests concerning internal officer elections conducted by Workers United or its affiliates which do not expressly allege violations of the Ethical Practices Code;

(ii)     local union or subordinate body matters, including the resolution of internal union disciplinary charges which do not expressly allege violations of the Ethical Practices Code;

(iii)     matters under the regulatory jurisdiction of a state or federal governmental agency other than the United States Department of Labor, including any matters having to do with the Amalgamated Bank or any insurance company or other financial institution which is operated independently of Workers United and is subject to state or federal governmental regulation and supervision; and

(iv)     matters involving the administration of an employee benefit plan unless violations of the Ethical Practices Code are expressly alleged by the complainant to be the method or means by which the improper administration occurred.

(b) The PRB shall have the right and power to remove, suspend, expel, fine or forfeit the benefits (with the exception of vested employee retirement benefits subject to Title I of the Employee Retirement Income Security Act 29 U.S.C. § 1001, et seq.) of any officer, representative, agent, employee or person holding a position of trust in Workers United and its affiliates.

(c) The PRB shall have the right and power to impose its discipline up to and including expulsion from Union membership when a member of Workers United or its affiliates is found to have violated the Ethical Practices Code, in regard to a matter within the jurisdiction of the PRB.

**Section 4      Initiation Of Matters Before The Public Review Board**

The PRB may act on any matter it concludes that it is necessary to act upon in order to fulfill the objectives of the Ethical Practices Code and the objectives of the PRB. The PRB may also act on matters referred to it by Workers United's President or GEB.

**Section 5      Rules**

The PRB shall have the power to promulgate its own rules of practice and procedure and amend them from time to time as it deems necessary, provided that in the event of tie votes among its members, the chair's vote shall be decisive.

**Section 6      Reports**

The PRB shall submit annual reports to Workers United's membership which will be presented annually in Workers United's magazine distributed to all members.

**Section 7      Budget**

Workers United shall fund a budget sufficient to cover the expenses, including office, staff, travel, operating expenses and reasonable compensation to the PRB's members, that the PRB will assume as a result of its jurisdiction over Workers United.

**Section 8      Indemnification**

Workers United shall indemnify the PRB, its members, and all persons acting pursuant to and within the scope of the authority of the PRB from any personal liability and cost, including without limitation attorneys' fees that any such persons might incur to defend themselves against any claim of such liability based on or arising from any actions that any such person takes pursuant to or within the scope of the authority of the PRB.

## ARTICLE 26     WORKERS UNITED CANADIAN CONFERENCE

### Section 1     Organization

There shall be a Canadian conference.  All Workers United Canadian affiliates shall be affiliated with this conference.  Delegates to the conference shall be chosen on the same basis as delegates to Workers United's Convention.

### Section 2     Purposes and Governing Rules

The Canadian conference shall, consistent with this Constitution, promote the organizational, economic, educational and political programs of Canadian affiliates and other Workers United affiliates.  The Canadian conference shall determine the rules under which it shall operate, consistent with Constitution and the GEB's directives.  However, the Canadian conference, and its affiliates, may, subject to GEB approval, in their governing documents include provisions differing from those set forth in Workers United's Constitution where the Constitutional provisions are mandated by U.S. law.  The Canadian conference shall adopt governing documents  consistent with this Constitution.

### Section 3     Canadian Director, Other Positions and Committees

(a) There shall be a Canadian Director, which position shall initially be held by Workers United's Canadian Director on March 21, 2009, and will hold that position until a Canadian Conference can be held.

(b) Canadian conference delegates shall elect the Canadian director using the same voting system required for election of Workers United officers under Article 10Section 3.  The Canadian director shall be elected for a term of four years, or until a successor is elected and installed.

(c)   There shall be a Canadian Executive Board, composed of and elected by Canadian delegates in accordance with the Canadian conference's governing documents.

(d) The Canadian director shall chair the Canadian conference and shall preside over meetings and have such other duties and powers as are incident to the position.  The Canadian director may authorize strikes and strike related activity by Canadian affiliates upon approval of Workers United's President.  The Canadian director shall establish such committees as deemed necessary to carry out the purposes and business of the conference and shall appoint their members.  Such committees shall report to the conference.

(e) The GEB shall fill any vacancy in the position of Canadian director for the remainder of the term or until such time as the Canadian conference fills such vacancy at a special meeting called for that purpose.

**Section 4      Time and Place of Conference**

The Canadian conference shall meet at least once every four years.  The Canadian director shall determine the time and place of the conference.

**Section 5      Quorum**

A majority of delegates attending the Canadian conference shall be a quorum for the transaction of business.  However, no conference action shall be held invalid for lack of a quorum unless the question of the quorum's absence was raised before such action was taken.

**Section 6      Councils**

All reference in this Constitution to joint boards shall, in Canada, be deemed to refer to councils and joint councils.

**Section 7      Separability**

(a) The Canadian conference, subject to GEB approval, shall have authority to promulgate rules governing the practice of Canadian affiliates where any provision of this Constitution may be in conflict with applicable Canadian or provincial law.

(b) If any provision of this Constitution, or the application of such provision to any Canadian officer, member, person or circumstance, shall be held invalid, the remainder of this Constitution or the application of such provision to other officers, members, persons or circumstances, shall not be affected thereby.

**Section 8      Official Languages**

Workers United recognizes that Canada has two official languages, English and French; and shall make every effort possible to render its projects, activities and services in both of these official languages.  Workers United shall also be know as Travailleurs Unis.

## ARTICLE 27      LIABILITY

**Section 1      Liability of Workers United and Officers**

Except for a Workers United officer, chief of staff or department head, no person holding an elective or appointive position, or an organizer, employee, representative or agent of Workers

United or an affiliate shall make or be empowered to make any contract, including collective bargaining agreements, or incur any liability or act for Workers United or any officer thereof, or represent, commit, or bind Workers United or any officer thereof or receive legal process on its or his or her behalf binding upon Workers United or any officer thereof, unless authorized in writing by the GEB.  Neither Workers United nor any officer or agent thereof shall be liable under any such contract or for any such acts of any such organization or any such person.  All affiliate officers, representatives, and organizers, acting in these capacities, shall be agents only of such affiliate and shall not be Workers United agents.

**Section 2      No liability for employer's failure to provide safe workplace**

Neither Workers United nor any of its affiliates, nor any officer, executive board member nor other person holding an elective or appointive office or position therein shall be responsible for the failure of any employer to comply with standards of sanitation, safety and health required by law or by a collective bargaining agreement.

**ARTICLE 28      ELECTED OR APPOINTED PAID POSITIONS**

**Section 1      Future Employment**

(a) Each person who is elected or appointed to a full time paid position in Workers United or in any affiliate, who deals with employers on terms or conditions of employment or in connection with the enforcement or observance of agreements is deemed to agree that if for any reason his or her term of office or position or tenure of employment is terminated,

(i)      the person will not seek or accept, for a period of at least five years (or such maximum amount of time as is permitted by law) from the date of such termination, any office or employment with an employer or an association or group of employers of Workers United represented employees which requires the person to provide any services which would further their new employer's or principal's dealings with Workers United or with any of its affiliates; and

(ii)      Workers United or the appropriate affiliate may refuse to deal with that person if he or she violates this undertaking, and may utilize any other available remedy to prevent any actual or threatened breach of such undertaking; and

(iii)      the person consents to issuance of any injunction against any such actual or threatened breach.

(b) This agreement by such person is automatically effectuated by the acceptance of such office or position or employment. It is a condition to the holding of such office or position and shall be a limitation on his or her tenure.

**Section 2      Ineligibility for Employment with Workers United**

No person who would be disqualified from service as a convention delegate under Article 2Section 9(c), shall hold an elective or appointive office or position in Workers United or in an affiliate. A disqualified person's rights may be restored under Article 2Section 9(e) or Article 14Section 5.

**Section 3      Accrued Vacations of Officers and Employees**

(a) Affiliate employees, including paid officers, shall accrue no more than two years vacation time.

(b) Any affiliate employee accumulating two years vacation time shall stop accruing vacation time until the employee uses vacation time to reduce the employee's accrual below two years.

(c) Any affiliate employee, with accrued vacation time exceeding two years on this section's effective date, may use all vacation time accrued until the effective date, but shall accrue no additional vacation time until the employee uses vacation time to reduce the accrual below two years.

(d) Any employee, whose vacation entitlement would otherwise increase (e.g. whose annual entitlement would increase from two weeks to three weeks) while the employee has two or more years accrued vacation time, shall use accrued vacation at the old rate until the accrued vacation falls below two years, after which time only newly accrued vacation shall accrue at the increased rate.

(e) Employees shall not be paid in lieu of taking paid vacation time off, except upon separation.

(f) This section shall apply except to the extent that it contradicts local law.

## ARTICLE 29      UNION LABELS

**Section 1      Authority Over Labels**

With respect to all Workers United labels, Union Cards, trade names, trademarks, or other insignia, the President :

(a) Shall have complete authority and jurisdiction;

(b) May in these matters delegate authority to affiliates, which shall limit themselves to such authority as is delegated to them;

(c) Shall approve a form or forms of any insignia;.

(d) May repossess insignia whenever he or she sees fit;

(e) May change the provisions, terms and conditions of agreement relating to the issuance of insignia;

(f) May direct affiliates respecting the issuance or possession of insignia.

### Section 2       Use of Union Label

The President may, at his or her complete discretion,  grant to or revoke from employers, licenses for the use of the label identifying products as manufactured by employers in contractual relations with Workers United or its affiliates.

### Section 3       Display of Union House Card

The Union House Card may be issued to any proprietor in the hospitality industry who desires to operate a union establishment provided the proprietor signs the Workers United House Card contract. No Union House Card shall be displayed in any establishment unless workers employed therein coming under Workers United's jurisdiction are Workers United members. The Union House Card may not be removed from any establishment except by authority of Workers United or the affiliate that issued the card.

### Section 4       Labels May Not Be Sold

The Union Label and the Union House Card issued by Workers United shall remain Workers United's property.  No right of ownership may vest by reason of the payment of any fees, or the assumption of any obligation, in any person granted the right to use said card or label.

## ARTICLE 30       AFFILIATIONS AND RELATIONSHIPS WITH OTHER ORGANIZATIONS

### Section 1       National Labor Federations

Workers United shall be affiliated with such labor federations as are approved by the GEB.

### Section 2       Affiliation with Central and State Bodies

Except as otherwise provided for herein, affiliates shall become affiliated for their full membership with their respective State or Provincial Federations of Labor, Central Labor Councils or Unions, and in Canada with the Canadian Labour Congress. Every affiliate shall designate, in accordance with its bylaws, delegates to such organizations. If, in the opinion of the President, compliance with this Section would create a hardship upon the affiliate, the President may waive this Section's provisions under standards uniformly applied.

### Section 3       Order for Withdrawal

Whenever, in the opinion of Workers United's President, a State Federation, Central Labor Council, or other organization of any nature whatsoever, with which an affiliate is affiliated, conducts its affairs in a manner hostile to, or contrary to the best interests of Workers United or any of its affiliates, Workers United's President may order the affiliate to withdraw from such organization and cease all association with the same.

### Section 4       Other Affiliations

The GEB may on behalf of Workers United enter into relations by way of affiliation or otherwise with other labor organizations operating in other countries or on an international scale, including those in all industries within its jurisdiction, and appoint delegates or other representatives to represent Workers United at conventions, conferences or other delegate bodies of such organizations.

### Section 5       Representatives

The President shall have the power to designate and appoint on behalf of Workers United the persons to serve as members of any board, body or committee, governmental or otherwise, on which Workers United is to be represented.

### Section 6       Formal Partnerships

The GEB shall have the power to enter into formal partnership with organizations consistent with Workers United's goals. The GEB may affiliate Workers United with another union under Article 3Section 6(j) and (k).

### Section 7       Service Agreements

Any affiliate, subject to GEB approval, or the GEB itself, may enter into agreements with other unions providing that Workers United or an affiliate would service a workplace represented

by another union; or providing that another union may service a workplace represented by Workers United or an affiliate.

## ARTICLE 31    HEALTH AND WELFARE AND PENSION FUNDS

**Section 1    Purpose**

Workers United's objects and purposes under this Article are to provide a means whereby all Workers United members may ultimately participate in a single Workers United Health and Welfare Fund and Workers United Pension Fund, which funds will provide the maximum health, welfare and pension benefits attainable through centralization of administration and optimum utilization of all available present and future assets and resources of all health and welfare and pension funds in which affiliates participate and to assure adequate safeguards for the administration of such funds by trustees appointed by Workers United or its affiliates.

**Section 2    Authority of GEB**

The GEB is hereby empowered to take all necessary action or actions and shall have all rights, powers and authority consistent with law and the terms of this Constitution to accomplish the objects and purposes of this Article.

**Section 3    Participation of Local Funds**

Any employee benefit funds of any affiliate shall be eligible to participate in the Workers United Health and Welfare Fund and the Workers United Pension Fund.

**Section 4    Merger of Welfare Funds**

Any existing health and welfare fund in which any affiliate participates may be merged into the Workers United Health and Welfare Fund.

**Section 5    Merger of Pension Funds**

Any existing pension fund in which any affiliate participates may be merged into the Workers United Pension Fund.

**Section 6    Canada**

The Canadian Director is empowered to undertake the same actions in Canada under this Article that the GEB is empowered to take in the U.S., with the approval of the GEB.

**Section 7      Current Fund Participation**

Workers United and its affiliates may continue to participate in any pension, health or welfare fund, as they are amended from time to time, in which any of their members and staff currently participate.

## ARTICLE 32      APPLICATION AND AMENDMENT OF CONSTITUTION

**Section 1      Binding Effect**

This Constitution shall be binding upon Workers United and each affiliate. It shall be binding upon each member, officer, executive board member, business agent, organizer, employee, representative and agent of Workers United and of each of its affiliates. Such affiliates and such persons shall not have the right or authority to waive any provision of this Constitution and any such waiver shall not be binding upon Workers United or its affiliates.

**Section 2      Separability**

(a) The GEB shall have authority to revise any provision of this Constitution which is found to be in conflict with applicable law.

(b) If any provision of this Constitution, or the application of such provision to any officer, member, person or circumstance, shall be held invalid, the remainder of this Constitution or the application of such provision to other officers, members, persons or circumstances, shall not be affected thereby.

**Section 3      Amendment or Repeal**

(a) Any provision of this Constitution may be amended or repealed by the affirmative vote of two-thirds of the votes cast at the convention, a quorum being present, at any regular Workers United convention or a special convention called for that purpose.

(b) Any such amendment or repeal shall be effective on the first day of the month immediately following the convention, unless another effective date is specified by such convention.

**Section 4      Submission of Amendments**

Amendments to this Constitution may be submitted in the following ways:

(a) An affiliate may submit a proposed amendment by adopting such proposal at a regular meeting and forwarding it to the Secretary-Treasurer sixty (60) days prior to the Convention's opening.

7/23/09                                                         74

(b) Workers United's President or the GEB may submit proposed amendments as a part of their official reports to the Convention or at any other time.

(c) All proposed amendments, no matter how submitted, shall be in writing, and shall be separated from other written matter.

(d) Referral to Constitution Committee: At the Convention, all proposed amendments shall be referred to the Constitution Committee or appropriate Committee designated by the President and shall be voted upon by the Convention after the Committee's report on such proposals is read. Any resolution dealing with a fundamental principle in this Constitution and intended to have a permanent regulatory effect shall be treated as a proposed amendment to the Constitution and referred to the Constitution or appropriate Committee.

**Section 5        Conflicting Provisions**

All resolutions or parts thereof in conflict with this Constitution are hereby repealed, insofar as they are inconsistent with this Constitution. The GEB is hereby authorized to make appropriate changes in such resolutions in accordance with this Constitution.

**Section 6        Disclaimer re Pending or Anticipated Litigation**

Neither the creation nor adoption of this constitution, nor any subsequent affiliations or mergers will limit or reduce in any way the jurisdiction of the United States District Court in *Gillis v Wilhelm*, Civ No. 09-1116, to grant relief to any party.

## APPENDIX A: LOCAL UNION BY-LAWS

*(In accordance with the Constitution, these bylaws are to be used as the bylaws of local unions unless and until those locals adopt their own bylaws that are consistent with the Constitution. Note that a joint board may have adopted its own model by-laws, which would entirely supersede these model by-laws; or may have adopted provisions governing their locals, which would supersede only specific provisions of these by-laws).*

### ARTICLE 1      MEMBERSHIP MEETINGS

**Section 1**      The Local's membership shall be its supreme governing body whose decisions shall be final unless contrary to a Joint Board decision or any Workers United or Joint Board constitutional provision, or reversed on appeal as provided by the Workers United or Joint Board Constitutions.

**Section 2**      The Local shall meet regularly at least every two months (except for July and August) as a whole or by worksite at the Local's headquarters or at a location specified by the Local or the Executive Board.  The Local shall notify members of each meeting's time and place by posting a copy of the notice in the Local's office and in other places where meeting notices are customarily posted.

**Section 3**      The Local may hold a single meeting in two or more sessions conducted at different times and/or locations.  The sessions shall be deemed one meeting for all actions and deliberations. On any proposition for which a vote is required, such vote shall be accumulative and the total vote cast for all sessions shall constitute the Local's action.

**Section 4**      A quorum for the purpose of transacting the Local's business shall consist of not less than 10 members present in person at any meeting. For meetings held in multiple sessions, 10 members shall be required at each session.  No action of any meeting shall be invalid for lack of a quorum unless a member raised the question of lack of a quorum before such action was taken.  Any meeting at which a quorum is present may transact any business coming before the meeting without prior notice of the business to be transacted except as these By-laws otherwise provides.  However, the Local shall give notice of any meeting called for nominating officers or for amending these By-laws.  Unless these Bylaws otherwise provide, all meeting decisions shall be by a majority of those voting.

## ARTICLE 2    OFFICERS - ELECTION AND ELIGIBILITY

**Section 1**      The officers of the Local shall consist of a President, a Vice President, a Recording Secretary, a Financial Secretary, a Sergeant-at-Arms and Joint Board delegates. The Executive Board may, by majority vote, combine the offices of Recording Secretary and Financial Secretary into the single office of Secretary-Treasurer, which shall then encompass the duties and responsibilities of both prior positions. The Executive Board may take this action in the event of a vacancy in either position, in which case the decision shall become effective immediately; or before giving notice of election for local officers, in which case the decision shall become effective upon the election of the Secretary-Treasurer.

**Section 2**      Depending on the number of delegates and alternates which the Local is entitled to send to Workers United's Convention, or to the convention of any union with which Workers United might affiliate, the following shall serve in the following order:  the President, the Vice President, the Recording Secretary, the Financial Secretary and the Sergeant-at-Arms.

**Section 3**      Officers shall be nominated and elected by plurality vote in an election by secret ballot among the members in good standing triennially at a meeting held on a date fixed by the Executive Board.

**Section 4**      No member who is two (2) months or more in arrears in the payment of dues shall be entitled to be a candidate for office or to vote for officers.

**Section 5**      A candidate for office must be a member in good standing for at least one year before the election date, and must otherwise meet the eligibility requirements set forth in Workers United's Constitution.

**Section 6**      At least fifteen (15) days before the nomination meeting, the Local must give written notice of the meeting reasonably calculated to inform all members. The notice must state:

(a) the offices to be filled;

(b) the time, place, and date of the nomination meeting

(c) that members must be in good standing by the beginning of the nomination meeting to be eligible to nominate candidates;

(d) that members must be in good standing for a year before the beginning of the nominations meeting to be eligible to run for office;

(e) that nominations will be accepted from the floor;

(f) that candidates must accept their nominations before the close of nominations, either in person or in writing;

(g) that a secret ballot election will be conducted if necessary at a date, time and place specified in the notice;

(h) if the officers' terms are to begin within three years before a Workers United convention, that the officers will also serve as convention delegates and alternates, depending on the number of delegates to which the Local will be entitled.

**Section 7**    At the executive board meeting preceding the nomination meeting, the executive board shall appoint an election committee comprised of at least three members in good standing who will not be candidates in the election, and who are eligible to be elected as officers or executive board members.

**Section 8**    The Local shall not discriminate in favor of any candidate. It shall not advocate the election or defeat of any candidate in any printed statement purporting to be the official or authorized views of the organization. It shall not use the monies or other property of the affiliate for any such purpose. This section shall not preclude any officer from exercising the officer's democratic right to participate as an individual in any other election campaign.

**Section 9**    At the nomination meeting, the election committee chairperson shall request nominations for candidates. Nominations shall require one (1) second. No nominee shall be placed upon the ballot unless the nominee accepts the nomination. Prospective nominees who do not attend the meeting may submit written acceptances to the recording secretary or to an election committee member no later than the close of nominations. No member may be a candidate for more than one office, except that candidates may run for Joint Board or Convention delegate and for any other office. The election committee shall examine the dues records and determine the eligibility of each nominee.

**Section 10**    If there is only one candidate nominated for an office, the Election Committee Chairperson shall cast one ballot for such candidate or candidates, and shall declare these candidates duly elected.

**Section 11**    Election Notice: If an election is necessary, at least fifteen (15) days before the election, the Local must cause to be mailed a notice (which notice may be given in a union publication) to each member at the member's last known home address. The notice must:

(a) list the offices to be filled;

(b) set forth the election's time, place, and date;

(c) state that members must be in good standing in order to vote

(d) state that a secret ballot election will be conducted at a date, time and place specified in the notice;

(e) if the officers' terms are to begin within three years before a Workers United convention, then the election notice shall state that the officers will also serve as convention delegates and alternates, depending on the number of delegates to which the Local will be entitled.

**Section 12**    Slate Voting:

(a) Any group of candidates that wishes to appear on the ballot as a slate shall submit a written request for such designation to the election committee at least ten (10) days before the election. If the election is to be conducted by mail ballot, any such request shall be submitted at least ten (10) days before the ballots are scheduled to be mailed to the members.

(b) A request for designation as a slate shall be approved by the election committee provided that the slate: (i) includes a candidate for at least two-thirds of the separate categories of offices or positions to be filled at the election (including categories which may have been filled by acclamation), and (ii), where two or more places are to be filled in a category of elective offices or positions, includes at least one-half of the number of persons to be elected to each such office or position.

(c) Neither Workers United international convention delegate nor joint board meeting delegate shall be deemed a "category of office or position" for purposes of determining whether a slate includes a candidate for at least two-thirds of the separate categories of offices or positions. An

otherwise eligible slate may run candidates for Workers United international convention delegate or joint board meeting delegate if the slate includes at least one-half of the number of persons to be elected to each such office or position.

(d) Permission may be withheld by the election committee if the slate designation requested is so similar to that selected by another slate as to mislead voters.

(e) Any candidate in an election may appeal to the Workers United's President from a decision granting or denying designation as a slate.

(f) If a request for designation as a slate is approved, the ballot shall provide space at the head of the list of candidates so that one vote may be cast for all candidates appearing under such slate. Each candidate in such slate, however, shall in addition have printed opposite her or his name, a space or box in which an individual vote for him or her may be cast and recorded.

**Section 13**    For all contested offices, the election committee shall conduct and supervise the election. Each candidate shall be entitled to have a number of observers set by the election committee. Each observer shall be a member in good standing designated in writing by the candidate. Observers may be present in the polling place during the voting and the final tally and vote count. The election committee shall safeguard the secrecy and honesty of the election. Each voter must sign and print his or her name on a list maintained by the election committee. The voter should be given a ballot, permitted to mark the ballot in secret and to place the ballot in a ballot box. The election committee shall decide challenges to a member's voting right; keep voter records; and count and tally the vote and do so in the presence of any observers who wish to be present. The election committee shall count only the votes for candidates duly nominated and properly on the ballot. It shall not count proxy, write-in or sticker votes. The election committee shall announce and certify the results of the election in a signed statement, and report the election results at the next executive board meeting. It shall preserve all ballots and other records pertaining to the election for one year after the election.

**Section 14**    Appeals concerning the conduct of the election shall be taken in accordance with Workers United's Constitution, Article 13.

**Section 15**    Officers shall hold such office until their successors are elected and installed. Installation of officers shall be held at the next meeting after the election, but no more than three

years after the preceding installation. The new officers shall take the pledge set forth in Workers United's Constitution, Article 9Section 9. The outgoing officers shall immediately turn over all books, records, property and assets belonging to the Local to the newly installed officers.

**Section 16**    Vacancies in any elective office except the President, may be filled by a majority vote of the Executive Board, subject to ratification at the next membership meeting. The individual selected shall hold office until a successor is elected and assumes office. The Executive Board may, in its discretion, call a special election at any time to fill a vacancy in any elective office, in which event the person selected by the Executive Board to fill the vacancy shall serve only until the successful candidate at such special election assumes office. The Vice President shall succeed to the office of the President in the event of a vacancy and shall hold office until a successor is elected at either a general or special election and assumes office. Special elections shall be conducted in accordance with the by-laws governing regular elections. The officers so elected shall serve until the next regular election and until their successors are elected and assume office.

## ARTICLE 3    OFFICERS — DUTIES

**Section 1**    Section 1:  Duties of President.  The President shall:

(a) be the Local's chief executive officer and shall transact such business as is usual to the office of the President, subject, however, to the disapproval of the Local Executive Board;

(b) preside over all membership and executive board meetings;

(c) rule on all questions of law and order at such meetings;

(d) sign all checks, bank withdrawal slips or other authorization for the withdrawal of the funds, money and properties of the Local when countersigned by the Treasurer;

(e) be an ex-officio member of all special and standing local committees;

(f) appoint such committees as are not otherwise provided herein;

(g) have the authority to inspect the Financial Secretary's books and records.

The President may vote on questions of membership and other matters voted on by secret ballot, but as Chairperson of meetings the President may cast only the deciding vote on other matters.

**Section 2**     Duties of Vice President. The Vice President shall assist the President in the performance of the President's duties, shall act for the President when the President is unable to perform the President's functions, and, in the event of a vacancy, shall succeed to the office of President for the unexpired term, or until a successful candidate in a special election assumes the office.

**Section 3**     Duties of the Financial Secretary. The Financial Secretary shall:

(a) receive all monies paid to the Local and deposit them in its name in such bank or banks or invest them in such securities as the Executive Board may authorize;

(b) jointly with the President, sign all checks drawn upon the Local;

(c) keep true and accurate accounts of all the Financial Secretary's transactions;

(d) arrange to have an audit of such accounts made at least annually;

(e) make audit reports to the Executive Board, and the Local; and

(f) shall have such further powers as are usual to the office.

**Section 4**     Duties of the Recording Secretary. The Recording Secretary shall:

(a) keep correct minutes of all Local and Executive Board meetings;

(b) conduct the Local's correspondence;

(c) have such powers and duties as are usual to the office;

(d) keep a record of the names and addresses of all of the Local's members and of rejected applicants for membership and of suspended or expelled members, together with the grounds therefore.

(e) make any reports required under Workers United's Constitution, Article 8Section 11.

**Section 5**     Duties of Sergeant-at-Arms. The Sergeant-at-Arms shall guard the door and preserve order and decorum at Local and Executive Board meetings and shall perform such other duties as are usual to the office.

## ARTICLE 4     THE EXECUTIVE BOARD

**Section 1**     There shall be an Executive Board consisting of the President, Vice President, Recording Secretary, Financial Secretary and the Sergeant-at-Arms.

**Section 2**      The Executive Board shall be the highest governing authority within the Local between membership meetings. It shall exercise general supervision over its property and affairs. It shall have such further powers as are necessary or appropriate to effectuate the powers granted to it by the Workers United or Joint Board Constitutions, and by these Bylaws.

**Section 3**      The Executive Board shall have power, subject to the approval of the Local and the provisions of the Workers United and Joint Board Constitutions, to invest the funds and properties of the Local; to authorize the Local's expenditures or the use of the Local's property to effectuate of any of its objectives; to borrow money and to pledge any of the Local's property or securities as security therefore, and to buy, sell, exchange, rent lease or otherwise acquire or dispose of real or personal property; and shall fix the salaries, if any, of the elective officers. It shall present a report of its activities to each Local meeting for approval.

**Section 4**      The Executive Board shall meet regularly at least once every sixty days at a time and place fixed by the Board. The President may call special Executive Board meetings at any time upon reasonable notice to the Board members by mail at their home addresses and by posting in the Local office the time and place of the meeting and the business to be transacted thereat.  Direct telephonic notice shall be sufficient in emergencies.  A majority of the Executive Board members shall constitute a quorum for the transaction of business and the Board shall make decisions by a majority of those voting. The Executive Board shall meet in executive session upon the President's order.

**Section 5**      The Executive Board shall cause to be preserved for at least seven (7) years the Local's financial books, accounts and records.

**Section 6**      The Executive Board shall cause to be bonded those shop chairpersons (or stewards) who receive dues and assessments where there is no check—off system in such amounts as it deems necessary. The Local shall pay the premiums for these bonds.

**Section 7**      The Executive Board may, by resolution, appoint a committee to hear such charges against Local members.  Hearings shall be conducted in accordance with Workers United's Constitution, Article 17.

## ARTICLE 5        AUDITING COMMITTEE

**Section 1**      The Auditing Committee[1] shall consist of at least three (3) members who shall not be officers nor executive board members. At membership meetings, one committee member shall be elected for a term of one year, one for a term of two years, and the third for a term of three years. Thereafter the Local shall elect a member annually for a three-(3)-year term to replace the member of the Auditing Committee whose term expires.

**Section 2**      This Committee shall periodically examine the Local's books and records and shall submit a written report on such examination to the Local and to its Executive Board.

## ARTICLE 6        AMENDMENTS

**Section 1**      The members may modify or repeal any provision of these By-laws, or add new provisions, by a majority of the members voting on the question, at a regular meeting, or special meeting called for that purpose.

**Section 2**      By-law amendments may be submitted for adoption by a majority vote of the members attending any membership meeting, by the Executive Board, or by petition signed by not less than one-third of the Local's members filed with the Secretary-Treasurer.

**Section 3**      Notice of a vote to adopt amendments must be given at the regular meeting preceding the meeting at which the vote takes place, and by posting notices for ten days at the Local's office (if any) and at the members' workplaces (if permitted by contract or practice).

## ARTICLE 7        WORKERS UNITED AND JOINT BOARD CONSTITUTIONS

All the terms and provisions of Constitutions of Workers United and of any joint board to which the Local is affiliated, shall be deemed a part of these Bylaws.  In the event of a conflict between these Bylaws and the provisions of the Workers United or the Joint Board Constitution, the latter Constitutions shall control.

---

[1]        The Auditing Committee can also be designated as the Trustees or the Finance Committee.

# INDEX

AFFILIATIONS AND RELATIONSHIPS
   WITH OTHER ORGANIZATIONS .... 71
   Central and State Bodies ....................... 72
   Formal Partnerships .............................. 72
   National Labor Federations ................... 71
   Order for Withdrawal ............................ 72
   Other Affiliations .................................. 72
   Representatives, Presidents' Power to
      Appoint ............................................ 72
   Service Agreements .............................. 72
AFFILIATIONS, MERGERS,
   REORGANIZATIONS
   Affiliation with non-Workers United
      union needs GEB consent ................. 19
   GEB's authority to merge or affiliate
      Workers United with other unions .... 11
   GEB's authority to merge other unions
      with Workers United ......................... 11
   GEB's authority to terminate affiliate
      employees after reorganization ......... 11
   Joint board, local needs GEB consent to
      disaffiliate ........................................ 19
   misconduct, GEB's authority to
      reorganize affiliate after .................... 11
   Relinquishment of jurisdiction needs GEB
      consent .............................................. 24
   Service agreements ................................ 72
   Trusteeships, GEB's authority to merge
      affiliate ............................................. 17
AUDITS – AFFILIATES AND
   INTERNATIONAL UNION ................ 55
BENEFITS AND BENEFIT FUNDS
   Ethical Practices .................................... 61
   HEALTH AND WELFARE AND
      PENSION FUNDS ........................... 73
   Strike Benefits ...................................... 60
CANADA
   Benefit funds, merger of ....................... 73
   Canadian Conference ............................ 67
   Elections conducted at least every 5 years
      ........................................................... 33
   Elections, notice ................................... 30

Joint board defined to include joint
      council ................................................ 1
Per capita tax, non-use for political
      legislative fund ................................. 52
Retirees .................................................. 40
CANADIAN CONFERENCE ................... 67
   Canadian Directors, Other Positions and
      Committees ....................................... 67
   Councils ................................................. 68
   Delegates ............................................... 67
   Purposes and Governing Rules ............. 67
   Quorum ................................................. 68
   Separability ........................................... 68
   Time and Place of Conference .............. 68
CHARGES, HEARINGS AND APPEALS
   ............................................................. 41
   Appeal Bodies ....................................... 48
   Appeals to the Convention .................... 48
   Appeals, Appellate Body, Power of ...... 49
   Appeals, Limitation on Members' Right
      to Appeal .......................................... 48
   Appeals, Procedure .......................... 48, 49
   Appeals, Time Limit ............................. 48
   Charges, Form of .................................. 42
   Charges, Grounds for ............................ 41
   Charges, Procedure When Filed ........... 44
   Charges, Where Filed ............................ 43
   Charges, Who May File ........................ 42
   Ethical Practices Code .......................... 60
   Exhaustion of Remedies, Failure to
      Exhaust ............................................. 50
   Exhaustion of Remedies, NLRB Charges
      ........................................................... 50
   Exhaustion of Remedies, Obligation .... 49
   Hearing Upon Written Evidence ........... 47
   Hearing, Conduct of .............................. 46
   Hearings, Who May Conduct ............... 44
   Penalties ................................................ 47
   Public Review Board ............................ 65
   Summary Disposition ............................ 45
   Suspension Pending Hearing ................ 44
CONSTITUTION
   Amendment ........................................... 74

Amendments, Submission of ................ 74
Binding Effect ....................................... 74
Conflicting Provisions of Constitution . 75
Repeal of Provisions ............................. 74
Separability .......................................... 74
CONVENTION ......................................... 3
Affiliate financial status ........................ 6
Composition ........................................... 4
Convention committees .......................... 7
Credentials ............................................ 7
Delegate credentials ............................... 7
Delegate election .................................... 5
Delegate eligibility requirements ............ 5
Election of delegates .............................. 5
Expenses of Delegates ............................ 8
Joint Board Delegates ............................ 5
Local Eligibility ..................................... 4
Number of Local Delegates ..................... 4
Order of business ................................... 8
Quorum and decisions ............................. 8
Resolutions ............................................. 8
Rules of procedure ................................. 8
Speakers ................................................ 9
Special convention ................................. 9
Voting .................................................... 4
DEFINITIONS .......................................... 1
DUES, PER CAPITA AND FEES
Agency Service Fees ............................. 53
Arrearage in Payments .......................... 54
Dues .................................................... 50
Initiation Fees ...................................... 51
Per Capita Payments ............................ 51
Political/Legislative Fund .................... 52
Seasonal or Temporary Service Fees .... 53
Strike Fund .......................................... 52
ELECTION APPEALS ............................. 33
Appeal Bodies ...................................... 34
Appeal Procedures ................................ 34
ELECTIONS, GENERAL PROVISIONS
Delegate by Virtue of Office ................. 26
GEB's authority to call affiliate elections
............................................. 11
GEB's authority to supervise affiliate
elections ........................................... 11
ELECTIONS, JOINT BOARD ................. 32
Acclamation, elections by .................... 26

Appeals ................................................ 33
Campaign contributions ........................ 26
Delegate by Virtue of Office ................. 26
Election guidelines ................................ 24
Eligibility to nominate and to vote ........ 24
Eligibility to run .................................. 24
Eligibility to Run .................................. 32
General Provisions ................................ 24
Impartiality ........................................... 26
Installation ............................................ 27
Nominations and Elections .................... 33
Oath ...................................................... 26
Slates .................................................... 25
Term of office ....................................... 27
Voting methods ..................................... 27
ELECTIONS, LOCAL OFFICES AND
POSITIONS ......................................... 30
Acclamation, elections by ..................... 26
Appeals ................................................ 33
Campaign contributions ........................ 26
Delegate by Virtue of Office ................. 26
Election Committee ............................... 31
Election Committee Procedure ............. 32
Election Guidelines ............................... 24
Eligibility to nominate and to vote ........ 24
Eligibility to run .................................. 24
General Provisions ................................ 24
Impartiality ........................................... 26
Installation ............................................ 27
Nomination and Election Meeting ........ 30
Oath ...................................................... 26
Procedure .............................................. 31
Slates .................................................... 25
Term of office ....................................... 27
Voting methods ..................................... 27
ELECTIONS, WORKERS UNITED
OFFICERS ........................................... 27
Campaign contributions ........................ 26
Count of Votes and Certification .......... 29
Election from Among Delegates ........... 27
Eligibility to nominate and to vote ........ 24
Eligibility to Run .................................. 27
General Provisions ................................ 24
Installation ............................................ 30
Nomination and Election ...................... 28
Oath ...................................................... 26

Slates ...................................................... 25
Voting methods ..................................... 27
EMPLOYMENT WITH WORKERS
UNITED ................................................ 69
Future Employment ............................... 69
Ineligibility for Employment ................ 70
Vacations of Officers and Employees... 70
ETHICAL PRACTICES CODE ............... 60
Financial Practices ................................. 61
Health, Welfare And Retirement Funds 61
Prohibited Conduct ................................ 62
EXECUTIVE VICE PRESIDENTS
Duties and rights .................................... 15
Emoluments, President's right to fix .... 13
General Executive Board
Membership ............................................. 9
GENERAL EXECUTIVE BOARD ........... 9
Affiliation with non-Workers United
union needs GEB consent ................. 19
Authority ................................................ 10
Charters, authority over joint board's ... 19
Charters, right to grant to local ............. 18
Committees ............................................ 12
Compensation and expenses, President
and Secretary Treasurer .................... 15
Constitution, authority to interpret ........ 10
Convention, shall report to .................... 11
Executive committee ............................. 11
Formal partnerships with compatible
organizations ..................................... 72
Insurance, authority over requirements for
affiliates ............................................. 22
Joint board, local needs GEB consent to
disaffiliate ......................................... 19
Labor organizations in other countries . 72
Meetings ................................................ 10
National labor federations, authority to
approve affiliation ............................. 71
President, authority over ........................ 12
Relinquishment of jurisdiction needs GEB
consent .............................................. 24
Reporting by affiliates ........................... 24
Rules ...................................................... 10
Service agreements ................................ 72
Supervisory powers ............................... 10
Trusteeships .......................................... 16

Vacancies .............................................. 10
INTERNATIONAL UNION
Audits .................................................... 55
Constitution ............................................. 1
Convention .............................................. 3
Dissolution .............................................. 3
Financial Practices ................................ 61
Financial Transactions with Affiliates .. 55
Funds, Uses of ....................................... 55
General Fund .......................................... 55
Headquarters ........................................... 3
Headquarters ........................................... 3
Jurisdiction .............................................. 1
Name ....................................................... 1
Objectives ............................................... 2
JOINT BOARDS ...................................... 19
Audit or Finance Committee ................. 23
Audits .................................................... 55
Authority of GEB and Workers United
Officers ............................................. 23
Bond and Custody of Property ............. 57
By-laws of Affiliates .............................. 1
Charter Requirements ........................... 19
Charter, GEB Authority Over ......... 11, 23
Documents, Obligation to Furnish to
International Union ........................... 56
Elections ................................................ 32
Executive Board or Board of Directors  21
Expenditures ......................................... 21
FINANCIAL PRACTICES ............ 54, 61
Financial Transactions with International
Union ................................................. 55
Incorporation ......................................... 22
Insurance Funds .................................... 22
Insurance requirements ......................... 22
Investments ........................................... 59
Jursidiction, non-relinquishment ........... 24
Local Affiliation .................................... 19
Manager ................................................ 21
Meetings ................................................ 21
President ................................................ 20
Property ................................................. 56
Property, Prohibited Uses ..................... 59
Real Property ........................................ 58
Reporting requirements ......................... 24
Secretary-Treasurer ............................... 20

Special Meetings .................................... 21
Vice President ....................................... 20
JURISDICTION, Workers United's ............ 1
LIABILITY
    Liability of Workers United and Officers
        ...................................................... 68, 69
LOCAL UNIONS
    Address Change ................................... 19
    Audit or Finance Committee ................. 23
    Audits .................................................. 55
    Authority of GEB and Workers United
        Officers .......................................... 23
    Bond and Custody of Property ............. 57
    By-Laws ............................................. 18
    By-laws of Affiliates ............................ 1
    Charter Application .............................. 18
    Charter, GEB Authority Over ......... 11, 23
    Dissolution, Withdrawal or Merger ...... 19
    Documents, Obligation to Furnish to
        International Union ........................... 56
    Elections .............................................. 30
    Expenditures ....................................... 21
    FINANCIAL PRACTICES ............ 54, 61
    Financial Transactions with International
        Union .............................................. 55
    General ................................................ 18
    Incorporation ....................................... 22
    Insurance Funds ................................... 22
    Insurance requirements ......................... 22
    Investments ......................................... 59
    Jursidiction, non-relinquishment ........... 24
    Meetings .............................................. 21
    Property ............................................... 56
    Property, Prohibited Uses .................... 59
    Real Property ....................................... 58
    Reporting requirements ......................... 24
    Rights and Duties ................................. 18
    Special Meetings .................................. 21
    Vacancies ............................................ 19
MEMBERSHIP ......................................... 35
    Acquiring Membership ......................... 35
    Applications ......................................... 35
    Associate Membership .......................... 36
    Dual Membership ................................. 37
    Eligibility Requirements ....................... 35
    Expelled Members ............................... 35
Good Standing ...................................... 37
Limitations on Rejection ....................... 35
Passive Membership ............................. 36
Recall to Active Military Service ......... 39
Rights and Obligations .......................... 36
Withdrawal or Transfer ......................... 37
Officers ..................................................... 12
OFFICERS
    Bonding ............................................... 15
    Elections .............................................. 27
    GEB direction ...................................... 12
    Retired officers .................................... 15
    Vacancies ............................................ 10
PRESIDENT
    Authority ............................................. 12
    Bank shares, right to vote ..................... 14
    Collective bargaining, right to participate
        in ..................................................... 13
    Compensation and expenses ................. 15
    Duties and rights ................................. 12
    Emoluments, executive vice presidents
        and vice presidents ........................... 13
    Insurance, implementation of
        requirements for affiliates ................. 22
    Joint Board governing documents,
        authority to approve ......................... 19
    Jurisdiction, right to decide questions
        involving .......................................... 12
    Local by-laws, authority to approve ..... 18
    Meetings of affiliates, right to call ........ 13
    Officers, authority over ........................ 13
    Organizing, right to direct ..................... 13
    Staff, authority over ............................. 13
    Strikes and strike expenditures ............. 13
    Supervision over affiliates .................... 18
    Suspension of officers pending hearing 13
PROPERTY ............................................... 56
    Bond and Custody of Property ............. 57
    Charter ................................................. 56
    Investments ......................................... 59
    Prohibited Uses of Property ................. 59
    Property Held by Affiliates ................... 56
    Real Property ....................................... 58
PUBLIC REVIEW BOARD .................... 65
RETIRED MEMBERS .............................. 39
SECRETARY TREASURER

Compensation and expenses .................. 15
Duties and rights .................................... 14
STRIKES ................................................. 59
Affiliates' authority to pay benefits ....... 22
Joint board authority .............................. 59
Per capita tax, allocation to Strike and
   Defense Fund ..................................... 52
Presidents authority over strikes and
   strike expenditures ............................. 13
Presidents' power ................................... 60
Strike and Defense Fund ........................ 60
Strike vote .............................................. 59
TRUSTEESHIP ........................................ 16

Appointment of Trustee Before Hearing
   ........................................................... 16
Authority of GEB ................................... 16
Duration of Trusteeship ......................... 17
Hearing on Trusteeship .......................... 16
Powers of Trustee. ................................. 16
Procedure Upon Termination of
   Trusteeship ......................................... 17
Supervision ............................................ 18
UNION LABELS ....................................... 70
VICE PRESIDENTS
   Duties .................................................. 14
   Emoluments, President's right to fix .... 13

# EXHIBIT B

# SEIU Constitution and Bylaws

As adopted at the SEIU 2012 Convention

99%

**SEIU**
Stronger Together

Service Employees International Union, CTW, CLC

# CONTENTS

| *Article* | | *Page* |
|---|---|---|
| | Preamble......................................................................... 1 |
| | SEIU Mission Statement ......................................................... 1 |
| I | Name............................................................................... 3 |
| II | Objects and Purposes............................................................. 3 |
| III | Jurisdiction and Membership.................................................... 4 |
| IV | Convention—Representation Therein ...................................... 6 |
| V | Election of Officers................................................................ 9 |
| VI | Officers............................................................................ 10 |
| VII | Filling Vacancies ................................................................ 12 |
| VIII | International President—Duties and Powers........................... 13 |
| IX | Duties of the International Secretary-Treasurer...................... 17 |
| X | Duties of the Executive Vice Presidents.................................. 17 |
| XI | Duties of the International Executive Board .......................... 18 |
| XII | Strikes and Lockouts............................................................ 21 |
| XIII | Revenue............................................................................ 21 |
| XIV | Issuance of Charters............................................................ 25 |
| XV | Duties of Local Unions......................................................... 26 |
| XVI | Members' Interests and Transfers .......................................... 32 |
| XVII | Trials and Appeals................................................................ 32 |
| XVIII | Affiliations with Intermediate Bodies...................................... 36 |
| XIX | Payments in Connection with Deaths of Members................ 37 |
| XX | Pension Fund for Officers and Employees of |
| | Local Unions and Affiliated Bodies........................................ 38 |
| XXI | Local Enforcement of International Constitution .................. 40 |
| XXII | Nonliability of International Union ........................................ 41 |
| XXIII | Litigation.............................................................................. 41 |
| XXIV | Amendments ......................................................................... 42 |
| XXV | Dissolution............................................................................ 42 |
| XXVI | Savings Provision .................................................................. 43 |
| | SEIU Member Bill of Rights and Responsibilities |
| | in the Union......................................................................... 43 |
| | SEIU Member Bill of Rights and Responsibilities |
| | on the Job............................................................................ 44 |
| | Manual of Common Procedure ............................................. 45 |
| | Debate.................................................................................. 46 |
| | Order of Business ................................................................. 48 |

# CONSTITUTION AND BYLAWS

## PREAMBLE

As almost every improvement in the condition of working people has been accomplished by the efforts of organized labor and as the welfare of wage, salary, and professional workers can best be protected and advanced by their united action in one International Union, we have organized the Service Employees International Union and have adopted the following Constitution:

## SEIU MISSION STATEMENT

We are the Service Employees International Union, an organization of more than 2.1 million members united by the belief in the dignity and worth of workers and the services they provide and dedicated to improving the lives of workers and their families and creating a more just and humane society.

We are public workers, health care workers, building service workers, office workers, professional workers, and industrial and allied workers. We seek a stronger union to build power for ourselves and to protect the people we serve.

As a leading advocacy organization for working people, it is our responsibility to pursue justice for all. We believe in and will fight for a just society where all workers are valued and people respected, where all families and communities thrive, and where we leave a better and more equal world for generations to come.

People of every race, ethnicity, religion, age, physical ability, gender, gender expression and sexual orientation, we are the standard-bearers in the struggle for social and economic justice begun nearly a century ago by janitors who dared to dream beyond their daily hardships and to organize for economic security, dignity and respect.

Our vision is of a union and a society:

Where all workers and their families live and work in dignity.

Where work is fulfilling and fairly rewarded.

Where workers have a meaningful voice in decisions that affect them.

Where workers have the opportunity to develop their talents and skills.

Where the collective voice and power of workers is realized in democratic, equitable and progressive unions.

Where union solidarity stands firm against the forces of discrimination and hate and the unfair employment practices of exploitative employers.

Where government plays an active role in improving the lives of working people.

To achieve this vision:

We must organize unorganized service workers, extending to them the gains of unionism while securing control over our industries and labor markets.

We must build political power to ensure that workers' voices are heard at every level of government to create economic opportunity and foster social justice.

We must provide meaningful paths for member involvement and participation in strong, democratic unions.

We must develop highly trained, motivated and inclusive leaders at every level of the union who reflect the diversity of the membership and the communities where we organize.

We must bargain contracts that improve wages and working conditions, expand the role of workers in workplace decision-making, and build a stronger union.

We must build coalitions and act in solidarity with other organizations who share our concern for social and economic justice.

We must engage in direct action that demonstrates our power and our determination to win.

To accomplish these goals we must be unified—inspired by a set of beliefs and principles that transcends our social and occupational diversity and guides our work.

We believe we can accomplish little as separate individuals, but that together we have the power to create a just society.

We believe unions are the means by which working people build power—by which ordinary people accomplish extraordinary things.

We believe our strength comes from our unity, and that we must not be divided by forces of discrimination based on gender, race, ethnicity, religion, age, physical ability, sexual orientation or immigration status.

We believe our power and effectiveness depend upon the active participation and commitment of our members, the development of inclusive SEIU leaders, and solidarity with each other and our allies.

We believe we have a special mission to bring economic and social justice to those most exploited in our community—especially to women and workers of color.

We believe our future cannot be separated from that of workers in other parts of the world who struggle for economic justice, a decent life for their families, peace, dignity and democracy.

We believe unions are necessary for a democratic society to prevail, and that unions must participate in the political life of our society.

We believe we have a moral responsibility to leave the world a better place for our children—and everyone's children.

## Article I
## NAME

This organization shall be known as the Service Employees International Union, affiliated with Change to Win and the Canadian Labour Congress, and shall consist of an unlimited number of Local Unions chartered by it, and the membership thereof, and such affiliated bodies as may be established from time to time. In order to add the strength of this great union to the efforts of its members at every level of the Union, the name of every Local Union and affiliated body shall begin with "SEIU."

*Name and organization*

## Article II
## OBJECTS AND PURPOSES

The objects and purposes of this International Union shall be to benefit its members and improve their conditions by every means, including but not limited to:

*Goals of the union*

**A.** Securing of economic advantages, including better wages, hours and working conditions, through organization, collective bargaining, legislative and political action, and the utilization of other lawful means;

*Economic advantages*

**B.** By organizing and uniting in this International Union all working men and women eligible for membership herein;

*Organizing*

**C.** By engaging in all such civic, social, political, legal, economic, cultural, educational, charitable, and other activities, whether on local, national, or international levels, as will advance this International Union's standing in the community and in the labor movement and further the interests of this organization and its membership, directly or indirectly;

*Wide range of activities*

**D.** By advancing and strengthening the rights of working men and women to bargain collectively;

*Collective bargaining*

**E.** By providing benefits and advantages to individual union members, officers, and employees through education, training, access to new technology, member resource centers, a 21st century communications system, pensions, and death and welfare benefits;

*Benefits*

**F.** By helping Local Unions to share experiences, pool resources, learn from each other's best practices, and be accountable to each other;

*Cooperation among local unions*

**G.** By cooperating with and assisting, by moral, monetary or other means, other labor organizations, whether or not affiliated with this International Union, or any other groups or organizations, having objectives which are in any way related or similar to those of this International Union, or which are of a nature beneficial to this International Union or to its members, directly or indirectly;

*Cooperation with other organizations*

**H.** By strengthening and safeguarding this International Union by every lawful means so that it may carry out its purposes, objects and obligations;

*Safeguarding the union*

*Financial goals*
    **I.** By utilizing, in every lawful way, including but not limited to every kind of use, expenditure and investment, the property and funds of this International Union, in order to achieve its purposes and objects and perform its obligations, and for such other purposes directly or indirectly furthering the interests of this International Union and its members;

*Affiliations*
    **J.** By affiliating workers in independent organizations through agreements which recognize the long history, unique needs and traditions, and successes of such organizations, and making every effort possible to provide such organizations the same types of services which have benefited our existing members; and

*Empowering members*
    **K.** Empowering SEIU members to lead and participate in all aspects of the Union's program to secure a better future for all, including organizing, bargaining, political work, direct action and community partnerships.

## Article III
## JURISDICTION AND MEMBERSHIP

*Jurisdiction*
    **Section 1.** The International Union shall be composed of and have jurisdiction over its affiliated bodies and all Local Unions composed of working men and women who are employed or engaged in any phase of private, nonprofit or public employment, including without limitation employees of colleges, schools or universities, public employers (including cities, counties, states, provinces, territories, commonwealths, governmental districts, federal agencies and multiple agencies or authorities and any subdivisions thereof), institutions or agencies, hospitals, nursing homes or other health facilities, and private and public utilities, department stores, industrial plants, law enforcement agencies, insurance companies and all employees thereof including clericals, technicians, professionals, paraprofessionals and paramedicals, or those who are engaged in maintenance, sales, servicing, protection or operation of all types of institutions, buildings or structures, commercial, mercantile or other establishments, edifices and grounds, and their environs, whether private, public or nonprofit, and all categories of employees therein and thereabout, including places of assembly, amusement, recreation, entertainment and the presentation of sporting events.

*Power to construe jurisdiction*
    The International President is empowered to construe the jurisdiction above defined to embrace all classifications of workers within any establishment anywhere in the world.

*Authority of international union*
    **Section 2(a).** The International Union shall have jurisdiction over the Local Unions and their members and over all affiliated bodies.

*"Affiliated bodies" defined*
    **(b).** The term "affiliated bodies" shall include State and Provincial Councils, Joint Councils, Service Councils, area, regional, or industry Conferences and Divisions, organizing committees, and provisional locals, and such other bodies on the local, national or international level as

the International Union shall from time to time establish, but shall not include Local Unions. The term "Local Union" shall not include any other affiliated body.

**Section 3(a).** Any person employed in any employment over which this International Union claims or exercises jurisdiction shall be eligible to be considered for membership in the International Union, a Local Union, organizing committee, provisional local or other authorized body of this organization. A Local Union may adopt additional membership requirements in the Local Union's Constitution and Bylaws. Jurisdiction may also be construed as including service within a Local Union or affiliated body of the International Union but each Local Union shall have the option to determine whether a person with such service may be eligible for membership in the Local Union. The International Executive Board may set eligibility requirements and other criteria (including rates of dues) for associate members and other special categories of membership in the International or in affiliated bodies established in accordance with this Constitution.

*Eligibility for membership*

**(b).** Self-employed individuals doing work within the jurisdiction of this International Union may be eligible for membership in Local Unions, subject to any additional requirements provided for in a Local Union's Constitution and Bylaws, but unless a Local is entirely composed of such self-employed workers, they shall not be eligible for election as Executive Officers of the Local nor shall they be permitted to vote on acceptance or rejection of proposed collective bargaining agreements to cover the conditions of employment of other than self-employed workers. The International President shall have the right to make all necessary rules and regulations respecting self-employed workers, under the jurisdiction of this International Union.

*Self-employed members*

**(c).** With the approval of the International Union, Local Unions may establish different categories of membership and rates of dues for persons represented and not represented by the Local Union for collective bargaining purposes including, but not limited to, life members, retired members and associate members.

*Membership categories authorized*

**(d).** Any dispute respecting membership or eligibility for membership shall be decided by the International President, with the Local Union or the applicant having a right to appeal his or her decision to the International Executive Board, in writing, within 10 days after notice of said decision is received.

*Membership disputes*

**Section 4.** No member shall discriminate or advocate discrimination against any other member on the basis of race, creed, color, religion, sex, gender expression, sexual orientation, national origin, citizenship status, marital status, ancestry, age or disability.

*Discrimination forbidden*

## Article IV
## CONVENTION—REPRESENTATION THEREIN

*International*
*conventions*

**Section 1.** The Convention of this International Union shall meet every four years and shall convene at such time and place as the International Executive Board may determine upon the recommendation of the International President.

*Special*
*conventions*

**Section 2.** Special Conventions may be called upon order of the International Executive Board to convene at such time and place as the Board may determine, and any and all business, including appeals from suspensions and decisions of the International Executive Board, may come before such Special Convention unless specifically limited by the call. Notice of such call shall be given to each Local Union at least 60 days prior to the date of the Special Convention along with the number of delegates to which said Local Union is entitled. All other provisions of this Article shall control all Special Conventions.

*Eligibility of*
*delegates*

**Section 3.** The International Convention shall consist of duly elected delegates from their Local Unions, and none but delegates duly elected in accordance with all applicable statutes and the provisions of this Constitution and Bylaws shall be eligible to represent any Local Union at the International Convention or be entitled to vote except that all full-time International officers shall by virtue of their office be delegates with a voice but no vote to any Convention which is held during their term of office. All officers of a Local Union elected in conformity with all applicable statutes shall by virtue of such election be considered to be eligible delegates to any International

*Additional*
*delegates*

Convention which may take place during their term of office. If at the time of the receipt of the Convention call it shall appear that such number of elected officers is less than the number of delegates to which the Local Union will be entitled at an International Convention, then arrangements may be made at the option of the Local Executive Board for nomination and secret ballot election, if required, of an additional number of eligible members as Convention delegates. Nominees for such position, if unopposed, shall be deemed elected without necessity for further procedures. The Local Union must designate in its Constitution and Bylaws the order in which the officers would be designated as delegates and alternates if less than all the officers are entitled to go to the Convention as delegates, provided that the chief executive officer of the Local Union shall, if otherwise eligible, be deemed entitled even in the event the Local Union fails to so designate. Any Local Union may by provision in its Local Constitution and Bylaws dispense with the foregoing provision that officers of the Local Union be ex officio delegates to the International Convention and may provide for nomination and, if required, secret ballot election of such delegates. Further, subject to applicable statutes, the International Executive Board may establish representation rules for delegates from groups of associate members or other special categories of membership or locals, which shall be set forth in the notice of Convention

Call for the International or Special Convention. In no event shall the basis of representation for such groups be greater in numbers than the formula set forth in Section 4 below. Any voting rights extended to such delegates must comply with applicable law.

**Section 4.** The basis of representation shall be one delegate for 500 members or less, and one additional delegate for every additional 500 members or major fraction thereof up to 5,000 members, and then one additional delegate for every additional 1,000 members or major fraction thereof. A determination to be represented by less than a full complement of delegates shall not affect the Local Union's eligible votes. The Executive Board of a Local Union shall determine the number of delegates which shall represent it at the Convention. For the purpose of voting, the computation of membership for a Local Union shall not include life members, retired members paying less than the full dues required for working members of their Local Union, associate members or agency fee payers.

*Convention representation and voting rights*

*Exclusions*

**Section 5.** In addition to the representation in Section 4, each Local Union with a retired members group of more than 500 members shall be entitled to one retired member delegate who shall serve with a voice and a vote at the Convention. Only retired members who have been members in good standing for 60 days prior to the Convention as either members, retired members, or life members of the Local Union shall serve as a retired member delegate. The retired member delegate shall be selected by the procedures provided for in the Local Union's Constitution and Bylaws for selecting such a retired member delegate or by the Local Union's Executive Board where no procedures are provided for in the Local Union's Constitution and Bylaws. The retired member delegate shall not be permitted to vote on dues or to nominate or vote for officers at the Convention.

*Retired member delegates*

**Section 6.** No delegate shall be permitted to represent more than one Local Union.

*No dual representation*

**Section 7(a).** No Local Union that has not been chartered, affiliated, and in good standing for at least one month prior to the opening of the Convention shall be entitled to representation in the Convention, and each Local Union to be entitled to said representation must have paid into the International treasury at least one month's per capita tax prior to the opening of the Convention.

*One-month requirement*

**(b).** For a Local Union to be entitled to representation at the Convention, all moneys (i) due the International Union, whether by per capita tax or otherwise, (ii) due to any affiliated bodies, whether by per capita tax or otherwise, as determined or waived by the International Executive Board and (iii) all moneys due for any pension or welfare funds provided for in this Constitution, must be paid at least 15 days prior to the opening of the Convention.

*Good standing requirement*

**Section 8.** The International Secretary-Treasurer shall issue a Call for the Convention and notify each Local Union at least 100 days prior to the date of the Convention of the number of delegates to which said Local Union is

*Convention call*

*Credentials*   entitled, and shall furnish to the Local Union a certification of delegation form containing the names of registered delegates to the Local Union and spaces for the signatures of the President and Secretary of the Local Union.

*Forwarding of credentials*   **Section 9.** The certification of delegation form containing the names of delegates to the International Convention and bearing the signatures of the President and Secretary of the Local Union must be in the hands of the International Secretary-Treasurer at least 30 days prior to the opening of the Convention. A delegate who is eligible to attend the Convention shall not be disqualified because of the failure of a Local Union officer to forward the delegate's name on a certification of delegation form.

*Alternate delegates*   **Section 10.** In addition to the delegates selected in the manner provided in Section 3 of this Article, a Local Union may provide for selection of such number of alternates as it may determine are reasonably required to serve if regularly elected delegates are unable to do so; such alternates shall be selected or elected in the manner provided in Section 3 of this Article. Each delegate or alternate must be a member of the Local Union employed in the jurisdiction of the Local Union. This requirement, however, shall not be construed to bar any member who is an officer or employee of the Local Union or of the International Union, or any affiliate thereof, or who is elected to public office or to a position with an organization with which this International Union is affiliated.

*Membership requirement*

*Exceptions*

*Protests of delegate elections*   **Section 11.** Any member who wishes to protest the election of any delegate or the right of any Local Union officer to serve as a delegate pursuant to Article IV, Section 3, must file a written protest with the International Secretary-Treasurer within 15 days after such election or after the decision by a Local Union that no election is required pursuant to Article IV, Section 3. Any such protest shall be referred to the Credentials Committee, in care of the International Secretary-Treasurer. The Credentials Committee may waive the time limit for filing protests upon a showing that the protesting member did not know of the basis for his or her protest within sufficient time to file a timely protest and he or she filed a protest immediately upon discovery of the basis for his or her protest. The Credentials Committee shall consider all timely protests and shall include its decision on all protests in its report to the Convention. It may, in its discretion, hold a hearing on any protest upon reasonable notice to all affected parties.

*Computation of voting strength*   **Section 12.** The number of votes which each Local Union shall be entitled to vote in the Convention shall be determined by averaging the 12 most recent regular monthly per capita tax payments for members which are received by the International Union on or before December 31 of the year immediately preceding the calendar year in which the Convention is held. In the case of a newly chartered local without a twelve month payment period before December 31, the number of votes shall be determined by averaging regular monthly per capita tax payments for members received by the International Union, up to a maximum of twelve months. The computation of voting strength shall

not include associate members, life members or agency fee payers. Where there are two or more delegates in attendance from one Local Union, the vote shall be divided equally between them. In the case of a newly chartered local union created as a result of a reorganization of members under Article XIV, the International Executive Board shall determine the computation of voting strength for the affected local unions in order that the members are included in the voting strength of only one local union.

**Section 13.** The International President shall, before each Convention, appoint from the delegates-elect a committee of at least seven to act as a committee on credentials. The International President and International Secretary-Treasurer shall be members of said committee. All credentials shall be referred to this committee. This committee shall submit its report in writing to the Convention.

*Committee on credentials*

**Section 14.** All Resolutions to be acted upon by the Convention proposed by a Local Union must be submitted in writing to the International Secretary-Treasurer at least 30 days prior to the Convention and unless so submitted may not be considered by the Convention except on unanimous consent of the delegates present. Resolutions may be presented to the Convention by the International Executive Board at any time during the Convention without requiring unanimous consent.

*Convention resolutions*

**Section 15.** Delegates representing one-fourth of the votes entitled to be cast at the Convention shall constitute a quorum for the transaction of business.

*Convention quorum*

**Section 16.** The rules and order of business governing the preceding Convention shall be enforced from the opening of any Convention of this International Union until new rules have been adopted by action of the Convention.

*Interim rules*

## Article V
## ELECTION OF OFFICERS

**Section 1.** All nominations for International officers shall be made in open Convention and elections shall be by roll call where there is more than one candidate for any office. The roll call shall be conducted by voice and/or open written ballot, as set forth in the Rules of the Convention. Officers shall be elected by plurality vote.

*Nomination and election of officers*

**Section 2.** No candidate (including a prospective candidate) for any International office or office in a Local Union or affiliated body or supporter of a candidate may solicit or accept financial support or any other direct or indirect support of any kind from any nonmember of the International Union.

*No nonmember support*

**Section 3.** Any member wishing to protest the election of any International Officer pertaining to candidate eligibility or the manner in which the election was conducted must lodge a protest in conformity with the requirements of the Rules of the Convention.

*Protests*

*Other election*
*protests*

**Section 4.** Any member wishing to submit an election protest pertaining to any issue other than those governed by Section 11 of Article IV or Section 3 of this Article must file such protest within 15 days after the Convention. All such protests shall be filed with the International President. The International President shall endeavor to have a hearing held within 30 days of the filing of the protest, if the International President deems a hearing to be necessary, and shall attempt to render his or her decision within 30 days thereafter. Within 15 days after the final action of the International President, a petition for review may be filed with the International Executive Board. In the alternative, the International President may forward an election protest directly to the International Executive Board for decision.

## Article VI
## OFFICERS

*International*
*union officers*

*Retired*
*member*

*Canadian*
*officers*

**Section 1.** The officers of this International Union shall consist of an International President, an International Secretary-Treasurer, six full-time Executive Vice Presidents, 25 Vice Presidents (at least two of whom shall be members of Canadian Local Unions), and 40 Executive Board Members (at least two of whom shall be members of Canadian Local Unions and one of whom shall be a Retired Member). The International President, the International Secretary-Treasurer, and the six Executive Vice Presidents shall be elected at large by all delegates assembled at the International Convention. Two Canadian Vice Presidents and two Canadian Executive Board Members shall be elected on the following basis: A Vice President and Board Member shall be nominated and elected from all of the provinces other than the Province of Quebec. A Vice President and Board Member shall be nominated and elected from the Province of Quebec only, provided, however, that the Vice President from Quebec and the Executive Board Member from Quebec may not be members of the same Local Union. These Canadian Vice Presidents and Executive Board Members shall be elected by the Canadian Council at its Convention composed of delegates elected in accordance with this Constitution and applicable law and which shall be held within 90 days prior to the International Convention at which the International Union officers are elected. All other Vice Presidents and Executive Board Members (including the Retired Member) shall be nominated and elected at large.

*IEB term of*
*office*

**Section 2.** These officers shall constitute the International Executive Board, and their term of office shall begin immediately following their election and they shall hold office for four years or until their successors are duly elected and qualify.

*Duties*

**(a).** Each Vice President and Executive Board Member shall be responsible for such duties as assigned by the International President.

*Executive*
*committee*

**(b).** The International President may appoint an Executive Committee from among the members of the

International Executive Board. The Executive Committee shall meet at the call of the International President. The Executive Committee shall be charged with advising the International President on how best to carry out the administrative duties of his or her office, and with making recommendations to the International Executive Board on policies and programs for the International Union. The Executive Committee also may be delegated specific functions and powers of the International Executive Board under the Board's authority in Article XI, Section 6 B. Minutes of all meetings of the Executive Committee shall be kept by the International Secretary-Treasurer, who shall render reports to the International Executive Board.

**Section 3.** Each regular Convention of this International Union shall also elect a Board of Auditors consisting of eight members. The Board of Auditors shall examine and review the books and accounts of the International Secretary-Treasurer at least once during each twelve-month period, utilizing the assistance of Certified Public Accountants designated by the International President. Such review of the books and accounts of the International Secretary-Treasurer shall include the books respecting all properties and facilities under the custodianship of the International Secretary-Treasurer. A copy of such annual reports of the Board of Auditors shall be submitted to the International Executive Board. The Board of Auditors shall also give a written report to the International Convention. In the event of the unavailability or temporary disability of an Auditor, the remaining Auditors shall perform the duties set forth herein. The Auditors shall receive such per diem compensation and expense allowance as may be fixed by the International Executive Board.

*Board of auditors*

**Section 4.** No person shall be eligible for office in this International Union who has not been a member in continuous good standing for at least two years immediately preceding his or her election in the International Union or Local Unions chartered by this International Union or in any labor organization which becomes affiliated with this International Union. This requirement may be reduced by the International Executive Board to no less than 60 days if necessary to expand eligibility for office to members of organizations newly associated with the International Union pursuant to Article XI, Section 6. In the case of the Retired Member position on the International Executive Board, only retired members who have been members in good standing for two years prior to the Convention as either members, retired members or life members of the Local Union shall be eligible to serve. No person who has been convicted of a felony as defined in Section 504 of the Landrum-Griffin Act (or an indictable offense in Canada) shall, in accordance with the provisions of applicable law, be eligible to hold office in this International Union.

*Qualifications for officers*

**Section 5.** Associate members, life members or those retired members paying less than the full dues required for working members of their Local Union shall not be eligible for nomination as an International officer, except that such retired members may be eligible for the Retired Member position on the International Executive Board.

*Exclusions*

*Multiple compensation barred* **Section 6.** No full-time officer of the International Union may receive compensation of any kind, except for benefits paid by a pension plan, from any Local Union or from any entity owned or controlled by a Local Union.

*Retired members advisory committee* **Section 7.** The International President shall appoint a Retired Members Advisory Committee which shall consist of leaders of local union retired members groups and retired International Executive Board Members. It shall be chaired by a retired member appointed by the International President.

*Emeritus status* **Section 8.** The future grant of emeritus status to an International officer shall be limited to an individual who has been elected as International President at no fewer than three international conventions. Such status shall entitle the individual to be an honorary guest at the SEIU International Convention and he/she may be appointed by the International President as a delegate or alternate delegate on the SEIU delegation to a national or international federation convention. Additional assignments may be made by the International President, upon mutual agreement.

## Article VII
## FILLING VACANCIES

*Filling officer vacancies*

*President*

*Secretary-Treasurer*

*Vice President*

*Auditor*

*Executive Vice President*
*Executive Board Member*

*Concurrent vacancies*

In the event of a vacancy in the office of International President by reason of death, resignation or otherwise, it shall be the duty of the International Secretary-Treasurer, in addition to his or her other duties, to assume the duties of International President. The International Secretary-Treasurer shall serve in this capacity for a period of not longer than 30 days during which time the International Executive Board shall be convened for the purpose of filling the vacancy for the unexpired term by majority vote. In the event of a vacancy in the office of International Secretary-Treasurer by reason of death, resignation or otherwise, it shall be the duty of the International President, in addition to his or her other duties, to assume the duties of International Secretary-Treasurer. The International President shall serve in this capacity for a period of not longer than 60 days during which time the International Executive Board shall be convened for the purpose of filling the vacancy for the unexpired term by majority vote. In the event of a vacancy among the Vice Presidents, or on the Board of Auditors, by reason of death, resignation or otherwise, the International Executive Board shall, within 90 days after such vacancy has occurred, fill the vacancy for the unexpired term by majority vote. In the event of a vacancy among the Executive Vice Presidents or International Executive Board Members, by reason of death, resignation or otherwise, the International Executive Board may in its discretion fill such vacancy for the unexpired term by a majority vote. In the event of a concurrent vacancy in both the office of the International President and the office of the International Secretary-Treasurer by reason of death, resignation or otherwise, the International Executive Board shall be convened in Washington, D.C., within 10 days upon the joint call of at least four International Vice

Presidents for the purpose of filling the unexpired terms by majority vote. In the case of a vacancy in the office of International President, International Secretary-Treasurer or Executive Vice President, the vote of an officer on the International Executive Board (except for the full-time officers and the Retired Member) shall be proportionate to the numerical strength of his/her local, as determined by the Local's payment of per capita tax to the International Union, excluding associate members, life members, retired members paying less than the full dues required for working members of their Local Union, and agency fee payers. If more than one officer is from the same Local Union, the voting strength shall be divided equally among those officers for this purpose.

*Voting strength*

## Article VIII
## INTERNATIONAL PRESIDENT—
## DUTIES AND POWERS

**Section 1(a).** It shall be the duty of the International President to preside at the Convention of the International Union and at meetings of the International Executive Board, and conduct them in accordance with parliamentary rules and in conformity with this Constitution. The International President shall appoint all committees and boards and be a member ex officio of all committees and boards.

*Presiding officer*

*Appointment of committees, boards*

**(b).** The International President shall have the deciding vote in case of a tie on any question.

*Deciding vote*

**(c).** The International President shall act to the best of his or her ability in furthering the purposes and objects of the organization and the interests of its members.

*General responsibility*

**(d).** The International President shall have general supervision and direction over the affairs of the International Union. The International President shall be authorized to call and make arrangements for such meetings, seminars and conferences as he or she may deem necessary; and shall direct all departments, functions and programs of the International Union.

*General authority*

**(e).** The International President shall have general supervision and direction of the organizing efforts of this International Union. The International President shall have power to appoint organizers, representatives, coordinators and organizing committees and to make such loans or grant such subsidies to Local Unions and affiliated bodies as he or she deems necessary.

*Organizing authority*

**(f).** Consistent with the programs and policies adopted by the SEIU Convention delegates, the International President shall be empowered to negotiate and enter into national, regional, or areawide collective bargaining agreements, including companywide or multiemployer agreements, and to coordinate activities toward this end in consultation with the Local Unions involved, and is authorized to require and direct coordinated bargaining among Local Unions. An industry division of the International Union also may recommend to the International President situations in which coordinated

*Authority for collective bargaining*

*Coordinated bargaining process*

bargaining is warranted or where a comprehensive unionwide strategy of employer relations is needed for key strategic global, national or regional employers. Accordingly, the industry divisions shall develop a process to identify such circumstances and in each case, the proposed structure for carrying out the decision-making (including membership authorization for strike action and membership voting on contract ratification), and the financing of the bargaining process itself. The division's recommendation shall address whether there is a need for the delegation of bargaining authority to the International Union or to a national or regional bargaining committee, appointed by the International President. The affected locals shall pay for the expenses of their participation after their input into the elements of such financing.

*Authority to employ staff*

*Authority to set salaries*

*Salary entitlement phase out*

**(g).** The International President shall be empowered to employ necessary staff and retain counsel, accountants and other professional personnel as he or she may require to assist in the duties of the office and to fix their compensation. He or she shall be empowered to fix the compensation of the International Executive Vice Presidents. With respect to the office of International Vice President and International Executive Board member, the International Executive Board has phased out salary entitlements and is authorized to adopt an alternative compensation policy that recognizes any financial hardship on locals by this change in policy, as well as additional responsibilities that may be assigned to particular individuals.

*Authority on questions of law*

**(h).** The International President shall have authority to interpret this Constitution and Bylaws and decide on all points of law submitted to him or her by Local Unions or the membership thereof, or by affiliated bodies, subject to appeal to the International Executive Board, and the next Convention.

*Right of petition to president*

*Right of appeal*

**Section 2.** Any member or officer of a Local Union aggrieved by any action of his or her Local Union or affiliated body not covered by the provisions of Article XVII of this Constitution (including determinations of election protests) may petition the International President within 15 days after the act complained of, or may petition the International Executive Board, within 15 days after the action of the International President thereon, to review the action of the Local Union or affiliated body. The President will endeavor to have a hearing held within 30 days of the petition or protest, if the President deems a hearing to be necessary, and shall attempt to render his or her decision within 30 days thereafter.

*Representing international union at conventions*

**Section 3.** The International President shall, by virtue of his or her office, represent the International Union at the conventions of labor organizations with which this International Union is affiliated and shall appoint all other delegates to such conventions.

*Charters, audits, and vouchers*

**Section 4.** The International President shall sign all charters and other official documents of this International Union; shall have the authority to direct an examination of the books and records of any Local Union or affiliated

body; and shall draw vouchers on the International Secretary-Treasurer for such sums of money as his or her activities require, and the same shall be paid by the International Secretary-Treasurer.

**Section 5.** The International President shall have power to appoint upon recommendation of the International Secretary-Treasurer such office assistants as may from time to time be required.

*Appointment of assistants*

**Section 6.** All vouchers of the International Union shall be submitted to the International President for approval. The International President may at any time appoint a member of the Board of Auditors or such other representative or accountant as he or she may designate to examine into any matter affecting the finances of the International Union.

*Monitoring finances*

*Investigation of finances*

**Section 7(a).** Whenever the International President has reason to believe that, in order to protect the interests of the membership, it is necessary to appoint a Trustee for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out the legitimate objects of this International Union, he or she may appoint such Trustee to take charge and control of the affairs of a Local Union or of an affiliated body and such appointment shall have the effect of removing the officers of the Local Union or affiliated body.

*Authority to impose trusteeships*

**(b).** The Trustee shall be authorized and empowered to take full charge of the affairs of the Local Union or affiliated body and its related benefit funds, to remove any of its employees, agents and/or trustees of any funds selected by the Local Union or affiliated body and appoint such agents, employees or fund trustees during his or her trusteeship, and to take such other action as in his or her judgment is necessary for the preservation of the Local Union or affiliated body and for the protection of the interests of the membership. The Trustee shall report on the affairs/transactions of the Local Union or affiliated body to the International President. The Trustee and all of the acts of the Trustee shall be subject to the supervision and direction of the International President.

*Powers and duties of trustee*

*Responsibility to president*

**(c).** Upon the institution of the trusteeship, all moneys, books and property of the Local Union or affiliated body shall be turned over to the Trustee.

*Moneys, books, property*

**(d).** The Trustee shall be bonded for the faithful discharge of his or her duties relating to the handling of funds or other property of the Local Union or affiliated body.

*Bonding required of trustee*

**(e).** The Trustee shall take possession of all the funds, books, papers and other property of the Local Union or affiliated body. The Trustee shall pay all outstanding claims, properly proved, if funds are sufficient. When self-government is restored, the Trustee shall return all funds, books, papers and other property to the Local

*Financial responsibilities of trustee*

Union or affiliated body. If, however, the Local Union or affiliated body is dissolved by the revocation of its charter, then any balance remaining to the credit of the Local Union or affiliated body shall be forwarded to the International Secretary-Treasurer and shall become the property of the International Union.

*Procedure for imposing trusteeship*

(f). In order to ensure that no trusteeship is imposed without an adequate right to be heard or without other appropriate safeguards, prior to the imposition of a trusteeship the International President shall appoint a hearing officer or officers (who need not be a member or members of this organization), and shall issue a notice, which shall be distributed in a timely fashion, setting a time and place for a hearing, for the purpose of determining whether a Trustee should be appointed. Said hearing officer or officers shall issue a report and recommendations, orally, or in writing, to the International President, who shall thereupon make his or her determination; provided that where in the judgment of the International President an emergency situation exists within the Local Union or affiliated body, a Trustee may be appointed prior to a hearing; provided further that in an emergency situation, the International Executive Board shall appoint a hearing officer or officers (who need not be a member or members of the organization) who shall conduct such a hearing within 30 days after imposition of the trusteeship, and a decision by the International Executive Board shall be made within 60 days after the appointment of such Trustee, These time limits may be extended by the International President for good cause which decision shall be final and binding. Pending the International Executive Board's decision, the trusteeship shall remain in full force and effect.

*Appointment of hearing officer*

*Emergency trusteeship*

*President's personal representative*

*Internal needs hearing*

*Monitor*

*Compliance with applicable standards*

(g). The International President may appoint a representative to meet with the officials of Local Unions or affiliated bodies and to attend any meetings of Local Unions or affiliated bodies where in the judgment of the International President there is a need to assist the Local Unions or affiliated bodies with respect to their internal needs. The International President may appoint a hearing officer to examine the internal needs of the Local Union or affiliated body, and to assist him/her in determining what remedial action(s), if any, should be implemented by the Local Union or affiliated body. At any time, the International President also may designate his/her representative as a Monitor with additional oversight responsibility to review compliance with the International President's recommendations and/or otherwise assist in addressing the internal needs of the Local Union or affiliated body. Among the internal needs to be considered is whether a Local Union or affiliated body has met applicable standards endorsed by the International Convention or satisfied such procedures, rules and/or regulations duly adopted by the International Executive Board to carry out the goals set by the International Convention.

*President's authority to call for assistance*

**Section 8.** The International President shall have power to call upon any and all officers for assistance and advice

when the occasion demands or requires it.

**Section 9.** The International President shall make a full report to each International Convention and at Executive Board meetings.

*President's duty to report*

## Article IX
## DUTIES OF INTERNATIONAL
## SECRETARY-TREASURER

**Section 1.** The International Secretary-Treasurer shall keep a correct record of all the proceedings of the International Convention and of the International Executive Board.

*Proceedings of convention, executive board*

**Section 2.** The International Secretary-Treasurer shall receive and collect all moneys due to the International Union, which shall be deposited in such banks as may be designated by the International Executive Board.

*Safeguarding the moneys*

**Section 3.** The International Secretary-Treasurer shall conduct all official correspondence, receive all applications for charters, countersign and issue charters as may be granted, and have charge of the official seal.

*Charters, official seal*

**Section 4.** The International Secretary-Treasurer shall draw and sign or authorize the signing of all checks covering expenditures of the International Union, upon the co-signature or approval of the International President.

*Expenditures*

**Section 5.** The International Secretary-Treasurer shall maintain records of the membership of the International Union and shall report to the International President and the International Executive Board as required.

*Membership records*

**Section 6.** The International Secretary-Treasurer shall make a full report of all matters relating to his or her office to each International Convention.

*Convention reports*

**Section 7.** The International Secretary-Treasurer shall, at the end of his or her term of office, turn over to his or her successor in office all books, moneys, property and other belongings of the International Union.

*Obligation to successor*

**Section 8.** The books and records of the International Secretary-Treasurer shall be open for inspection by the officers of the International Union.

*Obligation to open books*

**Section 9.** The International Secretary-Treasurer shall keep all records pertaining to income, disbursements, and financial transactions of any kind for a period of at least six years, or longer if required by applicable law.

*Maintenance of union records*

## Article X
## DUTIES OF THE
## EXECUTIVE VICE PRESIDENTS

**Section 1.** The International Executive Vice Presidents shall work under the supervision of the International President.

*Supervision by president*

**Section 2.** The International Executive Vice Presidents shall perform such duties as are assigned to him or her by the International President.

*Duties assigned by president*

## Article XI
## DUTIES OF THE INTERNATIONAL
## EXECUTIVE BOARD

*Meeting*
*requirement*

*Majority*
*may initiate*
*meeting*

*Quorum*

**Section 1.** The International Executive Board shall hold sessions at least two times within each year. The meetings of the International Executive Board shall be upon the call of the International President at times and places which, in his or her judgment, best serve the needs of the International Union. Whenever a majority of the International Executive Board requests the International President to call a meeting thereof, it shall be mandatory upon him or her to do so. A meeting of the International Executive Board may be held by telephone or video conference at the discretion of the International President. All necessary expenses for such meetings shall be paid by the International Union. The International Executive Board shall have power to transact all business of the International Union between Conventions. A majority of the members of the International Executive Board shall constitute a quorum for the transaction of its business.

*Notification to*
*local unions*

*Right to*
*present*
*grievances*

**Section 2.** The International Secretary-Treasurer shall notify all Local Unions and affiliated bodies of the time and place of International Executive Board meetings. Any Local Union or affiliated body may present any grievance or matter which it deems to be for the welfare of the International Union or any of its Local Unions or affiliated bodies at any meeting of the International Executive Board.

*Right to decide*
*appeals*

**Section 3.** The International Executive Board shall act upon and decide all appeals presented to it by Local Unions or individual members or by affiliated bodies.

*Bonding*
*provisions*

**Section 4.** The International Executive Board shall provide for the bonding of officers and employees of the International Union in accordance with the requirements of applicable statutes or as the International Executive Board shall deem necessary.

*Polling by*
*international*
*president*

**Section 5.** When the International Executive Board is not in meeting and the International President deems it necessary for the International Executive Board to act promptly, the International Secretary-Treasurer shall poll the International Executive Board and such action and vote may be taken by letter, telegram, teletype, facsimile, telephone or any other appropriate means of communication. Such action so taken on vote of the majority of the International Executive Board shall constitute official action of the International Executive Board.

*Executive*
*board is*
*highest*
*authority*

**Section 6.** The International Executive Board shall, subject to action of an International Convention, be the final authority and the highest governing body of this International Union.

*Duties and*
*responsibilities*

The Board is hereby authorized and empowered to take any and all lawful action not inconsistent with this Constitution to safeguard and protect this International Union, the rights, duties and privileges of the officers

and members of this International Union and its Local Unions or any of its affiliated bodies; to guide, manage, conduct and direct the activities, affairs, and functions of this International Union and to, in every way, including but not limited to expenditure, investment, and management, utilize the property and funds of this International Union towards the fulfillment of the purposes and objects of this organization. In addition to the general and specific powers conferred upon the Board elsewhere in this Constitution, and in addition to any lawful powers appertaining thereto, the Board is specifically authorized to:

**A.** Establish, adopt, prescribe and order such procedures, rules and regulations, consistent with this Constitution, as are required for the direction and management of the affairs of this International Union and its constituent subordinate bodies and to repeal or amend the same;

*Establishment of rules and regulations*

**B.** Delegate, consistent with this Constitution, to any of its officers or agents any of the functions and powers herein set forth, except the power to fill vacancies in office;

*Delegation of powers*

**C.** Establish and/or approve the payment of salaries, wages, expenses, allowances, and disbursements for its officers, agents and employees; and adopt, maintain or amend any pension or health and welfare trust agreement or plan which it deems to be in the interest of the officers and employees of the International Union or its Local Unions or other affiliated bodies or employees represented by the International Union or any of its Local Unions or other affiliated bodies and the families of said officers and employees, provided that no accrued rights of a participant shall be impaired;

*Salaries and trusts*

**D.** Take such legal action as it deems necessary to protect the interests of this International Union, its officers, representatives, agents, employees, members, or constituent Local Unions or its affiliated bodies, including the initiation, prosecution, and defense of lawsuits and arbitrations, the settlement or compromising of any claim whether defended or prosecuted, and the payment of expenses and costs of all such proceedings and actions; or abstain from enforcing any claim;

*Authority to take legal action*

**E.** Invest or reinvest the funds of this International Union in such property, real or personal, tangible or intangible, as it shall consider desirable for the effectuation of the purposes and objects of this International Union and the interest of its members, or permit such funds to remain uninvested;

*Investment of funds*

**F.** Lease, buy, and in every lawful manner acquire, on behalf of this International Union, all property, rights, and privileges, as it shall think desirable for the effectuation of the purposes and objects of this International Union and the interests of its members, at such prices, terms and conditions as this Board shall, in its discretion, determine;

*Acquisition of property*

**G.** Sell, lease, rent, mortgage, pledge, exchange, or otherwise dispose of any property, real or personal, tangible or intangible, and any rights or privileges appertaining or belonging to or in the possession of this International

*Disposal of property*

Union or its membership, whenever in its discretion the Board considers that the purposes and objects of this International Union and the interests of its members will be thereby effectuated for such prices and upon such terms and conditions or for such consideration as the Board in its discretion determines;

*Authority to borrow*

**H.** Obtain loans from any banks, firms, corporations or institutions, upon such terms and conditions as the Board shall determine, and for the sums so borrowed, issue its promissory notes or other evidence of indebtedness;

*Mortgages and trusts*

**I.** Enter into, issue and create, effectuate and terminate such mortgages, deeds, trust agreements, and negotiable instruments, however secured, as the Board in its discretion believes will effectuate the objects and purposes of this International Union and the interests of its members;

*Affiliations*

**J.** Affiliate this International Union or otherwise enter into or discontinue a relationship with such organizations and bodies, local, national and international, as the Board believes will effectuate the objects and purposes of this International Union and the interests of its members;

*Terms of affiliation*

**K.** Affiliate to this International Union by merger, partnership, alliance consolidation, charter or otherwise any existing labor organization or other organization as the Board may approve and in connection therewith may grant to such labor organization until the next International Convention such executive positions and/or representation on the International Executive Board in the form of additional Vice Presidents and Executive Board Members in excess of the total number provided in Article VI, Section 1. The terms and conditions of such relationships, including affiliations, partnerships, alliances mergers, or consolidations may include waiver of other provisions of this Constitution for such periods of time as shall be set forth in the agreement;

*Authority to waive constitutional provisions*

*Jurisdictional questions and agreement*

**L.** Decide questions of jurisdiction relating to Local Unions and other bodies affiliated to the International Union, and conclude organizational and jurisdictional agreements with other labor organizations;

*Authority to lend*

**M.** Make such loans, either direct or indirect, whether to individuals or organizations, as are lawful and not inconsistent with this Constitution, with such security and with such arrangement for repayment as the Board may deem appropriate, and as the Board considers will effectuate the purposes and objects of this International Union and the interests of its members;

*Agency and other fee procedures*

**N.** Establish, adopt and order such procedures as it deems necessary for the International Union, Local Unions, and affiliated bodies pertaining to agency shop fees, fair share fees and similar fees, and repeal or amend the same; and

*New arrangements to expand outreach*

**O.** In order to build strength for working women and men in the 21st century, the International Executive Board is authorized to enter into new types of arrangements including, but not limited to, partnerships, affiliations and/or alliances on a national or global scale, for expanding the Union's outreach to, and involvement with, organizations

and people with common goals. Accordingly, the authority set forth in this Article should be broadly interpreted to carry out the intent and purpose of this mission as well as to take advantage of new opportunities available through advances in technology and the internet. In entering such arrangements, the International Executive Board may grant such waivers from the provisions of the Constitution until the next Convention as will advance this objective.

The International Executive Board shall be the final authority in fulfilling, interpreting and enforcing this Constitution, subject to review by an International Convention.

*Constitutional authority*

The opinion of any attorney, accountant, or other professional consultant or expert hired pursuant to this Constitution shall be full and complete authority and protection with respect to any action taken, suffered or omitted by this Board or any member thereof in good faith and in accordance with such opinion. The International Executive Board, or any member of it, shall not be liable to any person or organization, for any act, which is not willful misconduct or in bad faith, done by this Board or said member in effectuation of the purposes and objects of this Constitution and the interests of the members of this organization.

*Protection from liability*

### Article XII
### STRIKES AND LOCKOUTS

No Local Union or affiliated body shall strike without previous notification to the International President, or, where prior notice is not practicable, without notification as soon as possible after commencement of the strike, in which notice the Local Union or affiliated body has stated that it has complied with all applicable notice requirements. If the Local Union or the affiliated body fails to give such notice, the International President may withhold sanction for the strike called by the Local Union or affiliated body. Based on the recommendation of the industry divisions of the International Union, the International Executive Board may limit this strike notification to fewer situations.

*Strike notification requirement*

### Article XIII
### REVENUE

**Section 1(a).** The revenue of this International Union shall be derived from per capita tax, initiation fees, charter fees, assessments or from any other source that the International Executive Board may determine.

*Per capita taxes*

The per capita tax from Local Unions shall continue to be $7.65 per member per month on all dues received by the Local Union.

For a retired member, associate member or organizing committee member paying less than the full dues required for working members of his or her Local Union, the per capita shall be $1.00 per month.

*Special membership categories*

The International Union shall not set aside any segregated funds from per capita tax payments received

from Local Unions on behalf of retired, associate or organizing committee members.

*Authority to adjust tax*    Upon the recommendation of the International President, the International Executive Board shall have the authority to adjust the per capita tax required from Local Unions (i) for nonworking members, including retired members and associate members; provided, however, that notwithstanding the provisions of Article XV, Life Members granted such status pursuant to this Constitution on or before May 1, 2000, shall have no continuing dues obligations, but they shall nonetheless be eligible to enjoy all the benefits and privileges of retired members in the International Union, including continued participation in the International Union's Death Gratuity Program if otherwise eligible; and (ii) that are affiliated with another international union.

*Political fund*    **(b).** An amount of money which shall be determined annually by the International Executive Board shall be set aside from the per capita tax and shall be expended by the International Union directly or indirectly for political education and political action purposes, but solely in accordance with the provisions of applicable law.

*Strike and defense fund*    **(c).** For 2012, the International Union shall continue to set aside out of the per capita tax, the sum of 40 cents per member per month on all monthly dues received by the Local Union as a Strike and Defense Fund to aid Local Unions engaged in authorized strikes, in defending against lockouts, and in defending the integrity and welfare of the Local Union, as defined under criteria established by the International Secretary-Treasurer, and shall credit each Local Union with the amount which such Local Union has paid into the Strike and Defense Fund. 25 cents of the 40 cents shall be used by the International Union to maintain current programs and support the implementation of the 2012 Convention program.

Beginning January 1, 2013, the International Union shall use from the per capita tax the sum of 40 cents per member per month on all monthly dues received by the Local Union in the Strike and Defense Fund for the purpose of maintaining a fund to support the International Union's program to elect and hold accountable national public officials for a pro-working family agenda.

Such moneys shall not be used from or set aside out of per capita tax payments received from Local Unions on behalf of retired, associate, or organizing committee members.

Prior to January 1, 2013, a local union may request approval from the International Secretary-Treasurer to substitute an alternative payment plan for the 25 cents. This plan may include the option for the International Union to retain funds that would otherwise be paid back to the local union under Article XV, Section 18.

*Withdrawals from strike and defense fund*    For any amounts accumulated in the Fund prior to January 1, 2013, subject to the criteria established by the International Secretary-Treasurer, a Local Union may after no less than one year of contributions draw on the Strike and

Defense Fund, or from such other funds of the International Union as shall be determined by the International Executive Board, to the extent of the total unexpended funds remaining to its credit, plus an additional sum equal to the amount set aside out of its required payments in the preceding 12 months. Once such an additional payment has been drawn by the Local Union, no further payment shall be made to the Local Union pursuant to this Section. The International Executive Board is authorized to direct that a Local Union's 2012 contributions to the Strike and Defense Fund be used to satisfy the Local Union's outstanding financial liability to the International Union or, pursuant to a decision of the International Executive Board after appropriate proceedings, to another affiliated body or Local Union if such liability is at least 90 days past due. In such circumstances, the Local Union will receive 15 days notice before such action is initiated.

*Use of fund to satisfy outstanding liabilities*

Questions concerning the application or interpretation of this subsection shall be resolved by decision of the International Secretary-Treasurer, subject to appeal to the International Executive Board.

*Application and interpretation*

**(d).** In addition to the per capita tax set forth in Section 1(a), each Local Union, except those based in Canada, shall pay to the International Union a per capita tax to finance the Unity Fund. Through the Unity Fund, all local unions will pool resources in order to have the new strength to win improved pay, benefits and security for members in the 21st century. This additional per capita tax per member per month shall be $5.00.

*Unity Fund (except Canada)*

Notwithstanding the above, this additional per capita tax for the Unity Fund shall not be paid on dues from any member who is paid gross wages of less than $433 per month. The additional per capita tax for the Unity Fund shall also not be payable on dues from members who have not achieved a first collective bargaining agreement.

*Low-wage worker*

**(e).** Based on the recommendation of the Canadian Council, the International Executive Board may require each Local Union based in Canada to pay to the International Union a per capita tax in addition to the per capita tax set forth in Section 1(a) to finance a Canadian Unity Fund. Through this Unity Fund, all Canadian local unions will pool resources in order to have the new strength to win improved pay, benefits and security for members in the 21st century. The amount of the additional per capita tax shall be determined by the International Executive Board, based on the recommendation of the Canadian Council.

*Canadian Unity Fund*

**(f).**     For the purposes of this section, the term "member" shall include agency fee payer and Rand Formula payer and comparable fee payers, and the term "dues" shall include agency service fees, Rand Formula fees and comparable fees.

*"Member" and "dues" defined*

**Section 2.** Dues of members are due and payable on or before the last day of the current month and in order for a member to be in good standing his or her dues must be paid on or before the last day of each month. All other

*Payment of dues*

financial obligations of the Local Union must likewise be paid on or before the last day of the month in which they fall due.

*Maintenance of good standing*

**Section 3.** For a Local Union to be considered in good standing, per capita tax and all other fees and payments must be paid by each Local Union to the International Union before the end of the month following the month in which the Local Union received dues or other payments on account of which per capita tax or fees are payable to the International Union. If the monthly per capita tax, or any part thereof, is not submitted by the end of the month following that in which it is due, the Local Union shall be deemed delinquent in its payment and shall be charged a late payment fee, at an interest rate to be determined periodically by the International Executive Board, on that portion of the per capita tax which has not been paid by the due date, except that the International President may waive this penalty charge for good cause shown. If a Local Union fails to make the payments herein required within 30 days of the date due, the International Secretary-Treasurer shall notify the Local Union that it is no longer in good standing and shall within 30 days thereafter refer the matter to the International President for such action as the International President shall deem appropriate, including without limitation, suspension of the Local Union, revocation of its charter, or the appointment of a Trustee as provided in Article VIII, Section 7 of this Constitution and Bylaws. The International President, and in the event of an appeal from his or her decision, the International Executive Board, may lift any suspension or stay revocation of the charter upon such terms and conditions as may be prescribed.

*Sanctions for nonpayment*

*Priority of per capita payment*

**Section 4.** No Local Union shall have any right to pay any bills before it pays its full obligation to the International Union each month.

*Reporting requirements of locals (membership lists)*

**Section 5(a).** The Local Union by its Secretary-Treasurer shall forward to the International Secretary-Treasurer the correct names and addresses (including email address and phone number, if available) of all its members, and other membership information as specified by the International Executive Board. Each month it shall submit all changes of addresses; the names and addresses of all members initiated or readmitted, of all other persons from whom revenue is derived, and of those suspended for nonpayment of dues or for any other cause; and a correct list of those who take transfer or withdrawal cards. In addition, the International Union must be notified of the names and addresses of all officers elected to office within 15 days of such action. The proper ZIP code shall be included for each address. Each Local Union must provide the same membership list to the State Council with which it is affiliated. Based on the recommendation of the International Secretary–Treasurer, the International Executive Board may approve a modification to this section which limits the frequency and/or content of this requirement.

*Average gross wage rate*

**(b).** Upon request, each local shall forward to the International Secretary-Treasurer, by April 1 of each year, information and supporting documentation showing the

average gross wage rate of its membership for the previous calendar year. The Secretary-Treasurer may issue specific guidance on the nature of the supporting documentation required.

**Section 6(a).** Local Union officers or the officers of any other affiliated body shall furnish to any person designated by the International President to examine its books and records, all of its books, records, accounts, receipts, vouchers and financial data whenever requested. All Local Unions and other affiliated bodies shall promptly forward to the International Secretary-Treasurer copies of all annual audit reports and copies of all financial reports setting forth a statement of assets and liabilities and a statement of receipts and disbursements which are required by law.

*Examination of local books and records*

*Annual audit reports*

**(b).** All records of a Local Union or other affiliated body pertaining to income, disbursements and financial transactions of any kind whatsoever must be kept for a period of at least six years or longer if required by applicable law.

*Maintenance of local records*

**Section 7.** When the charter of a Local Union or other affiliated body is revoked, the Local Union or other affiliated body and its officers shall return all books, documents, property and funds to the International Union.

*Requirements on revocation of charter*

**Section 8.** The revenue from per capita taxes paid by Canadian Local Unions shall be spent by International Union for activities that support Canadian Local Unions.

*Canadian locals per capita*

## Article XIV
## ISSUANCE OF CHARTERS

**Section 1.** Twenty-five or more persons within the jurisdiction of this International Union may apply to the International Secretary-Treasurer for the issuance of a charter. In any event, the International President or the International Executive Board may issue a charter whenever it is deemed advisable. The application for a charter shall be accompanied by the required initiation fees and charter fee.

*Application for charter*

**Section 2.** The International Executive Board shall establish the policy and procedures governing the issuance of charters and shall determine all questions of jurisdiction between Local Unions. Local Unions in existence at the time of the formation of the International Union shall retain the jurisdiction which they held at that time. If there be any contested question in connection with the matters referred to in this Section, action of the International Executive Board shall be after a hearing upon reasonable notice before it or a hearing officer or officers (who need not be a member or members of this organization) designated by the International Executive Board.

*Chartering procedures and jurisdiction*

*Contested questions*

**Section 3.** The International Executive Board may consolidate or merge existing Local Unions under such terms and conditions as the International Executive Board may determine when in the opinion of the International Executive Board the interests and welfare of the

*Consolidation and merger*

International Union and the membership thereof will be better served by such action.

*Merger hearings*

**Section 4.** Such merger or consolidation of existing Local Unions shall be conditioned upon the consent of the Local Unions or shall be effectuated after a hearing upon reasonable notice before the International Executive Board or a hearing officer or officers (who need not be a member or members of this organization) designated by the International Executive Board.

*Provisional organization*

**Section 5.** The International President may designate such coordinators and establish such organizing committees or provisional Local Unions for the purpose of organizing workers, and may establish other bodies for other purposes he or she deems appropriate, with or without requiring the payment of dues, initiation fees or per capita tax, as he or she may deem advisable, and the International President shall be authorized and empowered to name provisional officers for and to expend and control the finances of such organizing committees or provisional Local Unions or other bodies. The International President shall thereafter report such matters to the International Executive Board.

## Article XV
## DUTIES OF LOCAL UNIONS

*Bonding of locals*

**Section 1.** All Local Unions and affiliated bodies shall secure and maintain surety bonds in the amounts and the form required by applicable statutes. The International Secretary-Treasurer may direct an increase in the amount of any bond whenever he or she deems it necessary and advisable and may direct bonding by any Local Union not required by statute to secure a bond.

*Eligibility requirements for local officers*

**Section 2.** No person shall be eligible for nomination as an officer, member of the Executive Board, delegate, or any other office in a Local Union who has not been a member in continuous good standing in the Local Union for at least two years immediately preceding the nomination and has, during all of that time, paid the full dues required for working members of the Local Union within each month when due. Notwithstanding the above, a Local Union may adopt a local union bylaw that reduces this continuous good standing requirement from two years to no less than six months. No person who has been convicted of a felony as defined in Section 504 of the Landrum-Griffin Act (or indictable offense in Canada) shall in accordance with the provisions of applicable law be eligible for nomination under the terms of this Section. If the Local Union has been chartered less than two years, the required period of continuous good standing shall be the entire time that the Local Union has been chartered. The International

*Waiver*

President may waive the foregoing requirements for good cause shown. Any Local Union may provide in its Constitution and Bylaws for further limitations upon eligibility for nomination, provided such provisions are approved by the International Union. Upon the request of a Local Union Executive Board, the International President

may waive Local Union eligibility requirements for good cause shown. Associate members, life members, and those retired members paying less than the full dues required for working members of the Local Union shall not be eligible for nomination as an officer, member of the Executive Board, delegate, or any other office in the Local Union. Proxy voting shall not be permitted in any election for an officer, member of the Executive Board, delegate or any other office in the Local Union. Write-in candidates shall not be permitted in any election for an officer, member of the Executive Board, delegate or any other office in the Local Union, except if expressly approved by the International President upon request of the Local Union Executive Board.

*Exclusions*

*Proxies, write-ins prohibited*

**Section 3.** The Constitution and Bylaws of all Local Unions and affiliated bodies and amendments thereto must be submitted to the International Union and be approved before they become valid; provided, however, that notwithstanding such approval, the Constitution and Bylaws of all Local Unions and affiliated bodies shall at all times be subordinate to the Constitution and Bylaws of the International Union as it may be amended from time to time. If a Local Union or an affiliated body shall not have secured the approval of a valid Constitution and Bylaws, the provisions contained in the Constitution and Bylaws of the International Union as it may be amended from time to time shall govern said Local Union and affiliated body insofar as applicable. Regardless of approval, if any conflict should arise between the Constitution and Bylaws of a Local Union and affiliated bodies or any amendments thereto, and the Constitution and Bylaws of the International Union as it may be amended from time to time, the provisions of the Constitution and Bylaws of the International Union shall govern.

*Approval of local constitutions*

*Priority of International Constitution*

**Section 4.** Each Local Union shall provide its members upon request with a copy of the Constitution and Bylaws of the International Union and the Local Union. Copies of the International Constitution and Bylaws will be provided by the International Union to the Local Unions at cost.

*Distribution of Constitution*

**Section 5.** All Local Unions must provide for meetings of the membership on a general, division, chapter or worksite basis at least once every two months, except during the months of July and August. The Executive Board of each Local Union shall in any case meet at least once a month. However, if approved by the Local Union membership, the requirements of this section may be modified in the Local Union's Constitution and Bylaws.

*Local meeting requirements*

**Section 6(a).** Effective January 1, 2012, for all members of Local Unions who have annual earnings of $16,000 or more, the minimum dues shall be equal to $32.00 per month. Effective January 1, 2012, for all members with annual earnings between $5,500 and $16,000, the minimum dues shall be equal to $27.00 per month.

*Minimum dues*

Effective January 1, 2013, through January 1, 2016, the minimum monthly dues for all members with annual

*Annual increase*

earnings of $5,500 or above shall be increased by $1.00 annually, effective January 1 of each year.

*Special membership categories*

Notwithstanding the above, by action of the Local Union the minimum dues may be reduced for retired members, organizing committee members, and associate members. The Local Union may establish minimum dues for members with annual earnings which are less than $5,500.

Upon request, these requirements may be waived by the International President, as provided in subsection 6(d) below.

*Maximum dues cap*

**(b).** A Local Union's dues system shall not contain a maximum limitation on the dues amount per member otherwise applicable under the Local Union's dues formula. Upon request, this requirement may be waived by the International President, as provided in subsection 6(d) below provided that any maximum limitation permitted by the International President is indexed for inflation.

*Dues increases*

**(c).** Local Unions in which the Constitution and Bylaws provide for a dues system other than a flat rate system (e.g., a scale, hourly or percentage formula system) shall maintain the formula necessary to generate a dues minimum equal to the flat rates specified in this section.

*Percentage dues system*

Every Local Union shall strive to have a membership dues system based on a percentage of monthly gross earnings.

*Percentage rate minimum*

The percentage rate minimum required in converting to a percentage dues system shall be the rate that provides the Local Union with revenue equal to what it otherwise would have received under its prior dues system as of that date. The calculation of revenue otherwise receivable under the prior dues system shall be based on the Local Union's average monthly membership for the six month period ending one month prior to the date of conversion.

*Application and interpretation*

Questions concerning the application or interpretation of this subsection shall be resolved by decision of the International Secretary-Treasurer, subject to appeal to the Executive Board.

*Dues waivers*

**(d).** The International President, with ratification by the International Executive Board, may waive the requirements of this section for such period as he or she deems advisable upon a showing of good cause as set forth below so long as such waiver does not impair the ability of the Local Union to properly represent its members.

*Alternative dues structure*

A full waiver will be granted to any Local Union which has established, in accordance with its Constitution and Bylaws, an alternative dues structure and/or dues increases which satisfy the goals of this Section.

*Waiver considerations*

Full or partial waivers of any of the requirements of this section may be granted taking into consideration the resources of the Local Union, the Local Union's dues rate, whether the Local Union has recently implemented a dues increase, the percentage of workers represented by the Local Union covered by a union security clause and the

wage rate of the Local Union's members. A waiver also may be granted to Local Unions in right to work states that are engaged in active and strategic organizing efforts in accordance with approved industry division plans.

(e). Nothing in this Section shall apply to Local Unions based in Canada.

*Canada*

**Section 7(a).** The minimum dues of all members of any Canadian Local Union shall be \$10.00 per month except that by action of a Local Union they may be reduced to not less than \$2.50 per month for retired members and organizing committee members and \$2.00 per month for associate members.

*Canadian local unions*

For Canadian Local Unions employing a percentage dues system, the minimum dues of all members of any Local Union shall be 1 percent of gross monthly salary per month or \$10.00 per month, whichever is greater, except that by action of a Local Union they may be reduced for retired members, organizing committee members and associate members.

*Minimum dues*

The International President, with the approval of the International Executive Board, may waive these requirements for such period as he or she deems advisable as long as such waiver does not, in his or her judgment, impair the ability of the Local Union to properly represent its members.

*Waiver*

**(b).** All dues in Canadian Local Unions may be increased by an amount to be set by the International Executive Board based on the recommendation of the Canadian Council.

*Dues Increase*

**Section 8.** In order to be considered in good standing and to be eligible to participate in all of the gratuities and benefits of the Local Union and the International Union, members must pay on time the full dues and other payments prescribed by the Constitution of the Local Union.

*Dues payments, good standing*

**Section 9.** When a member is laid-off from employment or is absent from work due to employer lockout or union-authorized strike for more than 20 days in any calendar month, such member may be entitled, if so provided in the Local Union's Constitution and Bylaws, to credit for membership dues for the period of unemployment but not to exceed six months in any calendar year.

*Dues credits*

**Section 10.** Each member shall be entitled to receive a proper receipt or acknowledgement for any payment of dues.

*Dues reciepts*

**Section 11.** Any Local Union may order that withdrawal cards be taken out by members working outside the trade or jurisdiction of the Local Union.

*Withdrawal cards*

**Section 12.** The International Union shall be notified in writing when any collective bargaining negotiations or memoranda of understanding have been concluded and be advised of the number of employees covered and the expiration date of the contract. For the purpose of maintaining a file, and for informational uses, copies of collective bargaining agreements and contracts entered into by a Local Union shall, after signing, be sent to the Research Department of the International Union. Such

*Notification of collective bargaining agreements*

*No notification liability*

notification to or filing with the International Union shall not operate to impose any liability on the International Union or its officers or to make them parties to any such collective agreement or memorandum of understanding.

*Permission to conduct fund-raising*

**Section 13.** No Local Union or affiliated body or any subdivision thereof, or member or group of members, including Councils, Conferences, leagues, clubs or any association composed of members of this International Union, or subdivision thereof, shall in any manner, directly or indirectly, use, exploit, or trade upon the name of this International Union, or Local Union or affiliated body or any similar name or designation, nor in the name of this International Union or Local Union, or affiliated body, levy or collect any tax, dues, or other moneys, nor in the name of this International Union or Local Union, or affiliated body, conduct any affair or other activity for the purpose of raising funds, including programs or soliciting advertisements in any publication, either directly or indirectly, without first obtaining written permission from the International President.

*International's authority to audit*

All of the aforesaid matters covered by this Section, including without limitation funds, solicitations, gifts, and donations collected in the name of this International Union, or Local Union, or affiliated body, shall at all times be subject to audit by this International Union, and all books, records and documents pertaining to matters covered by this Section shall be available for inspection, copying and audit by this International Union.

*Authority to prescribe rules*

The International President shall have authority to formulate such rules and regulations as he or she deems necessary and proper to carry out the purpose of this Section.

*Special committees*

**Section 14.** The Executive Board of each Local Union shall appoint such committees as it deems necessary to carry out the organizing, political action, social and economic justice and retiree programs and policies of this International Union. Where a committee(s) is not appointed for a specific purpose, the Local Union Executive Board shall serve in that capacity.

*PACs*

**Section 15.** No Local Union shall establish its own registered federal political committee or any political candidates fund for contributions in connection with federal elections, provided, however, that the International President may in his or her discretion waive this provision or establish such conditions as the International President may deem necessary.

*New Strength Unity standard*

**Section 16. (a).** Every Local Union shall continue to implement an annual local union organizing budget equivalent to 20 percent of the local's budget (after payment of all per capita tax obligations), to be spent consistent with the principles and plan of the applicable industry division of the International Union. Each industry division shall submit its principles and plan for approval by the International Executive Board on an annual basis.

**(b).** Every local union shall establish a separate account or accounting for the money that comprises its annual organizing budget.

*Separate accounting*

**(c).** In the event that the applicable industry division of the International Union believes that a local union has failed, without good cause, to implement this 20 percent organizing budget commitment or to spend the local union's organizing budget consistent with the unionwide strategic unity plan and/or division plan, it may refer the matter to the International Secretary-Treasurer for a review of the local union's organizing account and expenditures. If the review reveals that the local union is not implementing its organizing budget as obligated under this provision, the Secretary-Treasurer may direct that only certain planned expenditures may continue to be made by the local union from its organizing account until the division and local union mutually agree upon a broader resolution of the matter pursuant to an expedited procedure established by the International Secretary-Treasurer.

*Review of organizing account*

**(d).** If no agreement is reached, the applicable division may refer the matter to the International President who may designate the matter for hearing before a hearing officer appointed by the International Executive Board. Based on the hearing officer's report, the International Executive Board may order the Local Union to pay all or a portion of the organizing account and the local union's next annual organizing budget to an organizing campaign(s) identified in the national plan for that particular division.

*Hearing*

**Section 17.** Industry Divisions of the International Union may establish additional local union performance and accountability standards to ensure that local unions implement the democratically and lawfully established policies of the Industry Divisions, subject to their approval by the International Executive Board.

*Performance standards*

**Section 18 (a).** Every U.S. Local Union shall contribute an annual amount equivalent to at least $6.00 per member per year, or as determined annually by the International Executive Board, to support the overall SEIU political education and action program. This annual SEIU C.O.P.E. fund-raising obligation may be satisfied by voluntary member contributions to SEIU C.O.P.E. or a designated organization approved by the International President or a combination thereof. All contributions to SEIU C.O.P.E. collected by local unions shall be sent to SEIU C.O.P.E. Any contributions in excess of $6.00 per member per year or such other amount as determined by the International Executive Board shall be returned to the local union for its political program. If a Local Union fails to meet its annual SEIU C.O.P.E. fund-raising obligation, it shall contribute an amount in local union funds equal to the deficiency plus 50 percent, or such other amount determined by the International Executive Board, to support the overall SEIU political education and action program.

*Political action*

**(b).** A goal of every local union shall be to enroll and maintain at least 20 percent of its members as voluntary

*Enrollment goal*

participants in an employer check-off or regular deduction program assigned to SEIU C.O.P.E. or to an organization approved by the International President.

## Article XVI
## MEMBERS' INTERESTS AND TRANSFERS

*Members'
interests
safeguarded*

**Section 1.** No member of this International Union shall injure the interests of another member by undermining such member in connection with wages or financial status or by any other act, direct or indirect, which would wrongfully jeopardize a member's office or standing.

*Transfers from
local union to
local union*

**Section 2.** Any member may transfer from one Local Union to another within this International Union, subject to the approval of the Local Union into which such member seeks admission, provided there shall be no interruption of continuous payment of monthly dues if continuous good standing is to be maintained or upon presentation of a current withdrawal card.

## Article XVII
## TRIALS AND APPEALS

*Preamble*

**PREAMBLE.** In order to ensure members' protection from the filing of frivolous charges, the following procedures shall apply:

*Bases of
charges for
hearings or
trials*

**Section 1.** Local Unions, their officers or members, and officers of any affiliated body, and officers of the International Union, as the case may be, may be charged with:

(Whenever used in this Article, the term "Local Union" shall include any affiliated body or Local Union chartered by this International Union.)

(1) Violation of any specific provision of this Constitution or of the Constitution and Bylaws of the Local Union;

(2) Violation of an oath of office;

(3) Gross disloyalty or conduct unbecoming a member;

(4) If an officer, gross inefficiency which might hinder and impair the interests of the International Union or the Local Union;

(5) Financial malpractice;

(6) Engaging in corrupt or unethical practices or racketeering;

(7) Advocating or engaging in dual unionism, including but not limited to aiding a rival labor organization, or secession in violation of Article XXV;

(8) Violation of democratically and lawfully established rules, regulations, policies or practices of the International Union or of the Local Union, including democratically and lawfully established rules, regulations, policies and practices of the International Union's Industry Divisions, subject to their approval by the International Executive Board.

(9) The wrongful taking or retaining of any money, books, papers or any other property belonging to the International Union or Local Union; or the wrongful destruction, mutilation or erasure of any books, records, bills, receipts, vouchers, or other property of the International Union or the Local Union;

(10) Working as a strikebreaker or violating wage or work standards established by the International Union or a Local Union; and

(11) The bringing of false charges against a member or officer without good faith or with malicious intent.

Charges must be specific and in writing.

**Section 2(a).** Charges against any member or officer of a Local Union shall be filed in duplicate with the Secretary of the Local Union, who shall serve a copy thereof on the accused either personally or by registered or certified mail, directed to the last known address of the accused, at least 10 days before the hearing upon the charges. The charges must specify the events or acts which the charging party believes constitute a basis for charges and must state which subsection(s) of Section 1 of this Article the charging party believes has been violated. If the charges are not specific, the trial body may dismiss the charges either before or at the hearing, but the charging party shall have the right to refile more detailed charges which comply with this Section. No charges may be filed more than six months after the charging party learned, or could have reasonably learned, of the act or acts which are the bases of the charges.

*Filing charges*

*Specificity requirement*

*Six month deadline*

**(b).** The Executive Board of the Local Union shall act as or appoint the trial body, unless the Constitution and Bylaws of the Local Union provide for another trial procedure. The accused may appear in person and with witnesses to answer the charges against him or her and shall be afforded a full and fair hearing. The accused may select a member of his or her Local Union, or an attorney if the Constitution and Bylaws of the Local Union so permit, to represent the accused in the presentation of a defense.

*Trial procedure*

**(c).** If the charges, or any portion thereof, are sustained, then the trial body shall render judgment and impose disciplinary action as provided for in this Constitution. If the charges are not sustained, the same shall be dismissed and the accused restored to full rights of membership or office in the Local Union.

*Judgment and discipline*

**(d).** If the Constitution and Bylaws of the Local Union so provides, the decision of the trial body shall be reported to the next regular membership meeting of the Local Union for such action as is provided for in the Constitution and Bylaws of the Local Union.

*Reporting trial results*

**(e).** If the International President believes that charges filed against an officer of a Local Union involve a situation which may seriously jeopardize the interests of the Local Union or the International Union, the International President may suspend such officer from office in the Local Union until a decision has been reached.

*Suspension*

*Basis for original jurisdiction*

(f). The International President may assume original jurisdiction:

i. If the Local Union, the Local Union Executive Board, a Local Union officer or a Local Union member, or members, believe that the charges filed against a member or officer of a Local Union involve a situation which may seriously jeopardize the interests of the Local Union or the International Union or that the hearing procedure of the Local Union will not completely protect the interests of a member, officer or Local Union and such party requests that the International President assume original jurisdiction.

*Procedures for original jurisdiction*

ii. If the International President as a result of an investigation believes that the charges filed against a member or officer involve a situation which may seriously jeopardize the interests of the Local Union or the International Union.

Upon the International President assuming original jurisdiction, the International President may remove the proceedings from the trial body of the Local Union and, upon at least 10 days notice, hold a hearing on the charges either personally or before a hearing officer or officers (who need not be a member or members of this organization) designated by the International President. The International President shall make the decision upon the record taken at the hearing and the report of the hearing officer or officers.

*Notice of charges*

**Section 3.** Charges against a Local Union or an officer of the International Union shall be filed in duplicate with the International Secretary-Treasurer, who shall serve a copy thereof upon the accused either personally or by registered or certified mail, directed to the last known address of the accused, at least 10 days before the hearing upon the charges. The International Executive Board may hold a hearing on the charges either itself or before a hearing officer or officers designated by it or it may determine to dismiss the charges without the need for a hearing to be conducted. If the hearing is conducted by a hearing officer or officers, the International Executive Board shall make its decision upon the record taken at the hearing and the report of the hearing officer or officers.

*Executive board hearings*

*Conduct of hearings or trials*

**Section 4.** In all hearings or trials provided for herein, if the member filing charges is a member of the trial body, he or she may appear and be heard in support of the charges, but shall be ineligible to participate in the consideration of or the decision on such charges. If the accused is unable or unwilling to be present at any hearing provided for herein, a defense may be presented in writing. In default of appearance or defense, the trial body shall proceed with the hearing regardless of the absence of the accused.

*Possibility of sanctions*

**Section 5.** The trial body, after requisite due process has been afforded, may impose such penalty as it deems appropriate and as the case requires.

*Hearings or trial appeals*

**Section 6.** An appeal to the International Executive Board may be taken by either the accused or the member filing the charges from any decision of a Local Union with respect to such charges, provided such decision is a final

decision under the terms of the Constitution and Bylaws of the Local Union; or from a decision of the International President. Any such appeal shall be filed in writing with the International Secretary-Treasurer, by registered or certified mail, within 15 days after the decision. No specific form or formality shall be required, except that such appeal shall clearly set forth the decision being appealed and the grounds for the appeal. During the pendency of any appeal, the decision appealed from shall remain in full force, unless it is stayed by the International Executive Board. The International Executive Board may decide the appeal on the record made by the trial body or may in its discretion, upon at least 10 days notice, hear argument or hold a rehearing either itself or before a hearing officer or officers designated by it. The International Executive Board may affirm, reverse or modify the decision appealed from.

*Manner of filing appeals*

*Determination of appeals*

**Section 7.** Appeals from any decision of the International Executive Board with respect to charges may be taken to the next Convention. Any such appeal shall be filed in the same manner and within the same time as appeals to the International Executive Board. During the pendency of such appeal, the decision appealed from shall remain in full force. The appellant shall have the right to appear before an appeals committee of the Convention and, if the appellant is a Local Union or a member appealing an expulsion from membership, shall have the right to appear before the Convention itself under such conditions and for the period of time fixed by the Convention. An individual appellant, other than one appealing an expulsion from membership, shall have the right to appear before the Convention itself only with the consent of the Convention. The action of the Convention on all appeals shall be final and binding.

*Appeals to Convention*

**Section 8.** Subject to the provisions of applicable statutes, every Local Union or member or officer thereof or officer of the International Union against whom charges have been preferred and disciplinary action taken as a result thereof or who claims to be aggrieved as a result of adverse rulings or decisions rendered, agrees, as a condition of membership or affiliation and the continuation of membership or affiliation, to exhaust all remedies provided for in the Constitution and Bylaws of the International Union and the Local Union and further agrees not to file or prosecute any action in any court, tribunal or other agency until those remedies have been exhausted.

*Obligation to exhaust remedies*

**Section 9.** The SEIU Member Bill of Rights and Responsibilities in the Union shall be enforced exclusively through the procedures provided in this Article and any decision rendered pursuant to the procedures provided for herein, including any appeals, shall be final and binding on all parties and not subject to judicial review.

*Member bill of rights and responsibilities*

## Article XVIII
## AFFILIATIONS WITH INTERMEDIATE BODIES

*Obligation to affiliate*

**Section 1.** Local Unions shall affiliate with local, regional, national or international bodies, where such exist, under rules to be established by the International Executive Board. The International President may in his or her discretion waive this requirement for individual Locals for good cause.

*Establishment of intermediate bodies*

**Section 2.** The International Executive Board shall from time to time establish intermediate bodies including, but not limited to, State and Provincial Councils, and Canadian Regional Conferences as well as other bodies, when in its judgment such bodies are necessary to further the aims of the International Union and the interests of Local Unions. The International Executive Board shall establish the jurisdiction of such bodies, and shall issue rules prescribing the activities and financing of such bodies. For administrative purposes of collection and distribution, the International Executive Board may require Local Unions to forward to the International Union per capita tax payments or other financial obligations owed by the Local Union to affiliated bodies or entities. Upon receipt, the International Union shall forward such payments to the applicable affiliated body or entity.

*Local affiliation and per capita requirements*

**Section 3.** All Local Unions determined by the International Union to be within the jurisdiction of any intermediate body shall affiliate with such bodies and comply with their bylaws, including provisions in such bylaws requiring the payment of per capita taxes to the intermediate body, together with interest on late payment if so authorized by the intermediate body. The International Executive Board may in its discretion modify these requirements. Any proposal to set or change an intermediate body's per capita tax obligation or assessment shall be submitted to the International President for his/her approval prior to its submission for approval by the intermediate body. In the case of State Councils, a Local Union shall affiliate with each State Council having jurisdiction over the primary worksite(s) of its members, and shall pay each such State Council per capita tax on those members whose primary worksite is within that State Council's jurisdiction.

*Conformance to international constitution*

**Section 4.** The bylaws of such intermediate bodies shall not conflict with the Constitution and Bylaws of the International Union. Such bylaws shall provide that the number of votes a Local has in such bodies shall be proportionate to its numerical strength as determined by the payment of per capita tax, excluding associate members, life members and agency fee payers, to the intermediate body. This requirement may be waived by the International President, subject to his/her approval of an alternative voting procedure. Such bylaws and any amendments must be submitted to and approved by the International President before becoming valid. Notwithstanding such approval, each intermediate body shall resubmit its bylaws to the International President for

consideration and approval within 120 days following the conclusion of each regular International Convention.

**Section 5.** The bylaws of the Regional Conferences and Joint and State Councils shall provide that all officers of a Local Union elected in conformity with all applicable statutes shall by virtue of such election be considered to be eligible delegates to any Convention of such body which may take place during their term of office. If under the rules of the particular intermediate body a Local Union is entitled to additional delegates at said Convention, then arrangements may be made at the option of the Local Union Executive Board for nomination and secret ballot election, if required, of an additional number of Convention delegates. The Local Union must designate in its own bylaws the order in which the officers would be designated as delegates if fewer than all the officers are entitled to go to the Convention as delegates, provided that the chief executive officer of the Local Union shall, if otherwise eligible, be deemed entitled even in the event the Local Union fails to so designate. Any Local Union may by provision in its Local Constitution and Bylaws dispense with the foregoing provision that officers of the Local Union be ex officio delegates to the Convention of such intermediate bodies and may provide for nomination and, if required, secret ballot election of such delegates.

*Eligibility of local officers as delegates*

*Additional delegates*

**Section 6.** No officer of an intermediate body may receive compensation of any kind from the intermediate body, except for a minimal stipend or expenses as appropriate. This limitation shall not apply to intermediate bodies in Canada.

*Restrictions on compensation*

## Article XIX
## PAYMENTS IN CONNECTION WITH DEATHS OF MEMBERS

For members of any Local Union who were in good standing in connection with this Article XIX on September 1, 1984, the Service Employees International Union Death Gratuity Program, as amended effective September 1, 1984, shall be maintained in effect for those members who meet the eligibility and participation requirements set forth in such amended Program. When the International Executive Board in its discretion determines that it is necessary or advisable to abolish, curtail or limit any payments provided for in the Program or to amend or modify any provisions governing such payments, it shall have authority to do so. The International Union shall notify each Local Union 60 days before the effective date of any changes in the provisions of the Program.

*Death gratuities*

### Article XX
### PENSION FUND FOR OFFICERS
### AND EMPLOYEES OF LOCAL UNIONS
### AND AFFILIATED BODIES

*Maintenance of pension fund*

**Section 1.** The Pension Fund known as the "SEIU Affiliates' Officers and Employees Pension Fund," heretofore established pursuant to mandate of this Constitution and existing by virtue of a Trust Agreement entered into between the International Executive Board and the Trustees shall continue to be maintained in accordance with the terms of said Trust Agreement. The SEIU Affiliates' Officers and Employees Pension Fund shall be divided into two distinct sections, the United States Section and the Canadian Section.

*Pension sponsor*

**Section 2.** The International Union shall be the "Plan Sponsor" as that term is defined in the Employee Retirement Income Security Act of 1974.

*Executive board authority*

**Section 3.** The International Executive Board shall have the power to:

*Pension trustees*

**(a).** Designate the number and appoint all of the individual Trustees of the Pension Fund; and to remove any such Trustee and to fill any vacancy as may exist from time to time; provided, however, that at least two Trustees shall be officers or employees of Local Unions and at least two Trustees shall be members of the International Executive Board; and provided further that there shall be no less than the number of Canadian Trustees required by Canadian law.

*Agreements, amendments*

**(b).** On behalf of the International Union, enter into agreements with the Trustees to amend the Trust Agreement in such manner as it may deem necessary or desirable.

*Waiver*

**(c).** Upon recommendation of the Trustees of the Pension Fund, waive participation in, or payments in whole or in part to, the Pension Fund by any Local Union, or affiliated body, upon a finding that contributions are not advisable or are not necessary or required, and upon such terms as the International Executive Board may require, including directing that participating Local Unions remit the amount waived directly to the International for such purposes as the Board deems appropriate and

*Waivers upon merger or affiliation*

**(d).** Waive, in whole or in part, or increase the payments required by Section 8 of this Article XX, upon the merger or affiliation of any labor organization or Local Union with the International Union or any of its Local Unions, upon a finding that such action is necessary or required.

*Pension fiduciaries*

**Section 4.** The Trustees of the Pension Fund shall be the "Named Fiduciaries" as that term is defined in the Employee Retirement Income Security Act of 1974.

*Pension participation requirements*

**Section 5.** The Trustees shall be and the same are hereby empowered to adopt a Pension Plan or Plans and Rules and Regulations for the administration thereof which they deem appropriate, provided, however, that such Plan or Plans and Rules and Regulations shall, to the extent permitted by applicable law, provide that:

**(a).** Only officers, full-time permanent employees who have gross compensation at an annual rate of $4,000 and part-time and temporary employees who work more than six months in any 12-month period and who have gross annual compensation of $4,000 or more in that period shall be eligible for coverage. Gross compensation shall include only the regular salary paid by a Local Union, or affiliated body, or if accepted for participation by the Trustees, any organization related to a Local Union or affiliated body which furthers the purposes of or benefits the membership of such Local Union or affiliated body. Gross compensation shall be defined so as to preclude the award of credits for what the Trustees may consider special or unusual compensation (as, for example, payment for attending meetings or participating in picket duty), including but not limited to part or all of any compensation as may be received from a second or additional employer. In the event that applicable law requires employee participation and/ or the granting of pension credits for employment which would otherwise be precluded by the foregoing, then, in such event, the Trustees shall endeavor to limit such participation and granting of service credit in accordance with the foregoing to the extent permitted by law.

*Coverage*

The Trustees shall be empowered to adjust the $4,000 and/or the six-month contribution requirements, should the Trustees determine that said change(s) would be actuarially sound.

*Adjusting contribution requirements*

**(b).** Employees of related organizations may be eligible for participation in the Pension Fund subject to such Rules and Regulations as the Board of Trustees may adopt.

*Employees of related organizations*

**Section 6.** The Board of Trustees shall have the following powers, in addition to those which may be granted to them by the Trust Agreement:

*Authority of pension trustees*

**(a).** To employ the services of any actuary, legal counsel and other professional advisers as they deem necessary to assist them with the formulation of the Pension Plan or Plans, the determination and monitoring of the contribution rate to support the Plan on a sound actuarial basis and maintenance of the Pension Fund, and to pay for such services from the Pension Fund.

*Employees of advisers*

**(b).** To require the Secretary-Treasurer of any Local Union or affiliated body to furnish to them such records as they may deem necessary for the proper administration of the Pension Fund.

*Access to records*

**(c).** To make all necessary amendments to the Pension Plan or Plans as may be required to render the Pension Trust Fund qualified and tax exempt under applicable provisions of the Internal Revenue Code and the Income Tax Act (Canada) or which may be deemed by them to be necessary to conform the Pension Plan or Plans and Trust Fund to all other applicable laws.

*Employement pension plan(s)*

**(d).** To provide exceptions from coverage in the case of officers or employees who are entitled to be covered under an employee pension benefit plan maintained by a public employer or public utility, under such uniform

*Exceptions from coverage*

and nondiscriminatory rules as the Board of Trustees may establish, for the purpose of preventing duplication of pension coverage or benefits for such persons, if such exceptions do not conflict with applicable law or adversely affect the tax exempt status of the Pension Plan or Trust.

*Adjusting payments*

(e). To increase or decrease the payments required by Section 8 of Article XX as permitted by law.

*General authority*

(f). To take all such steps as they deem necessary to effectuate the purposes of this Article XX and to protect the rights and interests of the participants of the Pension Fund.

*Safeguarding of assets*

**Section 7.** The Trustees shall keep all assets of the Pension Fund separate and distinct from all other revenue and income received by the International Union; shall transfer said Pension Fund assets to Corporate Trustee(s) or Corporate Custodian(s) which they may appoint; may remove any such Corporate Trustee(s) or Corporate Custodian(s) and appoint a successor; and may pay the fees of such Corporate Trustee(s) or Corporate Custodian(s) from the Pension Fund.

*Pension contributions*

**Section 8(a).** Subject to any changes and amendments made by the International Executive Board or the Trustees pursuant to their authority set forth herein, each Local Union and affiliated body within the United States shall pay to the Pension Fund an amount equal to 14 percent of the gross monthly compensation of each eligible officer and employee, and each Local Union and affiliated body within Canada shall pay to the Pension Fund an amount equal to 14 percent of the gross monthly compensation of each eligible officer and employee.

*Time of contribution to pension fund*

(b). The contribution provided for above shall be paid to the Pension Fund before the end of the month following the month in which the eligible officer or employee receives any compensation on which a pension contribution is payable. Contributions shall commence from the first date of employment of the eligible officer or employee.

*Sanctions for nonpayment*

(c). If a Local Union or affiliated body required to contribute to the Pension Fund fails to make payments required herein, the provision of Article XIII, Section 3 of this Constitution and Bylaws shall be applicable.

*Limitation of liability*

**Section 9.** The International Union shall indemnify all Trustees, the Fund Coordinator and Fund office employees from and against any liability which they may incur while acting in their official capacities, except for liability resulting from their gross negligence, willful misconduct, fraud or criminal act, including the cost of all legal expenses incurred in connection with the defense against any such charge.

### Article XXI
### LOCAL ENFORCEMENT OF
### INTERNATIONAL CONSTITUTION

*Obligation to enforce Constitution*

Any Local Union or affiliated body willfully neglecting to enforce the provisions of this Constitution and Bylaws

shall be subject to suspension or revocation of its charter or such other sanctions as may be determined by the International President.

## Article XXII
## NONLIABILITY OF
## INTERNATIONAL UNION

Except as is otherwise specifically provided in this Constitution, no Local Union, or affiliated body, nor any officer, employee, organizer or representative of a Local Union or affiliated body or of this International Union shall be authorized to make contracts or incur liabilities for or in the name of the International Union unless authorized in writing by the International President and the International Secretary-Treasurer, or the International Executive Board.

*Lack of authorization to obligate international*

## Article XXIII
## LITIGATION

**A.** Subject to applicable law, no member, Local Union or affiliated body shall bring any action against the International Union or any other Local Union or affiliated body or any officers thereof, with respect to any matter arising out of the affairs of the International Union or its Local Unions or affiliated bodies unless he or she has exhausted all procedures available under this Constitution and the laws promulgated thereunder. Any member, or Local Union or affiliated body, filing suit in violation of this provision may, in addition to other penalties, be ordered to reimburse the organization or officers sued for the costs and attorneys' fees expended, or a portion thereof.

*Obligation to exhaust procedural remedies*

**B.** The International Union is authorized upon affirmative vote of the International Executive Board to pay all expenses for investigation services, employment of counsel and other necessary expenditures in any cause, matter, case or cases where an International Union officer, representative, employee, agent or one alleged to have acted on behalf of the International Union is charged with any violation or violations of any law or is sued in any civil actions with respect to any matter arising out of his or her official duties on behalf of the International Union, except if such officer, representative, employee or agent is charged with a breach of trust to the International Union, or any affiliate or member thereof, in which event he or she may be indemnified only if the action is terminated favorably to him or her.

*Authority to defend*

**C.** Neither the International Union nor any of its officers shall be responsible or liable for the wrongful or unlawful acts of any Local Union or affiliated body or officers, members, or agents thereof, except where the International Union or its officers have actually participated in or actually authorized such acts, or have ratified such acts after actual knowledge thereof.

*Limitation of liability*

**D.** Only the elected officers of the International Union are authorized to be its agents for service of process.

*Service of process*

General organizers, staff members and employees of the International Union and the officers and employees of subordinate bodies are not authorized to be agents of the International Union for service of process under any circumstances.

## Article XXIV
## AMENDMENTS

*Amendment procedure*

This Constitution and Bylaws may be amended by action of any regular Convention of the International Union or Special Convention called for that purpose. Amendments may be proposed at such Convention in the same manner as is provided herein for the submission of Convention resolutions. A majority of the Convention votes cast on such amendment shall be necessary for adoption. Except as otherwise provided, all amendments shall be effective immediately upon adoption by the Convention.

## Article XXV
## DISSOLUTION

*Dissolution procedure*

**Section 1.** This International Union cannot dissolve while there are seven dissenting Locals. No Local Union, provisional local or organizing committee can dissolve, secede or disaffiliate while there are seven dissenting members; no other affiliated bodies can dissolve, secede or disaffiliate while there are two dissenting Local Unions. The International Union shall be notified by registered or certified mail of any meeting, scheduled by a Local Union or affiliated body for the purpose of taking a vote on disaffiliation from the International Union at least 60 days prior to the date of such scheduled meeting, and a representative of the International Union shall be afforded an opportunity to speak at such meeting. The International President shall direct whether the membership vote shall be conducted by secret ballot at a membership meeting and/or by mail referendum, and, if appropriate, a separate method by which dissenting Local Unions or members may assert their dissent. The vote shall be counted by an independent neutral party. In the event of secession, dissolution or disaffiliation, all properties, funds and assets, both real and personal, of such Local Union or affiliated body shall become the property of the International Union. Under no circumstances shall any Local Union or affiliated body distribute its funds, assets or properties individually among its membership.

*Membership vote and dissent*

*Reversion of property, funds*

**Section 2.** Except as may be expressly permitted under an affiliation agreement or approved by the International Union, no officer of a local union or affiliated body shall support or assist any efforts to dissolve, secede or disaffiliate from the International Union. Except for these two limited circumstances, the International President or International Executive Board may take any and all action provided under this Constitution to safeguard the members' and union's interests in the event of an attempt at a local

*No officer support*

union or affiliated body to dissolve, secede or disaffiliate, including but not limited to action under Article VIII, Section 7.

## Article XXVI
## SAVINGS PROVISION

If any provision of this Constitution shall be modified or declared invalid or inoperative by any competent authority of the executive, judicial or administrative branch of a state, provincial or federal government, including, but not limited to, any provision concerning dues or per capita tax, the Executive Board shall have the authority to suspend the operation of such provision during the period of its invalidity or modification and to substitute in its place and stead a provision which will meet the objections to its validity and which will be in accord with the intent and purposes of the invalid or modified provision. In the case of a challenge to a dues or per capita tax provision, this authority shall also apply in the event the Executive Board determines that such actions are necessary at an earlier stage of judicial or administrative proceedings in order to ensure the effective implementation of the intent of the Constitutional provision at issue. If any Article or Section of this Constitution should be modified or held invalid by operation of law or by any tribunal of competent jurisdiction, the remainder of this Constitution or the application of such Article or Section to persons or circumstances, other than those as to which it has been held invalid or modified, shall not be affected thereby.

*Savings provision*

## SEIU MEMBER BILL OF RIGHTS AND RESPONSIBILITIES IN THE UNION

The right to have opinions heard and respected, to be informed of union activity, to be educated in union values and union skills.

*Rights*

The right to choose the leaders of the union in a fair and democratic manner.

The right to a full accounting of union dues and the proper stewardship over union resources.

The right to participate in the union's bargaining efforts and to approve union contracts.

The right to have members' concerns resolved in a fair and expeditious manner.

The responsibility to help build a strong and more effective labor movement, to support the organizing of unorganized workers, to help build a political voice for working people, and to stand up for one's co-workers and all workers.

*Responsibilities*

The responsibility to be informed about the internal governance of the union and to participate in the conduct of the union's affairs.

The responsibility to contribute to the support of the union.

The responsibility to treat all workers and members fairly.

The responsibility to offer constructive criticism of the union.

### SEIU MEMBER BILL OF RIGHTS AND RESPONSIBILITIES ON THE JOB

*Rights*    The right to have work that is worthwhile to society, personally satisfying to the worker, and which provides a decent standard of living, a healthy and safe workplace, and the maximum possible employment security.

The right to have a meaningful and protected voice in the design and execution of one's work and in the long-term planning by one's employer as well as the training necessary to take part in such planning.

The right to fair and equitable treatment on the job.

The right to share fairly in the gains of the employer.

The right to participate fully in the work of the union on the scope, content and structure of one's job.

The responsibility to participate in the union's efforts to establish and uphold collective principles and values for effective workplace participation.

The responsibility to recognize and respect the interests of all union members when making decisions about union goals.

*Responsibilities*    The responsibility to be informed about the industry in which one works and about the forces that will affect the condition of workers in the industry.

The responsibility to participate fully in the union's efforts to expand the voice of workers on the job.

The responsibility to give fully and fairly of one's talents and efforts on the job and to recognize the legitimate goals of one's employer.

# MANUAL
## OF COMMON PROCEDURE

### INITIATION RITUAL

PRESIDENT: "It is my duty to inform you that the Service Employees International Union requires perfect freedom of inclination in every candidate for membership. An obligation of fidelity is required; but let me assure you that in this obligation there is nothing contrary to your civil or religious duties. With this understanding are you willing to take an obligation?"

(Answer.)

PRESIDENT: "You will now, each of you, raise your right hand and recite the following obligation:

### MEMBERSHIP OBLIGATION:

"I, (name) _____ , pledge upon my honor that I will faithfully observe the Constitution and Bylaws of this Union and of the Service Employees International Union.

"I agree to educate myself and other members in the history of the labor movement and to defend to the best of my ability the principles of trade unionism, and I will not knowingly wrong a member or see a member wronged if it is in my power to prevent it.

"As an SEIU member, I will take responsibility for helping to achieve the Union's vision for a just society where all workers are valued and people respected, where all families and communities thrive, and where we leave a better and more equal world for generations to come."

PRESIDENT: "You are now members of the Service Employees International Union."

### OFFICERS'
### INSTALLATION OBLIGATION

"I, (name) _____ , accept my responsibility as an elected officer of the Service Employees International Union and I pledge that I will faithfully observe the Constitution and Bylaws of the Service Employees International Union.

"I pledge that I will provide ethical, responsible leadership, representing our members and organizing new workers to build power to win for all.

"I pledge to make the growing gap between the rich and everyone else the problem of our time, to inspire and support workers everywhere who are ready to take collective action to lift wages and create family-sustaining jobs, to elect political leaders on the side of the 99%, and to hold them accountable when they support policies that benefit the 1%.

"I agree to defend the principles of trade unionism.

"I will not knowingly wrong a member or see a member wronged if it is in my power to prevent it.

"I pledge to exercise leadership based on the SEIU standards of:

- Shared unity of purpose;
- Openness to questions and willingness to learn;
- Acting with the courage of our convictions;
- Working together with accountability; and
- Commitment to inclusion.

"I believe in and will fight for the SEIU vision of a just society where all workers are valued and people respected, where all families and communities thrive, and where we leave a better and more equal world for generations to come."

## DEBATE

The following rules shall be used to govern debate unless the Local Union has adopted its own rules or regulations:

Rule 1. The regular order of business may be suspended by a vote of the meeting at any time to dispose of urgent business.

Rule 2. All motions (if required by the chair) or resignations must be submitted in writing.

Rule 3. Any conversation, by whispering or otherwise, or any other activity which is calculated to disturb or may have the effect of disturbing a member while speaking or disturb the conduct of the meeting or hinder the transaction of business shall be deemed a violation of order.

Rule 4. Sectarian discussion shall not be permitted in the meetings.

Rule 5. A motion to be entertained by the presiding officer must be seconded, and the mover as well as seconder must rise and be recognized by the chair.

Rule 6. Any member having made a motion can withdraw it with consent of the seconder, but a motion once debated cannot be withdrawn except by a majority vote.

Rule 7. A motion to amend an amendment shall be in order, but no motion to amend an amendment to an amendment shall be permitted.

Rule 8. A motion shall not be subject to debate until it has been stated by the chair.

Rule 9. A member wishing to speak shall rise and respectfully address the chair, and if recognized by the chair, he or she shall be entitled to proceed.

Rule 10. If two or more members rise to speak, the chair shall decide which is entitled to the floor.

Rule 11. Any member speaking shall be confined to the question under debate and avoid all personal, indecorous or sarcastic language.

Rule 12. Attending meetings under the influence of liquor or any controlled substance not lawfully prescribed is basis for removal.

Rule 13. No member shall interrupt another while speaking, except to a point of order, and the member shall definitely state the point, and the chair shall decide the same without debate.

Rule 14. Any member who is called to order while speaking shall be seated until the point of order is decided, after which, if decided in order, such member may proceed.

Rule 15. Any member who feels personally aggrieved by a decision of the chair may appeal such decision to the body.

Rule 16. When an appeal is made from the decision of the chair, the Vice President shall act as chairperson; the appeal shall be stated by the chair to the meeting in these words: "Shall the decision of the chair be sustained as the decision of this Union?" The member will then have the right to state the grounds of appeal and the chair will give reasons for its decision; thereupon the members will proceed to vote on the appeal without further debate, and it shall require a majority vote to overrule the chair.

Rule 17. No member shall speak more than once on the same subject until all who wish to speak have spoken, nor more than twice without unanimous consent, nor more than five minutes at any one time without consent of a two-thirds vote of all members present.

Rule 18. The presiding officer shall not speak on any subject unless such officer retires from the chair, except on a point of order or to make an official report or give such advice and counsel as the interests of the organization warrant. In case of a tie the presiding officer shall have the deciding vote.

Rule 19. When a question is before the meeting, no motion shall be in order except:

1. To adjourn;

2. To lay the question on the table;

3. For the previous question;

4. To postpone to a given time;

5. To refer or commit;

6. To amend.

These motions shall have precedence in the above order. The first three of these motions are not debatable.

Rule 20. If a question has been amended, the question on the amendment shall be put first; if more than one amendment has been offered, the question shall be put as follows:

1. Amendment to the amendment.

2. Amendment.

3. Original proposition.

Rule 21. When a question is postponed indefinitely, it shall not come up again except by a two-thirds vote.

Rule 22. A motion to adjourn shall always be in order, except:

1. When a member has the floor;

2. When members are voting.

Rule 23. Before putting a question to vote, the presiding officer shall ask, "Are you ready for the question?" Then it shall be open for debate. If no member rises to speak or the debate is concluded, the presiding officer shall then put the question in this form: "All in favor of this motion say `aye'"; and after the affirmative vote is expressed, "Those of the contrary opinion, say `no'." After the vote is taken, the presiding officer shall announce the result in this manner: "It is carried [or lost] and so ordered."

Rule 24. Before the presiding officer declares the vote on a question, any member may ask for a division of the house. The chair is required to comply with this request. A standing vote shall thereupon be taken.

Rule 25. When a question has been decided it can be reconsidered only by two-thirds vote of those present.

Rule 26. A motion to reconsider must be made and seconded by two members who voted with the majority.

Rule 27. A member ordered to be seated three times by the chair without complying shall be debarred from participating in any further business at that session.

Rule 28. All questions, unless otherwise provided, shall be decided by a majority vote.

Rule 29. The presiding officer of the meeting shall enforce these rules and regulations and may direct that members be removed from the meeting for violation of these rules.

## ORDER OF BUSINESS

1. Opening.

2. Roll call of officers.

3. Reading of minutes of the previous meeting.

4. Applications for membership.

5. Initiation of new members.

6. Communications and bills.

7. Reports of officers, executive board and committees.

8. Unfinished business.

9. New business.

10. Good and welfare.

11. Adjournment.

# Index

Agreements, national, regional, 13
Affiliated bodies, 3, 5, 7, 13-14, 16, 18-20, 25-27, 36, 38, 41, 42
Affiliates Officers and Employees Pension Fund, 38-40
       Contributions, 40
       International Executive Board, 38
       Liability, 40
       Participants, 38-40
       Plan sponsor, 38
       Trustees, 38-40
Affiliations, 4, 20, 36-37
Agency and other fee procedures, 20
Amendments, to Constitution, 42
Appeals, 5, 6, 14, 18, 23, 24, 28, 32-35, 47
Auditors, Board of, 11-12, 15
       Duties, 11
       Election, 11
       Vacancies, 12

Bill of Rights and Responsibilities in the Union, 35, 43-44
       Enforcement, 35
Bill of Rights and Responsibilities on the Job, 44
Bonding, 15, 18, 26
       Local unions, 26
       Trusteeship, 15

Campaign funds for elections of International and local officers, 9
Canadian officers, 10
Canadian Dues, 29
Canadian Unity Fund, 23
Charges and violations, 32-35
Charters, 14, 17, 25-26
       Eligibility, 25
       Issuance, 25-26
       Provisional locals, 26
       Revocation of charters, 25
Collective Bargaining, 3, 5, 13, 15, 23, 29
Conferences and seminars, 13
Constitution, International, 20-21, 27, 36-37, 40-41, 42, 43
       Amendments, 42
       Distribution, 27
       Enforcement, 21, 40-41
       Local union, 40, 41
       Priority of International, 27
Convention, International, 6-9, 10-11, 12, 13, 14, 16, 17, 18, 20,
       21, 35, 37
       Alternate delegates, 8
       Appeals, 35
       Convention call, 6, 7
       Credentials, 8, 9
       Credentials Committee, 8, 9
       Delegates, 6-9
       Dual representation barred, 7
       Eligibility of delegates, 6
       Eligibility of Local Unions, 7
       Exclusions, 7
       Frequency of, 6
       Officers, full-time International officers, 6
       Order of business, 9
       Protests, election of delegates, 8
       Quorum, 9
       Representation, 6-7

Retired members, 7
Rules, interim, 9
Resolutions, 9
Special, 6
Votes, 7, 8, 9
Coordinated bargaining process, 13-14
COPE, 31, 32

Death gratuity payments, 22, 37
Debate, rules of, 46-48
Discrimination forbidden, 5
Disputes, 5, 8, 14, 15-16, 18, 20, 25, 32-35, 41-42
Determination by International President, 5, 14
Membership, 5
Trusteeship, 15-16
Dissolution, 24, 42-43
International Union, 42-43
Local Union, 24
Dues, 21-25, 26, 27, 28-30
Definition, 23
Due date, 23
Good standing, 7, 24, 29
Life members, 22
Local, 27-30
Minimum, 27, 28, 29
Canadian, 29
U.S., 27-28
Percentage, 28
Retired members, 21-22, 27, 28
Schedule for increases, 27-29
Election of International officers, 9-12
Canadian Board Members, 10
Financial, in-kind support, 9
Election protests, 9
Exclusions, 11
Limitations on running for office, 11
Nomination procedures, 9
Qualifications, 11
Eligibility, 5, 11, 26-27
For membership, 5
For International Union office, 11
For Local Union office, 26-27
Executive Board, International, 5, 6, 7, 9, 10-14, 16, 17, 18-21, 22, 23, 24, 25, 26, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 40, 41, 42, 43
Affiliates Officers and Employees Pension Fund, 38-40
Affiliations, 20, 21, 36
Agency and other fee procedures, 20
Appeals, 5, 14, 18
Authority, 18-21
Bonding, 18
Charters, 25
Constitutional authority, 21
Delegation of powers, 19
Duties, 10-11, 18-21
Eligibility for office, 10-11
Executive Committee, 10-11
Expenses, 18, 19
Financial matters, 19-20
Grievances, right to present, 18
Initiation of meetings, 18
Jurisdiction, 20, 25
Legal action, 19
Liability, 21
Meetings, 18
Mergers, 25-26
Notification of Local Unions, 18

Polling by International President, 18
Quorum, 18
Reports, 11
Retired Board Member, 10-11
Retired Members Advisory Committee, 12
Self-employed individuals, 5
Term of office, 10
Trials and appeals, 34-35
Vacancies, 12
Executive Committee, 10-11
Executive Vice Presidents, International, 10, 12, 13, 14, 17
Four-year political fund, 22
Hearing officers, 16, 25-26, 31, 34, 35

Initiation fee, 21, 25, 26
Initiation ritual, 45
Installation obligation, officers, 45-46
Interests of members safeguarded, 32
Intermediate bodies, 4, 5, 36-37
Affiliations, 4, 5, 36-37
Bylaws, 36-37
Compensation, 37
Councils, area, regional, or industry, 4, 5, 36-37
Delegates for conventions, 37
Dissolution, 42-43
Enforcement of International Constitution, 36-37
Executive Board functions, 10, 36
Finances, 36-37
Local central bodies, 36-37
Voting by local unions, 36-37
Internal Needs Hearing, 16
International union, 1-5, 20, 21-25, 30-32, 36, 38, 40, 41, 42
Activities of, 3-4
Authority of, 4
Goals, 1-4
Jurisdiction, 4, 5, 20
Litigation, 41-42
Name, 3
Nonliability, 41
Organization of, 3
Objects and purposes, 3-4
Revenue, 21-25

Jurisdiction, 4-5, 20

Litigation and liability, 19, 21, 23, 30, 40, 41-42
Authority to defend, 41
Limitation of liability, 41
Service of process, 41-42
Local unions, 4-8, 21-25, 26-32, 33-37, 40-42
Affiliates Officers and Employees Pension Fund, 38-40
Audit, 25, 30
Bonding, 15, 18, 26
Collective bargaining agreements, 29-30
Constitution, 27
Approval by International Union, 27
Distribution of International and Local Union
Constitutions, 27
International Constitution prevails in dispute, 27
Delegates to convention, 6-9
Protests of election, 9-10
Dissolution, 42-43
Dues, 5, 21-24, 27-29, 43
Minimum dues, 27-29
Credits for out of work, 29
Dues increase schedule, 27-28, 29

Dues waivers, 28-29
Duties, 26-32, 36-37
  Average Wage Reporting, 24-25
  Special Committees, 30
Election of officers, 26-27
  Election protest, 14
  Proxy and write-in ballots, 27
  Waivers of eligibility, 27
Eligibility for membership, 5
Eligibility for office, 26-27
Enforcement of International Constitution, 27, 40-41
Executive Board, 26, 27, 30
Good standing, 24, 26, 29
Litigation, 41-42
Meetings, 27
Names, and addresses, of members and officers, 24
Per capita tax, 21-25
Political Education and Action Program, 31-32
Protests of local officers elections, 14
Records, 25
Retired members, 12-13, 22, 27-29
Self-employed individuals, 5
Transfers, 32
Use of International Union name for fund-raising, 30
Withdrawal cards, 29

Manual of Common Procedures, 45-48
    Debate 46-48
    Initation ritual, 45
    Membership obligation, 45
    Officers' obligation, 45-46
    Order of business, 48
Member Bill of Rights (see Bill of Rights)
Membership, 4-5
    Categories authorized, 5
    Disputes, 5
    Eligibility, 5
    Obligations, 31-32, 35, 43-44, 45
    Transfers to another local, 32
Mergers, 20, 25-26, 38
    Local unions, 26
    Other labor organizations, 4, 20, 38
Mission statement, 1-2
Monitor, 16

Name, International Union, 3, 30
Nonliability of International union, 21, 41

Objects and purposes, 3-4
Officers, International union, 9-12, 13-17
(See also President, Secretary-Treasurer, Vice Presidents)
    Compensation, 14
    Duties, 10-11
    Election, 9-10
    Eligibility, 11
    Emeritus status, 12
    Executive Board, 10
    Executive Committee, 10-11
    Term of office, 10
    Vacancies, 12-13
Order of business, 9, 48
Organizing Committees, 4-5, 13, 26,
Original jurisdiction, 34
Outreach, 20-21

PACs, 30, 31-32

Payments in connection with deaths of members, 37
Pension fund (see Affiliates Officers and Employees Pension Fund)
Per capita tax, 21-25
        Canada, 25
        Canadian Unity Fund, 23
        Due date, 23-24
        Good standing, Local Union, 24
        Local obligations, 24-25
        Retired members, 21-22
        Unity Fund, 23
Permission to conduct fund-raising, 30
Political Education and Action Program, 31-32
Political Action Funds, 22, 31-32
President, International, 4, 5, 6, 9, 10-12, 13-16, 17-18, 21, 22, 24,
25, 26, 27, 28, 29, 30, 31, 32, 33-34, 35, 36, 41, 42
        Agreements, 13-14
        Appeals to, 14
        Appointment of delegates to other labor organization
        functions, 14
        Assistance to Local Unions, 16
        Authority, responsibility, 13-17
        Conventions, 6-9, 13, 14, 16
        Coordinated bargaining process, 13-14
        Disputes, 5, 14, 15-16, 34-35
        Duties, 13-17
        Election protests, Local Unions, 14
        Eligibility for office, 11
        Emeritus status, 12
        Finances, 13, 14-15
        Joint councils, 36-37
        Judicial powers, 14
        Local union fund-raising activities, 30, 31
        Lockouts, 21
        Master agreements, 13-14
        Member complaints, 14
        Organizing, 13, 26
        Original jurisdiction, 34
        Self-employed individuals, 5
        Staff, 14
        Strikes, 21
        Subsidies, 13
        Term of office, 10
        Trials and appeals, 34-35
        Trusteeships, 15-16
        Vice Presidents' and Executive Board members'
        salaries, 14
        Voting, 13
        Waivers, 24, 26-27, 28-29, 30, 36
Provisional locals, 5, 26

Qualifications for officers, 11

Records, books, maintenance of, 11, 14, 15, 17, 25, 30, 33, 39
Retired Board Member, 10
Retired Members Advisory Committee, 12
Retired Members, 7, 10, 11-12, 13, 21-22, 27, 28, 29
Revenue of International Union, 21-25
        Authority to adjust per capita, 22
        Definitions of member and dues, 23
        Dues, 21, 22, 23, 24, 27-29
        Good standing, locals, 24
        Life members, 22
        Per capita tax, 21-24
        Priority of per capita payment, 24
        Reporting requirements and examination of
        Local Union records, 24-25

Retired members and associate members, 21, 22, 27
Special funds, 22-23 (see individual listings)
Savings provision, 43
Secretary-Treasurer, International, 7, 8, 9, 10, 11, 12-13, 15, 16, 17,
18, 22, 23, 24, 25, 26, 28, 31, 34, 35, 41
 Charters, seal, 17
 Convention proceedings, 17
 Duties, 17
 Eligibility for office, 11
 Expenditures, 17
 Meetings, notification to locals, 18
 Records, 17
 Report to convention, 17
 Safeguarding of moneys, 17
 Trials and appeals, 34-35
Self-employed individuals, 5
Strike and Defense Fund, International, 22-23
Strikes and lockouts, 21

Transfers, 32
Trials and appeals, 32-35
 Appeals, 34-35
 Charges, 32-33, 34
  Against a Local Union or officer of International Union, 34
  Hearing held by International Executive Board, 34
 Decisions, 33-34, 35
 Exhaustion of remedies, 35
 Filing of charges, 33
  Charge must be specific, 33
 Obligation to exhaust remedies, 35
 Original jurisdiction, 34
 Penalties, sanctions, 34
 Presidential authority, 33, 34
 Procedures, 32-35
 Suspension of local union officers, 33
 Time period for filing charges, 33
 Trial body, 33-35
Trusteeship, 15-16
 Emergency, 16
 Hearing prior to, 16
 Power of trustee, 15
 Procedure, 16

Unity Fund, 23
 Canadian, 23

Vacancies, filling of, 12-13
Vice Presidents, International, 10, 12-13, 14, 17, 20
 Compensation, 14
 Duties, 10, 17
 Election, 9-10
 Executive Committee, 10-11
 Vacancies, 12-13

Withdrawal cards, 24, 29

# EXHIBIT C

# UNITE HERE
# CONSTITUTION

As Adopted by the Special Conventions of
UNITE and the Hotel Employees and Restaurant Employees International Union
Chicago, Illinois
July 8, 2004

# FOREWORD

Organizing workers and reorganizing unions to act powerfully and effectively in the struggle to improve society must be the central task of every progressive trade union.

For over a hundred years the members of our unions have struggled against powerful forces and incredible odds to bring dignity and respect to the workplace. Whether our predecessors were cooks or tailors, seamstresses or room attendants, bartenders or mill hands, they had much in common. They often had arrived in North America only a short time before they picked up their brooms or sat down at their sewing machines. Many of their forbearers had come in the holds of slave ships. They often worked in family owned enterprises, bravely looking their employers directly in the eye as they asserted their rights and fought for their economic freedom. They labored long hours for low pay and made heroic sacrifices on the front lines of the labor movement of the twentieth century.

But our struggles too often were not linked together. Our predecessors organized by craft, by language, by ethnicity, by industrial sector, even by gender. Decade by decade over the past century their strength ebbed and flowed based on economic and political forces that they influenced but never controlled. Each prior union experienced great victories. There also were terrible defeats, but the collective will of each generation of leaders and members could not be crushed.

In the summer of 2004, the Hotel Employees and Restaurant Employees International Union (HERE) and UNITE have formed a new union firmly grounded in the lessons of the past but clearly focused on the promise of the future.

UNITE HERE will have as its central purpose organizing the unorganized. It will continue its tradition of working together with those employers who recognize that cooperation is in the best interests of our members and our customers. But when confronted with global corporations driven by bottomless greed, UNITE HERE will pursue new and effective strategies for winning workers rights, including unprecedented campaigns of international solidarity. Within the North American trade union movement, UNITE HERE will lead by example the restructuring and reorganization of unions to insure that resources are directed toward organizing. Having been betrayed in the past by politicians cast as both friends and enemies, UNITE HERE will blaze a trail of political independence based on the practical hopes and achievable dreams of our members. UNITE HERE will place the struggles for equality for women, immigrants and African Americans at the core of our strategy, recognizing that there can be no freedom for workers in general until those specific battles are won.

Throughout North America and around the world, UNITE HERE will continue with renewed determination our historical mission - providing the power, dignity and independence that only democratic trade unionism can bring to the unorganized and the dispossessed.

ii

| Article 1 | | CONSTITUTION, JURISDICTION, OBJECTIVES | 1 |
|---|---|---|---|
| | Section 1 | Name | 1 |
| | Section 2 | Definitions | 1 |
| | Section 3 | Official Constitution; Constitution and By-laws of Affiliates | 1 |
| | Section 4 | Jurisdiction | 1 |
| | Section 5 | Objectives | 2 |
| | Section 6 | Headquarters | 3 |
| | Section 7 | Dissolution | 3 |
| Article 2 | | CONVENTIONS | 3 |
| | Section 1 | Authority | 3 |
| | Section 2 | Five-Year Convention | 3 |
| | Section 3 | Composition of Convention | 4 |
| | Section 4 | Eligibility of Local | 4 |
| | Section 5 | Number of Local Delegates | 4 |
| | Section 6 | Voting | 4 |
| | Section 7 | Joint Board Delegates | 5 |
| | Section 8 | Notice, Nomination, Election | 5 |
| | Section 9 | Eligibility Requirements | 5 |
| | Section 10 | Recently Chartered or Merged Locals | 6 |

Section 11  Officer and Business Agent .................................................................................. 6

Section 12  Financial Status of Affiliates .............................................................................. 6

Section 13  Delegate Credentials .......................................................................................... 6

Section 14  Convention Committees...................................................................................... 7

Section 15  Expenses of Delegates ........................................................................................ 7

Section 16  Rules of Procedure .............................................................................................. 8

Section 17  General Order of Business .................................................................................. 8

Section 18  Quorum and Decisions........................................................................................ 8

Section 19  Resolutions........................................................................................................... 8

Section 20  Speakers ................................................................................................................ 9

Section 21  Special Convention ............................................................................................. 9

Article 3  INTERNATIONAL OFFICERS .......................................................................... 9
Section 1  International Officers.............................................................................................. 9

Section 2  Term of Office and Filling Vacancies ................................................................. 10

Section 3  Authority of Presidents ........................................................................................ 11

Section 4  Duties and Rights of International Executive Vice-Presidents............................ 15

Section 5  Duties of Vice-Presidents ..................................................................................... 15

Section 6  Duties and Powers of General Executive Board.................................................. 15

Section 7  Salaries, Emoluments and Expenses of General President and the

President/Hospitality Industry ........................................................................ 16

iv

| | | |
|---|---|---|
| Section 8 | Appointment of AFL-CIO Delegates | 17 |
| Article 4 | TRUSTEESHIP | 17 |
| Section 1 | Authority of the Presidents. | 17 |
| Section 2 | Appointment of Trustee Before Hearing. | 17 |
| Section 3 | Hearing on Trusteeship. | 17 |
| Section 4 | Powers of Trustee. | 18 |
| Section 5 | Duration of Trusteeship. | 18 |
| Section 6 | Procedure Upon Termination of Trusteeship | 18 |
| Section 7 | Supervision | 19 |
| Article 5 | LOCAL UNIONS | 19 |
| Section 1 | By-Laws | 19 |
| Section 2 | Application | 19 |
| Section 3 | Rights and Duties | 20 |
| Section 4 | Local Grievance Committee | 20 |
| Section 5 | Executive Board and Local Officers | 20 |
| Section 6 | Vacancies | 20 |
| Section 7 | Dissolution, Withdrawal or Merger of Local | 21 |
| Section 8 | Failure to Hold Meetings | 21 |
| Section 9 | Change of Address | 21 |
| Section 10 | Records of Membership. | 21 |

Section 11  Local Finances, Loans and Salaries ..................................................................... 21

Section 12  Insurance Funds .............................................................................................. 22

Section 13  Pension or Retirement Plans for Local Officers ................................................. 22

Section 14  Accrued Vacations of Officers and Employees ................................................... 22

Section 15  Locals Not to Relinquish Jurisdiction ............................................................... 22

Article 6      JOINT BOARDS ............................................................................................... 22
Section 1    Requirements for Charter ................................................................................. 22

Section 2    Local Affiliation with Joint Board .................................................................... 23

Section 3    Presiding Officer ............................................................................................. 23

Section 4    Vice President ................................................................................................. 24

Section 5    Secretary-Treasurer ......................................................................................... 24

Section 6    Manager .......................................................................................................... 24

Section 7    Executive Board or Board of Directors ............................................................. 24

Section 8    Audit or Finance Committee ............................................................................ 25

Section 9    Authorization for Withdrawal or Disbursement ................................................ 25

Article 7      AFFILIATES - GENERAL PROVISIONS .......................................................... 25
Section 1    Meetings .......................................................................................................... 25

Section 2    Special Meetings of Affiliates .......................................................................... 25

Section 3    Approval of Other Payments ............................................................................ 25

Section 4    Use of Revenue ............................................................................................... 26

Section 5     Incorporation ............................................................................................ 26

Section 6     Authority of Presidents over Charter ................................................... 26

Section 7     Authority over All Affiliates................................................................. 27

Section 8     Limitations of Authority ...................................................................... 27

Article 8      ELECTIONS - GENERAL PROVISIONS ......................................... 27
Section 1     Election Guidelines................................................................................. 27

Section 2     Eligibility to Vote ................................................................................. 27

Section 3     Eligibility Requirements for Officers, etc............................................. 28

Section 4     Designation as a Slate .......................................................................... 28

Section 5     Delegate by Virtue of Office................................................................ 29

Section 6     Election by Acclamation....................................................................... 29

Section 7     Impartiality of Affiliates ...................................................................... 29

Section 8     Oath........................................................................................................ 29

Section 9     Term of Office or Position and Installation ........................................ 30

Section 10    Write-in Votes....................................................................................... 30

Article 9      ELECTION OF INTERNATIONAL OFFICERS................................ 30
Section 1     Election ................................................................................................... 30

Section 2     Eligibility Requirements ....................................................................... 30

Section 3     Nomination and Election ...................................................................... 30

Section 4     Count of Votes and Certification ......................................................... 32

vii

Section 5        Installation ..................................................................................................... 33

Article 10       ELECTION TO LOCAL OFFICES AND POSITIONS ...................................... 33
Section 1        Nomination and Election Meeting ...................................................................... 33

Section 2        Election Procedure ............................................................................................ 33

Section 3        Election Committee .......................................................................................... 34

Section 4        Election Committee Procedure .......................................................................... 34

Article 11       JOINT BOARD ELECTIONS ........................................................................... 35
Section 1        Eligibility ......................................................................................................... 35

Section 2        Nominations and Elections ................................................................................ 35

Article 12       ELECTION APPEALS ....................................................................................... 36
Section 1        Appeals ............................................................................................................ 36

Section 2        Appeal Bodies .................................................................................................. 36

Section 3        Appeal Procedures ............................................................................................ 36

Article 13       MEMBERSHIP ................................................................................................. 36
Section 1        General Eligibility Requirements ....................................................................... 36

Section 2        Applications ..................................................................................................... 37

Section 3        Acquiring Membership ...................................................................................... 37

Section 4        Limitations on Rejection ................................................................................... 37

Section 5        Membership-at-Large ........................................................................................ 37

Section 6        Previously Expelled Members ............................................................................ 37

Section 7        Passive Membership .......................................................................................... 38

viii

Section 8     Associate Membership ................................................................. 38

Section 9     Rights and Obligations of Membership ....................................... 38

Section 10    Dual Membership ......................................................................... 38

Section 11    Recall to Active Military Service ................................................. 39

Section 12    Good Standing ............................................................................. 39

Article 14     WITHDRAWAL OR TRANSFER OF MEMBERSHIP ................ 39
Section 1     Requests for Withdrawal of Membership ..................................... 39

Section 2     Automatic Withdrawal from Membership ..................................... 39

Section 3     Prepaid Dues ................................................................................. 40

Section 4     Effect of Withdrawal .................................................................... 40

Section 5     Resumption of Active Status ......................................................... 40

Section 6     International Solidarity .................................................................. 41

Article 15     RETIRED MEMBERS .................................................................. 41
Section 1     Retirees Association ....................................................................... 41

Section 2     Eligibility for Retiree Membership ............................................... 41

Section 3     Rights of Retiree Members ............................................................ 41

Section 4     Governance of Retirees' Association .............................................. 42

Section 5     Retiree Delegates to UNITE HERE Convention ......................... 42

Article 16     CHARGES, HEARINGS AND APPEALS ................................... 42
Section 1     Grounds for Charges ..................................................................... 42

Section 2    Form of Charges .................................................................................... 44

Section 3    Who May File Charges ........................................................................ 44

Section 4    Where Charges Are Filed...................................................................... 44

Section 5    Procedure When Filed............................................................................ 45

Section 6    Suspension Pending Hearing ................................................................ 45

Section 7    Who May Conduct Hearings ................................................................ 46

Section 8    Summary Disposition............................................................................ 46

Section 9    Conduct of Hearing................................................................................ 47

Section 10   Hearing Upon Written Evidence.......................................................... 48

Section 11   Penalties ................................................................................................ 49

Section 12   Appeal Bodies........................................................................................ 49

Section 13   Appeals to the Convention.................................................................... 49

Section 14   Limitation on Right of Members to Appeal......................................... 49

Section 15   Time Limit for Appeal .......................................................................... 50

Section 16   Procedure for Appellant ........................................................................ 50

Section 17   Procedure for Hearing Appeals............................................................ 50

Section 18   Power of Appellate Body...................................................................... 50

Section 19   Obligation to Exhaust Remedies.......................................................... 50

Section 20   Failure to Exhaust Remedies ................................................................ 51

Section 21  Inapplicability to NLRB Charges ........................................................ 51

Article 17  DUES, PER CAPITA AND FEES ....................................................... 51
Section 1  Dues .............................................................................................. 51

Section 2  Initiation Fees ................................................................................ 53

Section 3  Per Capita Payments ...................................................................... 53

Section 4  Strike Fund ..................................................................................... 54

Section 5  Political/Legislative Fund ............................................................... 54

Section 6  Reinstatement Fees ......................................................................... 55

Section 7  Temporary or Seasonal Service Fees .............................................. 55

Section 8  Agency Service Fees ....................................................................... 56

Section 9  Arrearage in Payments .................................................................... 56

Article 18  FINANCES – AFFILIATE FINANCIAL PRACTICES ....................... 56
Section 1  Deposit of Affiliate Funds. .............................................................. 56

Section 2  Records ........................................................................................... 56

Section 3  Financial Reports ............................................................................ 57

Article 19  AFFILIATE - INTERNATIONAL UNION FINANCIAL TRANSACTIONS... 57
Section 1  Payments by Affiliates .................................................................... 57

Section 2  Prompt Payment - Extensions of Time ............................................ 57

Section 3  General Fund ................................................................................... 57

Article 20  AUDITS – AFFILIATES AND INTERNATIONAL UNION ............. 58
Section 1  Certified Public Accountant's Audit ............................................... 58

Section 2    Audits of Subordinate Bodies ........................................................... 58

Section 3    Affiliates to Furnish Documents ......................................................... 58

Article 21   PROPERTY ..................................................................................... 59
Section 1    Charter ............................................................................................. 59

Section 2    Property Held by Affiliates ................................................................ 59

Section 3    Bond and Custody of Property .......................................................... 59

Section 4    Real Property ................................................................................... 60

Section 5    Real Estate Ownership, Sale, Encumbrance, or Lease ...................... 61

Section 6    Investments ..................................................................................... 61

Section 7    Prohibited Uses ............................................................................... 61

Article 22   STRIKES and STRIKE BENEFITS .................................................... 61
Section 1    Notice and Approval of Strikes .......................................................... 61

Section 2    Strike and Defense Fund .................................................................. 62

Section 3    Financial Assistance ......................................................................... 62

Article 23   ETHICAL PRACTICES CODE (AMENDED) .................................... 63
Section 1    Preamble .......................................................................................... 63

Section 2    Financial Practices ........................................................................... 63

Section 3    Health, Welfare And Retirement Funds .............................................. 64

Section 4    Prohibited Conduct .......................................................................... 64

Article 24   PUBLIC REVIEW BOARD ................................................................ 67
Section 1    Creation ........................................................................................... 67

Section 2     Composition ........................................................................................ 67

Section 3     Jurisdiction ......................................................................................... 67

Section 4     Initiation Of Matters Before The Public Review Board ....................................... 68

Section 5     Rules ................................................................................................. 69

Section 6     Reports ............................................................................................... 69

Section 7     Budget ............................................................................................... 69

Section 8     Indemnification ..................................................................................... 69

Section 9     Applicability ........................................................................................ 69

Article 25     UNITE HERE CANADIAN CONFERENCE ..................................................... 69
Section 1     Delegates ............................................................................................ 69

Section 2     Purposes and Governing Rules ................................................................... 70

Section 3     Canadian Directors, Other Positions and Committees ......................................... 70

Section 4     Time and Place of Conference .................................................................... 70

Section 5     Quorum .............................................................................................. 71

Section 6     Councils ............................................................................................. 71

Section 7     Separability ......................................................................................... 71

Article 26     LIABILITY .......................................................................................... 71
Section 1     Liability of UNITE HERE and Officers ......................................................... 71

Article 27     ELECTED OR APPOINTED PAID POSITIONS ................................................ 72
Section 1     Future Employment ................................................................................ 72

xiii

Section 2    Ineligibility for Employment with UNITE HERE.................................... 72

Article 28    UNION LABELS............................................................................ 72
Section 1    Authority Over Labels ................................................................ 72

Section 2    Use of Union Label.................................................................... 73

Section 3    Display of Union House Card........................................................ 73

Section 4    Labels May Not Be Sold.............................................................. 73

Article 29    AFFILIATIONS AND RELATIONSHIPS WITH OTHER ORGANIZATIONS
................................................................................................................ 74

Section 1    AFL-CIO and Canadian Labour Congress ..................................... 74

Section 2    Affiliation with Central and State Bodies...................................... 74

Section 3    Order for Withdrawal................................................................. 74

Section 4    Other Affiliations...................................................................... 74

Section 5    Representatives ........................................................................ 74

Section 6    Formal Partnerships .................................................................. 75

Section 7    Service Agreements ................................................................... 75

Article 30    DEATH BURIAL BENEFITS ......................................................... 75
Section 1    Eligibility ................................................................................ 75

Section 2    Amounts of Payment................................................................. 75

Section 3    Administration of Benefits.......................................................... 75

Section 4    Responsibility of International..................................................... 75

Section 5    Prerequisite for Payment............................................................ 76

xiv

Section 6      No Obligation to Undertaker ............................................................... 76

Section 7      Conditions for Payment to Beneficiary................................................. 76

Section 8      Discharge of Obligations of Local ....................................................... 76

Section 9      Members Transferring to Other Locals................................................. 77

Section 10     Time Limit for Filing Claims................................................................ 77

Section 11     Review ................................................................................................... 77

Article 31      HEALTH AND WELFARE AND PENSION FUNDS ........................ 77
Section 1       Purpose.................................................................................................. 77

Section 2       Establishment of Funds......................................................................... 78

Section 3       Authority of Presidents ......................................................................... 78

Section 4       Participation of Local Funds................................................................. 78

Section 5       Merger of Welfare Funds....................................................................... 78

Section 6       Merger of Pension Funds ...................................................................... 78

Section 7       Canada................................................................................................... 79

Article 32      APPLICATION AND AMENDMENT OF CONSTITUTION ............ 79
Section 1       Binding Effect....................................................................................... 79

Section 2       Separability ........................................................................................... 79

Section 3       Amendment or Repeal ........................................................................... 79

Section 4       Submission of Amendments .................................................................. 79

Section 5       Conflicting Provisions .......................................................................... 80

xv

APPENDIX A: LOCAL UNION BY-LAWS ............................................................................ 81

Article 1          Membership Meetings ....................................................................... 81

Article 2          Officers - Election and Eligibility....................................................... 81

Article 3          Officers — Duties .............................................................................. 84

Article 4          The Executive Board.......................................................................... 85

Article 5          Auditing Committee........................................................................... 86

Article 6          Amendments ...................................................................................... 87

Article 7          UNITE and Joint Board Constitutions................................................ 87

INDEX          88

**ARTICLE 1        CONSTITUTION, JURISDICTION, OBJECTIVES**

**Section 1        Name**

The name of this union is UNITE HERE.

**Section 2        Definitions**

When used in this Constitution:

(a) "GEB" means the General Executive Board of UNITE HERE;

(b) "Presidents" means the General President and the President/Hospitality Industry of UNITE HERE;

(c) "local" means a local union of UNITE HERE;

(d) "industry" means an industry under the jurisdiction of UNITE HERE; and

(e) "affiliate" means a local union, joint board, joint council (in Canada) or any other subordinate body affiliated with UNITE HERE.

**Section 3        Official Constitution; Constitution and By-laws of Affiliates**

(a) This document is the official Constitution of UNITE HERE. Affiliates may adopt constitutions and/or by-laws not inconsistent with this Constitution. Constitutions or by-laws of local unions may not be inconsistent with the provisions of the constitution or by-laws of a joint board with which they are affiliated. In any conflict between the provisions of the governing documents of a superior body and those of a subordinate body, the governing documents of the superior body shall prevail.

(b) Any local, which has not adopted its own constitution or by-laws, and which has not had by-laws provided for it by a joint board to which it is affiliated, shall observe and be governed by the terms of the model by-laws appended as Appendix A to this Constitution.

**Section 4        Jurisdiction**

The jurisdiction of UNITE HERE includes all workers who are engaged in the preparation, handling or serving of food and beverages; engaged in the performance of public housekeeping services, including all persons in related employment within the hotel, food and beverage service industries, airports, in-flight catering, railroads, convention centers, sports

1

facilities, the racing, casino, gaming industries, and theme parks; workers employed by colleges and universities; employed by firms engaged in the production and distribution of textiles, clothing, apparel and related products; employed by commercial laundries, dry cleaners, distribution centers, call centers, retail stores and auto parts and other industrial manufacturers; workers engaged in the provision of services to the developmentally disabled; and shall include other persons when the security of the bargaining position requires the organization of such persons; and shall include all other persons employed in any other industries or establishments where, in the opinion of the Presidents, the organization of such persons would be beneficial to and in the best interests of UNITE HERE.

### Section 5      Objectives

(a) The objectives of UNITE HERE shall be to unite all workers within its jurisdiction, regardless of race, religion or creed, color, national origin, sex, age, disability, marital status, sexual preference or orientation, gender identification or citizenship status, for the following purposes:

(i)        to organize unorganized workers;

(ii)       to improve the working conditions, terms of employment and welfare of such workers, increase their job security, and assure full employment;

(iii)      to establish and maintain collective bargaining throughout the trades and industries within its jurisdiction; and to present, adjust and settle bona fide grievances against employers, through all lawful means, including strike action;

(iv)      to advance the economic, social and political interests of UNITE HERE, its affiliates, their members and their dependents;

(v)       to facilitate the moral and social advancement of its members' condition and status in life;

(vi)      to seek the advancement of democracy and the improvement of general economic, social, political and educational conditions and standards of workers in the countries of North America and of the Caribbean basin, and generally in other nations;

(vii)     to give assistance and encouragement to organizations in organizing workers and to engage in such other activities as may be necessary or proper to strengthen the labor

movement and to extend the process of collective bargaining throughout all trades and industries;

(viii)    to promote efficient service to the public, and the best interests of the industries in which its members are engaged;

(ix)    to engage in charitable, cultural, social, legislative, educational, civic, welfare, community, political and other activities which directly or indirectly advance such objectives;

(x)    to disseminate information among its members regarding economic, social, political, and other matters affecting their lives and welfare; and

(xi)    to provide financial support and assistance and all other lawful means to carry out the objectives of this Section 5.

(b) UNITE HERE shall accomplish the foregoing objectives (or such other objectives as may be decided upon by the Presidents and the GEB) by all means, activities, and expenditures deemed appropriate by the Convention, the Presidents or the GEB.

**Section 6    Headquarters**

The headquarters of UNITE HERE shall be located in New York City, New York, or in such other city as may be designated by the Convention or by the GEB.

**Section 7    Dissolution**

This International Union may not be dissolved as long as three Local Unions or more oppose such dissolution.

**ARTICLE 2    <u>CONVENTIONS</u>**

**Section 1    Authority**

The supreme governing body of UNITE HERE shall be its convention whose decision shall be final. It shall have full power to make all decisions affecting UNITE HERE, its members and its affiliates.

**Section 2    Five-Year Convention**

UNITE HERE shall meet in general convention in 2009 and in every fifth year thereafter at such time and place as the GEB may determine.

3

**Section 3      Composition of Convention**

The convention shall consist of delegates elected in accordance with this Constitution, except that the Presidents, Executive Vice Presidents, Canadian Directors and Vice Presidents shall be entitled to attend conventions and exercise all rights of delegates by virtue of their offices.

**Section 4      Eligibility of Local**

A local is entitled to send delegates to the convention if it has been chartered by UNITE HERE for at least three months before the convention opens.

**Section 5      Number of Local Delegates**

(a) Each local union shall be entitled to be represented at the convention by one delegate for its first 500 members or portion thereof. Local unions with more than 500 members shall be entitled to one additional delegate for each additional 300 members or portion thereof.

(b) For the purpose of determining the representation of each local union at a convention, the number of its members shall be deemed to be the average number on whom it paid per capita to UNITE HERE during the twelve-(12)-month period ending six (6) months prior to the month of the commencement of the convention.

(c) The General President shall determine the number of delegates provided in subsection (a) of this Section 5, for recently chartered and/or merged locals, under standards uniformly applied.

(d) No affiliate shall be entitled to any delegates, if, by the thirtieth day before the convention, the affiliate has notice that, by the first day of the convention it will no longer have any members employed by any employer.

**Section 6      Voting**

Roll call votes at regular and special conventions shall be conducted when requested upon motion, supported by at least 10 locals representing one third of the delegates seated, or by the Chairperson of the convention. On a roll call each local union shall cast a single ballot equal in weight to the number of members represented by the local in accordance with the provisions of Section 5(b) of this Article. In the case of local unions entitled to more than one delegate, the number of members represented by the local union shall be allocated equally among such delegates present and each delegate shall cast a ballot for his/her allocated number.

4

**Section 7    Joint Board Delegates**

Each joint board is entitled to one delegate to the convention if it has been chartered by UNITE HERE for at least three months before the convention opens.

**Section 8    Notice, Nomination, Election**

(a) At least ninety days before a five-year convention opens, the Presidents shall give written notice to each eligible affiliate to elect its delegates to the convention.

(b) Affiliates may elect delegates and alternate delegates to a convention. The number of alternates shall not exceed the number of delegates to which the affiliate is entitled. Delegates and alternates shall be elected by secret ballot at a meeting called pursuant to written notice no less than fifteen (15) days prior to such meeting by the local to its members. The election must take place at least forty days before the convention. In the case of death, resignation, disqualification or inability to act of any delegate, such delegate's place shall be taken by the elected alternate who has received the highest number of votes in the local union's election. In the case of a local union that elects alternates in a specific order, that order shall be followed when filling vacancies. Where the affiliate is entitled to only one (1) delegate, the alternate shall fill the vacancy.

**Section 9    Eligibility Requirements**

(a) To be eligible to run as a delegate to a convention a candidate must be a member in good standing of the local he or she is to represent for at least one year before delegates to the convention are nominated in the local;

(b) To be eligible to serve as a delegate to a convention, the elected delegate must have been actively attached to the industry for at least one year before the convention opens or, in the case of a delegate representing a local union organized or affiliated with UNITE HERE less than one year prior to the date of the Convention, a member in good standing for six months, or since the date of issuance of its charter, whichever is less. Active attachment to the industry shall be deemed to include and not be interrupted by temporary unemployment due to illness, economic conditions, other good cause, uniformly applied, or service as a full-time paid officer or employee of UNITE HERE or any of its affiliates.

(c) The following persons shall not be eligible to be a delegate:

(i)        a member who has been found guilty of being a strikebreaker;

(ii)     a member who at any time was expelled or suspended after hearing, unless his or her full membership rights have been restored by the GEB;

(iii)    a member who has been found guilty after hearing of violating Article 16Section 1 of this Constitution, for such period of disqualification as may be imposed upon him or her for the offense;

(iv)    a member who is barred by the Public Review Board; or,

(v)     for such other reasons as this Constitution provides.

(d) The duration of the disqualification under subdivision (c)(iii) may be modified by the GEB or the convention, under standards uniformly applied.

### Section 10     Recently Chartered or Merged Locals

The provisions of Section 9(a) and (b), above shall not apply to a member of a local which has been merged or consolidated with another local which he or she is to represent as a delegate, if he or she has been a member in good standing for a total of one year in either or both locals before delegates to the convention are nominated in the local.

### Section 11     Officer and Business Agent

The provisions of Section 9(a) and (b) above shall not apply to an officer or business agent of an affiliate who assumed his or her position at least three months before the convention opens.

### Section 12     Financial Status of Affiliates

To be entitled to send delegates to a convention, an affiliate must have paid up in full all of its per capita taxes due and payable as of the first day of the month two months prior to the month in which the convention is held (e.g., April per capita must be paid if the convention is held in July) and must not be in arrears on any other scheduled obligation unless such payment has been waived for good cause, uniformly applied, by the GEB.

### Section 13     Delegate Credentials

(a) Credentials of local union delegates shall be separately numbered and shall state the number of members represented by the local union pursuant to the provisions of Article 2Section 5.

6

(b) Each delegate's credentials must be presented to the credentials committee signed by one of the following officers: the manager, chairperson, president, secretary or equivalent officer of the affiliate by which the delegate is elected. A delegate shall not sign the delegate's own credential. Duplicate credentials shall be transmitted to the General President at least four (4) weeks before the date fixed for the convention. When authenticated by the Credentials Committee the duplicate numbered credential of each local union delegate shall qualify each delegate to vote in the election to be conducted pursuant to the provisions of Article 9Section 3.

(c) The credentials committee shall meet no later than the day the convention opens. It shall examine each delegate's credentials and membership standing. It shall report to the convention its findings on the right of each delegate to be seated at the convention under this Constitution.

(d) The convention shall by a majority vote pass upon the right of each delegate to be seated at the convention.

(e) No delegate shall be disqualified because of the failure of a union officer to perform his or her duties when such failure is beyond the delegate's control.

(f) The credentials committee shall function until the next five-year convention or until the appointment of a new credentials committee for the next five-year convention.

**Section 14    Convention Committees**

Prior to the opening of the Convention, the Presidents, subject to the right of the GEB, by at least a two-thirds (2/3) vote thereof, to disapprove a committee as a whole, shall appoint all convention committees, including a Credentials committee , a Constitution Committee, and a Tellers Committee, and a chairperson for each from among its members, and such other committees as may be necessary for the conduct of its affairs. All members of committees shall be appointed from among the delegates. All committees shall be subject to the approval of the convention. Each committee shall have at least seven members. A majority of the members shall constitute a quorum.

**Section 15    Expenses of Delegates**

The expenses of a delegate shall be paid by the affiliate he or she represents at the convention. If any affiliate is unable to pay its delegates' expenses, UNITE HERE may. at the

7

discretion of the GEB, under standards uniformly applied, pay the expenses of one or more delegates of such organization.

### Section 16    Rules of Procedure

The proceedings of the convention shall be governed by this Constitution.  The rules adopted at the preceding convention shall be in force from the opening of a convention until new rules are adopted by the convention.  Each convention may adopt rules for the conduct of its business not in conflict with this Constitution.

### Section 17    General Order of Business

The order of business at each convention shall be determined by the General President and shall include all matters which the convention is required by law to take up

### Section 18    Quorum and Decisions

A quorum for the transaction of business at a convention shall be one-half of the delegates accredited to the convention.  However, no action of a convention shall be held invalid for lack of a quorum unless the question of the absence of a quorum was raised before such action was taken.  All decisions of a convention shall be by a majority vote of the delegates present and voting unless otherwise specified in this Constitution.

### Section 19    Resolutions

(a)  A resolution shall not be considered by the convention unless it has been filed in advance with the General President at least sixty days before the opening of the convention.  However, resolutions submitted later may be considered with the consent of two-thirds of all delegates present.

(b)  Nothing herein shall be construed so as to prevent the submission to the convention of resolutions by the Presidents or the GEB without regard to the time limits provided for in Article 2 Section 19(a) for the submission of resolutions by affiliates.

(c)  The call by the Presidents for the election of delegates shall specifically note the requirements of this provision.

(d)  A resolution may be filed only by the GEB or by an affiliate.

8

**Section 20     Speakers**

A person who is not a delegate may not address the convention unless invited to speak by the GEB or by the Presidents.

**Section 21     Special Convention**

(a) A special convention of UNITE HERE may be called by a three-fourths vote of the GEB or by the Presidents.

(b) At least thirty days before a special convention opens, the GEB shall announce where and when it will meet.

(c) Delegates to the special convention shall be elected in the same manner as delegates to a regular convention. Subject to legal requirements, the GEB may promulgate rules shortening the time periods of Section 8 of this Article (relating to the election of delegates) if circumstances warrant.

(d) Unless otherwise provided in this section, each of the provisions of this Constitution dealing with five-year conventions shall apply to special conventions.

**ARTICLE 3     INTERNATIONAL OFFICERS**

**Section 1     International Officers**

(a) The international officers of UNITE HERE are the General President, the President/Hospitality Industry, the Executive Vice-Presidents, the Canadian Directors and the International Vice-Presidents.  When they share authority, the General President and the President/Hospitality Industry are referred to in this Constitution as the Presidents. The GEB shall, upon the recommendation of the Presidents, fix the number of Executive Vice-Presidents and International Vice Presidents, provided that no existing term in office shall be interrupted. The Canadian Directors are to be elected by the Canadian Conference (see Article 25Section 3), and not by the Convention.

(b) **General Executive Board:** The GEB shall consist of all the international officers.

(c) **Executive Committee:** The General President, the President/Hospitality Industry, the Executive Vice Presidents and the Canadian Directors shall together constitute the Executive Committee of the GEB.  The Executive Committee shall have the rights and powers conferred

9

upon it by this Constitution and is authorized to act on behalf of the GEB between meetings of the GEB. It shall give prompt notice to the GEB of acts performed on its behalf.

**Section 2     Term of Office and Filling Vacancies**

(a) The international officers, with the exception of the Canadian Directors (who shall be elected in conformance with Article 25Section 3 of this Constitution), shall be elected at each Convention of UNITE HERE and shall serve until the election of officers at the succeeding Convention. The terms of all the officers elected at the Convention shall begin upon their election.

(b) If an International Vice President serves as an officer of an affiliate at the time of election or re-election as a Vice President, and subsequently is defeated for election or re-election as an affiliate officer, or resigns, or otherwise ceases to be an affiliate officer, that Vice President shall promptly tender a resignation from the office of Vice President to the Presidents. This shall not apply if the Vice President is suspended from Local Union office because the Local Union is put into trusteeship or if charges are filed against the Vice President under Article 16Section 1 of this Constitution but not yet decided. The Presidents shall recommend to the GEB that the Vice President's resignation either be accepted or rejected, and the GEB shall make a final decision.

(c) If either the office of General President or the President/Hospitality Industry is vacated by the person holding that office as of the effective date of this Constitution, the remaining one of those two officers shall be designated President of UNITE HERE and shall exercise all of the powers, duties and responsibilities held by both Presidents as set forth below and the office of President/Hospitality Industry shall be abolished. The GEB shall, upon the recommendation of the President, designate one of the persons holding the office of Executive Vice President to perform, with the President, the fiduciary functions described in Article 3Section 3(b)(vi). If the office of the remaining President thereafter becomes vacant, it shall be filled by a majority vote of the GEB until the next Convention.

(d) In the event that an Executive Vice President position becomes vacant, the GEB may, upon the recommendation of the Presidents, fill the position from among the International Vice Presidents by a majority vote.

(e) In the event that an International Vice President position becomes vacant, the GEB may, upon the recommendation of the Presidents, fill the position by a majority vote.

10

**Section 3      Authority of Presidents**

The Presidents shall have full power to direct the affairs of UNITE HERE, subject to review by the GEB.  The Presidents may delegate any of the powers and duties of their offices under this Constitution.  The Presidents shall determine any and all questions as to the application, interpretation or construction of this Constitution, or parliamentary procedure or laws, or rules of order, provided that the GEB shall resolve any disagreement between them.

**(a) Joint Duties and Rights of the Presidents**

The Presidents shall jointly have the right to:

(i)      decide all questions involving the jurisdiction of UNITE HERE and its affiliates;

(ii)     adjust differences between or within affiliates directly or through their representatives;

(iii)    authorize all strikes and strike-related expenditures and administer and authorize payments by the UNITE HERE Strike and Defense Fund;

(iv)     participate directly or through their representatives in any and all collective bargaining negotiations involving UNITE HERE and/or its affiliates; participate in disputes between employers and employees; and enter into collective bargaining agreements on behalf of UNITE HERE and/or its affiliates;

(v)      supervise and direct organizing activities;

(vi)     set and approve the annual budget for the International Union;

(vii)    engage, employ and direct staff in the direct employ of UNITE HERE; fix their salaries and other compensation; suspend with or without pay or discharge any such person; and negotiate collective bargaining agreements with any recognized organization representing UNITE HERE employees;

(viii)   in consultation with the GEB where appropriate, fix the salaries and emoluments of UNITE HERE officers other than themselves;

(ix)     employ or retain any other personnel including professional advisors required to administer the affairs of UNITE HERE;

(x)      make expenditures in connection with litigation on behalf of, or in defense of, UNITE HERE.

11

(xi)     assign and direct any officer of UNITE HERE; suspend such officer, for financial irregularities or for any other legitimate reason, with or without pay, against whom charges are filed, pending hearing of the charges under this Constitution;

(xii)    suspend officers, elected business agents or other employees of affiliates of UNITE HERE, for financial irregularities or for any other legitimate reason, with or without pay, pending hearing of the charges under this Constitution or the constitution or bylaws of the affiliate;

(xiii)   take charge of and supervise the elections of an affiliate, where necessary, and determine all disputes concerning the ballot and procedure in such elections;

(xiv)    make expenditures on behalf of UNITE HERE from any separate, segregated fund for lobbying and other political purposes;

(xv)     with the approval of the Executive Committee, merge or cause to affiliate  UNITE HERE affiliates, under such terms and conditions and subject to such qualifications as the Presidents may determine, taking into consideration such circumstances as financial conditions, jurisdiction, location and such other factors as appear appropriate in connection with the affiliates involved;

(xvi)    grant, suspend or revoke the charter of any affiliate;

(xvii)   as provided in Article 4,  place an affiliate under trusteeship or under supervision.

(xviii)  in emergencies,  call meetings of affiliates and preside over them themselves or designate a representative to do so;

(xix)    pass upon and approve affiliates' bylaws and amendments thereto, and to effectuate changes in bylaws to conform to Federal, State, or Provincial laws and this Constitution, and  interpret such bylaws whenever it becomes necessary to do so.

(xx)     upon the request of a majority of the Executive Board of an affiliate, or when, in the judgment of the Presidents, the best interests of the affiliate or the International will be served by a temporary suspension of the affiliate's bylaws in whole or in part,  declare such bylaws, in whole or in part, inoperative for a specific period, or  change the dates for nominations and election provided that such change shall not extend the term of office for which any officer has been elected.

12

(xxi)    in accordance with Article 2Section 21, call special conventions of UNITE HERE.

**(b) Duties and Rights of the General President**

    The General President shall exercise the powers delineated in Part A above in conjunction with the President/Hospitality Industry and shall additionally:

(i)    call meetings of and be the chairperson of the GEB and the Executive Committee and be a member of all other committees;

(ii)    call to order and preside over conventions;

(iii)    appoint standing committees of the GEB and any other committees of the GEB and to delegate to them such functions and powers as he or she may deem desirable;

(iv)    supervise and direct the administrative, operational and budgetary functions of the International Union;

(v)    vote the shares of the Amalgamated Bank owned by UNITE HERE;

(vi)    perform the following financial fiduciary duties:

(1)    have custody of correspondence concerning UNITE HERE and any of its property, securities, documents, books, official seals and records;

(2)    record and publish the proceedings of each convention;

(3)    print and distribute the official form of this Constitution and of all charters, records, cards and other documents relating to membership in UNITE HERE;

(4)    receive all applications for charters and countersign them when they are granted;

(5)    receive all monies due to UNITE HERE and give receipts for such monies;

(6)    deposit and invest UNITE HERE funds and withdraw such funds by check;

(7)    pay all bona fide expenses of UNITE HERE and all bona fide claims against UNITE HERE, and keep a correct record of all UNITE HERE receipts and disbursements;

(8)    publish such financial reports for UNITE HERE and its affiliates as he or she deems appropriate and as are required by law;

(9)    be in charge of the distribution of union labels;

(10)     hire clerical and professional help, and outside advisers, as are necessary to carry on UNITE HERE financial business;

(11)     report periodically to the GEB on his or her activities and on the financial transactions of UNITE HERE;

(12)     submit a detailed financial report to each Convention;

(13)     instruct affiliates as to the manner in which they shall keep accounts of their financial transactions, and require them where they deem necessary to submit monthly reports containing such information in such form as may be prescribed.

(vii)     be a delegate to the conventions of the American Federation of Labor-Congress of Industrial Organizations and to the Canadian Labour Congress;

(viii)     supervise and direct all other work usually attached to the office of the General President;

(ix)     keep a record of his or her activities and make a detailed report of them to the GEB and to the Convention; and

(x)     have such further powers, in addition to those herein enumerated, as are usual to the office.

### (c) Duties and Rights of the President/Hospitality Industry

The President/Hospitality Industry shall exercise the powers delineated in Article 3 Section 3(a) above in conjunction with the General President and shall:

(i)     be the secretary of the GEB and a member of all its committees, including the Executive Committee;

(ii)     along with the General President, act as the legal fiduciary for UNITE HERE;

(iii)     supervise and direct all other work usually attached to the office of an international union president except to the extent inconsistent with the duties and rights of the General President and the duties and rights reserved to the Presidents jointly;

(iv)     be a delegate to the conventions of the American Federation of Labor-Congress of Industrial Organizations and to the Canadian Labour Congress;

14

(v) keep a record of his or her activities and make a detailed report of them to the GEB and to the Convention; and

(vi) have such further powers, in addition to those herein enumerated, as are usual to the office.

**Section 4 Duties and Rights of International Executive Vice-Presidents**

  The international executive vice-presidents shall be the principal assistants to the Presidents, and shall have the duties and rights delegated to them by the Presidents. They shall be members of all GEB committees, including the Executive Committee.

**Section 5 Duties of Vice-Presidents**

  The vice-presidents shall perform such duties as the Presidents may direct.

**Section 6 Duties and Powers of General Executive Board**

(a) Regular meetings of the GEB shall be held at least two times a year. Upon written request of 16 Vice Presidents, the Presidents shall call a special meeting of the GEB. A majority of its members shall constitute a quorum.

(b) Any business of the GEB may be transacted at a regular or special meeting. When necessary in the judgment of the General President, members may be polled by telephone, facsimile, or mail. The GEB may adopt rules for the conduct of its business not inconsistent with this Constitution.

(c) The GEB shall have general supervisory powers over all the affairs of UNITE HERE and its affiliates, including but not limited to the right to:

(i) determine all questions involving the interpretation of this Constitution in the event of a disagreement between the Presidents;

(ii) decide all appeals from decisions of affiliates and committees in the manner provided by this Constitution;

(iii) reprimand, discipline or reorganize any affiliate which has been found guilty of failing to comply with this Constitution or with policies or decisions adopted by a convention, or by the GEB, or of other misconduct;

15

(iv)     make such rules and establish such procedures as it shall deem necessary to protect the statutory or other legal rights of persons who are not members of UNITE HERE or its affiliates but who pay to UNITE HERE or its affiliates a fee in lieu of dues pursuant to a union security provision or pay a reduced fee in exercise of other legal rights.

(d) The GEB shall have the authority to merge other unions into UNITE HERE, upon such terms as it sees fit, or merge UNITE HERE with other unions, subject to convention approval. In the event of a merger of another union into UNITE HERE, the GEB shall have the authority to create, if necessary, additional Executive Vice President and International Vice President positions and to fill them with officers of the merging union until the 2009 convention.

(e) The GEB shall present a report of its activities to each convention for approval.

(f) The GEB shall exercise all of the other powers given to it under Article 1, Section 5(b); Article 1, Section 6; Article 2, Section 2; Article 2 , Section 9(c)(ii); Article 2, Section 9(d); Article 2, Section 12; Article 2, Section 14; Article 2, Section 15; Article 2, Section 19(b), (d); Article 2, Section 20; Article 2, Section 21(a), (b), (c); Article 3, Section 1; Article 3, Section 2(b), (c), (d), (e); Article 3, Section 3(a); Article 3, Section 3 (b)(viii); Article 3, Section 6; Article 3, Section 7; Article 4, Section 3; Article 4, Section 5; Article 5, Section 7; Article 10, Section 3; Article 12, Section 2; Article 13, Section 8; Article 15, Section 1; Article 16, Section 5; Article 16, Section 7; Article 16, Section 8; Article 16, Section 12; Article 20, Section 1; Article 20, Section 3; Article 21, Section 2; Article 21, Section 6; Article 25, Section 2; Article 25, Section 7; Article 26, Section 1; Article 29, Section 1; Article 29, Section 4; Article 29, Section 6; Article 29, Section 7; Article 31, Section 2; Article 31, Section 3; Article 32, Section 2; Article 32, Section 4; and Article 32, Section 5 of this Constitution.

### Section 7     Salaries, Emoluments and Expenses of General President and the President/Hospitality Industry

The salaries and emoluments of the General President and the President/Hospitality Industry shall be fixed by the GEB. They shall be paid the expenses they incur in the performance of their duties according to policies established by the GEB.

16

**Section 8        Appointment of AFL-CIO Delegates**

The Executive Committee of the GEB, upon recommendation of the Presidents (who shall be delegates by virtue of their offices), shall select the delegates to the convention of the American Federation of Labor and Congress of Industrial Organizations.

**ARTICLE 4        TRUSTEESHIP**

**Section 1        Authority of the Presidents.**

(a) Whenever, in the opinion of the Presidents, an affiliate or any of its officers has been guilty of violating the terms of this Constitution, or a lawful order of the GEB, the Convention body, or one of the Presidents, or whenever any such affiliate or its officers, in the opinion of the Presidents, conducts the affairs of such affiliate contrary to the interest of such affiliate or of UNITE HERE, so as to constitute a threat to the welfare of any of the said affiliates, or in a grossly incompetent manner, or where an emergency exists, or when in the opinion of the Presidents, a trusteeship is necessary for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out legitimate objects, the Presidents may order a Trustee who is a member in good standing of UNITE HERE to take charge and control of the affairs and property of such affiliate.

(b) The Presidents shall prepare a notice of charges setting forth the reasons for the trusteeship, which notice of charges shall be served upon the affiliate, through any of its officers, prior to or simultaneously with the establishment of the trusteeship.

**Section 2        Appointment of Trustee Before Hearing.**

When, in the opinion of the Presidents, delay would be contrary to the best interests of the affiliate or International Union, a Trustee who is a member in good standing of UNITE HERE may, pursuant to order of the Presidents, temporarily take charge and control of the affairs and property of such affiliate, with all the powers set forth in Section 4 of this Article, prior to a hearing but after or simultaneously with service of such notice of charges.

**Section 3        Hearing on Trusteeship.**

The Presidents shall order a hearing on the institution of any trusteeship.  The Presidents shall appoint a member or members of UNITE HERE to conduct such hearing and make a report to the Presidents with respect to the continuation or dissolution of the trusteeship, as the case

17

may be.   The Presidents shall, after consideration of the report and the evidence, render a decision in the matter. The decision of the Presidents shall be appealable to the GEB.

**Section 4       Powers of Trustee.**

The Trustee shall be appointed by the Presidents. The Trustee's letters of appointment shall be honored and complied with by all affected officers and members. The Trustee shall have full authority to conduct all the affairs of the affiliate, to suspend all officers, to suspend bylaws, to appoint temporary officers and employees, conduct all financial matters of the affiliate. The Trustee may suspend or convene meetings, whose purposes shall be limited to those set forth by the Trustee, and may enter into agreements in the affiliate's name. All books, records, monies, property, and premises belonging to or controlled by the affiliate shall be turned over to the Trustee upon demand and the Trustee shall issue a receipt for the same. The Trustee shall carry out all orders issued by the Presidents. The Trustee shall be bonded for faithful performance in an amount determined by the Presidents. The Trustee shall make monthly reports to the Presidents, including statements of receipts and expenditures and detailing the action taken as Trustee.

**Section 5       Duration of Trusteeship.**

A trusteeship shall not extend beyond eighteen (18) months unless the GEB approves the extension. The Presidents shall terminate all trusteeships as soon as, in the their opinion, the local conditions warrant such termination.

**Section 6       Procedure Upon Termination of Trusteeship.**

(a) When a trusteeship is to be terminated, the Presidents shall prepare bylaws to govern the activities of the affiliate. The bylaws shall be available prior to the acceptance of nominations immediately before the end of the trusteeship. The bylaws shall be effective for the nomination and election of officers and shall remain in effect until such time as the affiliate, under the procedures of this Constitution, amends the same or adopts new bylaws.

(b) When a trusteeship is to be terminated, the Presidents shall instruct the Trustee to call a meeting or meetings for the purpose of receiving nominations and conducting elections in accordance with the new bylaws.  The elected officers shall be installed on the date the trusteeship is to be terminated. All properties under the trusteeship shall be turned over to the

proper local officers, who shall receipt for the same. A final audit of the trusteeship shall be made and approved by the Presidents.

(c) The Presidents may instead merge the affiliate with another affiliate in accordance with the provisions of this Constitution if in the opinion of the Presidents, such merger would serve the best interests of the affiliate and its membership.

### Section 7        Supervision

If in the opinion of the Presidents, an affiliate is at risk for government intervention, possible trusteeship, loss of financial viability, loss of jurisdiction, inability to enforce collective bargaining agreements or inability to organize due to organizational or financial inexperience, inattention or incompetence, the Presidents may impose supervision of the affiliate. They may in these circumstances appoint a Supervisor, who shall be a member of UNITE HERE. The bylaws of the affiliate shall not be suspended and its officers shall remain in office, but the Supervisor shall be given complete and unfettered access to all books, records and meetings of the affiliate, including its dealings with employers and trust funds. The Supervisor shall report to the Presidents on the financial and organizational condition and prospects for the affiliate and give recommendations for improvement. The Presidents may adopt any or all of the Supervisor's recommendations and may order the affiliate to follow them, or they may impose a trusteeship under Section 1 of this Article if in their opinion lesser measures will not correct the deficiencies.

### ARTICLE 5        LOCAL UNIONS

### Section 1        By-Laws

Local Unions shall be governed by the model by-laws attached as Appendix A to this Constitution unless they have adopted or adopt their own by-laws. Bylaws adopted by a local union may not conflict with this Constitution, or with federal, state or provincial laws, and must be approved by the Presidents, provided, however, that the bylaws of local unions that were in effect as of July 12, 2004 need not comply fully with this Constitution until July 12, 2006.

### Section 2        Application

An application for a charter as a local union shall be made to the Presidents. If the Presidents find it desirable to grant the application, a properly signed charter containing such provisions as may be prescribed shall be delivered to the applicants together with a seal.

**Section 3      Rights and Duties**

(a) A local shall carry out the objectives, policies and decisions of UNITE HERE.  A local shall organize workers, negotiate and enter into collective bargaining agreements with employers in its jurisdiction, enforce such agreements and represent workers in the adjustment and settlement of justified grievances against employers except to the extent that UNITE HERE, or an affiliate of which the local is a part, is charged with any of such responsibilities.

(b) Except to the extent that an affiliate of which the local is a part is charged with such responsibilities, a local shall have the right to engage, assign and direct any business agent, organizer, staff member or other employee in its direct employ and discipline, suspend with or without pay or discharge any such person.

**Section 4      Local Grievance Committee**

Except as may be provided otherwise in a Local Union's bylaws, or if it has a different established practice, each local shall elect or its executive board shall appoint a grievance committee, unless by its resolution or decision the executive board serves as the grievance committee.

**Section 5      Executive Board and Local Officers**

Except as may be provided otherwise in a Local Union's bylaws:

(a) Each local shall have an executive board composed of its members.

(b) The officers of a local may include a manager, president, vice-president, financial secretary and recording secretary.

(c) Regular full time paid officers, business agents, and staff members of a local may serve on its executive board if authorized by existing custom and practice and/or the bylaws of the local union.  Unpaid officers of a local may serve as executive board members if authorized by existing custom and practice of and/or the bylaws of the local union.

**Section 6      Vacancies**

Except as may be provided otherwise in a Local Union's bylaws, a vacancy on the executive board or in a local office or position not paid on a full time basis that arises between elections shall be filled by a majority vote of the executive board, subject to ratification at

meetings of members.  However, a local's constitution, by-laws or a resolution or decision of the local may provide a different procedure for filling such vacancies.

**Section 7      Dissolution, Withdrawal or Merger of Local**

A local may not withdraw from UNITE HERE, go out of existence, dissolve, or join or amalgamate with a non-UNITE HERE union without the prior consent of the GEB.

**Section 8      Failure to Hold Meetings**

Any Local failing to hold meetings required by the Local Union's bylaws shall forfeit its charter or be subject to trusteeship unless special permission has been granted by the Presidents for suspension of meetings.

**Section 9      Change of Address**

Local Unions shall notify the Joint Board with which they are affiliated, or if none, the International Union, one week in advance of any change of address.

**Section 10      Records of Membership.**

Each Local shall forward to the Presidents the names, addresses and Social Security or Canadian Social Insurance numbers of all members at the intervals required by the international union, and shall notify the General President on the first of each month, of the names, addresses and Social Security or Canadian Social Insurance numbers of all new members, members withdrawn, transferred, suspended, expelled, dead, reinstated, etc., so that a complete record of the membership may be available to the International Union. Local Unions shall use the computer programs designated by the International Union to process dues and other membership information unless other programs are approved by the General President.

**Section 11      Local Finances, Loans and Salaries**

(a) All funds of a Local Union shall be held by such Local Union for the sole benefit of its membership. No Local Union may make any expenditure other than for the best interests of the Local Union.

(b) All wages, salaries and expense allowances paid to Local officers, employees, delegates and committees must be determined according to the Local Union's bylaws, provided that the bylaws comply with applicable law.

21

**Section 12       Insurance Funds**

Trust Agreements covering insurance funds, pensions, or other welfare funds of a Local Union, or its members as such, should provide for an audit at least once each year by a Certified Public Accountant. Upon request, a copy of each audit made of such funds shall be sent to the Presidents. Where such funds are not held pursuant to a Trust Agreement, the Presidents shall provide for the regular audit of such funds in the same manner as all other funds of the Local Union are audited.

**Section 13       Pension or Retirement Plans for Local Officers**

All retirement plans, pension plans, severance pay or other rewards for past service or extraordinary remuneration for current service, over and above stipulated salaries, for officers or employees of Local Unions, shall require a specific amendment of a Local Union's bylaws to accomplish the same and written approval of the Presidents.

**Section 14       Accrued Vacations of Officers and Employees**

An officer or employee of a Local Union entitled to a vacation shall be required to take the vacation within two (2) years after becoming entitled to same. If such officer or employee fails to take such vacation, the officer or employee shall be deemed to have waived the right to same.

**Section 15       Locals Not to Relinquish Jurisdiction**

No Local Union or officer or member  shall take any action that  relinquishes the jurisdiction of this International Union over any persons covered by Article 1Section 4, of this Constitution without the prior approval of the General President, nor shall any Local Union, Joint Executive Board, officer or member thereof by inaction knowingly permit the relinquishment of jurisdiction over any such person.

**ARTICLE 6          JOINT BOARDS**
**Section 1       Requirements for Charter**

The Presidents shall have the power to organize two or more local unions located in the same city or area into a joint board, or in Canada into joint councils, and shall define the jurisdiction of and cause charters to be issued to joint boards or joint councils organized by it. (The term "joint board" shall hereinafter refer also to joint councils). Joint boards shall organize, coordinate and supervise the activities of their affiliated local unions.  A joint board may adopt a

constitution, by-laws, resolutions and rules that do not conflict with this Constitution or the policies of UNITE HERE.  Constitutions or bylaws adopted by a joint board must be approved by the Presidents, provided, however, that the bylaws of joint boards that were in effect as of July 12, 2004 need not comply fully with this Constitution until July 12, 2006.

### Section 2      Local Affiliation with Joint Board

(a) All local unions within the jurisdiction of a joint board and affiliated with such joint board shall remain affiliated with such joint board, unless exempted by the Presidents.  The Presidents shall have the authority to direct a local union to affiliate with a joint board.

(b) Delegates:

(i)      The membership of a joint board shall consist of all the members of its affiliated local unions who shall be represented by delegates in such number as the constitution of the joint board shall provide.

(ii)      The supreme governing body of a joint board shall be a meeting of joint board delegates.  A special meeting of a joint board shall be called whenever requested by its president and secretary or by its manager or in any other manner provided by appropriate constitution or by-laws.

(iii)      Any Joint Board formed or in which a former HERE affiliate is included after July 12, 2004 shall have the voting strength of its delegates apportioned to local unions in accordance with their respective number of members, determined in the same manner as for the representation of local unions at UNITE HERE conventions.

(iv)      All decisions made at a meeting of joint board delegates shall be final and binding upon the joint board, its affiliated local unions and their members.  The constitution of the joint board may provide for a procedure by which a joint board decision may be disapproved.  If a decision is disapproved, then in such event only, such a decision shall be reconsidered and finally disposed of by a majority or two-thirds vote of all of the joint board delegates at another meeting of the joint board delegates.

### Section 3      Presiding Officer

Unless otherwise provided by the constitution and/or by-laws of a joint board, the president shall preside at all meetings of the joint board and the executive board or board of

directors thereof and shall countersign all checks when signed by the secretary-treasurer. The president shall enforce the provisions of this Constitution and the constitution and/or by-laws of the joint board. The president shall appoint and be an ex-officio member of all committees not otherwise provided for.

**Section 4      Vice President**

Unless otherwise provided by the constitution and/or by-laws of a joint board, the vice president shall assist the president in the performance of the president's duties, shall act for the president in the president's absence, and, in the event of a vacancy, shall succeed to the office of president for the unexpired term.

**Section 5      Secretary-Treasurer**

Unless otherwise provided in its constitution and/or by-laws, the secretary-treasurer shall receive all monies paid to the joint board and deposit them in its name in such bank or banks or invest them in such securities as the executive board or board of directors may authorize. Unless otherwise provided by the constitution and/or by-laws of a joint board, the secretary-treasurer shall sign all checks drawn upon the joint board. The secretary-treasurer shall keep true and accurate accounts of all the transactions of the office of secretary-treasurer and shall make reports thereon to the executive board or board of directors and the joint board, and shall have such further powers as are usual to the office. The secretary-treasurer of the joint board, or such other officer as its constitution and/or by-laws may designate, shall keep a record of the names and addresses of all members of the local union or local unions. Unless otherwise provided by the constitution and/or by-laws of a joint board, such officer shall keep correct minutes of all meetings of the joint board, and shall have charge of its seal which shall be attached to all documents requiring authentication.

**Section 6      Manager**

The manager shall be the principal executive officer of a joint board and where the constitution does not provide for the office of treasurer or secretary-treasurer the manager shall have all of the powers, duties and responsibilities set forth in Section 5 of this Article.

**Section 7      Executive Board or Board of Directors**

The executive board or board of directors shall be the highest governing authority within the joint board between meetings of joint board delegates. It shall exercise general supervision

24

over its property and affairs.  It shall have such further powers as are necessary or appropriate to effectuate the powers granted to it by this Constitution and by the constitution and/or by-laws of the joint board.  A majority of the members of the executive board or board of directors shall constitute a quorum for the transaction of business, and decisions of the executive board or board of directors shall be by majority vote.

**Section 8       Audit or Finance Committee**

(a)  The constitution and/or by-laws of a joint board may provide for an auditing or finance committee who shall not be officers or executive board members.

(b)  This committee shall periodically examine the books and records of the joint board that elected it and shall submit a written report on such examination to the joint board and to the executive board thereof.  It shall have such further powers and duties as may be provided by joint board constitution and/or by-laws.

**Section 9       Authorization for Withdrawal or Disbursement**

No funds, monies, or other properties of joint boards shall be withdrawn from bank accounts or other depositories, or shall be disbursed or transferred unless two or more officers, committee members, or other persons authorized to do so, shall sign the bank withdrawal slips, checks, or other necessary documents or authorizations.

**ARTICLE 7       AFFILIATES - GENERAL PROVISIONS**

**Section 1       Meetings**

An affiliate shall hold meetings of its members periodically.

**Section 2       Special Meetings of Affiliates**

A special meeting of any affiliate shall be called whenever requested by its president and secretary or by its manager or in any other manner provided by appropriate constitution or by-laws.

**Section 3       Approval of Other Payments**

No affiliate shall make a gift or payment of over $500, other than wages, severance or expenses, to anyone holding a paid elective or appointive office or position in UNITE HERE or any affiliate without the prior approval of the Presidents.

**Section 4       Use of Revenue**

(a) The regular revenue of an affiliate shall be used only for the payment of per capita tax, strike benefits, legitimate expenses and for the objectives of UNITE HERE and the affiliate.

(b) No funds of any affiliate shall be loaned, given, or expended to assist any seceding or antagonistic organization, or any affiliate that is violating this Constitution.

**Section 5       Incorporation**

No affiliate shall be incorporated.  Incorporation shall automatically invalidate the charter or other authority of such organization.

**Section 6       Authority of Presidents over Charter**

(a) In accordance with its authority granted under Article 3, Section 3, the Presidents shall have the authority to:

(i)       issue charters to an affiliate;

(ii)      consolidate, merge, reorganize, dissolve or revoke the charter of any affiliate, or amend its charter or jurisdiction upon such terms and conditions found by the Presidents, with the approval of the Executive Committee, to be in the best interests of UNITE HERE and its members

(b) The charter of any affiliate may also be suspended or revoked by the Presidents for the following misconduct:

(i)       its failure to comply with the Constitution or the policies, decisions or orders   of a convention, the Presidents or the GEB;

(ii)      its failure to permit inspection of its records when so directed  by the GEB or the Presidents or its failure to file returns or reports with UNITE HERE, as required under this Constitution;

(iii)     its failure to install a successor to any officer or other person removed by the GEB or by its authorized representative;

(iv)     its failure to discipline a member when so directed by the GEB;

(v)      its failure to enforce penalties imposed in accordance with this Constitution;

(vi)    its failure to pay per capita tax or other payments within sixty days after a demand has been made by the international union and it has been put on notice of the intention of the Presidents to invoke this section; or

(vii)   any act of the affiliate intended or having the effect of terminating its status as an affiliate of UNITE HERE.

The charter or other authority shall not be suspended or revoked until the affiliate has been given notice of the charges and an opportunity to answer the charges.  If the Presidents decide to suspend or revoke such charter or authority, it shall give the affiliate thirty days to comply with its decision before such action shall become effective.

### Section 7    Authority over All Affiliates

The duties and powers of the GEB and international officers with respect to locals shall likewise apply to all other affiliates, except as provided otherwise in this Constitution.

### Section 8    Limitations of Authority

No affiliate or any officer or agent thereof shall have power or authority to make any contract, including collective bargaining agreements, binding upon or incur any liability on behalf of UNITE HERE, without written authorization of the Presidents.  UNITE HERE shall not be liable under any contract, including collective bargaining agreements, or for any acts or conduct of an affiliate or its officers or agents, unless the persons entering into the contracts or performing the acts are acting within the scope of specific authorization from UNITE HERE. All officers, representatives, and organizers of an affiliate shall be agents only of such affiliate and shall not be agents of UNITE HERE.  Strike activity shall be conducted in accordance with the provisions of Article 22.

## ARTICLE 8    ELECTIONS - GENERAL PROVISIONS

### Section 1    Election Guidelines

The Presidents shall cause to be promulgated guidelines for affiliate elections, which shall be followed by all affiliates. .

### Section 2    Eligibility to Vote

A member shall be eligible to nominate a candidate and vote in any election in an affiliate only if he or she is a member in good standing.

27

**Section 3**        **Eligibility Requirements for Officers, etc.**

(a) The eligibility requirements to run for office and to continue to hold office for officers and executive board members of affiliates and for other full-time paid elective offices or positions in such organizations shall be set out in the affiliate's bylaws. In no event may an affiliate impose an eligibility requirement to run for office of more than two years' membership. Eligibility requirements may be waived for good cause by the Presidents, under standards uniformly applied.

(b) Where two or more locals function in common, and have one set of officers, voted for by the members of all the locals involved, a candidate need merely have been a member in good standing of one of the locals involved for at least one year before nominations or meet the requirements of this section.

(c) Local managers or joint board financial secretaries who are regular full-time paid officers, business agents and organizers may not be members of their respective executive boards or delegates to joint boards, unless authorized by constitution, by-laws or existing custom and practice of the affiliate.

**Section 4**        **Designation as a Slate**

(a) Any group of candidates for elective office or position which wishes to appear on the ballot as a slate shall submit a written request for such designation to the affiliate at least ten days before the election. If the election is to be conducted by mail ballot, any such request shall be submitted at least ten days before the ballots are scheduled to be mailed to the voters.

(b) A request for designation as a slate shall be approved by the affiliate provided that the slate: (i) includes a candidate for at least two-thirds of the separate categories of offices or positions to be filled at the election (including categories which may have been filled by acclamation) and (ii), where two or more places are to be filled in a category of elective offices or positions, includes at least one-half of the number of persons to be elected to each such office or position.

(c) Permission may be withheld if the slate designation requested is so similar to that selected by another slate as to mislead voters.

(d) Any candidate in an election may appeal to the General President from a decision granting or denying designation as a slate.

28

(e) If a request for designation as a slate is approved, the ballot shall provide space at the head of the list of candidates so that one vote may be cast for all candidates appearing under such slate. Each candidate in such slate, however, shall in addition have printed opposite his or her name, a space or box in which an individual vote for him or her may be cast and recorded.

**Section 5      Delegate by Virtue of Office**

Affiliates may provide in their constitution and/or by-laws for inclusion among the duties of any one or more of their officers by virtue of their office to be a delegate to the joint board or to UNITE HERE's convention, provided, that the notice of election for such office and the ballot shall specify such delegate status.

**Section 6      Election by Acclamation**

The constitution and/or by-laws of an affiliate may provide that whenever provision is made for the nomination and election of an officer or delegate and there is only one candidate for such office or candidates only in such number as the constitution and/or by-laws provide for such office, the chairperson of the meeting shall cast one ballot for such candidate or candidates and such of those candidates for whom the chairperson shall cast such ballot shall be declared duly elected.

**Section 7      Impartiality of Affiliates**

(a) An affiliate or any of its committees shall not in any official capacity discriminate in favor of any candidate.  It shall not advocate the election or defeat of any candidate in any printed statement purporting to be the official or authorized views of the organization.  It shall not use the monies or other property of the affiliate for any such purpose.

(b) This section shall not preclude any member holding office or position in an affiliate from exercising his or her democratic right to participate as an individual in any election in which he or she is a candidate or in any other election campaign.

**Section 8      Oath**

Each member elected or appointed to an office or position of UNITE HERE shall take the following oath. which shall constitute a commitment upon his or her installation:
"Upon my honor I pledge that I will truly and faithfully carry out the duties and responsibilities of my office.  I will commit myself to organizing new members and to raising the standards of the members I represent in their workplaces. I will fight for good jobs, for civil rights for all

29

people, and for full rights for immigrant workers, I will help to build a global movement for justice by promoting the unity of workers and their allies. I will demand and support the political empowerment of working people. I will uphold the Constitution, by-laws and policies of our union. I will conduct my union business with ethics and integrity at all times. By these actions I will help create a future of hope and freedom by strengthening the power of UNITE HERE. All of this I do solemnly affirm."

**Section 9      Term of Office or Position and Installation**

(a) The term of an elective or appointive office or position in an affiliate shall begin with the date of installation and shall end on the date of the successor's installation.

(b) Installation in the case of affiliates must take place no later than two months following the election or appointment.

(c) The term of all elective or appointive offices or positions in an affiliate shall automatically end on the date such affiliate is dissolved, reorganized or expelled.

**Section 10      Write-in Votes**

In any election under Article 9 through Article 11, inclusive, of this Constitution, proxy, write-in, telephonic, fax, email or sticker votes shall not be permitted to be counted.

**ARTICLE 9      ELECTION OF INTERNATIONAL OFFICERS**

**Section 1      Election**

Each international officer shall be elected from among the delegates to each regular convention.

**Section 2      Eligibility Requirements**

To be eligible to any international union office, a delegate must be a member of UNITE HERE in continuous good standing for at least two years before the convention opens.

**Section 3      Nomination and Election**

(a) Each regular convention shall nominate and elect candidates for the offices of general president, president/hospitality industry (subject to the abolition of that office under Article 3), international executive vice-presidents, and international vice-presidents. The GEB shall announce the number of international executive vice-presidents and international vice-presidents to be elected on the first day of the regular convention.

30

(b) No nominee shall become a candidate for election unless the nomination is seconded by no fewer than twenty (20) delegates at the convention representing twenty (20) local unions. Nominations shall be submitted on forms prepared by the Tellers Committee. The Tellers Committee shall maintain an office at the convention, which shall be open to dispense nomination forms and receive, completed forms on the first day of the Convention between 12 noon and 6 p.m. and the second day of the Convention between 8 a.m. and 12 noon. After first obtaining by 3 p.m. on the second day of the Convention an acceptance of nomination in writing from each nominee, the Tellers Committee shall report to the convention before the close of business on the second day of the Convention the names and local unions of all persons who have qualified as candidates for each elective office.

(c) In the event that there are qualified:

(i)      only one (1) candidate for the office of general president, or

(ii)     only one (1) candidate for the office of president/hospitality industry; or

(iii)    only as many candidates for the office of international executive vice-president as there are positions to be elected; or

(iv)    only as many candidates for the office of international vice-president as there are positions to be elected,

the chairperson of the Tellers Committee shall cast one ballot for each such candidate or candidates.

(d) In the event that there are qualified:

(i)      More than one (1) candidate for the office of general president, or

(ii)     More than one (1) candidate for the office of president/hospitality industry, or

(iii)    More than as many candidates for the office of international executive vice-president as there are positions to be elected, or

(iv)    More than as many candidates for the office of international vice-president as there are positions to be elected. such officers shall be elected by plurality vote in an election in which the delegate(s) of each local union present at the convention shall cast weighted

31

ballots equal to the number of members represented by the local union pursuant to the provisions of Article 2Section 5(b).

(e)  The Tellers Committee shall prepare ballots listing alphabetically the candidates for each office.  Incumbent office holders shall be so designated by an asterisk before each incumbent's name.  Instructions on the ballot shall advise delegates that if votes are cast for more than one candidate for general president or president/hospitality industry or more than as many candidates for the office of international executive vice-president as there are positions to be elected or if votes are cast for more than as many candidates for the office of international vice-president as there are positions to be elected, the affected portion of the ballot will not be counted.

(f)  Ballots shall be distributed to eligible delegates upon presentation of the duplicate numbered credentials that have been authenticated by the Credentials Committee.  Each delegate's ballot shall be numbered to correspond with the credential number.  Each ballot shall designate the number of members represented by the local union.  In the case of a local union with more than one delegate, the number of votes shall be divided equally among the registered delegates.

(g)  Caucuses may be held by delegates of local unions represented by more than one delegate and delegates of local unions affiliated with or organized into joint boards of UNITE HERE.  At such caucuses delegates may authorize, in writing, on forms provided by the Tellers Committee which shall be attached to each delegate's duplicate credential, one or more of their number to cast the votes for agreed-upon candidates of all who so authorize.  In such event the administrative unit or designee of the local union shall present the signed authorizations and duplicate credentials to the Tellers Committee no later than 10 a.m. on the third day of the Convention.  The Tellers Committee shall then prepare a composite ballot listing all of the local unions from which written authorizations have been received and the total number of members represented by such local unions.

## Section 4      Count of Votes and Certification

The Tellers Committee shall examine the ballots and keep a correct record of the vote. Candidates shall be entitled to have an observer present during the voting and counting of votes. The Tellers Committee shall certify the election results to the Convention.

32

**Section 5      Installation**

International officers and vice presidents shall take office upon certification of the election results by the chairperson of the Tellers Committee and shall continue in office until their successors are elected and the results are certified by the chairperson of the Tellers Committee.

**ARTICLE 10      ELECTION TO LOCAL OFFICES AND POSITIONS**

**Section 1      Nomination and Election Meeting**

(a) Candidates for local office, executive board membership, elected business agent and other positions shall be elected in an election by secret ballot. At the option of the local union, nominations may be made at a special meeting called for that purpose prior to the local's election. The local union shall give at least fifteen days notice to its members of the offices to be filled in the election and of the time, place, and form for submitting nominations, and shall afford office-seekers a reasonable period to engage in campaigning. The local union shall determine and announce the date, time, and place of the election.  In addition, notice of such date, time and place shall be mailed to each member at the member's last known home address at least fifteen days before the election through the union newspaper or by letter. If at the time of nominations, there is no contest for any or all offices or positions and there is therefore an election by acclamation, there is no need to schedule an election for those offices or positions, provided that the election committee examines the candidates' qualifications and declares them eligible. The requirement to give fifteen days' notice for the election of officers in Canada may be met by posting in the workplace.

(b) A person may not be a candidate for more than one office or position if he or she cannot occupy such offices or positions at the same time.

**Section 2      Election Procedure**

(a) Mail ballots may be used if authorized by the Presidents.

(b) Each qualified candidate shall be entitled to have an observer present in the polling place during the voting and the final tally and count of the votes.  Where there is more than one polling place, the election committee shall determine the number of observers required for adequate coverage of the polling places, and each qualified candidate shall be entitled to such number. However, where slate voting has been authorized, the election committee shall fix an adequate

33

and reasonable number of observers for each group. Each slate shall be entitled to the same number of observers, regardless of the number of candidates nominated as part of its ticket. A candidate may be an observer. All observers must be members in good standing of the affiliate involved. The names of all observers must be designated in writing to the election committee. An observer may not electioneer within the polling place and shall be subject at all times to the authority of the election committee to conduct and supervise the election.

(c) The votes shall be counted immediately after the polls close. The candidates receiving the highest number of votes shall be declared elected, unless the constitution or by-laws of the affiliate require that a candidate receive a majority of the votes cast.

**Section 3       Election Committee**

(a) The Local Executive Board, or other officers as provided in the local's bylaws, shall appoint an election committee of at least three members in good standing who are not candidates in the election. If the local executive board or other officers designated in the bylaws fail to do so, the committee may be appointed by the GEB. This subsection (a) is subject to the provisions of subsection (b) of this Section.

(b) Only a member who is eligible to be an officer or executive board member in the local may be a member of the committee. However, in its discretion and subject to the approval of the GEB, a local may appoint to the committee persons who are members in good standing of another local or who have demonstrated their support for the objectives of UNITE HERE by their work for the trade union movement.

**Section 4       Election Committee Procedure**

The election committee shall

(a) examine the dues, records, and eligibility of each candidate who has been nominated;

(b) remove from the ballot any candidate who is or has been found ineligible under this Constitution;

(c) remove from the ballot any candidate who after a written request given within a reasonable time has failed to appear before the committee for examination of his or her eligibility as a candidate;

(d) conduct and supervise the elections;

34

(e) decide whether a member shall vote if his or her right to do so is challenged;

(f) keep records of members who vote;

(g) count and tally the vote and do so in the presence of any observers who wish to be present;

(h) report the result of the election;

(i) preserve all tally records for at least one year; and

(j) have such other powers as may be conferred on it by the local or its executive board which are not inconsistent with this Constitution and the local's bylaws.

**ARTICLE 11      JOINT BOARD ELECTIONS**

**Section 1      Eligibility**

If a joint board has not adopted by-laws or a constitution, eligibility for delegates to the joint board shall be as provided for delegates to the UNITE HERE Convention.

**Section 2      Nominations and Elections**

(a) Each joint board, triennially or more often, shall nominate and elect by plurality vote in an election among the joint board delegates elected pursuant to the provisions of this Article the following officers unless other and/or additional officers or other provisions for the performance of their duties are provided in its constitution and/or by-laws: a manager; a president; a vice-president; a secretary-treasurer; and an executive board of directors of such number as provided in its constitution and/or by-laws, if so provided, all of whom shall hold office until their successors are elected and installed. Canadian joint boards or joint councils shall hold elections in accordance with the applicable Canadian labour laws and their bylaws, but in no event shall elections be held less frequently than every five (5) years.

(b) At least fifteen days prior to the election of delegates to a joint board, notice of such election (which notices may be given in a union publication) shall be given by mail to each member in good standing at such member's last known home address who is entitled to vote in such election.

(c) Joint boards may provide in their constitution and/or by-laws that officers and/or delegates shall be elected by majority, rather than plurality vote, by adopting the following procedures. The notice of such election shall specify the date of a run-off election, if any, as well as the date

35

of the original election.  A run-off election shall be conducted between the two candidates who received the greatest number of votes in the original election.

**ARTICLE 12**    **ELECTION APPEALS**

**Section 1**    **Appeals**

An appeal from a decision of the election committee of an affiliate may be made by a member of the committee or by a candidate or any other member adversely affected by the decision.  Any further appeal may be made by such persons or by the election committee itself.

**Section 2**    **Appeal Bodies**

The following procedure shall apply and be strictly and expeditiously enforced in such appeals:

(a) If the candidacy is for an office or position in a directly affiliated local, the first appeal shall be to the local's election committee.  A second appeal may be made to be to the Presidents.

(b) If the candidacy is for an office or position in a local that is part of a joint board, the first appeal shall be to the local's election committee.  The second appeal shall be to the joint board's executive board.  A third appeal may be made to the Presidents.

(c) If the candidacy is for an office or position in a joint board, the first appeal shall be to the joint board's election committee.  A second appeal may be made to the Presidents.

**Section 3**    **Appeal Procedures**

Appeals shall be governed by the applicable provisions of Article 16Section 16, and Article 16Section 20, except that each appeal from a decision at each level must in any case be post-marked within ten days after it is issued.

**ARTICLE 13**    **MEMBERSHIP**

**Section 1**    **General Eligibility Requirements**

Any person employed in any employment over which this International Union exercises jurisdiction shall be eligible for membership in this organization.  Employment in the industry shall be deemed to include and not be interrupted by temporary unemployment due to illness, economic conditions, other good cause uniformly applied, or service as a full-time paid officer, staff member or business agent of UNITE HERE or any of its affiliates

36

**Section 2       Applications**

Applicants for membership shall complete and sign authorization cards or other applications for membership. By joining UNITE HERE, a member authorizes UNITE HERE and the affiliates to which the member belongs to act as the member's exclusive agents for the purposes of collective bargaining in respect to rates of pay, wages, hours, or other conditions of employment.

**Section 3       Acquiring Membership**

An applicant for membership shall become a member of the affiliate and the International Union upon acceptance of the membership application and the dues and fees that may be required. If a person who is not a member, or is ineligible for membership, pays dues that are accepted by an affiliate, such payment shall not confer any rights or benefits of membership. Nothing in this Article shall limit the right of a member holding two or more jobs to hold membership in two or more affiliates , so long as he or she satisfies the requirements of each, including payment of dues, separately.

**Section 4       Limitations on Rejection**

No Local may reject a person prior to applying for membership; nor may any Local reject any applicant by reason of race, religion, color, age, sex, national origin or citizenship status, sexual preference or orientation, gender identification or disability.

**Section 5       Membership-at-Large**

Persons employed at an occupation within the jurisdiction of this International Union but in a locality where no Affiliate exists may, upon application, become members-at-large. Such members must establish an affiliate when so directed by the Presidents.

**Section 6       Previously Expelled Members**

A member who has been automatically expelled for non-payment of fixed dues may be readmitted as a member only upon approval of the local.  Such readmitted member shall pay all fixed dues and other charges owing at the time of expulsion, unless by past custom or practice the affiliate has uniformly waived this requirement.  A member who has been expelled for disciplinary reasons may not make application for reinstatement for one (1) year thereafter, and may only be reinstated by the affiliate from which the member was expelled; except that members expelled by the Presidents or GEB may be reinstated only by them. Under no

37

circumstances may a member who has been found guilty of embezzlement, misappropriation or fraud in accordance with the provisions of Article XXII be eligible for any office or position as a delegate. Any member expelled for any reason other than the foregoing, who has been reinstated, may petition the Presidents for restoration of full membership rights, including the right to hold office. The Presidents shall have discretion to act upon such a petition.

**Section 7      Passive Membership**

(a) Any person who is a manager, owner, proprietor or a representative or employers in an industry or any person who is employed outside the jurisdiction of this International Union may be accepted for or hold membership in a Local Union only as a passive member, provided such person maintains no affiliation with an organization hostile to this Union.

(b) Passive members shall not be entitled to voice or vote or to attend meetings of the Local Union. They shall be ineligible for election to any office in the Union or any positions as a delegate representing the Union.

(c) Passive membership is hereby declared a privilege, revocable at will, by the Executive Board of any Local Union or the Presidents of the International Union.

**Section 8      Associate Membership**

The GEB shall have the authority to establish and implement a program for associate membership in UNITE HERE under terms that are not inconsistent with this Constitution

**Section 9      Rights and Obligations of Membership**

The rights and obligations of membership are governed by this Constitution and the Constitutions and By-Laws of the affiliates. A member shall notify his or her local of any change of address. A member shall pay all fixed monthly or weekly dues established by a convention, the GEB or an affiliate.  Only members who are current in the payment of their dues shall have any right to vote, attend meetings or otherwise participate in the affairs of the affiliate.

**Section 10      Dual Membership**

(a) No person shall be eligible for membership in any affiliate or the International Union who holds membership in any club, society, or other organization which in the opinion of the Presidents exercises or claims to exercise duties and functions similar to those exercised by this International or its Locals, or which claims jurisdiction in whole or in part over matters which are within the jurisdiction of this International Union.

38

(b) Membership in such organization shall constitute dual affiliation and any member holding dual affiliation who is directed by the Presidents to resign from membership in such organization, but who refuses to do so, shall be suspended by the Presidents. After charges and hearing as required by Article 16, the Presidents (if the Presidents have taken original jurisdiction) or the trial body may determine an appropriate penalty.

**Section 11      Recall to Active Military Service**

In the event a member of any affiliated Local of this International Union is recalled to active military service due to a prior military commitment, that member shall be issued a withdrawal card from the Local Union at no cost to the member. Upon return from active service, such member shall be reinstated to membership in good standing at no cost to the member. In addition, the members shall be reinstated to the same position and seniority for all purposes just as if he or she had never been absent from active membership in the Local Union.

**Section 12      Good Standing**

Any member not suspended or expelled for non-payment of dues or for any other reason is a member in good standing.

**ARTICLE 14      WITHDRAWAL OR TRANSFER OF MEMBERSHIP**

**Section 1      Requests for Withdrawal of Membership**

A member who is current in the payment of dues, fees, and any fines and assessments and against whom no charges are pending may withdraw from membership in an affiliate either (a) because the member is not employed in an industry coming under the jurisdiction of the International Union or (b) to work in jurisdiction of another affiliate. The affiliate shall grant withdrawal if these conditions are met and shall not otherwise classify a member as withdrawn except as provided in Section 2 of this Article. The affiliate shall give the member written, dated evidence of withdrawal. The affiliate shall promptly give notice of the member's withdrawal to the International Union.

**Section 2      Automatic Withdrawal from Membership**

An affiliate may place members in seasonal industries on withdrawal status as they are terminated at the end of the season even though they have not made a specific request for this status. A member who is not working in an occupation or industry under the jurisdiction of UNITE HERE but who is able and willing to work and has sought but failed to obtain

employment or is temporarily absent from work due to illness, work-related accident, maternity, parental or similar leave of absence during that period and will be able to return to such occupation or industry within a reasonable period of time, and who continues to be a member in good standing, shall retain membership for two years after the member's last day of work. After two years, the member is deemed to have automatically withdrawn from membership unless the international union permits the member to continue membership under standards uniformly applied. An affiliate may adopt a bylaw or policy providing for the waiver of initiation or re-initiation fees for any individual seeking membership within one year of automatic withdrawal, and for the retention of the individual's initial membership date, whether or not the individual had previous membership in the particular affiliate to which the individual seeks admission.

**Section 3      Prepaid Dues**

If the member has prepaid dues for months after the month of withdrawal, the local union shall refund them to the member at the time of withdrawal or as soon thereafter as is practical.

**Section 4      Effect of Withdrawal**

Upon withdrawal, a member ceases to have any obligation to pay dues to the affiliate or have any right to vote, attend meetings otherwise participate in the affairs of the affiliate or the International Union and may not work in the jurisdiction of the International Union unless the member becomes active again. The withdrawal of a member who violates this section shall be revoked and the member shall be subject to charges.

**Section 5      Resumption of Active Status**

(a) A withdrawn member may become active again in the same affiliate by paying the reinitiation or other fee charged by the affiliate to restore withdrawn members to active status and the dues appropriate for the member's trade or employment, if the member would be otherwise eligible for membership.

(b) A withdrawn member may become active again in another affiliate by paying the reinitiation or other fee charged by the affiliate to restore withdrawn members to active status and the dues appropriate for the member's trade or employment, if the member would be otherwise eligible for membership and the new local union confirms with the International Union or the former local union that the member is still on valid withdrawal status, provided that if the member joins the other affiliate in the same calendar month he/she withdrew from the former affiliate, the

40

member shall be considered by the new affiliate to be in good standing for that month and the member's dues obligation to the new affiliate shall begin the following month.

**Section 6       International Solidarity**

A member of a union in a country other than the United States or Canada, affiliated with the International Textile, Garment and Leather Workers' Federation, International Union of Food, Agricultural, Hotel, Restaurant, Catering, Tobacco and Allied Workers Associations or the International Transport Workers Federation who produces a transfer card or other evidence from the union showing that he or she has been a member in good standing for not less than one year shall be admitted to membership in any local of UNITE HERE on the same terms as any member of UNITE HERE transferring from one local to another.  However, membership shall be dated only from the date of admission to membership in UNITE HERE.

**ARTICLE 15       <u>RETIRED MEMBERS</u>**

**Section 1       Retirees Association**

The GEB shall establish a Retirees Association.

**Section 2       Eligibility for Retiree Membership**

An individual may be eligible for retiree membership in UNITE HERE and its Retirees' Association if the individual is a former UNITE HERE member, or was a member of one of its predecessor unions, and either has retired from employment, or has reached 55 years of age and is not employed by UNITE HERE, by a UNITE HERE affiliate, or by an employer whose employees are represented by UNITE HERE; or if the individual is a former employee of and is receiving a pension from UNITE HERE, a UNITE HERE affiliate or predecessor union, whether or not the individual was a member of UNITE HERE or one of its predecessor unions.

**Section 3       Rights of Retiree Members**

(a) Retiree members may participate in union meetings and may receive union publications, but they shall not have the right to run for office, or vote on any issue or in any election under this Constitution, except as provided in this article.  Retiree members are not in "good standing" for any purposes under this Constitution except as expressly set forth in this Article.

(b)  Should a retired member return to employment in a UNITE HERE represented work place, the member shall pay the dues required by the union, and comply with all other obligations of

41

membership under this Constitution. He or she shall, during the time he or she is a member in good standing, have all the rights of members in good standing, including the right to vote.

(c) The rights of retired members in Canada shall be governed by applicable Canadian law.

**Section 4        Governance of Retirees' Association**

The Retirees' Association shall, by promulgating bylaws consistent with GEB resolutions, provide for the governance of the Retirees' Association. The bylaws and/or resolutions may provide for additional membership requirements.

**Section 5        Retiree Delegates to UNITE HERE Convention**

(a) The GEB may, by resolution, establish no more than fifteen retiree delegate positions. It shall determine, in consultation with the Retirees' Association, an election process for such delegates and shall further determine by resolution whether the delegates shall be elected at large, by geographic area, or by some combination of the two. The Retirees' Association shall conduct such elections by secret ballot, which may be by mail ballot, and may establish, through its bylaws, further eligibility requirements for voting and candidacy.

(b) Each retiree delegate shall have one vote at UNITE HERE's convention. However, retiree delegates shall not vote for UNITE HERE officers.

## ARTICLE 16        CHARGES, HEARINGS AND APPEALS

**Section 1        Grounds for Charges**

A member or a person holding an elected or appointed office or position in UNITE HERE or an affiliate may be required to appear at a disciplinary hearing when charged with any of the following offenses:

(a) Violating any provisions of this Constitution or the constitution or by-laws of an affiliate, a decision of the Convention or a decision of any officers of UNITE HERE or of an affiliate acting within the scope of their authority, or deliberately aiding or abetting another member in a violation.

(b) Gross disloyalty or conduct unbecoming a member.

(c) Gross inefficiency of an officer of UNITE HERE or an affiliate that hinders or impairs the interests of UNITE HERE or an affiliate.

(d) Actual or attempted misappropriation, fraud or financial malpractice involving the assets of UNITE HERE or any of its affiliates or any employee benefit plan.

(e) Publicizing the internal affairs of UNITE HERE or an affiliate except to other members.

(f) Failure or refusal to abide by the rules of order and parliamentary procedure in the meetings of a local union or council or creating any disturbance therein, or recording by any means the proceedings of any official meetings of the local union.

(g) Abuse of fellow members or officers.

(h) Preferring charges maliciously or in bad faith or failing to appear and present evidence after filing charges.

(i) Secession or fostering secession or sponsoring or advocating decertification of, or deauthorization of union security for UNITE HERE or any affiliate.

(j) Holding membership, office or position in a labor organization claiming jurisdiction over any trade or industry or branch thereof within the jurisdiction of, or in contractual relations with UNITE HERE which was not established under this Constitution which attempts to shape or influence the policies or actions of or to displace UNITE HERE or an affiliate, or active support or promotion of such a labor organization

(k) Working as a strikebreaker.

(l) Violating standards of wages, hours and working conditions in a workplace covered by a collective bargaining agreement.

(m) Discriminating against a member or any other person having business with the union based on race, color, religion or creed, national origin, age, disability, marital status, sex (including sexual harassment), sexual preference or orientation, gender identification or citizenship status.

(n) Retaining for his or her own use, or failing to deliver to his or her successor in any office or position, any property of UNITE HERE or of an affiliate.

(o) Ineligibility for membership under Article 13, Section 1, without withdrawing from membership.

(p) Such other acts and conduct which tend to bring UNITE HERE or an affiliate into disrepute, interfere with the performance of legal or contractual obligations of UNITE HERE or an affiliate or which are in violation of sound trade union principles

**Section 2    Form of Charges**

All charges shall state: the name and address of the person being charged; the Sections of the Constitution or bylaws which are alleged to have been violated; a brief statement of the facts indicating such alleged violation; and the name of the person and organization with whom the charges are being filed. They shall be signed by the person making the charges.

**Section 3    Who May File Charges**

One or more members of the UNITE HERE having knowledge of the facts alleged to constitute a violation of this Constitution may file a charge against a member or officer of UNITE HERE or any of its affiliates, except (a) a charge involving breach of an affiliate's bylaws may only be filed by a member of the local union or an international officer, (b) charges against the GEB or the Executive Committee, as such, may be filed only by the governing body of an affiliate, and (c) any officer of a local union or the International may file a charge upon information furnished by a member.

**Section 4    Where Charges Are Filed**

(a) Charges against a member of a local union shall be filed with the accused member's local union. If the local union is affiliated with a joint board, the local union shall promptly send a copy of the charges to the joint board by facsimile or other means of immediate transmission. The joint board shall have the right by notice in writing to the parties and to the Secretary of such local union to assume jurisdiction of any such charges and in that event, no action thereon shall thereafter be taken by the local union. All further proceedings shall be taken by the appropriate hearing body of the joint board in the same manner as though the charges had originally been filed with it.

(b) Charges made by a member of a local union affiliated with a joint board against (a) a member of another such local, (b) an administrative division of such other local, (c) a member of any affiliated local union involving violation of standards and working rules established in collective bargaining agreements, (d) the executive board, as such, of any affiliated local union or (d) a delegate to the joint board or any other person holding an elective office in a joint board

44

or against any person serving two or more locals in an official or other elective capacity, shall be filed with the joint board.

(c) Charges against the executive board, as such, of a directly affiliated local union, a joint board or an international officer as an individual shall be filed with the Presidents.

(d) Charges against either of the Presidents shall be filed with any Executive Vice President. .

(e) Charges against the GEB, as such, shall be filed with the convention of UNITE HERE.

**Section 5        Procedure When Filed**

The body or officer with whom the charges are filed shall notify the accused of the same by sending a copy thereof by registered mail, or by delivering a copy of the charge to the accused personally. Unless specified otherwise in the constitution or bylaws of an affiliate, the secretary of the affiliate shall have the responsibility to give notice.  When charges are filed with the Presidents or with the Convention, the Presidents shall give notice.  Where charges are filed with the GEB, the GEB shall elect a Vice-President to serve as temporary presiding officer with respect to the charges and he or she shall give notice.  The accused shall be notified of the time and place of  hearing and shall be allowed no less than ten (10) days from the time of such notification for the preparation of a defense. If such charges are amended or supplemented. the accused shall be allowed ten (10) days from the notification of such change for additional preparation.  No member may be tried twice for the same offense, provided that a further hearing ordered by an appellate body and a change in penalty following such further hearing are not precluded

**Section 6        Suspension Pending Hearing**

Whenever in the opinion of the Presidents, charges preferred against any officer of the International Union or of an affiliate are of sufficient importance to warrant a temporary suspension pending hearing, the Presidents shall have the right to suspend such officer pending the hearing of charges and the exhaustion of appeal remedies available in accordance with this Constitution for a period not to exceed 90 days. An affiliate receiving notice of such suspension shall honor the same forthwith. In the event such charges are not sustained, the accused shall be reinstated in office and paid the appropriate salary for the period of suspension.

**Section 7       Who May Conduct Hearings**

(a) Hearings by an affiliate shall be conducted by hearing boards appointed as provided in the constitution or by-laws of the affiliate. The hearing board shall consist of between one and five members. The Presidents may themselves conduct hearings on any charges filed with them or appoint one or more international officers for this purpose with authority to either decide the charges or make a report for the Presidents' consideration together with such summaries, transcripts and exhibits as the Presidents may direct. The GEB may itself conduct hearings on charges filed with it or appoint one or more vice-presidents for this purpose with authority to either decide the charges or make a report for the GEB's consideration together with such summaries, transcripts and exhibits as the GEB may direct. The accused member(s), the accuser(s), their representatives, witnesses and anyone who might benefit personally and directly from the outcome of the proceedings shall be disqualified from conducting a hearing or sitting on an appellate body considering such charges.

(b) Whenever a charge is filed by or against the person or persons who would otherwise have the authority to appoint the hearing body, and if a joint board has not taken jurisdiction as provided in section 4(a), the Presidents shall have the authority, which they may exercise in their sole discretion, to:

(i)       appoint the hearing body consisting of not fewer than three members from among the members of the affiliate involved, or

(ii)      designate another officer member of the affiliate involved to appoint a hearing body of at least three members of the affiliate, or

(iii)     direct the joint board with which the local union is affiliated, if any, to take original jurisdiction of the case, or

(iv)      assume original jurisdiction.

**Section 8       Summary Disposition**

A charge may be dismissed without hearing if after assuming the charging party's allegations to be true the charges fail to describe actions which would constitute violations of the International Constitution or the bylaws or constitution of the affiliate involved, or if they find that the charges are of such a nature that the interest of the Union does not justify the expenditure

46

of time, money, and other resources necessary for the conduct of a disciplinary proceeding. The decision whether to dismiss shall be made by the Presidents or the GEB with respect to charges filed with them or by the governing body of an affiliate with which charges have been filed or which has properly assumed jurisdiction.

**Section 9     Conduct of Hearing**

(a) The Hearing Officer or chair of the hearing board shall preside at the hearing, and shall pass on all objections, establish rules of decorum procedure not inconsistent with this Article.

(b) The person preferring the charge or a member designated by the person preferring the charge as a representative shall present the evidence against the accused. The accused or a member designated by the accused as a representative may present the evidence for the defense. At the conclusion of the presentation of evidence by any witness, the opposing side may cross-examine such witness. Only such testimony as pertains to the specific charges made may be heard by the hearing board.

(c) Where there is a joint hearing of more than one person upon charges accusing them of participation in the same offense, or accusing them of similar offenses arising out of the same transactions, there shall be only one representative for all such respondents unless the hearing board or hearing officer shall determine that the conflicting interests of the respondents require additional representation. Similarly, in a hearing upon charges filed by more than one complainant, there shall be only one representative for all such complainants unless the hearing board or hearing officer shall determine that the conflicting interests of the complainants require additional representation. Representatives must be members in good standing of the International Union and of the local union, if charges are tried on the local union level, and of a local union affiliated with the joint board, if charges are tried on the joint board level, and may not be practicing lawyers.

(d) Only members directly concerned with the case and representatives of the International may be present during the hearing. Witnesses may be summoned to appear one at a time in accordance with the ruling of the hearing board.

(e) Each side shall procure the attendance of its own witnesses. Where a member whose testimony is vital to a case refuses to appear, the Presidents (or the GEB in case of hearings of

charges against one or both of the Presidents) shall have authority to assess a penalty against such member.

(f) In connection with any pending charge or investigation, the Presidents (or the GEB in case of hearings of charges against one or both of the Presidents) and their authorized representatives may

(i)       direct the production of books or records by an affiliate or any officer, member or employee or any person having custody or control of such books and records and

(ii)      direct any member to appear before it or its authorized representatives to give testimony in connection with any pending charge or investigation.

(iii)     The Presidents or the GEB, as appropriate, are authorized to pay the expenses of such witnesses out of the general funds of UNITE.

(g) When the accused fails to appear at a hearing, the hearing body may, if it desires, hear evidence in support of the charge before rendering a decision. All decisions shall be in writing and shall be signed by those members of the hearing board who are in accord with the decision. Where the hearing board has authority to recommend penalty, the decision shall contain the penalty and the time for the accused to comply.

(h) The hearing body shall have the authority to order a stenographic, video or audiotape record made of the proceedings. In the event that such record is not made, the secretary of the body, or the Hearing Officer, shall make a written record of the important evidence presented. Such records shall be made available to a higher authority hearing the case on appeal.

**Section 10      Hearing Upon Written Evidence**

In all disciplinary cases under the jurisdiction of the Presidents where the accused consents to a hearing upon written evidence and waives oral hearing after the service of the charges, the Presidents may try such cases by furnishing the accused with a statement of the facts supporting the charges. The accused shall then have ten (10) days within which to reply to the accusations and to submit in writing, evidence, including affidavits if desired, in rebuttal of the charges. The Presidents shall make a decision based upon the evidence in the possession of the Presidents at the conclusion of this procedure.

48

**Section 11      Penalties**

(a) The hearing board or hearing officer shall have the right to reprimand, suspend, expel, fine for strikebreaking or otherwise discipline in accordance with the provisions of this Constitution. Judgments of suspension or expulsion from membership shall become effective only on ratification by the executive board of the affiliate or the international body or officer who appointed the hearing officer.

(b) An accused member must comply with any penalty imposed within the time specified by the hearing board or officer, or by the executive board or international body or officer in the case of orders of suspension or expulsion, unless stayed by an appellate body. Nothing in this Section, however, shall be deemed to prohibit the Presidents from exercising authority pursuant to Section 5 of this Article.

**Section 12      Appeal Bodies**

Appeals may be taken from a decision of a local union to the Joint Board, if the local union is affiliated with one. If the local union is directly affiliated with the international, the appeal may be taken to the Presidents. Decisions of a Joint Board may be appealed to the Presidents. Decisions of the Presidents provided for in this Article may be appealed to the GEB and decisions of the GEB may be appealed to the Convention, subject to the provisions of Section 13 and Section 14 of this Article.

**Section 13      Appeals to the Convention**

Appeals to the Convention must obtain the approval of the Constitution Committee before being submitted to the Convention. When appeals by international officers are involved, the Constitution Committee shall grant such right to appeal and establish the rules for conducting the hearing before the Convention.

**Section 14      Limitation on Right of Members to Appeal**

Notwithstanding the provisions of Section 12 of this Article, an appeal of a member may not be taken beyond the GEB unless specifically authorized by the provisions of this Article. A member shall be deemed to have exhausted the remedies of appeal, in accordance with the requirements of Section 19 of this Article, following an appeal to the GEB.

49

**Section 15     Time Limit for Appeal**

All appeals must be taken within thirty (30) days from the date that a final decision is mailed to the accused.

**Section 16     Procedure for Appellant**

In order to perfect an appeal, an appellant shall mail a written notice of such appeal to the Secretary of the body or to the officer to whom the appeal is directed. No specific form shall be required, but such notice shall state the decision being appealed from, and indicate the hearing body that rendered the decision. The appellant may file a written statement in support of the appeal within ten (10) days after filing the appeal. The appellant may request a stay of the penalty at the time the notice of appeal is filed. The appellate body may require partial compliance with a penalty as a condition for a stay.

**Section 17     Procedure for Hearing Appeals**

When an appeal has been taken, the Secretary of the appellate body, or the appellate officer, shall request the hearing body to submit all records, transcripts, and exhibits to the appellate body or officer. The appellate body or officer shall consider the appeal on the basis of the record, exhibits and written statements. The accuser may be requested to submit an additional statement to the appellate body when the accused has done so. Application for oral argument may be made to the appellate body, but the granting of such application shall be within the sole discretion of such body or officer.

**Section 18     Power of Appellate Body**

The appellate body shall have the authority to set aside, affirm, modify, increase or decrease the penalty imposed, or to reverse the determination and remit the matter for future action  or rehearing by any lower hearing body as it may designate. In considering an appeal based upon technical errors or procedure, the hearing body may, if substantial justice can be done, give any party an opportunity to correct such errors. Objections to procedure and notice which have not been raised before hearing or at the earliest moment possible during hearing by any party shall be deemed to have been waived.

**Section 19     Obligation to Exhaust Remedies**

Every member or affiliate of the International Union feeling aggrieved by any action taken, or failure to act by the International Union, its Officers, or any affiliate of the International

Union or the officers or members thereof, with respect to any matter, contract or right thereunder, or thing relating to or affecting the affairs of such International Union or affiliate, or with respect to the hearing of charges or appeals therefrom, shall be required to exhaust all remedies of appeal, protest, grievance procedure, or arbitration permitted such member or affiliate under the terms of this Constitution, the Local Union's bylaws or contract, before resorting to any court or other tribunal.

**Section 20     Failure to Exhaust Remedies**

Any member who brings a legal action against a Local Union or the International Union or the officers or members thereof as such, or who participates in such an action in a representative capacity, without first exhausting all remedies provided by this Constitution shall be deemed to have waived all remedies available under this Constitution and shall be subject to charges for violation of this Constitution and, if found guilty, shall be subject to such penalty as may be imposed; provided, however, that nothing in this Article shall be interpreted in such a manner as to conflict with applicable Federal or Provincial law.

**Section 21     Inapplicability to NLRB Charges**

This article shall not apply to the filing of National Labor Relations Board unfair labor practice charges.

**ARTICLE 17     DUES, PER CAPITA AND FEES**

**Section 1     Dues**

(a) Effective July 12, 2004, the minimum monthly dues for members of UNITE HERE shall be $ 23.20, and the minimum weekly dues shall be $5.80. Dues at $23.20 monthly or $5.80 weekly shall thereafter be increased in accordance with the following schedule:

> EFFECTIVE:
>
> October 1, 2004   $25.20 monthly - October 4, 2005   $6.30 weekly
>
> October 1, 2005   $27.20 monthly - October 3, 2005   $6.80 weekly
>
> October 1, 2006   $29.20 monthly - October 2, 2006   $7.30 weekly

Beginning in 2007, effective the first Monday of each October, if payable weekly, and each October if payable monthly, the then prevailing minimum dues shall be adjusted in proportion to the weighted average of wage rate increases put into effect for all UNITE HERE members during the year ending the preceding December 31.  The adjustment shall reflect an

amount equal to that yielded by applying the percentage of said average wage rate increase to the then prevailing minimum dues, rounded, in the case of dues paid on a weekly basis, to the nearest multiple of five cents; and in the case of dues paid on a monthly basis to the nearest multiple of twenty cents.  The calculation of any such increase in dues shall be made by the Presidents using data as provided by the affiliates.  Nothing in this Article requires or authorizes an affiliate to reduce dues that are above the minimum dues rates.

(b)  The rates of dues charged by local unions to their members shall not be increased and special or general assessments by affiliates shall not be levied except (1) by majority vote by secret ballot of the members in good standing voting at a general or special membership meeting, after reasonable notice of the intention to vote upon such question, or (2) by majority vote of the members in good standing voting in a membership referendum conducted by secret ballot.

(c)  A joint board may fix higher dues (i) by majority vote of the delegates voting at its regular meeting, or at a special joint board meeting held upon not less than thirty days' written notice to the principal office of each affiliated local union, or (ii) by majority vote of the joint board's members in good standing voting in a membership referendum conducted by secret ballot, or (iii) by majority vote of the members of its executive board, pursuant to express authority contained in its constitution or bylaws: Provided, That the executive board's action shall be effective only until the joint board's next regular meeting.

(d)  Notwithstanding the above, former HERE affiliates shall increase their dues rates by at least$1.00 per month on January 1, 2005, $2.00 per month on October 1, 2006, $2.00 per month on October 1, 2007 and $2.00 per month on October 1,  2008.

(e)  In instances where the Presidents have exercised their authority under Article 3Section 3(a)(xv) to merge former UNITE and former HERE affiliates, the combined affiliate shall establish dues levels that reflect at least the minimums set herein. Differences in dues collected from former UNITE and former HERE members may continue by shop or craft but the affiliates shall make every effort to equalize dues (except craft differentials) before the 2009 convention.

(f)  The Presidents may authorize an affiliate to fix dues at a rate less than the amounts provided for herein under standards uniformly applied.

52

**Section 2      Initiation Fees**

(a) The initiation fee for membership in UNITE HERE shall be the sum that shall have been fixed as of July 12, 2004 by each affiliate, provided, however, that such amount may be changed in accordance with the procedures set forth in Article 17Section 1(b) or (c). Each affiliate shall pay to the International Union the sum of one ($1.00) dollar for each new member, whether or not the affiliate determines to collect an initiation fee from the member.

(b) Affiliates shall be responsible for paying the per capita tax to the International Union for new members from the first month of membership whether or not they charge an initiation fee.

(c) The Presidents shall have the power to waive the payment of initiation fees by newly formed affiliates, for newly-organized shops, or where special circumstances so require, under standards uniformly applied.

**Section 3      Per Capita Payments**

**(a)      Former UNITE Affiliates**

(i)      Effective July 12, 2004, each affiliate that was formerly a part of UNITE shall pay to the international union a per capita tax in the amount of $3.05 per week or $12.15 per month for each of its members. Thereafter, those amounts shall be increased on the following schedule:

> **EFFECTIVE:**
>
> October 1, 2004:  $13.45 monthly - October 4, 2004 -  $3.38 weekly
>
> October 1, 2005:  $14.75 monthly - October 3, 2005 -  $3.71 weekly
>
> October 1, 2006:  $16.05 monthly - October 2, 2006 -  $4.04 weekly

(ii)      Effective October 1, 2007 and  October 6, 2008 and continuing on the first Monday of each October thereafter, the then prevailing per capita tax for former UNITE affiliates shall be adjusted in an amount equal to one-half of the increase in minimum dues provided in Section 1 above.

**(b)  Former HERE Affiliates**

Effective July 12, 2004, each affiliate that was formerly a part of HERE shall pay to the international union a per capita tax in the amount of $11.95 per month for each of its members. Thereafter, those amounts shall be increased on the following schedule:

> January 1, 2005: $12.30 monthly
>
> January 1, 2006  $12.65  monthly
>
> October 1, 2006: $13.95 monthly
>
> October 1, 2007: $15.25 monthly
>
> October 1, 2008: $16.65 monthly

(c) **Merged Affiliates:**  In instances where the Presidents have exercised their authority under Article 3Section 3(a)(xv) to merge former UNITE and former HERE affiliates, they shall, on the effective date of said merger, set the per capita to be paid by the combined affiliate at either the rate then in effect in either paragraph a or b above. The affiliate shall remain on that schedule thereafter.

(d) Per capita taxes are payable by the last day of the month following the month for which they are applicable. The per capita tax shall have the status of a standing appropriation by an affiliate, and shall have preference over all other obligations of any kind. An order for the same shall be signed by the affiliate officers without requiring a vote of the affiliate. The per capita tax shall be paid if any amount is received by the affiliate as dues or in lieu of dues, notwithstanding that the person on whose behalf said amounts are received are not members of the Union.

**Section 4        Strike Fund**

A portion of the monthly per capita tax from each affiliate shall be allocated by the International Union to the UNITE HERE Strike and Defense Fund.  The Presidents shall establish rules and procedures for distribution of money from the Strike and Defense Fund in accordance with their powers under this Constitution.  The portion to be allocated from each per capita payment shall be $0.75 (seventy-five cents) from each monthly per capita payment and $0.19 (nineteen cents) from each weekly per capital payment.

**Section 5        Political/Legislative Fund**

A portion of the monthly per capita tax from each affiliate shall be allocated by the International Union to a special segregated political/legislative fund established in accordance with applicable Internal Revenue Service codes and regulations. Expenditures from this fund shall be for lobbying and other political purposes, including contributions to candidates for non-Federal offices where such contributions are not prohibited by law. This provision shall not apply to per capita taxes received from affiliates chartered in Canada.  The portion to be

allocated shall be $0.75 (seventy-five cents) from each monthly per capita payment and $0.19 (nineteen cents) from each weekly per capital payment.

**Section 6      Reinstatement Fees**

Members suspended for non-payment of dues may be reinstated to the Local in which they seek full membership by the payment of an amount equal to the initiation fee of the Local in which they seek membership. Each affiliate   shall pay to the International Union a reinstatement fee of $19.00 for each reinstated member. Said fees shall have the same status as the per capita tax for the current month. The Presidents shall have the authority to waive such payments under standards uniformly applied.

**Section 7      Temporary or Seasonal Service Fees**

(a) Individuals engaged in temporary or seasonal work whose length of employment and possibility of recurring employment in the jurisdiction of a Affiliate Union is of such duration that, in the opinion of the President, immediate collection of the entire initiation fee would not be justified, shall pay a temporary, seasonal or permit service fee. This includes, among others, individuals who are required by an affiliate union to pay a fee per event worked, as in the case of sports venues that employ stand workers represented by the Union. Individuals paying an amount equal to regular dues for such period of employment shall be advised that they are eligible for membership under the same terms and conditions of any other individual eligible for membership in the Union working in a Union represented establishment if they choose to become members.

(b) If an individual who pays temporary, seasonal or permit fees continues working under the jurisdiction of the affiliate union after the end of the temporary or seasonal employment, they must perfect their membership in the affiliate union by paying the required initiation fee. The current month's temporary service fee shall be applied to the initiation fee.

(c) Affiliate Unions collecting temporary, seasonal or permit fees shall pay the International Union a monthly fee equivalent to the per capita tax based on the total amount of such fees collected each month divided by the average dues rate in the affiliate union to arrive at an equivalent number of regular dues units.

(d) The use of temporary, seasonal service or permit fee workers shall require the prior approval of the Presidents.

**Section 8      Agency Service Fees**

(a) Non-members employed in bargaining unit positions may be required to pay an agency fee subject to applicable law and the collective bargaining agreement.

(b) The Affiliate Union shall pay the International Union a monthly fee equivalent to the per capita tax for each agency service fee collected by the affiliate union.

**Section 9      Arrearage in Payments**

(a) Any member being two calendar months in arrears for the payment of any dues shall be considered automatically suspended. The provisions of Article 16 shall not apply to such suspension.

(b) Whenever a member is indebted to an affiliate or the International Union, such debt shall be collectible wherever such member holds membership. Upon failure to pay the amount due, the affiliate to which the debtor member belongs, on demand of the creditor, shall suspend the said member.

(c) Any affiliate union being one calendar month in arrears for the payment of per capita tax shall automatically be considered not in good standing. Any affiliate union not in good standing is subject to the imposition of a trusteeship by the Presidents.

**ARTICLE 18      FINANCES – AFFILIATE FINANCIAL PRACTICES**
**Section 1      Deposit of Affiliate Funds.**

All monies that are the property of an affiliate union shall be deposited in a bank designated by the affiliate, in the affiliate's name subject to withdrawal only upon the signatures, actual or facsimile, of two designated officers authorized by the affiliate union. It shall be the duty of the affiliate Secretary-Treasurer to make prompt deposits of all affiliate monies, except for a petty cash fund in an amount to be determined by the Executive Board of each affiliate union.

**Section 2      Records**

Records of the payments by members of dues, initiation fees, and/or other payments shall be maintained by each affiliate.  The form of such records shall be approved by the Presidents.

56

**Section 3      Financial Reports**

(a) The Presidents shall supply to the secretary of each affiliate forms to be completed, signed and forwarded to the Presidents or their designees not later than the tenth day of each month. Such forms shall show a balance sheet and the income of the affiliate from dues, initiation fees and other payments.

(b) Affiliate unions shall file with the International Union copies of all financial reports filed with the U.S. or Canadian Federal government.

**ARTICLE 19      AFFILIATE - INTERNATIONAL UNION FINANCIAL TRANSACTIONS**

**Section 1      Payments by Affiliates**

All moneys paid by an affiliate to UNITE HERE shall be paid by check or by electronic transfer.

**Section 2      Prompt Payment - Extensions of Time**

Each affiliate shall promptly pay its per capita tax, initiation fees and other payments due UNITE HERE within thirty days after they become due. Such payment shall include a statement explaining the basis of the payment and the number of members covered in each category for each local. If an affiliate is unable to make prompt payment, or when deemed necessary for the promotion of collective bargaining or warranted by other special circumstances, the Presidents may, upon application, grant a waiver, a reduction, or an extension of time, under standards uniformly applied.

**Section 3      General Fund**

Except as provided in Article 17Section 4 and in Article 17Section 5, or where otherwise determined by the Presidents under Article 3Section 3(a), all funds received by the International Union from any source whatsoever shall be placed in the General Fund and all expenditures by the International Union for any purpose shall be from the General Fund All funds shall be used for all purposes that such funds have been used in the past, including but not limited to organization of new members, negotiation and enforcement of collective bargaining agreements, administration of the Union, political (except as prohibited by law), legislative and educational purposes deemed to be in the best interests of this organization, public relations and charitable

purposes, affiliation with or support of other labor organizations and other groups, and fulfillment of any other functions of a labor union.

## ARTICLE 20     AUDITS – AFFILIATES AND INTERNATIONAL UNION
### Section 1     Certified Public Accountant's Audit

A Certified Public Accountant external to the International Union, selected by the Presidents, shall make an annual audit of the International's financial records. The final audit report shall be presented to the GEB, which shall satisfy itself as to the accuracy and completeness of the report. The books of the International Union shall be closed December 31st of each year

### Section 2     Audits of Subordinate Bodies

The Presidents or their designees shall administer a program to audit the accounts of affiliates on an appropriate periodic basis, using either International Union staff auditors or an audit firm. The International Union may also order an audit of an affiliate at any time. The audit shall include all financial records, membership records and per capita computations, and any other records deemed necessary by the auditors including records of trust funds of any kind. If performed by an audit firm, a copy of such audit must be filed with the Presidents by the affiliate within sixty (60) days after the expiration of the audit period.

### Section 3     Affiliates to Furnish Documents

Upon request therefore by the Presidents or the GEB, the officers of an affiliate shall produce or cause to be produced forthwith at a place designated by such officer or it, all the books and records of such affiliate or subject to the control of such affiliate, before the Presidents, the GEB or such other person as may be designated, for examination and audit. As used herein, the words "books and records" shall include, without limitation, all the books and records of all welfare, social insurance, vacation, holiday, retirement funds, real estate and real property trusts, corporations or holdings, and all other funds of any other nature whatsoever in which such affiliate, or the officers or the membership thereof have a right of administration or beneficial interest, and the books and records of all subsidiary or affiliate organizations in which such affiliate or the officers or the membership thereof have an interest.

58

**ARTICLE 21      PROPERTY**

**Section 1      Charter**

The charter granted to an affiliate shall be and remain the property of UNITE HERE to be used by the affiliate only so long as it complies with this Constitution and the policies, rules and directives of UNITE HERE. .

**Section 2      Property Held by Affiliates**

(a) All initiation fees, dues, other payments due or owed by members, and all other funds and property and all books and records in the possession of or subject to the control of any affiliate shall be and remain the property of UNITE HERE, but shall be retained by the affiliate with full power to use them for its proper purposes so long as such affiliate holds a valid charter issued by UNITE HERE, or until an affiliate receives notice that an employer employing all of the affiliate's members will permanently close its operations and terminate all of the affiliate's members.

(b) The funds and property in the possession of an affiliate shall be exclusively devoted to the fulfillment of the organizational purposes set forth in this Constitution and shall not be liquidated or disposed of, in whole or in part, by dividing it up among the members, directly or indirectly, or by expending or diverting it in any other manner in violation of this Constitution.  The International Union's Presidents shall take all necessary steps to protect the Union's property.

(c) When the charter of an affiliate is revoked or becomes invalid, or when an affiliate receives notice from an employer that the employer will permanently close its operations and terminate all of the affiliate's members, then the charter, funds, books, records and other property held by or for such affiliate shall immediately be delivered to and all rights thereto transferred to UNITE HERE.  It shall administer all such property in the best interests of all the members of UNITE HERE.  Such delivery and transfer shall be made immediately to the Presidents by the bonded officer or person with custody or control of such property.

**Section 3      Bond and Custody of Property**

(a) Union officers and employees having custody or control of the funds or property of an affiliate or of the International Union shall be bonded for the faithful discharge of their duties with a highly-rated bonding company selected by the Presidents. All such individuals shall be bonded for at least the minimum amount required by Federal law.

59

(b)  The bond premiums on affiliate union officers and employees shall be paid by the affiliate union in a manner determined by the Presidents.

(c)  Each officer, executive board member, business agent, representative and employee of UNITE HERE and its affiliates shall deliver to his or her successor or to the GEB upon demand all funds and property in his or her possession or control received from his or her predecessor, from employers as contributions to specific purpose funds, from members or applicants for membership or workplace employees, from any affiliate or from any source for union purposes, for funds, for members, and all accretions thereon.  He or she shall not be released from his or her bond until fully accounting for and delivering such funds, property and accretions.

**Section 4      Real Property**

(a)  Where applicable law permits, real property may be acquired and held in the name of UNITE HERE or its affiliates, as the case may be.

(b)  Alternatively, UNITE HERE or its affiliates that hold or acquire real property may hold such property as follows:

(i)      It may form a stock corporation to hold such property and all of its stock shall be issued in the name of UNITE HERE or an affiliate thereof, except for such qualifying stock as required by law to be issued to the individual directors of such corporation.  All such stock, whether issued to UNITE HERE, its affiliates or individual directors, shall be endorsed by the holders in blank and held in trust for the members of UNITE HERE, and/or the affiliates under the provisions of this Constitution.  The board of directors of such corporation shall be appointed by the GEB or the executive board or board of directors of the affiliate, as the case may be.  If one of the directors loses his or her union office, position or employment as the result of an election or otherwise, retires, dies, or is otherwise disqualified from acting as director, the stock issued in that director's name shall be transferred to his or her successor and be endorsed and held by the latter as provided herein; or

(ii)      It may organize a non-profit membership corporation as long as effective control is vested in the GEB of UNITE HERE, or in its affiliates, as the case may be.

60

**Section 5       Real Estate Ownership, Sale, Encumbrance, or Lease**

Whenever an affiliate, a trust fund, corporation or other entity created directly or indirectly from funds derived from the affiliate or its members enters into a plan for the ownership, sale, encumbrance, or long-term lease of real estate or uses any of its own or its members' funds for such purposes, the entire plan, including any trust agreements, articles of incorporation, corporate bylaws, contracts and leases, shall be subject to the approval of the Presidents before becoming effective. A Local Union or other such entity may not establish or participate in a plan to hold real estate which does not permit the International Union to audit fully the building funds in the same manner as the Local Union's assets are audited

**Section 6       Investments**

The Presidents shall have the power for UNITE HERE and the executive board of an affiliate shall, under the supervision of the GEB, have power for such organization to invest the funds held by it in such securities and investments as it may deem advisable and which are investments of the type specifically approved by the GEB and permitted by law and to purchase or sell, for cash or on credit, convert, redeem, exchange for other securities or other properties, or otherwise dispose of, any securities or other property at any time held by it. It shall have power to designate agents with full or limited written authority to execute and deliver assignments, transfers or other written instruments and to exercise any right appurtenant to securities or other property held by it at any time. It shall have power to borrow money for its proper purposes and to pledge or hypothecate these securities or investments held by it as security for the payment of such loans. UNITE HERE may guarantee the payment of any obligation or debt of any affiliate.

**Section 7       Prohibited Uses**

The withdrawal, transfer or use of funds or property in a manner not provided for herein is a violation of this Constitution.

**ARTICLE 22       STRIKES AND STRIKE BENEFITS**

**Section 1       Notice and Approval of Strikes**

(a) A local union that is part of a joint board shall submit all disputes to it. The method by which a strike vote is taken shall be determined by the bylaws of each affiliate. It shall require a majority vote of those voting in order to sanction a strike, unless an affiliate's bylaws require a higher percentage.

61

(b) The chief executive officer of any joint board or directly affiliated local shall request the Presidents' authorization to engage in any strike in excess of seven working days. The International Presidents may authorize the strike effective as of the strike's first day.

(c) The Presidents' authorization shall not constitute UNITE HERE a party or a participant in any strike or impose any liability on UNITE HERE or its officers. Such authorization is solely for the purpose of assuring compliance with the provisions of this Constitution and recognition that amicable means of adjustment have been exhausted and that the best interests of the membership have been protected. Such authorization is also a necessary step to obtain consideration for strike or defense benefits.

(d) The Presidents may assume charge over any sanctioned strike.

### Section 2        Strike and Defense Fund

The UNITE HERE Strike and Defense Fund shall be used for the purposes of organization, defense, strikes and providing out-of-work relief to needy participants in a strike which has been sanctioned by the Presidents or who are unemployed because of a lockout which has been so determined by the Presidents. The Presidents may determine in their discretion to make loans or grants to other unions from the UNITE HERE Strike and Defense Fund engaged in strike activities. Benefits from the Strike and Defense Fund shall be set by the Presidents, taking into account all relevant considerations. They may require that some part of the strike benefits be paid by the affiliate, under standards uniformly applied.   The first payment of relief shall be for the second week of a strike or lockout. Where the Presidents deem it necessary, under standards uniformly applied, the Presidents may change the amount of the out-of-work relief and the portions thereof to be paid by the UNITE HERE Strike and Defense Fund and the affiliate involved in the dispute.

### Section 3        Financial Assistance

No financial assistance shall be given in any strike or lockout by UNITE HERE or the UNITE HERE Strike and Defense Fund unless the Presidents have been notified officially of the dispute and have approved such financial assistance.

62

**ARTICLE 23      ETHICAL PRACTICES CODE (AMENDED)**

**Section 1      Preamble**

The purposes of this Code are to ensure high standards of executive and administrative practices in the International Union and its affiliates, maintain the soundest standard of financial practices, maintain adequate safeguards for the prevention of corruption, discrimination, and anti-democratic procedures, and provide for a well-run institution capable of advancing the International Union's goals of improving the economic, social, and political interests of its members.   For purposes of this Code, the terms "affiliate" and "affiliates" refer to any council, joint board, local union, or other subordinate body of the UNITE HERE, but shall not include the Amalgamated Bank or any insurance company or other financial institution which is operated independently of the UNITE HERE and is subject to state or federal governmental regulation and supervision (other than regulation pursuant to the Labor Management Reporting and Disclosure Act of 1959 (LMRDA).

**Section 2      Financial Practices**

(a) All officers and employees of the International Union and its affiliates have a fiduciary duty to safeguard the funds of the Union and to use them only for proper and prudent purposes.  The members are entitled to full disclosure concerning the use and investment of all Union funds.

(b)  The International Union and its affiliates shall conduct their financial transactions in accordance with sound business practices, including full approval of all expenditures in accordance with the applicable constitutions or by-laws, and the securing of competitive bids for major contracts.

(c) All expenditures by officers and staff of the International Union and its affiliates for which reimbursement is sought shall be for a proper purpose and shall be properly documented and approved in accordance with the applicable constitution and bylaws, United States and Canadian labor laws, and sound accounting principles.

(d) Neither the International Union nor its affiliates shall make loans for any purpose to its officers, representatives, employees or members, or to members of their families, except for short-term advances of actual, documented expenses where necessary.

**Section 3      Health, Welfare And Retirement Funds**

(a) No official, representative or employee of the International Union or an affiliate shall receive fees or salaries of any kind from a fund established for the provision of health, welfare or retirement benefits, except for reasonable reimbursement of expenses.

(b) No official, employee or other person acting as an agent or representative of the International Union or an affiliate, who exercises responsibilities or influence in the administration of health, welfare and retirement programs or the placement of insurance contracts, shall have any substantial individual or family interest in, nor any compromising personal ties, direct or indirect, with outside agencies such as insurance carriers, brokers or consultants doing business or seeking to do business with the health, welfare and retirement plans. This prohibition does not preclude the employment of a spouse or relative of an official, employee or other agent or representative of the International Union or an affiliate, by an outside agency described herein so long as such employment is disclosed to and is approved by the Presidents of the International Union, or the executive officer of the affiliate responsible for financial matters, depending on the entity with which the outside agency does business.

(c) Nothing in this section is intended to prohibit the receipt of directors' fees or expenses, where otherwise legal, received by officers or employees of the International Union and its affiliates, from entities other than health, welfare, or pension plans where such payments do not constitute a conflict of interest or create the appearance of a conflict of interest with such officer or employee's position with the International Union or any subordinate body.

**Section 4      Prohibited Conduct**

(a) No officer or employee of the International Union or its affiliates shall have any substantial direct financial interest in any firm with which the International Union or its affiliates has a collective bargaining relationship, nor shall any officer or employee accept direct personal profit or special advantage from such a firm. This prohibition does not prohibit officers and employees from participating in collectively bargained benefits such as company 401(k) programs or direct stock purchase programs, or to prohibit the ownership of mutual funds containing such stock.

(b) No officer or employee of the International Union or its affiliates shall have any substantial direct financial interest in any firm with which the International Union or its affiliates does

64

business or seeks to do business, nor shall any officer or employee accept direct personal profit or special advantage from such a firm.

(i)     This prohibition does not prohibit transactions between the International Union or one of its affiliates and a firm in which a family member of an officer or employee has a financial interest so long as:  1) the transaction is disclosed to, and approved by, the appropriate Union governing body; 2) the officer or employee does not participate in the approval of the transaction; 3) the transaction is conducted at or below market price; 4) any required government filings regarding potential conflicts of interest are made and kept current; and 5) the transaction is approved by the Presidents of the International Union, or the executive officer of the affiliate responsible for financial matters, as applicable.

(ii)    This prohibition does not prohibit officers and employees from participating in collectively bargained benefits such as company 401(k) programs or direct stock purchase programs, or prohibit the ownership of mutual funds containing such stock.

(c) No officer or employee of the International Union or its affiliates shall convert or divert any funds or property of the Union to such individual's personal use except for incidental personal use of cars, computers and telephones in accordance with published policies of the International Union.

(d)  No officer or employee of the International Union or its affiliates shall accept any thing of value from any employer with which the Union bargains or whose employees the Union seeks or might seek to represent, subject to the exceptions listed in section 302(c) of the Labor Management Relations Act of 1947, 29 U.S.C. § 186(c), or accept expensive gifts, payments, lavish entertainment, or any other compensation (other than regular pay and benefits for work performed in the case of local officers and employees) from any employer with which the Union does business.

(e) No individual holding a full-time paid elective or appointive position with the International Union or an affiliate shall receive any additional salary from any other subordinate body or the International Union for the work such individual performs on behalf of the International Union and its affiliates, without the express written approval of the Presidents.

65

(f)  No individual holding a full-time paid elective or appointive position with the International Union or an affiliate shall receive any additional wages, salary or expenses, or shall accept any gift or payment, from any source which would constitute a conflict of interest, or which would create the appearance of a conflict of interest, with his or her position with the Union.

(g)  Nothing in this section is intended to prohibit the receipt of directors' fees or expenses, where otherwise legal, received by officers or employees of the International Union and its affiliates, from entities other than health, welfare, or pension plans where such payments do not constitute a conflict of interest or create the appearance of a conflict of interest with such officer or employee's position with the International Union or its subordinate body.

(h)  No current and future officers, agents, employees, representatives, and persons holding positions of trust in the International Union and its affiliates as well as all current and future members of the International Union and its affiliates shall:

(i)        commit any crime listed in 18 U.S.C. § 1961 (1) or in the Labor-Management Reporting and Disclosure Act of 1959;

(ii)       knowingly associate with any member or associate of any criminal group or with any barred person;

(iii)      knowingly permit any member or associate of any criminal group or any barred person to exercise any control or influence, directly or indirectly, in any way or degree, in the conduct of the affairs of the International Union or its affiliates; and

(iv)      obstruct or otherwise interfere directly or indirectly, with the efforts of anyone effectuating or attempting to effectuate the terms of this Code, or of the Consent Decree or any permanent order of the court in United States v. HEREIU, et al., U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB), or in attempting to prevent any criminal groups or barred person from exercising influence on the conduct of the affairs of the International Union and its affiliates.

(i)  As used in the Ethical Practices Code, the term "knowingly associate" shall mean that; (i) the party knows or should know that the person with whom he or she is associating is a member or associate of any criminal group or is a barred person; and (ii) the association is more than fleeting.

66

(j) As used in the Ethical Practices Code, a "barred person" is: (i) any member or associate of any organized crime family or other criminal group, or (ii) any person prohibited from participating in union affairs pursuant to or by operation of the Public Review Board, the Consent Decree in United States v. HEREIU, et al., U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB) or other court order or statute.

## ARTICLE 24    PUBLIC REVIEW BOARD

### Section 1    Creation

The International Union does hereby create a Public Review Board to review complaints and conduct hearings whenever necessary in accordance with its jurisdiction set out herein.

### Section 2    Composition

The Public Review Board ("PRB") shall be composed of four individuals of national prominence. The chairperson shall be a person with extensive federal prosecutorial experience; the second Board member shall be an individual of national religious affiliation and/or national business prominence; the third Board member shall be the court-appointed monitor, former monitor or his successor of the Hotel Employees and Restaurant Employees International Union as ordered in United States v. HEREIU, et al., U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB); the fourth member shall be a person of high repute with an extensive background in investigations or other appropriate governmental or public service. Vacancies on the PRB shall be filled by the remaining board members who will consider recommendations from the Presidents of UNITE HERE and its GEB, except that until December 7, 2006, a period of six (6) years following the entry of the Final Order of Dismissal in the U.S. v. HEREIU, et. al. action, the United States shall have the right to nominate and veto any candidate proposed to fill the third board member seat. The first three seats of the Public Review Board created herein shall be filled by the three current members of the HEREIU Public Review Board.

### Section 3    Jurisdiction

The Public Review Board shall have jurisdiction to make final and binding decisions with regard to alleged violations of the Ethical Practices Code. However, the jurisdiction of the Public Review Board does not extend to

(a) the resolution of protests concerning internal officer elections conducted by UNITE HERE or its affiliates which do not expressly allege violations of the Ethical Practices Code;

67

(b) local union or subordinate body matters, including the resolution of internal union disciplinary charges which do not expressly allege violations of the Ethical Practices Code;

(c) matters under the regulatory jurisdiction of a state or federal governmental agency other than the United States Department of Labor, including any matters having to do with the Amalgamated Bank or any insurance company or other financial institution which is operated independently of the UNITE HERE and is subject to state or federal governmental regulation and supervision; and

(d) matters involving the administration of any former UNITE affiliate until July 1, 2006, unless before that date the affiliate merges with a former HERE affiliate, but the PRB's jurisdiction in such case shall not apply to any pre-merger activity or conduct of the former UNITE affiliate.

(e) matters involving the administration of an employee benefit plan unless violations of the Ethical Practices Code are expressly alleged by the complainant to be the method or means by which the improper administration occurred.

(f) The PRB shall have the right and power to remove, suspend, expel, fine or forfeit the benefits (with the exception of vested employee retirement benefits subject to Title I of the Employee Retirement Income Security Act 29 U.S.C. § 1001, et seq.) of any officer, representative, agent, employee or person holding a position of trust in the International Union and its affiliates.

(g) The PRB shall have the right and power to impose its discipline up to and including expulsion from Union membership when a member of the International Union or its affiliates is found to have violated the Ethical Practices Code of the International Union, in regard to a matter within the jurisdiction of the PRB.

**Section 4      Initiation Of Matters Before The Public Review Board**

The PRB may act on any matter it concludes that it is necessary to act upon in order to fulfill the objectives of the International Union Ethical Practices Code and the objectives of the PRB. The PRB may also act on matters referred to it by the International Union Presidents or GEB.

**Section 5        Rules**

The PRB shall have the power to promulgate its own rules of practice and procedure and amend them from time to time as it deems necessary, provided that in the event of tie votes among its members, the chair's vote shall be decisive.

**Section 6        Reports**

The PRB shall submit annual reports to the membership of the International Union which will be presented annually in the International Union magazine distributed to all members.

**Section 7        Budget**

The International Union GEB is required to fund a budget to cover necessary expenses, including office, staff, travel, and operating expenses. The budget shall include reasonable compensation to members of the PRB.

**Section 8        Indemnification**

The International Union shall indemnify the PRB, its members, and all persons acting pursuant to and within the scope of the authority of the PRB from any personal liability and cost, including without limitation attorneys' fees that any such persons might incur to defend themselves against any claim of such liability based on or arising from any actions that any such person takes pursuant to or within the scope of the authority of the PRB.

**Section 9        Applicability**

These provisions relating to the Public Review Board shall be immediately applicable to the International Union, its officers and employees.  These provisions shall apply to matters relating to former affiliates and Joint Boards of UNITE on July 1, 2006, unless before then the affiliate merges with a former HERE affiliate, and shall not apply to any pre-merger activity or conduct of the UNITE affiliate.

**ARTICLE 25        UNITE HERE CANADIAN CONFERENCE**

**Section 1        Delegates**

There shall be a Canadian Conference.  Delegates to the conference shall be chosen on the same basis as delegates to UNITE HERE's Convention.

69

**Section 2        Purposes and Governing Rules**

The Canadian conference shall, consistent with UNITE HERE's Constitution, promote the organizational, economic, educational and political programs of Canadian locals and other affiliates of UNITE HERE. The Canadian conference shall determine the rules under which it shall operate, consistent with the provisions of this Constitution and the directives of the GEB. However, the Canadian conference, and its affiliates, may, subject to GEB approval, in their governing documents include provisions differing from those set forth in UNITE HERE's Constitution where the Constitutional provisions are mandated by U.S. law. The Canadian conference shall adopt a constitution and/or bylaws at its 2008 meeting.

**Section 3        Canadian Directors, Other Positions and Committees**

(a) There shall be two Canadian Directors, which positions shall initially be held by the UNITE and HERE Canadian Directors on July 12, 2004. When one of those offices is vacated by the person holding that office as of the effective date of this Constitution, there shall be one Canadian director.

(b) Delegates to the Canadian conference shall elect the Canadian director(s) using the same voting system required for election of International Officers under Article 2Section 5. The Canadian director(s) shall be elected for a term of four years, or until a successor is elected and installed.

(c) The Canadian director(s) shall chair the Canadian conference and shall preside over meetings and have such other duties and powers as are incident to the position. The Canadian director(s) may authorize strikes and strike related activity by Canadian locals or joint boards upon approval of the Presidents. The Canadian director(s) shall establish such committees as deemed necessary to carry out the purposes and business of the conference and shall appoint their members. Such committees shall report to the conference.

(d) Except as provided in paragraph (a) of this section, a vacancy in the position of Canadian director shall be filled by the Presidents for the remainder of the term or until such time as the Canadian conference fills such vacancy at a special meeting called for that purpose.

**Section 4        Time and Place of Conference**

The Canadian conference shall meet at least once every four years. The Canadian director(s) shall determine the time and place of the conference.

**Section 5     Quorum**

A majority of delegates attending the Canadian conference shall be a quorum for the transaction of business.

**Section 6     Councils**

All reference in this Constitution to joint boards shall, in Canada, be deemed to refer to councils and joint councils.

**Section 7     Separability**

(a) The Canadian Conference, subject to GEB approval, shall have authority to promulgate rules governing the practice of Canadian affiliates where any provision of this Constitution may be in conflict with applicable Canadian or provincial law.

(b) If any provision of this Constitution, or the application of such provision to any Canadian officer, member, person or circumstance, shall be held invalid, the remainder of this Constitution or the application of such provision to other officers, members, persons or circumstances, shall not be affected thereby.

**ARTICLE 26     LIABILITY**

**Section 1     Liability of UNITE HERE and Officers**

(a) Except an international officer of UNITE HERE, no person holding an elective or appointive position, organizer, employee, representative or agent of UNITE HERE or an affiliate and no affiliate shall make or be empowered to make any contract or incur any liability or act for UNITE HERE or any officer thereof, or represent, commit, or bind UNITE HERE or any officer thereof or receive legal process on its or his or her behalf binding upon UNITE HERE or any officer thereof, unless authorized in writing by the GEB. UNITE HERE or any officer or agent thereof shall not be liable under any such contract or for any such acts of any such organization or any such person.

(b) Neither UNITE HERE or any of its affiliates or any officer, executive board member or other person holding an elective or appointive office or position therein shall be responsible for the failure of any employer to comply with standards of sanitation, safety and health required by law or by a collective bargaining agreement.

71

**ARTICLE 27      ELECTED OR APPOINTED PAID POSITIONS**

**Section 1      Future Employment**

(a) Each person who is elected or appointed to a full time paid, elective or appointive office or position in UNITE HERE or in any affiliate and each of their employees who deals with employers on terms or conditions of employment or in connection with the enforcement or observance of agreements is deemed to agree that if for any reason his or her term of office or position or tenure of employment is terminated

(i)      the person will not seek or accept, for a period of at least five years from the date of such termination, any office or employment with an employer or an association or group of employers of UNITE HERE represented employees which requires the person to provide any services which would further their new employer's or principal's dealings with UNITE HERE or with any of its affiliates; and

(ii)     UNITE HERE or the appropriate affiliate shall and may refuse to deal with him or her if he or she violates this undertaking, and may utilize any other available remedy to prevent any actual or threatened breach of such undertaking; and

(iii)    he or she consents to issuance of any injunction against any such actual or threatened breach.

(b) This agreement by such person is automatically effectuated by the acceptance of such office or position or employment. It is a condition to the holding of such office or position and shall be a limitation on his or her tenure.

**Section 2      Ineligibility for Employment with UNITE HERE**

No person who would be disqualified from service as a convention delegate under Article 2 Section 9(c), shall hold an appointive office or position in UNITE HERE or in an affiliate.

**ARTICLE 28      UNION LABELS**

**Section 1      Authority Over Labels**

All labels, Union Cards, trade names, trademarks, or other insignia of this International shall remain under the authority and jurisdiction of the Presidents; Local Unions and Joint Boards shall exercise only such authority in these matters as is delegated to them by the Presidents. The Presidents shall approve a form or forms of any insignia. The right to repossess

such labels, Union Cards, trade names, trademarks, and insignia shall remain with the Presidents whenever it sees fit to exercise such right. The Presidents may, from time to time, change the provisions, terms and conditions of agreement relating to the issuance of labels, Union Cards, trade names, trademarks, and other insignia. All Local Unions and Joint Boards shall be subject to the orders of the Presidents respecting the issuance or possession of labels, Union Cards, trade names, trademarks, or other insignia.

**Section 2      Use of Union Label**

Subject to the continuing approval of the Presidents, licenses for the use of the label for the identification of products manufactured by employers in contractual relations with UNITE HERE or its affiliates may be granted to any such employer provided that such licenses shall be revocable by the Presidents in their discretion at any time.

**Section 3      Display of Union House Card**

The Union House Card may be issued to any proprietor in the hospitality industry who desires to operate a union establishment provided the proprietor signs the International Union House-Card contract. The Union House Card may be displayed in establishments where members-at-large are employed. No Union House Card shall be displayed in any establishment unless workers employed therein coming under the jurisdiction of the International Union are members of the International Union. The Union House Card may not be removed from any establishment except by authority of the Local or Joint Board that issued the card, or the International Union.

**Section 4      Labels May Not Be Sold**

The Union Label and the Union House Card issued by this Organization shall remain the property of the International Union. No right of ownership may vest by reason of the payment of any fees, or the assumption of any obligation, in any person granted the right to use said card or label.

73

**ARTICLE 29   AFFILIATIONS AND RELATIONSHIPS WITH OTHER ORGANIZATIONS**

**Section 1      AFL-CIO and Canadian Labour Congress**

UNITE HERE shall be affiliated with the American Federation of Labor-Congress of Industrial Organizations and the Canadian Labour Congress. It shall not withdraw from either such affiliation unless the withdrawal is approved by the GEB.

**Section 2      Affiliation with Central and State Bodies**

It shall be mandatory for affiliates (except as otherwise provided for herein) to become affiliated for their full membership with their respective State or Provincial Federations of Labor, Central Labor Councils or Unions, and in Canada with the Canadian Labour Congress. Every affiliate shall designate, in accordance with its bylaws, delegates to such organizations. If, in the opinion of the Presidents, compliance with this Section would create a hardship upon the affiliate, the Presidents may waive the provisions of this Section under standards uniformly applied

**Section 3      Order for Withdrawal**

Whenever, in the opinion of the Presidents, a State Federation, Central Labor Council, or other organization of any nature whatsoever, with which an affiliate or other subordinate body of the International Union is affiliated, conducts its affairs in a manner hostile to, or contrary to the best interests of the International Union or any of its affiliates, the Presidents may order such subordinate affiliate of the International Union to withdraw from such organization and cease all association with the same.

**Section 4      Other Affiliations**

The GEB may on behalf of UNITE HERE enter into relations by way of affiliation or otherwise with other labor organizations operating in other countries or on an international scale, including those in all industries within its jurisdiction, and appoint delegates or other representatives to represent UNITE HERE at conventions, conferences or other delegate bodies of such organizations.

**Section 5      Representatives**

The Presidents shall have the power to designate and appoint on behalf of UNITE HERE the persons to serve as members of any board, body or committee, governmental or otherwise, on which UNITE HERE is to be represented.

74

**Section 6        Formal Partnerships**

The GEB shall have the power to enter into formal partnership with organizations consistent with the goals of UNITE HERE and any prospective partner.

**Section 7        Service Agreements**

Any affiliate, subject to GEB approval, or the GEB itself, may enter into agreements with other unions providing that UNITE HERE or a UNITE HERE affiliate would service a workplace represented by another union; or providing that another union may service a workplace represented by UNITE HERE or a UNITE HERE affiliate.

**ARTICLE 30        DEATH BURIAL BENEFITS**

**Section 1        Eligibility**

No member shall be covered by this Article or entitled to a benefit unless the person was a member in good standing of the Hotel Employees and Restaurant Employees International Union on July 19, 2001.

**Section 2        Amounts of Payment**

The International Union shall pay a death benefit toward burial expenses in the sum of $200.00 upon the death of a member who has been in continuous good standing for a period of 12 calendar months immediately preceding death and $250.00 for such member who has been in continuous good standing for 24 calendar months immediately preceding death provided that in either case the member was also a member in good standing on July 19, 2001. A reinstated member's good standing shall commence as of the first day of the month of such reinstatement. "Good standing" within the meaning of this Article does not include membership as a retiree under Article 15, or as a passive or associate member under Article 13Section 7.

**Section 3        Administration of Benefits**

The operation and administration of the death burial benefits shall be controlled and managed by the President/Hospitality Industry.

**Section 4        Responsibility of International**

Death burial benefits shall be paid from the General Fund of the International Union and the International Union's responsibility for said payment of benefits shall extend only to the Local Union of which the deceased was a member and any affiliate into which that Local Union has merged.

**Section 5      Prerequisite for Payment**

In order to obtain a death burial benefit for a member a Local Union must submit satisfactory evidence to the International Union that the member was in good standing and financial obligations of the deceased to the Union were fully paid at the time of death; and the Local Union, of which the deceased was a member, was not in arrears for payment of per capita tax to the International Union. The Local shall submit with such report the following documents:

1.      A certified copy of the death certificate.

2.      A transcript of the deceased's ledger page showing membership standing, up to and including twenty-four months preceding death, signed by the President and Secretary of the Local with seal affixed.

**Section 6      No Obligation to Undertaker**

Nothing in this Article shall be construed as an obligation on the part of the International to any undertaker who conducts funeral arrangements for a deceased member.

**Section 7      Conditions for Payment to Beneficiary**

Whenever any other organization, or any agency or subdivision of the Government is under obligation to the deceased to defray burial expenses in whole or in part, such organization, government agency or subdivision shall have no claim to the benefits provided for herein. In such case payment shall be made by the Local Union to the designated beneficiary of the deceased. In the event the deceased has prepaid burial expenses or the body of the deceased has been willed for scientific purposes, then the designated beneficiary may receive the benefits provided for herein. In the event such designated beneficiary cannot be found within a period of six months or when no beneficiary has been designated by the deceased, payment shall be made to the next of kin in accordance with the laws of descent in the state wherein the member resided at the time of death. Where no kin is found, the death burial benefit shall be returned to the General Fund.

**Section 8      Discharge of Obligations of Local**

Payment by the Local Union to a person approved by the President/Hospitality Industry as the person who has actually defrayed the funeral expenses of the deceased, or who is the rightful beneficiary, shall constitute a discharge of all obligations for payment of benefits under

76

this Article. No person shall have any claim for benefits under this Article when the deceased member has been buried by the Local Union.

**Section 9        Members Transferring to Other Locals**

(a) Members may retain their interest in the death burial benefits from their parent Local while temporarily employed within the jurisdiction of another Local by paying a monthly fee equivalent to the amount necessary to maintain benefits in their parent Local, and also dues to the Local Union under which jurisdiction they are working.

(b) This provision is applicable only upon a voluntary arrangement between Locals and members concerned, and where consistent with the bylaws of the parent Local.

**Section 10        Time Limit for Filing Claims**

All claims for death burial benefits must first be filed with the Local Union within ninety (90) days after the death of a member. Such claims shall then be forwarded to the International Union. The time limits contained herein may be extended at the discretion of the President/Hospitality Industry.

**Section 11        Review**

Any person claiming a death burial benefit on behalf of any member whose claim has been denied shall be notified, in writing, of the specific reasons for denial of benefits. Such person may obtain a review of said denial, by filing a written request for same, together with such facts as may be appropriate for the determination of said claim, with the President/Hospitality Industry not later than ninety (90) days following the receipt of the notice of denial; provided, however, that such time limit may be extended at the discretion of the President/Hospitality Industry upon good cause shown. Upon receipt of such a request the President/Hospitality Industry shall review the claim and make a final decision, which decision shall not be subject to further appeal. The procedures under this Section shall be established by the President/Hospitality Industry.

## ARTICLE 31        HEALTH AND WELFARE AND PENSION FUNDS

**Section 1        Purpose**

The objects and purposes of the International Union under this Article are to provide a means whereby all members of this International Union may ultimately participate in a single International Health and Welfare Fund and International Pension Fund, which funds will provide

the maximum health, welfare and pension benefits attainable through centralization of administration and optimum utilization of all available present and future assets and resources of all health and welfare and pension funds in which Locals or other subordinate bodies of this International Union participate and to assure adequate safeguards for the administration of such funds by trustees appointed by the International Union, Local Unions or other subordinate bodies of the International Union.

**Section 2     Establishment of Funds**

The Presidents, with the approval of the GEB, are empowered to establish a jointly administered international health and welfare fund to be known as the UNITE HERE Health and Welfare Fund and to establish a jointly administered international pension fund to be known as the UNITE HERE Pension Fund.

**Section 3     Authority of Presidents**

The Presidents, with the approval of the GEB, are hereby empowered to take all necessary action or actions and shall have all rights, powers and authority consistent with law and the terms of the International Constitution to accomplish the objects and purposes of this Article.

**Section 4     Participation of Local Funds**

Any employee benefit funds of any Local Union or other subordinate body of this International Union shall be eligible to participate in the UNITE HERE Health and Welfare Fund and the UNITE HERE Pension Fund.

**Section 5     Merger of Welfare Funds**

Any existing health and welfare fund in which any Local or subordinate body of this International Union participates may be merged into the UNITE HERE Health and Welfare Fund.

**Section 6     Merger of Pension Funds**

Any existing pension fund in which any Local or subordinate body of this International Union participates may be merged into the UNITE HERE Pension Fund.

**Section 7      Canada**

The Canadian Directors are empowered to undertake the same actions in Canada under this Article that the Presidents are empowered to take in the U.S., with the approval of the Presidents.

## ARTICLE 32      APPLICATION AND AMENDMENT OF CONSTITUTION

**Section 1      Binding Effect**

This Constitution shall be binding upon UNITE HERE and each local union, joint board, and other affiliate of UNITE HERE. It shall be binding upon each member, officer, executive board member, business agent, organizer, employee, representative and agent of UNITE HERE and of each of its affiliates. Such affiliates and such persons shall not have the right or authority to waive any provision of this Constitution and any such waiver shall not be binding upon UNITE HERE or such affiliates.

**Section 2      Separability**

(a) The Presidents shall have authority to revise any provision of this Constitution which is found to be in conflict with applicable law, subject to the approval of the GEB.

(b) If any provision of this Constitution, or the application of such provision to any officer, member, person or circumstance, shall be held invalid, the remainder of this Constitution or the application of such provision to other officers, members, persons or circumstances, shall not be affected thereby.

**Section 3      Amendment or Repeal**

(a) Any provision of this Constitution may be amended or repealed by the affirmative vote of two-thirds of the votes cast at the convention, a quorum being present, at any regular convention of UNITE HERE or a special convention called for that purpose.

(b) Any such amendment or repeal shall be effective on the first day of the month immediately following the convention, unless another effective date is specified by such convention.

**Section 4      Submission of Amendments**

Amendments to this Constitution may be submitted in the following ways:

79

(a) An affiliate may submit a proposed amendment by adopting such proposal at a regular meeting and forwarding it to the Presidents sixty (60) days prior to the opening of the Convention.

(b) The Presidents or the GEB may submit proposed amendments as a part of their official reports to the Convention or at any other time.

(c) All proposed amendments, no matter how submitted, shall be in writing, and shall be separated from other written matter.

(d) Referral to Constitution Committee: At the Convention, all proposed amendments shall be referred to the Constitution Committee or appropriate Committee designated by the Presidents and shall be voted upon by the Convention after the Committee's report on such proposals is read. Any resolution dealing with a fundamental principle in the International Constitution and intended to have a permanent regulatory effect shall be treated as a proposed amendment to the Constitution and referred to the Constitution or appropriate Committee.

### Section 5    Conflicting Provisions

All resolutions or parts thereof in conflict with this Constitution are hereby repealed, insofar as they are inconsistent with this Constitution. The Presidents are hereby authorized to make appropriate changes in such resolutions in accordance with this Constitution, subject to the approval of the GEB.

80

## APPENDIX A:  LOCAL UNION BY-LAWS

*(In accordance with the Constitution, these bylaws are to be used as the bylaws of local unions unless and until those locals adopt their own bylaws which are consistent with the Constitution).*

### ARTICLE 1       MEMBERSHIP MEETINGS

Section 1.       The Local's membership shall be its supreme governing body whose decisions shall be final unless contrary to a Joint Board decision or any UNITE HERE or Joint Board constitutional provision, or reversed on appeal as provided by the UNITE HERE or Joint Board Constitutions.

Section 2.       The Local shall meet regularly at least quarterly at the Local's headquarters or at a location specified by the Local or the Executive Board.  The Local shall notify members of each meeting's time and place by posting a copy of the notice in the Local's office and in other places where meeting notices are customarily posted.

Section 3.       A quorum for the purpose of transacting the Local's business shall consist of not less than 10 members present in person at any meeting. No action of any meeting shall be invalid for lack of a quorum unless a member raised the question of lack of a quorum before such action was taken.  Any meeting at which a quorum is present may transact any business coming before the meeting without prior notice of the business to be transacted except as these By-laws otherwise provides.  However, the Local shall give notice of any meeting called for nominating officers or for amending these By-laws.  Unless these Bylaws otherwise provide, all meeting decisions shall be by a majority of those voting.

### ARTICLE 2       OFFICERS - ELECTION AND ELIGIBILITY

Section 1:       The officers of the Local shall consist of a President, a Vice President, a Recording Secretary, a Financial Secretary, a Sergeant-at-Arms and Joint Board delegates.  The Executive Board may, by majority vote, combine the offices of Recording Secretary and Financial Secretary into the single office of Secretary Treasurer, which shall then encompass the duties and responsibilities of both prior positions.  The Executive Board may take this action in the event of a vacancy in either position, in which case the decision shall become effective

81

immediately; or before giving notice of election for Local Union officers, in which case the decision shall become effective upon the election of the Secretary Treasurer.

Section 2: Depending on the number of delegates and alternates which the Local is entitled to send to UNITE HERE's Convention, the following shall serve in the following order: the President, the Vice President, the Recording Secretary, the Financial Secretary and the Sergeant-at-Arms.

Section 3: Officers shall be nominated and elected by plurality vote in an election by secret ballot among the members in good standing triennially at a meeting held on a date fixed by the Executive Board.

Section 4: No member who is two (2) months or more in arrears in the payment of dues shall be entitled to be a candidate for office or to vote for officers.

Section 5: A candidate for office must be a member in good standing for at least one year before the election date, and must otherwise meet the eligibility requirements set forth in UNITE HERE's Constitution.

Section 6: At least fifteen (15) days before the nomination - election meeting, the Local must cause to be mailed a notice (which notice may be given in a union publication) to each member at the member's last known home address. The notice must list the offices to be filled, the time, place, and date of the meeting. It must state that members must be in good standing by the beginning of the meeting to be eligible to nominate and vote, and must be in good standing for a year before the beginning of the meeting to be eligible to run for office; that nominations will be accepted from the floor; that candidates must accept their nominations before the close of nominations, either in person or in writing; and that a secret ballot election will be conducted after the close of nominations. If the officers' terms are to begin within three years before a UNITE HERE convention, then the notice shall state that the officers will also serve as convention delegates and alternates, depending on the number of delegates to which the Local will be entitled, in accordance with the Local's by-laws.

Section 7: At the meeting preceding the nomination-election meeting, the executive board shall appoint an election committee comprised of at least three members in good standing who will not be candidates in the election.

Section 8: The Local shall not discriminate in favor of any candidate. It shall not advocate the election or defeat of any candidate in any printed statement purporting to be the

official or authorized views of the organization. It shall not use the monies or other property of the affiliate for any such purpose. This section shall not preclude any officer from exercising the officer's democratic right to participate as an individual in any other election campaign.

Section 9:    At the nomination– election meeting, the election committee chairperson shall request nominations for candidates. Nominations shall require one (1) second. No nominee shall be placed upon the ballot unless the nominee accepts the nomination. Prospective nominees who do not attend the meeting may submit written acceptances to the recording secretary or to an election committee member no later than the close of nominations. No member may be a candidate for more than one office, except that candidates may run for Joint Board delegate and for any other office. The election committee shall examine the dues records and determine the eligibility of each nominee.

Section 10:    If there is only one candidate nominated for an office, the Election Committee Chairperson shall cast one ballot for such candidate or candidates, and shall declare these candidates duly elected.

Section 11:    For all contested offices, the election committee shall conduct and supervise the election after the close of nominations. Each candidate shall be entitled to have an observer, who shall be a member in good standing designated in writing by the candidate, present in the polling place during the voting and the final tally and vote count. The election committee shall safeguard the secrecy and honesty of the election. Each voter must sign and print his or her name on a list maintained by the election committee. The voter should be given a ballot, permitted to mark the ballot in secret and to place the ballot in a ballot box. The election committee shall decide challenges to a member's voting right; keep voter records; and count and tally the vote and do so in the presence of any observers who wish to be present. The election committee shall count only the votes for candidates duly nominated and properly on the ballot. It shall not count proxy, write-in or sticker votes. The election committee shall announce and certify the results of the election in a signed statement, and report the election results at the next executive board meeting. It shall preserve all ballots and other records pertaining to the election for one year after the election.

Section 12:    Appeals concerning the conduct of the election shall be taken in accordance with UNITE HERE's Constitution, Article 12.

83

Section 13:    Officers shall hold such office until their successors are elected and installed. Installation of officers shall be held at the next meeting after the election. The new officers shall take the pledge set forth in UNITE HERE's Constitution, Article 8, §8. The outgoing officers shall immediately turn over all books, records, property and assets belonging to the Local to the newly installed officers.

Section 14:    Vacancies in any elective office except the President, may be filled by a majority vote of the Executive Board, subject to ratification at the next membership meeting. The individual selected shall hold office until a successor is elected and assumes office. The Executive Board may, in its discretion, call a special election at any time to fill a vacancy in any elective office, in which event the person selected by the Executive Board to fill the vacancy shall serve only until the successful candidate at such special election assumes office. The Vice President shall succeed to the office of the President in the event of a vacancy and shall hold office until a successor is elected at either a general or special election and assumes office. Special elections shall be conducted in accordance with the by-laws governing regular elections. The officers so elected shall serve until the next regular election and until their successors are elected and assume office.

## ARTICLE 3        OFFICERS — DUTIES

Section 1:    Duties of President. The President shall be the Local's chief executive officer and shall transact such business as is usual to the office of the President, subject, however, to the disapproval of the Local Executive Board.  He shall preside over all membership and executive board meetings and shall rule on all questions of law and order at such meetings.  The President shall sign all checks, bank withdrawal slips or other authorization for the withdrawal of the funds, money and properties of the Local when countersigned by the Treasurer. The President shall be an ex-officio member of all special and standing local union committees and shall appoint such committees as are not otherwise provided herein. The President shall have the authority to inspect the Financial Secretary's books and records. The President may vote on questions of membership and other matters voted on by secret ballot, but as Chairperson of meetings the President may cast only the deciding vote on other matters.

Section 2:    Duties of Vice President. The Vice President shall assist the President in the performance of the President's duties, shall act for the President in the President's absence,

84

and, in the event of a vacancy, shall succeed to the office of President for the unexpired term, or until a successful candidate in a special election assumes the office.

Section 3:     Duties of the Financial Secretary.     The Financial Secretary shall receive all monies paid to the Local and deposit them in its name in such bank or banks or invest them in such securities as the Executive Board may authorize. The Financial Secretary shall jointly with the President sign all checks drawn upon the Local; shall keep true and accurate accounts of all the Financial Secretary's transactions; and shall arrange to have an audit of such accounts made periodically and shall make reports thereon to the executive board, and the Local; and shall have such further powers as are usual to the office.

Section 4:     Duties of the Recording Secretary.  The Recording Secretary shall keep correct minutes of all Local and Executive Board meetings; shall conduct their correspondence, and have such powers and duties as are usual to the office; and shall keep a record of the names and addresses of all of the Local's members and of rejected applicants for membership and of suspended or expelled members, together with the grounds therefore. The Recording Secretary shall advise UNITE HERE's Presidents monthly of the names and addresses of all members initiated, transferred, dropped or withdrawn during the previous month, and of the Local's income from dues, initiation fees and other payments.

Section 5:     Duties of Sergeant-at-Arms. The Sergeant-at-Arms shall guard the door and preserve order and decorum at Local and Executive Board meetings and shall perform such other duties as are usual to the office.

## ARTICLE 4     THE EXECUTIVE BOARD

Section 1:     There shall be an Executive Board consisting of the President, Vice President, Recording Secretary, Financial Secretary and the Sergeant-at-Arms.

Section 2:     The Executive Board shall be the highest governing authority within the Local between membership meetings. It shall exercise general supervision over its property and affairs. It shall have such further powers as are necessary or appropriate to effectuate the powers granted to it by the UNITE HERE or Joint Board Constitutions, and by these Bylaws.

Section 3:     The Executive Board shall have power, subject to the approval of the Local and the provisions of the UNITE HERE and Joint Board Constitutions, to invest the funds and properties of the Local; to authorize the Local's expenditures or the use of the Local's property to effectuate of any of its objectives; to borrow money and to pledge any of the Local's

85

property or securities as security therefore, and to buy, sell, exchange, rent lease or otherwise acquire or dispose of real or personal property; and shall fix the salaries, if any, of the elective officers. It shall present a report of its activities to each Local meeting for approval.

Section 4:     The Executive Board shall meet regularly at least once every two months at a time and place fixed by the Board. The President may call special Executive Board meetings at any time upon reasonable notice to the Board members by mail at their home addresses and by posting in the Local office the time and place of the meeting and the business to be transacted thereat.  Direct telephonic notice shall be sufficient in emergencies.  A majority of the Executive Board members shall constitute a quorum for the transaction of business and the Board shall make decisions by a majority of those voting. The Executive Board shall meet in executive session upon the President's order.

Section 5:     The Executive Board shall cause to be preserved for at least five (5) years the Local's financial books, accounts and records.

Section 6:     The Executive Board shall cause to be bonded those shop chairpersons (or stewards) who receive dues and assessments where there is no check—off system in such amounts as it deems necessary. The Local shall pay the premiums for these bonds.

Section 7:     The Executive Board may serve as a grievance committee, or may, by resolution, appoint a grievance committee.

Section 8:     The Executive Board may hear charges against Local members, or may, by resolution, appoint a committee to hear such charges.  Hearings shall be conducted in accordance with UNITE HERE's Constitution, Article 16.

## ARTICLE 5       AUDITING COMMITTEE

Section 1:     The Auditing Committee[1] shall consist of at least three (3) members who shall not be officers. At membership meetings, one committee member shall be elected for a term of one year, one for a term of two years, and the third for a term of three years. Thereafter the Local shall elect a member annually for a three-(3)-year term to replace the member of the Auditing Committee whose term expires.

Section 2:     This Committee shall periodically examine the Local's books and records and shall submit a written report on such examination to the Local and to its Executive Board.

---

[1]     The Auditing Committee can also be designated as the Trustees or the Finance Committee.

**ARTICLE 6        AMENDMENTS**

      Section 1:        The members may modify or repeal any provision of these By-laws, or add new provisions, by a majority of the members voting on the question, at a regular meeting, or special meeting called for that purpose.

      Section 2:        By-law amendments may be submitted for adoption by a majority vote of the members attending any membership meeting, by the Executive Board, or by petition signed by not less than one-third of the Local's members filed with the Secretary-Treasurer.

      Section 3:        Notice of a vote to adopt amendments must be given at the regular meeting preceding the meeting at which the vote takes place, and by posting notices for ten days at the Local's office (if any) and at the members' workplaces (if permitted by contract or practice).

**ARTICLE 7        UNITE AND JOINT BOARD CONSTITUTIONS**

      All the terms and provisions of Constitutions of UNITE HERE and of any joint board to which the Local is affiliated, shall be deemed a part of these Bylaws.  In the event of a conflict between these Bylaws and the provisions of the UNITE HERE or the Joint Board Constitution, the latter Constitutions shall control.

INDEX

AFFILIATIONS AND RELATIONSHIPS
WITH OTHER ORGANIZATIONS .... 74
AFL-CIO .............................................. 74
Canadian Labour Congress ................... 74
Central and State Bodies ...................... 74
Formal Partnerships .............................. 75
Order for Withdrawal ............................ 74
Other Affiliations ................................. 74
Representatives, Presidents' Power to
Appoint ............................................ 74
Service Agreements .............................. 75
AUDITS – AFFILIATES AND
INTERNATIONAL UNION ............... 58
benefits and benefit funds
DEATH BURIAL BENEFITS ............. 75
BENEFITS AND BENEFIT FUNDS
Ethical Practices ................................... 64
HEALTH AND WELFARE AND
PENSION FUNDS ............................ 77
Strike Benefits ...................................... 62
CANADA
Benefit funds, merger of ...................... 79
Canadian Conference ............................ 69
Canadian Labour Congress, International
affiliation with .................................. 74
Directors as international officers ........... 9
Directors members of Executive
Committee ......................................... 9
Directors not elected by International
Convention ........................................ 9
Elections conducted at least every 5 years
.......................................................... 35
Elections, notice ................................... 33
Joint council ........................................... 1
Per capita tax, non-use for political
legislative fund ................................. 54
Presidents' power to create joint councils
.......................................................... 22
Retirees ................................................ 42
Social insurance numbers, Local must
provide to General President ............. 21
CANADIAN CONFERENCE ................. 69

Canadian Directors, Other Positions and
Committees ....................................... 70
Councils ................................................ 71
Delegates .............................................. 69
Purposes and Governing Rules ............. 70
Quorum ................................................. 71
Separability ........................................... 71
Time and Place of Conference .............. 70
CHARGES, HEARINGS AND APPEALS
.......................................................... 42
Appeal Bodies ....................................... 49
Appeals to the Convention .................... 49
Appeals, Appellate Body, Power of ...... 50
Appeals, Limitation on Members' Right
to Appeal .......................................... 49
Appeals, Procedure ............................... 50
Appeals, Time Limit ............................. 50
Charges, Form of .................................. 44
Charges, Grounds for ............................ 42
Charges, Procedure When Filed ........... 45
Charges, Where Filed ............................ 44
Charges, Who May File ........................ 44
Ethical Practices Code .......................... 63
Exhaustion of Remedies, Failure to
Exhaust ............................................. 51
Exhaustion of Remedies, NLRB Charges
.......................................................... 51
Exhaustion of Remedies, Obligation .... 50
Hearing Upon Written Evidence ........... 48
Hearing, Conduct of .............................. 47
Hearings, Who May Conduct ............... 46
Penalties ............................................... 49
Public Review Board ............................ 67
Summary Disposition ............................ 46
Suspension Pending Hearing ................ 45
CONSTITUTION
Amendment ........................................... 79
Amendments, Submission of ................ 79
Binding Effect ....................................... 79
Conflicting Provisions of Constitution . 80
Repeal of Provisions ............................. 79
Separability ........................................... 79
CONVENTION, INTERNATIONAL .... 3, 5

Affiliate paid up status .............................. 6
Composition ........................................... 4
Convention committees ........................... 7
Delegate credentials ................................. 6
Delegate election ..................................... 5
Delegate eligibility requirements............. 5
Delegate eligibility, officer and business
    Agent ................................................ 6
Delegate eligibility, recently chartered or
    merged locals ..................................... 6
Election of delegates ................................ 5
Expenses of Delegates ............................. 7
Joint Board Delegates .............................. 5
Local Eligibility ...................................... 4
Number of Local Delegates ..................... 4
Order of business ..................................... 8
Quorum and decisions.............................. 8
Resolutions............................................... 8
Rules of procedure ................................... 8
Speakers ................................................... 9
Special convention ................................... 9
Voting ...................................................... 4
DEFINITIONS........................................... 1
DUES, PER CAPITA AND FEES
    Agency Service Fees............................. 56
    Arrearage in Payments......................... 56
    Dues ..................................................... 51
    Initiation Fees...................................... 53
    Per Capita Payments ........................... 53
    Political/Legislative Fund ................... 54
    Reinstatement Fees .............................. 55
    Seasonal or Temporary Service Fees.... 55
    Strike Fund........................................... 54
ELECTION APPEALS............................... 36
    Appeal Bodies ...................................... 36
    Appeal Procedures ............................... 36
ELECTIONS, GENERAL PROVISIONS 27
    Acclamation, Elections by ................... 29
    Delegate by Virtue of Office................ 29
    Election Guidelines.............................. 27
    Eligibility to Run................................. 28
    Eligibility to Vote ............................... 27
    Impartiality........................................... 29
    Oath...................................................... 29
    Slates.................................................... 28
    Term of Office Installation ................. 30

Write-in Votes........................................ 30
ELECTIONS, INTERNATIONAL
    OFFICERS........................................... 30
    Count of Votes and Certification ........ 32
    Election from Among Delegates........... 30
    Eligibility to Run................................. 30
    Installation........................................... 33
    Nomination and Election ..................... 30
ELECTIONS, JOINT BOARD................. 35
    Appeals ................................................ 36
    Eligibility to Run................................. 35
    General Provisions............................... 27
    Nominations and Elections .................. 35
ELECTIONS, LOCAL OFFICES AND
    POSITIONS ......................................... 33
    Appeals ................................................ 36
    Election Committee .............................. 34
    Election Committee Procedure ............ 34
    General Provisions............................... 27
    Nomination and Election Meeting........ 33
    Procedure ............................................. 33
EMPLOYMENT WITH UNITE HERE... 72
    Future Employment .............................. 72
    Ineligibility for Employment ................ 72
ETHICAL PRACTICES CODE.............. 63
    Financial Practices ............................... 63
    Health, Welfare And Retirement Funds 64
    Prohibited Conduct .............................. 64
INTERNATIONAL OFFICERS .............. 9
    AFL-CIO Delegates, Appointment....... 17
    Elections............................................... 30
    General Executive Board,  Duties and
        Powers............................................. 15
    International Executive Vice-Presidents.
        Duties and Rights............................. 15
    Presidents' Authority............................ 11
    Salaries, Emoluments and Expenses of the
        Presidents........................................ 16
    Term of Office and Filling Vacancies .. 10
    Vice-Presidents' Duties ........................ 15
INTERNATIONAL UNION
    Audits................................................... 58
    Constitution.......................................... 1
    Convention ........................................... 3
    Dissolution ........................................... 3
    Financial Practices ............................... 63

Financial Transactions with Affiliates .. 57
Funds, Uses of ....................................... 57
General Fund ......................................... 57
Headquarters .......................................... 3
Jurisdiction ............................................. 1
Name ...................................................... 1
Objectives .............................................. 2
JOINT BOARDS ....................................... 22
Approval of Other Payments ................ 25
Assets, Authorization for Withdrawal or
    Disbursement ................................... 25
Audit or Finance Committee ................. 25
Audits .................................................... 58
Authority of GEB and International
    Officers ............................................ 27
Authority, Limitations ........................... 27
Bond and Custody of Property ............... 59
By-laws of Affiliates ............................... 1
Charter Requirements ........................... 22
Charter, Presidents' Authority Over ...... 26
Documents, Obligation to Furnish to
    International Union ........................... 58
Elections ............................................... 35
Executive Board or Board of Directors  24
FINANCIAL PRACTICES .................. 56
Financial Transactions with International
    Union ............................................... 57
Incorporation ........................................ 26
Investments .......................................... 61
Local Affiliation .................................... 23
Manager ................................................ 24
Meetings ............................................... 25
Presiding Officer ................................... 23
Property ................................................ 59
Property, Prohibited Uses ..................... 61
Real Property ........................................ 60
Revenue Use ......................................... 26
Secretary-Treasurer ............................... 24
Special Meetings ................................... 25
Vice President ....................................... 24
JOINTS BOARDS
Financial Practices ................................ 63
JURISDICTION, INTERNATIONAL
    UNION .................................................... 1
LIABILITY
Liability of UNITE HERE and Officers 71

LOCAL UNIONS
Address Change ..................................... 21
Approval of Other Payments ................ 25
Audits .................................................... 58
Authority of GEB and International
    Officers ............................................ 27
Authority, Limitations ........................... 27
Bond and Custody of Property .............. 59
By-Laws ................................................ 19
By-laws of Affiliates ............................... 1
Charter Application ............................... 19
Charter, Presidents' Authority Over ...... 26
Dissolution, Withdrawal or Merger ...... 21
Documents, Obligation to Furnish to
    International Union ........................... 58
Elections ............................................... 33
Executive Board and Officers ............... 20
Finances, Loans and Salaries ................ 21
FINANCIAL PRACTICES ............ 56, 63
Financial Transactions with International
    Union ............................................... 57
General ................................................. 19
Grievance Committee ........................... 20
Incorporation ........................................ 26
Insurance Funds ................................... 22
Investments .......................................... 61
Jursidiction, non-relinquishment .......... 22
Meetings ............................................... 25
Meetings, Failure to Hold ..................... 21
Membership Records ............................ 21
Pension or Retirement Plans for Officers
    ........................................................ 22
Property ................................................ 59
Property, Prohibited Uses ..................... 61
Real Property ........................................ 60
Revenue Use ......................................... 26
Rights and Duties .................................. 20
Special Meetings ................................... 25
Vacancies .............................................. 20
Vacations of Officers and Employees ... 22
MEMBERSHIP ........................................ 36
Acquiring Membership .......................... 37
Applications .......................................... 37
Associate Membership .......................... 38
Dual Membership .................................. 38
Eligibility Requirements ....................... 36

90

Expelled Members ................................. 37
Good Standing ...................................... 39
Limitations on Rejection...................... 37
Membership-at-Large ........................... 37
Passive Membership ............................. 38
Recall to Active Military Service ......... 39
Rights and Obligations.......................... 38
Withdrawal or Transfer......................... 39
PROPERTY ............................................. 59
Bond and Custody of Property............. 59
Charter................................................. 59
Investments .......................................... 61
Prohibited Uses of Property................. 61
Property Held by Affiliates................... 59
Real Property .................................. 60, 61
PUBLIC REVIEW BOARD.................... 67
RETIRED MEMBERS ............................ 41
STRIKES ................................................ 61

Affiliates' authority to pay benefits........ 26
Joint board authority ............................. 61
Per capita tax, allocation to Strike and
    Defense Fund .................................... 54
Presidents' power ................................... 62
Strike and Defense Fund....................... 62
Strike vote ............................................. 61
TRUSTEESHIP ........................................ 17
Appointment of Trustee Before Hearing
    ......................................................... 17
Authority of the Presidents ................... 17
Duration of Trusteeship ........................ 18
Hearing on Trusteeship......................... 17
Powers of Trustee. ................................ 18
Procedure Upon Termination of
    Trusteeship........................................ 18
Supervision ........................................... 19
UNION LABELS...................................... 72

# EXHIBIT D

### AFFILIATION AGREEMENT
### Between
### SERVICE EMPLOYEES INTERNATIONAL UNION
### And
### WORKERS UNITED

This is an Agreement made by the Service Employees International Union (referred to as SEIU) and Workers United for the purpose of joining these labor organizations and setting forth the goals and understandings which have caused this affiliation. This Agreement with the attached addendum is the sole and complete agreement between the parties and is intended to provide the basis for permanent affiliation between the parties, and to be binding upon them and their successors until modified, amended, or terminated by mutual agreement of the parties, by the terms of this Agreement, or by operation of law. In the event of any conflict, this Affiliation Agreement and any amendments to it shall be superior to the constitution and by-laws of SEIU and any amendments thereto.

This Agreement shall become effective upon being approved by the Workers United General Executive Board, as authorized by the Workers United Convention, pursuant to the Constitution of Workers United and by the International Executive Board of the SEIU pursuant to its Constitution and by-laws.

#### Preamble

A common mission, a common history and common challenges in this new economy bring Workers United and SEIU together to achieve their mutual goal of bringing dignity and security to members and workers in the garment, textile, laundry, distribution, property services and hospitality industries.

SEIU and Workers United share a mission of fighting to protect some of the most exploited workers in our nation doing some of the most difficult, demanding and dangerous jobs. We have both fought for women, people of color, and immigrants who have sought their entry point to the American dream. We have both built our work on fulfilling the dreams of workers who struggle in low-wage jobs, but aspire to turn those jobs into a vehicle to give their families a better life.

SEIU and Workers United share a history of transforming working conditions and bringing change to entire industries. Workers United was born from some of the oldest and most important unions of our country. Beginning nearly 100 years ago, these predecessor unions transformed our economy by exposing sweatshops in the garment industry and rallied an entire nation to demand improved conditions and safety for workers. More recently, Workers United affiliates have transformed the commercial laundry industry by organizing workers in many North American cities including in anti-union strongholds in the South and Southwest. Similarly, SEIU has transformed the building services trades, including incredible global campaigns for janitorial and security workers.

1

SEIU and Workers United know that together our members can increase their strength and their prospects for the future. The consolidation of power and ownership has property services workers and hospitality workers sharing many of the same managers and owners. Working side by side in many properties, SEIU and Workers United Members can help each other meet the challenges of the modern economy and join their voices in speaking out to their employers.

SEIU and affiliates of Workers United have already begun working together through Service Workers United. This revolutionary campaign, which has organized nearly 20,000 workers already, recognized that workers in each union's core jurisdictions (building services, laundry and food services) were all being employed by the same multi-service companies. Service Workers United is a model of success that heralds the tremendous potential of this alliance to transform an entire industry.

SEIU and Workers United together can change the future for working people in the United States, Canada and Puerto Rico. Today, the new economy and the economic crisis before us present new challenges. Globalization, consolidation and eight years of an economic race to the bottom have left workers once again at the mercy of exploitive bosses who sit remote in their multinational firms caring little for the prosperity of their workers and only for their profit margin. Throughout the U.S. and Canada, millions of hotel, hospitality and gaming workers have been left to fend for themselves. Together we can give those workers a voice and a chance to fulfill their own dreams.

SEIU and Workers United stand at a transformational moment in our history, facing tremendous challenges, but poised to redefine how this country values work and the hardworking women and men who can restore prosperity to our nation. SEIU and Worker's United know our wealth is work. Together we can transform our nation and turn hundreds of thousands of low-wage jobs into the good, family-sustaining, middle class jobs that will help achieve economic and social justice for our members now and into the future.

**ARTICLE I. GOALS: THE MUTUAL INTERESTS OF THIS CONTRACT**

SEIU is an international labor union strongly committed to growth by expanding its traditional membership. SEIU is committed to this goal because it is a key to its other aims which are: 1) to establish a living wage, adequate benefits and healthful working conditions for workers in all fields; 2) to improve job satisfaction of SEIU members by winning greater involvement in decisions concerning the work and how it is done; and 3) working to improve conditions for all workers through political action; and 4) to organize the unorganized.

SEIU is organized around the principle of serving its members through supporting the efforts of its locals, and recognizing the need for those organizations to have freedom to make their own decisions.

Workers United values its freedom to control the decisions that affect its members locally, but believes it would benefit from the strategic partnership, security and solidarity which will derive from an affiliation with SEIU. It is the firm belief of both parties that the best way to create

2

this solidarity is to begin with clear understandings and expectations. Therefore, this Agreement clearly defines the opportunities which Workers United will receive from SEIU as a result of this Agreement, and SEIU from Workers United, the security which affiliation will provide Workers United, the cost to Workers United for these benefits, the protections to Workers United's independence, and the benefits to SEIU from this Agreement. Over time it is expected that through earned trust the relationship between SEIU and Workers United will grow and develop in many ways, but this Agreement will always provide the foundation on which the partnership is built.

## ARTICLE II.   NAME AND STATUS

### A.   WORKERS UNITED CONFERENCE

SEIU will charter the "Workers United Conference." All Workers United Locals and Joint Boards and Councils will be members of the Conference. The officers of Workers United elected at the founding convention of Workers United on March 21, 2009, or their successors under the Constitution of Workers United, will continue as officers of the Workers United Conference until the next election of officers for the Conference. The Conference will operate under a Workers United Conference Constitution as adopted by the March 21, 2009 Workers United Convention, as it may be amended from time to time, and the Workers United Conference will maintain its existing servicing of members and contracts. After the effective date of the affiliation, the Workers United Conference will not, outside of its area of exclusive jurisdiction, charter any new locals or revoke any charter without concurrence of the President of SEIU.

### B.   COMPOSITION OF CONFERENCE

The Workers United Conference shall consist of all affiliates of Workers United at the time of this Agreement and their successors and all local unions chartered by SEIU in the future in the jurisdiction of the Workers United Conference as set forth herein. SEIU local unions representing bargaining units composed of employees within the exclusive jurisdiction of the Workers United Conference shall be encouraged to transfer such units to Workers United Conference Joint Boards or Locals. The Workers United Conference and SEIU shall designate by mutual agreement which existing SEIU local unions shall be deemed to be included within the Workers United Conference. The parties understand that the applications of this section to Canada will follow further discussions.

### C.   SUCCESSORSHIP

The Workers United Local Unions and Joint Boards and Councils ("WU Affiliates") will continue as representative of and will be signatory to all collective bargaining agreements with whom Workers United has a bargaining relationship. The affiliation of Workers United to SEIU shall not affect, change or interrupt in any way the status of Workers United or the WU Affiliates as exclusive bargaining representatives of any employees. The Workers United Conference or WU Affiliates are the successor labor organization(s) for any agreements to which Workers United or WU Affiliates are parties and shall have rights as successors to Workers United or the WU Affiliates to the fullest possible extent. SEIU will

3

assist in the defense of challenges to the representative status of any Workers United local union or Joint Board bargaining units after the affiliation of Workers United with SEIU.

## ARTICLE III SERVICES: THE HELP WORKERS UNITED CAN EXPECT FROM SEIU

SEIU maintains a large and skilled staff and has developed relationships with many types of consultants to provide services to the locals of SEIU.  Having been recently founded, Workers United anticipates hiring a skilled staff who will service the locals and Joint Boards and Councils of Workers United. Workers United will advise SEIU of its hiring decisions after the date of this Agreement and Workers United will work with SEIU to blend services by mutual agreement. During the life of this Agreement SEIU promises to make available to Workers United at no cost all the services customarily provided to other locals and affiliated bodies from SEIU.

## ARTICLE IV SECURITY: JURISDICTIONAL PROTECTIONS RESULTING FROM AFFILIATION

SEIU shall take all necessary steps, including legal, staff and financial assistance, to assist the Workers United Conference in protecting its jurisdiction, bargaining relationships, members and bargaining units against any and all challenge from other labor organizations, including any challenge arising from the affiliation with SEIU.

SEIU will assist in the defense of challenges to the representative status of any Workers United local union or Joint Board bargaining units after the affiliation of Workers United with SEIU.

SEIU will at its own expense ensure that Workers United is provided full jurisdictional protection under the CTW and CLC Constitutions or such other organizations to which SEIU may affiliate.

Workers United in return promises that it will comply with the provisions of the CTW and CLC Constitutions as required by SEIU or such other organizations to which SEIU may affiliate.

Notwithstanding any of the above provisions, it is understood that the Workers United Conference is solely responsible for the legal expenses in any dispute arising from events that occurred prior to the effective date of this Affiliation.

## ARTICLE V. FINANCIAL RESPONSIBILITIES - OFFICERS AND EMPLOYEES

The mutual commitments regarding financial matters are set forth on Exhibit A.

Upon the effective date of the affiliation of Workers United with SEIU, the Workers United Officers, and Staff designated by the Workers United Conference will continue their employment with the Workers United Conference. The Workers United Conference and its affiliates will continue to have the right to hire and fire all staff and set conditions, duties and places of employment in accordance with the Constitution of the Workers United Conference.

4

In addition, the Workers United Conference and its affiliates shall be entitled to maintain all employee and membership benefits, at the discretion of the Conference, and to maintain, modify, terminate and otherwise manage all staff benefits and employee benefit or special purpose funds, and make all other decisions about all of the terms and conditions of employment of any Conference or affiliate staff, officers or volunteer organizers.

Workers United will recognize FOUR, OPEIU Local 153, AESQ in Quebec and COPE in Canada outside of Quebec as the collective bargaining representative for employees currently represented by those union and agree to the same terms currently in the contracts with those unions for the employees in their respective bargaining unit, except to the extent the parties agree to modify those agreements to reflect the creation of Workers United.

## ARTICLE VI. INDEPENDENCE: WORKERS UNITED RETAINS ALL ITS DECISION MAKING POWER

### A. WORKERS UNITED CONSTITUTION

This Agreement constitutes SEIU's acceptance of the Workers United Conference's Constitution and By-Laws as it may be adopted and amended by the Workers United Conference for four years so long as it is not inconsistent with the terms of this Affiliation Agreement. This Agreement also constitutes Workers United's acceptance of SEIU's Constitution and By-Laws, as it currently exists, and as it may be lawfully amended, so long as not inconsistent with the terms of this Affiliation Agreement. The Workers United Conference shall promptly submit to SEIU copies of all amendments to the Workers United Conference's Constitution and By-Laws.

### B. WORKERS UNITED PROPERTY AND ASSETS

The Workers United Conference and all of its affiliates shall retain all assets, real and personal property and property rights of any amount, nature or description whatsoever of the Workers United, and including any accretions, appreciation or additions in the value thereof and shall remain the property and assets of Workers United and its affiliates in the event of a disaffiliation from SEIU or a dissolution of SEIU. This affiliation of Workers United Conference with and into SEIU shall not affect, interrupt or change in any way the rights of Workers United or any of its affiliates to their assets and shall not impair the status of such organizations in any actions or proceedings, including proceedings to recover assets or any right, title or interest in any property including the ownership interest in 275 Seventh Avenue, NY, NY or arising from any instruments of any kind.

In addition, the parties recognize that Workers United is a successor to ACTWU, UNITE and UNITE HERE for purposes of Section 4(c)(i) of the Bank Holding Company Act of 1956, 12 U.S.C. § 1843(c)(i), and that Workers United and its affiliated Joint Boards and local unions shall be the sole owners of the shares of the Amalgamated Bank. Nothing in this Agreement or

5

the Constitution and By-laws of the SEIU shall entitle the SEIU or any of its affiliates to any ownership or control of Amalgamated Bank, and such ownership and control shall be vested forever in Workers United and its affiliates. It is understood that Workers United will cause this Agreement to be reviewed by the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, and the New York State Banking Department (each a "Banking Agency" and collectively, the "Banking Agencies") and this Agreement shall be immediately terminated by Workers United if any Banking Agency objects to the provisions hereof or concludes that this Agreement results in the violation of any statute or regulation enforced by them. The SEIU and Workers United shall promptly cause to be provided to each of the Banking Agencies a copy of this Agreement and any additional information requested by them. The SEIU and Workers United shall notify each of the Banking Agencies of any proposed change in the relationship of the parties hereto as contemplated herein in connection with the SEIU Convention in 2012, and such change shall not be effective unless and until the Banking Agencies have approved or indicated their non objection to the change.

Many of the affiliates of Workers United were previously affiliated with UNITE HERE and are participants in litigation known as Gillis v Wilhelm before the United States District Court for the Southern District of New York in which the Gillis Plaintiffs are seeking to protect the assets of the affiliates and obtain back from UNITE HERE the assets that were brought into the merger of UNITE and HERE by UNITE. The Wilhelm defendants have counterclaimed in this litigation to recover from the Gillis plaintiffs certain assets that are alleged to be the property of UNITE HERE. It is agreed that this Affiliation Agreement will not and is not intended to deprive the court in the Gillis v Wilhelm litigation of providing such relief to any party as the court may deem appropriate, subject to any rights of appeal.

C. DUES AND BUDGET

The Workers United Conference shall have authority to establish its own operating and investment budgets and to set its own dues structure and levels and SEIU waives any minimum dues requirements in its Constitution.

The Workers United Conference funds and revenues may be used to maintain Conference office space, retain Conference lawyers, consultants and other professionals, conduct Conference meetings, pay Conference Executive Board allowances and per diem, maintain health care coverage for Conference Executive Board members and individuals who are direct employees of the Conference and who are not SEIU employees, retirees and their surviving spouses and dependents of these various classes, continue existing subsidies to Workers United Conference Joint Boards or locals as needed, pay salaries of individuals who are direct employees of the Conference and who are not SEIU employees, maintain responsibility for all existing and contingent liabilities, debts, and other obligations and any other expenditures necessary to operate the Workers United Conference.

The Workers United Conference shall be entitled at its discretion to create, maintain, amend, modify or terminate any Special Purpose funds, including but not limited to, a Strike

6

Fund, Defense Fund or Affiliate Assistance Fund and shall be entitled to use such funds at its discretion.

### D. SEIU STATE COUNCILS

The Workers United Locals and Joint Boards and Councils will be responsible for any costs of affiliating with any SEIU State Councils operating in the geographic region in which they are headquartered which shall occur as soon as practical, but in no case later than four years from the date of this Agreement.

### E. GOVERNANCE

The Workers United Conference, as well as its affiliated Locals and Joint Boards and Councils, shall continue to be governed by the form and structures established in the Workers United Constitution, as it may be amended from time to time and SEIU agrees to waive provisions of its Constitution which would require the creation of different or more governing structures.

### F. JOINT BOARDS AND LOCAL UNIONS

Workers United Affiliates shall retain their current constitutions and by-laws. SEIU waives the application of any provision of its Constitution which is inconsistent with the Workers United Affiliate constitutions. All Workers United locals and/or Joint Boards or Councils shall be entitled to receive (without fee) an SEIU charter and shall become an affiliate of the Workers United Conference and SEIU. If at any time, it should be determined by the Workers United Conference that a Workers United Conference Local or other affiliate should be merged with an SEIU local, the agreement of merger must be approved by the Workers United Conference and SEIU.

Affiliations and disaffiliations with and from Workers United Joint Boards shall be determined solely by the Workers United Conference.

The Workers United Conference affiliates shall continue to have full rights to hire and set all of the terms of employment of their own staff, and nothing in this Agreement is intended to limit or restrict that right. Those staff members retained by the Workers United Conference affiliates, as well as any it may hire in the future, are employees of the Workers United Conference affiliates and under their direction and control.

### G. PROPERTY SERVICES DIVISION

SEIU and Workers United recognize that a major benefit of this affiliation is uniting the strength of workers in property services and many other related industries. SEIU currently has a Property Services Division, while the Workers United Conference has many workers in the same and similar industries. It is the goal of this affiliation to create, within one (1)

7

year, a joint SEIU/Workers United Division containing all Property Services members of
SEIU, and all the Workers United Conference members. This will require the creation of
additional industry sector organizations, and a joint division leadership board.

In the first year, a joint Division Committee consisting of the members of the SEIU
International Executive Board and the Workers United Conference Executive Board and
other mutually agreed upon persons will meet quarterly to review and discuss the
opportunities to unite our strength, integrate our work, and make recommendations on how
best to create a joint Division of both the Workers United Conference and the Property
Services Division of SEIU within the SEIU constitutional framework.

## H.   WORKERS UNITED EMPLOYEE BENEFIT PLANS

All employee benefit plans sponsored by Workers United or any of its affiliates or
in which employees or members of Workers United or its affiliates participate will
continue to be sponsored by Workers United or those affiliates without interference
by SEIU or its affiliates and the rights of Workers United or its affiliates with
respect to those employee benefit funds will not be affected by this affiliation, this
Affiliation Agreement or by the constitution of SEIU. The Workers United
Conference shall continue to appoint trustees to the Death Benefit Fund and shall be
the successor to UNITE or its predecessor unions, including the ILGWU for all
purposes involving the Death Benefit Fund and any property owned by the ILGWU.
The Workers United Conference shall also be entitled to appoint benefit fund
trustees and to perform any other act it deems necessary or appropriate in
connection with any Workers United sponsored employee benefit fund whether currently
existing or established in the future including the National Retirement Fund and the National
Health Fund, and also including any single or multi-employer trust funds in which members
or staff of Workers United participate.

SEIU waives the obligation of Workers United Conference and its affiliates to participate in
the Affiliates Pension Plan pursuant to Article XX of the SEIU Constitution and By-laws.

SEIU and Workers United Conference shall create a working group to determine how the
various employee benefit funds that are related to each Union can be most effectively
administered.

## I.   COLLECTIVE BARGAINING DECISIONS

The Workers United Conference or a Workers United Conference Local or Joint Board or
Council, as appropriate, shall retain sole authority to act as bargaining agent for the unit(s) it
represents pursuant to applicable federal, state, provincial or local law. The Workers United
Conference shall through its own processes decide what demands to make, how to pursue
those demands and when and on what terms to settle. SEIU's only role shall be to provide
service and support as requested. SEIU shall have no authority to require the Workers United
Conference to engage in any work action such as a strike, but in the event Workers United
chooses to engage in a strike, the Workers United Conference promises to provide
notice to SEIU, as required by the SEIU Constitution. Any agreements between the
Workers United Conference and employers shall be in the name of the Workers United
Conference, Local or Joint Board or Council, an affiliate of SEIU. Workers United agrees to

8

send SEIU copies of all labor agreements so that SEIU may maintain an up-to- date file for the benefit of all its members.

### J. POLITICAL ACTIVITIES

Workers United retains all its right to endorse and support candidates, initiatives and legislative and political positions as, in its sole judgment, benefits its members for a period of four years. SEIU and Workers United shall endeavor to work together, to cooperate, and to act in unison in promoting candidates and political positions for mutual benefit, and will seek to unify the political process during the first year of this Agreement. During the first four years SEIU shall have no right to require Workers United to take any political position. Workers United may create or maintain any political committee for providing support to local and state candidates but because of federal legal requirements, Workers United agrees not to maintain a Federal Political Action Committee (PAC).

### K. MEMBERSHIP

The Workers United Conference shall determine eligibility for office within the Conference and its affiliates. The SEIU Constitution shall determine eligibility for SEIU positions, including delegates to the SEIU Conventions and eligibility to serve in International office and participate in the elections for International office.

### L. ELIGIBILITY FOR UNION OFFICE

Workers United shall continue to determine eligibility for election to office in Workers United.

### M. INTERNAL WORKERS UNITED DISPUTES

Workers United shall retain its right to adjudicate internal Workers United disputes.

### N. WORKERS UNITED FINANCIAL REPORTING REQUIREMENTS

Workers United understands that SEIU has adopted policies on ethical practices and financial reporting, and agrees within four years to adopt such policies unless mutually agreed to otherwise, provided that they are consistent with the Code of Ethical Practices in the Workers United Constitution.

Workers United and its Joint Boards and Councils and Locals must provide their own audit or an annual financial statement in a timely fashion and provide for an SEIU audit from time to time to assure the financial agreements encompassed in this Agreement are satisfied. Such audits will be preformed by SEIU's Audit Department at no expense to Workers United, or if Workers United prefers Workers United may select an independent auditor, acceptable to SEIU, who shall perform audit along SEIU's requirements. If Workers United makes this choice then Workers United shall bear all costs of this audit.

9

## O. SUPPORT FOR OTHER SEIU LOCALS AND OTHER UNIONS

Workers United is encouraged to support economic or strike sanctions of other locals and other unions, but at no time will Workers United or its members be required to strike or take any other action in support of such activities.

## P.  ORGANIZING JURISDICTION

Workers United Conference shall have exclusive and/or concurrent jurisdiction as set forth below.

**Exclusive:** Workers United Conference shall have exclusive jurisdiction to organize in logistics, laundries, industrial, clothing, textile, warehouse, distribution and such other sectors as may be mutually agreed upon, subject to jurisdictional determinations in accordance with this Agreement. Questions involving exclusive jurisdiction between SEIU and the Workers United Conference shall be determined by utilization of the dispute procedure in this Agreement.

**Concurrent:** Workers United Conference shall have concurrent jurisdiction with other SEIU locals to organize in hotels, airports, multi-service, gaming, retail, food service, call centers and such other sectors as may be mutually agreed upon, subject to the jurisdictional determination in accordance with the SEIU Constitution and Bylaws. Questions involving concurrent jurisdiction between SEIU and the Workers United Conference shall be determined by utilization of the provisions and procedures in the SEIU Constitution and Bylaws.

In deciding questions of concurrent jurisdiction, the determination shall be guided by the principle of what best builds power and raises standards for the affected workers in the industry or industries involved.

## Q.  REPRESENTATION IN SEIU

Workers United shall be entitled to the following representation on the SEIU International Executive Board until officer elections at the next SEIU convention in 2012: one Executive Vice President, three Vice Presidents and two Board Members. These individuals shall be appointed by the Workers United Conference President within six (6) months of the effective date of the Affiliation Agreement. These Vice Presidents and Board Members are not covered by the SEIU IEB compensation policy due to alternative provisions in this Agreement.

## R.  TRUSTEESHIP AND MERGERS

Notwithstanding anything to the contrary in the SEIU Constitution now or as it may be modified in the future, no trusteeship for any reason whatsoever may be imposed, nor any reorganization or merger be implemented by SEIU, on any Workers United Conference

10

affiliate without the consent of the Workers United Conference in accordance with its own Constitution.

It is further agreed that the charge and appeal process under the SEIU Constitution will apply to any charges against Workers United Conference officers, provided that the charge and appeal process will not be utilized by SEIU to gain control over any Workers United Conference affiliate and that any officers removed as a result of charges will be replaced in accordance with the Workers United Conference Constitution.

## ARTICLE VII.   SETTLEMENT OF DISPUTES BETWEEN SEIU AND WORKERS UNITED

Notwithstanding any provision of the SEIU Constitution and Bylaws, the only means of settlement of disputes concerning the interpretation, application, and enforcement of the terms of this Agreement for the first 4 years shall be as follows:

### A.  GOOD FAITH DISCUSSIONS

The parties shall meet and engage in good faith discussions in which each party shall attempt to share all information it has concerning the issue.

### B.  MEDIATION/ARBITRATION

If a dispute arises between the parties pertaining to jurisdiction as set forth in this Agreement, the application or interpretation of a specific provision of this Agreement or a document incorporated by reference thereto, such dispute shall be reduced to writing and referred by certified mail to the President of the Workers United Conference and/or the International President of the SEIU who shall directly or through their designees meet in an effort to resolve such dispute.

If the dispute is not resolved within thirty days of receipt of the notice of the dispute, either the President of the SEIU or the President of the Workers United Conference may submit the dispute to arbitration by serving a written request to arbitrate to the permanent arbitrator who shall be designated by the parties.  If the designated arbitrator is unable to serve, the parties shall agree on an alternative arbitrator.

The arbitrator fees and expenses shall be borne equally between the parties. The arbitrator shall have the right to subpoena witnesses and require the production of pertinent data at the request of either party.

Each party shall be responsible for compensating its own representatives and witnesses. The cost of a transcript shall be borne by the party requesting the reporter unless the parties agree to share such costs.

An arbitral matter must involve the meaning and application or interpretation of a specific provision of this Agreement or a document incorporated by reference thereto. The provisions of this Agreement and any other data incorporated by reference in this Agreement shall be the sole source of any rights which either party may assert in arbitration. The arbitrator shall have no power to amend, add to, subtract from, or change the terms of this Agreement, and shall be authorized only to interpret the existing provisions of this Agreement and apply them to the specific facts of the dispute. The decision of the arbitrator shall be based wholly on the evidence and arguments presented to him by the parties in the presence of each other. The decision of the arbitrator shall be final and binding on all parties to the dispute.

ARTICLE VIII.  LAW

### A.  INTERPRETATION

All matters pertaining to the validity, application, interpretation and effect of this Agreement shall be interpreted in accordance with the principles of law arising under Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185.

### B.  COMPLIANCE WITH LAW

Both parties are committed to strict adherence to labor, anti discrimination, tax, campaign finance, and all other applicable state and federal laws. Workers United and SEIU are thereby mutually committed to carry out all the activities discussed in this Agreement so as to comply with all applicable laws. If either party believes the other is carrying out these activities in a fashion prohibited by law, then that party shall proceed under the terms of Article VII of this Agreement, and if the arbitrator finds such violation it shall be deemed a violation of this Agreement.

### C.  NO THIRD PARTY RIGHTS

This Agreement is not intended to create or establish rights of any parties other than Workers United and SEIU, and any case relating to the enforcement or interpretation of this Agreement may be brought only by the parties signatory hereto or their agents.

### D.  SEVERABILITY

In the event that any provision of this Agreement is held to be invalid in a final judgment by any court; by an arbitrator under Article VII of this Agreement; whether arising out of this Agreement or any other agreement which shall establish a precedent, such provision shall be severed from the Agreement and all other provisions of the Agreement shall remain in force. The parties shall meet and renegotiate any such provision within 90 days of the date of the applicable decision.

### E.    PUBLIC REVIEW BOARD

Workers United is applying to the PRB to accept jurisdiction over the Workers United Conference. SEIU and Workers United Conference agree that the Workers United Conference is subject to the continued jurisdiction of the Public Review Board in accordance with the Amended Final Notice of Dismissal as ordered in United States v. HEREIU, et. al., U.S.D.C., D.N.J., Civil

Action No. 95-4596 (GEB), so long as the Public Review Board accepts such jurisdiction. However, nothing in this Agreement should be construed as SEIU's consent to extending the PRB's jurisdiction over SEIU apart from the Workers United Conference.

## ARTICLE IX.  ENTIRETY OF AGREEMENT

This Agreement is the sole and complete Affiliation Agreement between the parties, and no other is made. This Agreement shall inure to the benefit of and be binding upon any successors of the parties. It shall remain in effect for 4 years and thereafter, until and unless modified by the Parties.

## ARTICLE X.  EFFECTIVE DATE

This Affiliation Agreement shall become effective upon the acceptance of this Agreement by the Workers United General Executive Board and the approval of this Agreement by the SEIU International Executive Board of the SEIU, which has the authority to do so under the SEIU Constitution and Bylaws.

At least 90 days before the fourth anniversary of the effective date of this Agreement, the parties will engage in negotiations for a successor agreement.

## ARTICLE XI.  DISAFFILIATION

At any time no later than four (4) years after the effective date of this Agreement, the Workers United Conference shall have the right to review this Affiliation Agreement and to disaffiliate without cause from SEIU. SEIU will be given 90 day notice of any meeting at which the Workers United General Executive Board and/or Convention will consider disaffiliation, and its representatives will have the right to address such meeting. If any Workers United affiliate adopts a resolution in favor of disaffiliation from SEIU, SEIU shall be promptly notified. In the event of a disaffiliation, the Workers United Conference and its affiliated Joint Boards and local unions shall be entitled to disaffiliate from SEIU with all of their assets.

## ARTICLE XII. MODIFICATION

This Agreement may be modified at any time by a written document executed by the Presidents of SEIU and the Workers United Conference and ratified by their respective Executive Boards.

Service Employees International Union

By _____
                                    Date

Workers United

By _____
        Edgar Romney            3/22/09

By _____
    **Alex Dagg**        3/22/09

By _____
    **Noel Beasley**      3/22/09

By _____
    **Lynne Fox**        3/22/09

By _____
    **Lina Aristeo**      3/22/09

By _____
    **Harold Bock**      3/22/09

By _____
    **Gary Bonadonna**   3/22/09

By _____
    **Clayola Brown**    3/22/09

By _____
    **May Chen**       3/22/09

By _____
    **Sandi Ecklund**    3/22/09

By _____
    **Katie Gerken**     3/22/09

By _____
    **John Gillis**      3/22/09

By _____
    **Jean Hervey**     3/22/09

By _____
    **Christine Kerber**  3/22/09

By _____
    **Wilfredo Larancuent** 3/22/09

By _____
    **Tim Luebbert**    3/22/09

14

By _____

David Melman                3/22/09

By _____

Gail Meyer                  3/22/09

By _____

Harris Raynor               3/22/09

By _____

Jaye Rykunyk                3/22/09

By _____

Bill Towne                  3/22/09

By _____

Christina Vazquez           3/22/09

15

Exhibit A

## A. PAYMENTS TO SEIU: PER CAPITA TAX

Effective on the first day of the month following the approval of this Agreement by the parties, Workers United Conference will pay on behalf of its affiliated Joint Boards, Joint Councils and local unions monthly per capita tax to SEIU on each of its members as provided in the SEIU Constitution and Bylaws, Article XIII. This will include both General Fund and Unity Fund per capita totaling $12.65 per member per month and such additional amounts as shall be properly adopted pursuant to the SEIU Constitution and Bylaws. SEIU will waive for 4 years requirements for COPE fundraising, but the parties agree to set as a goal that each Joint Board or Council and each Local meet the SEIU COPE standard.

### B. REBATES

For the first two (2) months of the affiliation, SEIU will rebate to Workers United Conference the full amount of per capita paid in order to assist in funding the initial expenses of establishing the Conference.

Beginning on the 3rd month after the affiliation, SEIU will rebate to the Workers United Conference, up to the end of the 4th year after the affiliation, the sum of five dollars ($5.00) per member each month, effective as of the first month for which per capita tax is paid to SEIU by Workers United Conference pursuant to this Agreement, and thereafter whatever sum is provided for under the SEIU Constitution and Bylaws, to be set aside for a Workers United Conference Unity Fund to be spent on Workers United major organizing campaigns in the discretion of Workers United.

To the extent permitted by law, SEIU will rebate to the Workers United Conference any additional COPE money raised over the SEIU COPE Standard of $6 per member per year or such other amount as may be determined by SEIU in the future.

For each of the first four years after this affiliation, SEIU will provide an additional organizing subsidy to the Workers United Conference of $20.00 per member per year.

### C. WORKERS UNITED CONFERENCE PRESIDENT

SEIU will reimburse the Conference for the salary and benefits costs and expenses of the Workers United Conference General President and such other officers as the parties shall designate at the same level as other SEIU Executive Vice-Presidents, except as otherwise set forth herein.

16

# EXHIBIT E

## MODIFICATION OF AFFILIATION AGREEMENT
## BETWEEN SERVICE EMPLOYEES INTERNATIONAL UNION
## AND WORKERS UNITED

Pursuant to Article XII of the Affiliation Agreement between Service Employees International Union (SEIU) and Workers United dated March 22, 2009, SEIU and the Workers United Conference, successor to Workers United, hereby adopt the additional terms and modifications contained in this Modification of Affiliation Agreement, which shall be considered to be incorporated into the March 22, 2009Affiliation Agreement.

I.      The parties agree to modify Exhibit A, Section B and C, as attached to the March 22, 2009 Agreement, by deleting those provisions, providing instead a new Section B as follows:

### "B. REBATES

"(i) Subject to paragraph III of this Modification Agreement, beginning    March 22, 2009 through December 31, 2010, SEIU will rebate to Workers United conference the full amount of all per capita and Unity Fund payments paid to SEIU in order to assist in funding the initial expenses of establishing the Conference, and for the implementation of Workers United's organizing and bargaining program.

"(ii)    Additionally, conditioned on the process of quarterly review of progress and agreed upon benchmarks, and SEIU's reasonable satisfaction, as described in Paragraph I(B)(iii), SEIU will cause to be provided additional assistance during 2010, as follows:

        (a)        $1.8 million to be provided to Workers United Conference by SEIU, whether through direct financial assistance, in-kind assistance or some combination thereof, at the sole discretion of SEIU; and

        (b)        An additional amount of up to $2.2 million to be provided to Workers United Conference, to the extent that SEIU is able to cause up to that amount of SEIU's organizing fund payments to Change to Win to be dedicated by Change to Win to the Workers United Conference organizing program, whether through direct financial assistance, in-kind assistance or some combination thereof.

"(iii)    A quarterly progress assessment meeting shall be conducted by Andrew Stern from SEIU and Bruce Raynor from Workers United Conference  during 2010 (March, June, September, December) to review Workers United Conference's progress: 1) under the jointly prepared and agreed upon 2010 Workers United Conference Organizing and Bargaining Plan (attached), 2)  under the jointly prepared and agreed

upon 2010 Budget (attached), and 3) on other jointly agreed upon goals, including collection of per capita tax revenue from Workers United Conference affiliates. To facilitate this, Workers United Conference will prepare quarterly reports on staffing, organizing, per capita tax receipts by affiliate, and budget performance for SEIU to review as part of the assessment process. All SEIU obligations with respect to the direct or indirect provision of support to Workers United Conference, as described in paragraph I(B)(ii), above, shall be conditioned on Workers United Conference's meeting the goals and benchmarks referenced above to the reasonable satisfaction of SEIU. Financial support of Workers United Conference by SEIU, if any, for 2011 will be determined based on separate agreements, plans, and procedures for assessments of progress that the parties may approve for 2011.

       "(iv)    SEIU and Workers United Conference further agree that for calendar year 2010:

          (a)    SEIU shall reimburse Workers United Conference $265,000 for the Conference President's salary and benefits. SEIU will also reimburse the Conference President's expenses.

          (b)    SEIU shall reimburse Workers United Conference for the salary, benefits at their current rates, and expenses of the following staff so long as they continue to be employed by the Workers United Conference:

              1.  Staff employed in the Workers United Conference Legal Department (Brent Garren, Ira Katz, Elizabeth Vladeck and Nicole Rodriques);
              2.  Staff working in the SEIU Global Affairs Department (Virginia Coughlin and Sara Russo Garrido and;
              3.  Staff working in the SEIU Government Relations Department (Mark Levinson).
              4.  Staff working in the Workers United Conference Political Department (Patricia Campos, Lina Bracero, Sandra Mendoza, and Sheila Dogan).

          (c)    Any increases in the salary or benefit costs of those individuals referenced in subparagraph (b) above, shall be subject to SEIU reimbursement only if such increased reimbursement is agreed to in writing by SEIU, which agreement shall not be unreasonably withheld.

       "(v)    Any Workers United Conference staff member who terminates his or her employment with the Workers United Conference prior to December 31, 2010 shall not be replaced by Workers United Conference unless (a) such decision to replace is approved by SEIU , or (b) Workers United Conference is legally required to hire such a replacement as part of the administration of an employee recall list under an existing collective bargaining agreement.

"(vi)   To the extent permitted by law, SEIU will rebate to the Workers United Conference any additional COPE money raised over the SEIU COPE Standard of $6 per member per year or such other amount as may be determined by SEIU in the future."

**II.**   SEIU and Workers United Conference further agree as follows:

The SEIU President shall appoint a task force composed of Mitch Ackerman and Mike Fishman from SEIU and the Workers United Executive Committee to assess and plan the effort to integrate departments and operations with SEIU and to transition affiliates to constitutionally mandated standards in SEIU. The task force shall also assess the opportunities for mergers among Workers United Conference affiliates or into SEIU affiliates and for integrating SEIU affiliates in industries in Workers United's exclusive jurisdiction with Workers United. That task force shall make recommendations to SEIU and Workers United Conference leadership by June 28, 2010.

**III.**   SEIU and Workers United Conference further agree as follows:

All per capita obligations (less the organizing subsidy of $20 per member per year) that have been rebated to Workers United Conference from April 1, 2009 forward, all outstanding accounts payable by Workers United Conference to SEIU, and all loans made by SEIU to the Workers United Conference shall be considered payments owed by the Workers United Conference to SEIU and shall be paid within 60 days of Workers United obtaining control over substantial assets resulting from any settlement with UNITE HERE or any court imposed decision in the litigation captioned as *Gillis vs. Wilhelm*, *Raynor vs. Wilhelm* and/or *Romney vs. Wilhelm*. SEIU and the Workers United Conference agree that SEIU's internal auditing department shall conduct an audit within 30 days of Workers United obtaining control over substantial assets from any such settlement or decision to determine the full amount to be paid by Workers United Conference to SEIU.

**IV.**   SEIU and Workers United Conference further agree as follows:

For purposes of settlement of disputes concerning the interpretation, application, and enforcement of the terms of the March 22, 2009 Affiliation Agreement, including the interpretation, application, and enforcement of the terms of this Modification Agreement, the permanent arbitrator referenced in Article VII of the Affiliation Agreement shall be Bob King. Should this designated permanent arbitrator be unable to serve with respect to a particular dispute for any reason, and should the parties be unable to agree on an arbitrator with respect to the particular dispute, either the President of the SEIU or the President of the Workers United Conference may submit the dispute to arbitration by serving a written request to arbitrate to the American Arbitration Association (AAA) under the rules of that Association with a copy to the other party. Under such circumstances, the parties shall be bound by the rules of the AAA relating to the selection of an arbitrator to hear the particular dispute.

V.    This Modification Agreement shall be effective upon approval by the Workers United Conference General Executive Board and the SEIU International Executive Board.

Service Employees International Union

By: _____

      Andrew L. Stern
      International President

Date: _____2-16-10_____


Workers United Conference

By: _____

      Bruce Raynor
      President

Date: _____2-16-10_____

`

# EXHIBIT F

*Settlement Agreement re the Affiliation Agreement between SEIU and Workers United Conference*

*Dated: 1-21-11*

### THE VISION WE SHARE

A common mission, a common history and common challenges in this new economy bring Workers United and SEIU together to achieve their mutual goal of bringing dignity and security to members and workers in the garment, textile, laundry, distribution, property services and retail services, among others.

SEIU and Workers United share a mission of fighting to protect some of the most exploited workers in our nation doing some of the most difficult, demanding and dangerous jobs. We have both built our work on fulfilling the dreams of workers who struggle in low-wage jobs, but aspire to turn those jobs into a vehicle to give their families a better life.

SEIU recognizes the unique and proud legacy of Workers United and its affiliates in the empowerment of working people. SEIU's goals underlying this proposal are to:

- Design a path to integrate Workers United, its affiliates and members into the full life of our Union and expand their participation in SEIU;

- Engage SEIU leaders and members more closely with WU leaders and members so that SEIU affiliates also may benefit from the talent, energy and commitment of WU leaders and members; and

- Close the chapter surrounding the break-up of UNITE's merger with HERE and the difficult struggle faced by WU in the subsequent months, so that WU leaders, its affiliates and members can move ahead with their SEIU brothers and sisters to confront the huge challenges facing union and non-union workers in today's economy.

### I. WORKERS UNITED CONFERENCE and STATUS OF CURRENT WU AFFILIATES

- WU shall continue to operate under an SEIU charter as an intermediate affiliated body within SEIU under Article XVIII of the SEIU, known as the "Workers United Conference." This charter affords WU status as an independent legal entity within the SEIU.
- As contemplated by our March 2009 affiliation agreement, each    WU affiliate shall be separately chartered as an SEIU Local Union. These SEIU local union charters shall be issued to each WU affiliate (i.e. WU Joint Boards and WU Locals currently operating outside of any Joint

Board) at the January 2011 meeting of the SEIU International Executive Board in San Juan, Puerto Rico. Subsequently some of these WU affiliates may decide to work out merger agreements with other SEIU Local Unions.

- Composition of WU Conference: Each current WU affiliate, whether it is chartered as a SEIU Local Union or later merges within another SEIU local, shall continue to be affiliated with the WU Conference.
- WU Conference shall maintain its current governance structure and the WU Constitution, subject to the terms of the Affiliation Agreement as modified as well as this Settlement Agreement.

## II. PURPOSE AND WORK OF WU CONFERENCE

- Industry and employer coordination
- Management of Workers United assets (Amalgamated Bank, ALICO)
- Coordination of Pension and Benefit Fund Matters
- Maintenance of Workers United legacy – Sidney Hillman Foundation

## III. RESOURCE AGREEMENT

- **Debt:** The amount of WU debt owed to SEIU, under the February 16, 2010 Modification to Affiliation Agreement, shall be resolved at the sum of $19,000,000, based on an estimate of per capita tax owed on 80,000 members in WU (i.e. 67,500 members in U.S. and 12,500 in Canada) and outstanding loans of $4,123,000. This amount shall be adjusted upward or downward, according to the result of an International Union (IU) audit of the WU affiliates based on the dues collected by them. The formula for the debt calculation on U.S. members is $7.65 for the first 15 months and $12.65 for the remaining 6 months. The formula for the debt calculation on Canadian members is $7.65 for the 21 month period (April 2009-December 2010).

- **Repayment Schedule:** WU shall repay the above debt over time, as it obtains money resources through the receipt of dividends from the Amalgamated Bank and other sources of income, including per capita tax. It is understood, however, that WU shall first use the dividends and other money it receives to pay specific legal obligations; that is:

    1) Outstanding retiree health and life insurance obligations and liabilities under the Canadian severance plan, incurred under the UNITE HERE Settlement, and

2)   Outstanding debts incurred to date (up to a maximum
amount of $3 million) owed to vendors, law firms, staff
pension and benefits funds and for staff severance
obligations incurred to date and not yet paid.

WU Conference shall provide SEIU documentation of
these debts and confirmation of their payments, with such
details as requested by SEIU.

Thereafter these monetary resources shall be dedicated to
repay the debt to the IU until such debt is paid in full.

- **Future funding of WU Conference** shall be based on $2 per
member per capita tax obligation of the current WU affiliates to the WU
Conference, to be remitted to the WU Conference upon the IU's
collection of the per capita tax payments from the SEIU locals in the
U.S. which are also WU affiliates, and directly from the SEIU locals in
Canada which are also WU affiliates. The term of this funding
commitment shall run until March 22, 2013 (i.e. the deadline for the
reopener of the affiliation agreement), unless modified by mutual
agreement or action is taken under Article XI of the original Affiliation
Agreement.

- **WU affiliates in the U.S. shall pay full per capita tax under the
SEIU Constitution directly to the IU** (currently $12.65), beginning
January 2011. However, the Property Services Division and Executive
Vice President Tom Woodruff shall work with each WU affiliate on a
plan for annual organizing assistance, based on their organizing plans,
and for structural relief, if necessary, to be provided in the same way
that organizing assistance and structural relief are determined for other
SEIU locals.

- **Canada:** WU affiliates in Canada shall pay the same per capita tax
(currently $7.65) applicable to other SEIU Canadian local unions under
the SEIU Constitution, and shall receive the applicable rebates.*
However, an additional $2 per capita tax shall be paid by the WU
Canadian affiliates directly to the WU Conference.

- **Organizing Subsidy:** SEIU will fund an organizing campaign
developed by WU Conference in laundries, manufacturing, retail and
distribution, in accordance with a plan that is approved by the Property
Services Division and the International Union. This funding shall be

---

* For example, in 2010 SEIU local unions in Ontario, Canada paid $7.65 in PCT and received a rebate of
approx. $6.12 after IU set-asides for convention, strike fund and administrative fees. In 2011 this rebate
will decrease somewhat due to an additional set-aside for Canadian staff pension liability.

$1,350,000 for 2011 based on $20 per U.S. members of the WU Conference, estimated at 67,500 for these purposes. This organizing commitment shall be adjusted in 2012 and 2013 based on the policies and programs that apply to other SEIU Local Unions.

## IV    ROLE OF CURRENT EVP BRUCE RAYNOR

- Chair Workers United Conference
- Assist in Ongoing Implementation of UNITE HERE Settlement
- Participate in Property Services Division DLB
- National Organizing Committee Member
- Quebec:  Development of Province-Wide Plan in Coordination w/ Sec.-Treas. On Geography
- Senior Advisor for Trade Policy:  Coordinate with SEIU EVP Hudson for Politics and Government Relations

## IV.    ADDITIONAL SUBSIDIES

SEIU shall assign three researchers on the SEIU payroll to assist WU in its organizing and collective bargaining. It also is understood that Patricia Campos shall be on the SEIU payroll and assigned to assist WU on trade issues and military contracting, in addition to her other duties in the SEIU Political Department. SEIU shall reimburse the following costs to the WU Conference (all other WU Conference expenses shall be paid by the WU Conference based on the receipt of the $2/member/month rebate and such other income that it may retain):

- Subsidy to offset a portion of Bruce Raynor's salary and benefits: $265,000 for 2011, adjusted in the future consistent with future EVP salary increases that may apply.[**]
- Subsidy to offset a portion of Clayola Brown's salary and benefits: $39,654, adjusted in the future consistent with APRI salary increases that may apply.

---

[**]    SEIU will also reimburse WU Conference for expenses incurred by Bruce Raynor approved by the International President, for International Union assignments and his role as President of the Workers United Conference, as long as such expenses are in full compliance with the International Union's travel/expense policies and payment procedures, applicable to EVPs. This reimbursement does not cover expenses for activities performed for other entities.

- Subsidy for salary and benefits for Mark Levinson:
  $225,604 for 2011, adjusted in the future consistent with
  SEIU salary schedule for comparable positions.

## V.    MISCELLANEOUS

Except as expressly set forth in this Settlement Agreement, the parties'
Affiliation Agreement of March 22, 2009 and the Modification of February
16, 2010 shall remain in effect in all other respects.

This Settlement Agreement shall be effective upon approval by the Workers
United Conference General Executive Board and the SEIU International
Executive Board.

Service Employees International Union            Workers United Conference

By:_____            By:_____

Dated: _____            Dated: _____

` EXHIBIT G

**SEIU Proposed Agreement between SEIU and Workers United on Revised Affiliation Agreement**
**January 7, 2013**

SEIU and Workers United on January 7, 2013 have reached these agreements subject to approval by the WU GEB and the SEIU IEB.

1. The SEIU proposal of October 12, 2012 (Revised Affiliation Agreement) as modified by these agreements which shall be incorporated into the Revised Affiliation Agreement as soon as possible.

2. WU Affiliates shall pay the required per-capita and Unity Fund payments as paid by all SEIU Locals.

3. SEIU will rebate to WU US affiliates a portion of their per capita payment as follows:
   a. Year 1 of the agreement:  $5 per member per month of the per capita payment .
   b. Year 2 of the agreement:  $4 per member per month of the per capita payment.
   c. Year 3 of the agreement:  $3 per member per month of the per capita payment.

4. US affiliates would continue to pay the $5 payment to the Unity Fund which will be allocated as follows:
   a. For the first five years of this agreement, $3 per member per month will be paid to Workers United Conference, provided that all WU affiliates are in full compliance with their financial requirements to SEIU as set forth in Paragraph 1 by July 1, 2013.  After five years this payment will cease.
   b. For the first five years of this agreement, $2 per member per month will be earmarked to be used to support organizing in WU affiliates through a process administered by the Division and the Division Executive Committee.  These funds will be allocated consistent with mutually agreed upon organizing goals and plans and be able only to affiliates that in good standing and who are in compliance with Paragraph 4.  After 5 years, $5 will be so earmarked.

5. WU affiliates will support organizing through their own resources and phase in the organizing budget requirements of the SEIU Constitution and Bylaws as follows:  *Post all pct*
   a. Year 1 of this agreement:  10% of the affiliate's post per capita revenue shall be used for organizing.
   b. Year 2 of this agreement:  10% of the affiliate's post per capita revenue shall be used for organizing.
   c. Year 3 of this agreement:  15% of the affiliate's post per capita revenue shall be used for organizing.
   d. Year 4 of this agreement:  20% of the affiliate's post per capita revenue shall be used for organizing.

6. The Division will support WU organizing, employer relations, development of member leadership and action, and similar programs in a similar manner as it does for all other Division locals, campaigns and programs.

7. The debt that WU owes SEIU is reduced to $16,332,534.78.

   a. The repayment of this debt, shall start six months after completion of the IPO on the bank and repaid in quarterly payments over 10 years as follows subject to the conditions in b and c of this paragraph as follows:
      i. In years 1-5, quarterly payments of $350,000.
      ii. In years 6-10, quarterly payments of $466,626.74
   b. Prior to the commencement of the provisions of subsection a above, WU may sell stock or receive dividends. WU shall first use the money realized by the sale of stock or receipt of dividends to pay specific legal obligations and outstanding debts up to a maximum amount of $3 million. WU shall provide SEIU documentation of these obligations and debts and confirmation of their payments with such details as SEIU may request. Thereafter for any money realized by the sale of stock or receipt of dividends prior to the commencement of the provisions of subsection a, WU shall pay to SEIU 50% of the revenue received.
   c. In the case of payments under sub-section b, future quarterly payments shall remain in the amounts stated in sub-paragraph a and the loan will be paid sooner than the 10 years.               Cope $5 per year

8. The provisions in the SEIU Constitution and Bylaws that relate to participation in State Councils and COPE shall apply on January 1, 2016 or within 6 months of the bank IPO, whichever is sooner.

9. The provision of the agreement that allows WU to opt out of SEIU is eliminated, subject to the approval of the banking regulatory authorities. In the event that the banking regulatory authorities do not approve this agreement because of the exclusion of an opt-out provision or for any other reason, all parts of this agreement will re-open for re-negotiation. Should the regulators not approve the agreement, all modifications to the agreement in place on January 7 2012 shall be suspended absent agreement of the parties pending renegotiation of the agreement.

10. The effective dates of the provisions of this agreement are upon approval by the governing bodies of WU and SEIU except that the provisions of Paragraph 7 of this Agreement shall not apply until Regulatory approval is granted.

11. Those provisions of this agreement which limit the authority of SEIU including but not limited to the section on Trusteeship and Mergers will reopen for negotiation at the request of either party in the event that WU sells sufficient stock as to raise a question as to whether it remains a bank holding company.

12. The new paragraph added to the Trusteeship and Merger section of the Revised Agreement shall provide:

- Workers United Conference shall, pursuant to the provisions of the Workers United Constitution, appoint a trustee or supervisor to monitor or take temporary control of the affairs of a Workers United affiliate at any time when such appointment is necessary for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out legitimate objects.  If SEIU becomes aware of such conditions, it will notify Workers United, which shall take action consistent with this paragraph.  If SEIU does not believe the action taken by the WU Conference is adequate for the circumstances, SEIU may so notify the WU Conference which shall thereupon impose a trusteeship.

13. Under the Settlement of Disputes Between SEIU and Workers United Article, a permanent arbitrator will be selected by mutual agreement of WU and SEIU.

# EXHIBIT H

SEIU Proposal 10/12/12

Formatted: Right

Formatted: Font: 8 pt, Not Bold

## REVISED AFFILIATION AGREEMENT
### Between
### SERVICE EMPLOYEES INTERNATIONAL UNION
### And
### WORKERS UNITED CONFERENCE

On March 22, 2009~~12~~, Service Employees International Union ("~~·~~SEIU") and Workers United entered into an Affiliation Agreement to launch a new era in our partnership to achieve our mutual goal of bringing dignity and security~~tiry~~ to members and workers in our industries. Since that time, our joint efforts across the United States, Canada and Puerto Rico have helped advance the cause of economic justice to which we are both committed, through political action, organizing, movement building, and membership mobilization. Our partnership has succeeded in demonstrating that our two proud organizations can, together, forge a path toward a society that solves income inequality, makes everyone pay their fair share, achieves justice for immigrant workers, and restores unions as part of the equation to realize our dreams.

This ~~is an~~Revised Affiliation Agreement ("Agreement") made by ~~the~~ SEIU ~~Service Employees International Union (referred to as SEIU)~~ and Workers United Conference, as successor to Workers United, is entered into for the purpose of ~~joining these~~revising the terms and conditions under which our two ~~labor~~ organizations will solidify and strengthen our ~~and setting forth the goals and understandings which have caused this~~ affiliation. This Agreement ~~with the attached addendum~~ is the sole and complete agreement between the parties and is intended to provide the basis for permanent affiliation between the parties, and to be binding upon them and their successors until modified, amended, or terminated by mutual agreement of the parties, by the terms of this Agreement, or by operation of law. In the event of any conflict, this Affiliation Agreement and any amendments to it shall be superior to the constitution and by-laws of SEIU and Workers United Conference and any amendments thereto.

This Agreement shall become effective upon being approved by the Workers United General Executive Board, ~~as authorized by the Workers United Convention,~~ pursuant to the Constitution of Workers United and by the International Executive Board of the SEIU pursuant to its Constitution and ~~by-laws~~Bylaws.

### Preamble

A common mission, a common history and common challenges in this new economy bring Workers United and SEIU together to achieve their mutual goal of bringing dignity and security to members and workers in the garment, textile, laundry, distribution, property services and hospitality industries.

SEIU and Workers United share a mission of fighting to protect some of the most exploited workers in our nations doing some of the most difficult, demanding and dangerous jobs. We have both fought for women, people of color, and immigrants ~~who have sought their~~

1

~~entry point to the American dream.~~ We have both built our work on fulfilling the dreams of workers who struggle in low-wage jobs, but aspire to turn those jobs into a vehicle to give their families a better life.

SEIU and Workers United share a history of transforming working conditions and bringing change to entire industries. Workers United was born from some of the oldest and most important unions of our country. Beginning nearly 100 years ago, these predecessor unions transformed our economy by exposing sweatshops in the garment industry and rallied an entire nation to demand improved conditions and safety for workers. More recently, Workers United affiliates have transformed the commercial laundry industry by organizing workers in many North American cities including in anti-union strongholds in the South and Southwest. Similarly, SEIU has transformed the building services trades, including incredible global campaigns for janitorial and security workers.

SEIU and Workers United know that together our members can increase their strength and their prospects for the future. The consolidation of power and ownership has property services workers and hospitality workers sharing many of the same managers and owners. Working side by side in many properties, SEIU and Workers United Members can help each other meet the challenges of the modern economy and join their voices in speaking out to their employers.

~~SEIU and affiliates of Workers United have already begun working together through Service Workers United. This revolutionary campaign, which has organized nearly 20,000 workers already, recognized that workers in each union's core jurisdictions (building services, laundry and food services) were all being employed by the same multi-service companies. Service Workers United is a model of success that heralds the tremendous potential of this alliance to transform an entire industry.~~

———SEIU and Workers United together can change the future for working people in the United States, Canada and Puerto Rico. Today, the new economy and the economic crisis before us present new challenges. Globalization, consolidation and ~~eight~~ years of an economic race to the bottom have left workers once again at the mercy of exploitive bosses who sit remote in their multinational firms caring little for the prosperity of their workers and only for their profit margin. Throughout the U.S. and Canada, millions of ~~hotel, hospitality and gaming~~ workers have been left to fend for themselves. Together we can give those workers a voice and a chance to fulfill their own dreams.

SEIU and Workers United stand at a transformational moment in our history, facing tremendous challenges, but poised to redefine how our~~this~~ countr~~ies~~y values work and the hardworking women and men who can restore prosperity to our nation. SEIU and Worker's United know our wealth is work. Together we can transform our nation and turn hundreds of thousands of low-wage jobs into the good, family-sustaining, middle class jobs that will help achieve economic and social justice for our members now and into the future.

## ARTICLE I. GOALS: THE MUTUAL INTERESTS OF THIS CONTRACT

2

SEIU is an international labor union strongly committed to growth by expanding its traditional membership. SEIU is committed to this goal because it is a key to its other aims which are: 1) to establish a living wage, adequate benefits and healthful working conditions for workers in all fields; 2) to improve job satisfaction of SEIU members by winning greater involvement in decisions concerning the work and how it is done; and 3) working to improve conditions for all workers through political action; and 4) to organize the unorganized.

SEIU is organized around the principle of serving its members through supporting the efforts of its locals, and recognizing the need for those organizations to have freedom to make their own decisions.

Workers United values its freedom to control the decisions that affect its members locally, but believes it would benefit from the strategic partnership, security and solidarity which will derive from an affiliation with SEIU. It is the firm belief of both parties that the best way to create this solidarity is to begin with clear understandings and expectations. Therefore, this Agreement clearly defines the opportunities which Workers United will receive from SEIU as a result of this Agreement, and SEIU from Workers United, the security which affiliation will provide Workers United, the cost to Workers United for these benefits, the protections to Workers United's independence, and the benefits to SEIU from this Agreement. Over time it is expected that through earned trust the relationship between SEIU and Workers United will grow and develop in many ways, but this Agreement will always provide the foundation on which the partnership is built.

## ARTICLE II. NAME AND STATUS

### A. WORKERS UNITED CONFERENCE

SEIU will has chartered the "Workers United Conference" as an independent legal entity within SEIU. All Workers United Locals and Joint Boards and Councils are and will be members of the Conference. The officers of Workers United elected at the founding convention of Workers United on March 21, 2009, or their successors under the Constitution of Workers United, will continue as officers of the Workers United Conference until the next election of officers for the Conference. The Conference will operate under a Workers United Conference Constitution as adopted by the March 21, 2009 Workers United Convention, as it may be amended from time to time, and the Workers United Conference will maintain its existing servicing of members and contracts. After the effective date of the affiliation, the Workers United Conference will not, outside of its area of exclusive jurisdiction, charter any new locals or revoke any charter without concurrence of the President of SEIU.

### B. COMPOSITION OF CONFERENCE

The Workers United Conference shall consist of all affiliates of Workers United at the time of this Agreement and their successors and all local unions chartered by SEIU in the future in the jurisdiction of the Workers United Conference as set forth herein. SEIU local unions representing bargaining units composed of employees within the exclusive jurisdiction of the Workers United Conference shall be encouraged to transfer such units to Workers United Conference Joint Boards or Locals. The Workers United Conference and

3

SEIU shall designate by mutual agreement which existing SEIU local unions shall be deemed to be included within the Workers United Conference. ~~The parties understand that the applications of this section to Canada will follow further discussions.~~

### C.     SUCCESSORSHIP

The Workers United Local Unions and Joint Boards and Councils ("WU Affiliates") will continue as representative of and will be signatory to all collective bargaining agreements with whom Workers United has a bargaining relationship. The affiliation of Workers United to SEIU shall not affect, change or interrupt in any way the status of Workers United or the WU Affiliates as exclusive bargaining representatives of any employees. The Workers United Conference or WU Affiliates are the successor labor organization(s) for any agreements to which Workers United or WU Affiliates are parties and shall have rights as successors to Workers United or the WU Affiliates to the fullest possible extent. SEIU will assist in the defense of challenges to the representative status of any Workers United local union or Joint Board bargaining units after the affiliation of Workers United with SEIU.

### D.     PURPOSE AND WORK OF THE CONFERENCE

In conjunction with the Property Services Division, the Workers United Conference shall be responsible for industry and employer coordination. Workers United shall also be responsible for management of Workers United assets (Amalgamated Bank, ALICO), coordination of pension and benefit fund matters, and maintenance of the Workers United legacy, including the Sidney Hillman Foundation and Triangle fire commemoration.

### ARTICLE III SERVICES: THE HELP WORKERS UNITED CAN EXPECT FROM SEIU

SEIU maintains a large and skilled staff and has developed relationships with many types of consultants to provide services to the locals of SEIU.  ~~Having been recently founded, Workers United anticipates hiring a skilled staff who will service the locals and Joint Boards and Councils of Workers United.~~ Workers United will advise SEIU of its hiring decisions after the date of this Agreement and Workers United will work with SEIU to blend services by mutual agreement. During the life of this Agreement SEIU promises to make available to Workers United at no cost all the services customarily provided to other locals and affiliated bodies from SEIU.

### ARTICLE IV SECURITY: JURISDICTIONAL PROTECTIONS RESULTING FROM AFFILIATION

SEIU shall take all necessary steps, including legal, staff and financial assistance, to assist the Workers United Conference in protecting its jurisdiction, bargaining relationships, members and bargaining units against any and all challenge from other labor organizations, including any challenge arising from the affiliation with SEIU.

4

SEIU will assist in the defense of challenges to the representative status of any Workers United local union or Joint Board bargaining units after the affiliation of Workers United with SEIU.

SEIU will at its own expense ensure that Workers United is provided full jurisdictional protection under the CTW and CLC Constitutions or such other organizations to which SEIU may affiliate.

Workers United in return promises that it will comply with the provisions of the CTW and CLC Constitutions as required by SEIU or such other organizations to which SEIU may affiliate.

Notwithstanding any of the above provisions, it is understood that the Workers United Conference is solely responsible for the legal expenses in any dispute arising from events that occurred prior to the effective date of this Affiliation.

ARTICLE V. FINANCIAL RESPONSIBILITIES, — OFFICERS AND EMPLOYEES

A.    PER CAPITA TAX

~~The mutual commitments regarding financial matters are set forth on Exhibit A.~~ Workers United U.S. affiliates chartered by SEIU shall pay full per capita tax (currently $12.65) to SEIU pursuant to Article XIII of the SEIU Constitution and Bylaws.  Workers United affiliates in Canada shall pay the same per capita tax (currently $7.65) applicable to other SEIU Canadian local unions under the SEIU Constitution, and shall receive the rebates applicable to SEIU's Canadian affiliates. However, an additional $2 per capita tax shall be paid by the WU Canadian affiliates directly to the WU Conference.

B.    DEBT AND REPAYMENT

Under the initial Affiliation Agreement, as amended by the Modification to Affiliation Agreement, the Settlement Agreement dated January 21, 2011, and the SEIU audit of Workers United affiliates called for in the Settlement Agreement, the amount of Workers United debt owed to SEIU is $21,332,534.78.  Workers United shall repay the debt over time, as it obtains money resources through the receipt of dividends from the Amalgamated Bank and other sources of income, including per capita tax.  ~~It is understood, however, that Workers United shall first use the dividends and other money it receives to pay specific legal obligations, that is:~~

~~Outstanding retiree health and life insurance obligations and liabilities under the Canadian severance plan, incurred under the UNITE HERE Settlement, and~~

~~Outstanding debts incurred to date (up to a maximum amount of $3 million) owed to vendors, law firms, staff pension and benefits funds and for staff severance obligations incurred to date and not yet paid.~~

~~The Workers United Conference shall provide SEIU documentation of these debts and confirmation of their payments, with such details as requested by SEIU.~~

~~Thereafter these monetary resources shall be dedicated to repay the debt to SEIU until such debt is paid in full~~

~~SEIU shall assign three researchers on the SEIU payroll to assist Workers United in its organizing and collective bargaining.  It also is understood that Patricia Campos shall be on the SEIU payroll and assigned to assist Workers United on trade issues and military contracting, in addition to her other duties in the SEIU Political Department.~~  SEIU shall reimburse the following costs to the Workers United Conference (all other Workers United Conference expenses shall be paid by the Workers United Conference based on the receipt of the $2/member/month rebate and such other income that it may retain):

1)    Subsidy to offset a portion of Clayola Brown's salary and benefits in the amount of _____, adjusted in the future consistent with APRI salary increases that may apply; and

2)    Subsidy for salary, benefits and expenses for Mark Levinson in the amount of $_____, adjusted in the future consistent with SEIU salary schedule for comparable positions.

## E.    WORKERS UNITED OFFICERS AND STAFF

_____Upon the effective date of the affiliation of Workers United with SEIU, the Workers United Officers, and Staff designated by the Workers United Conference will continue their employment with the Workers United Conference. The Workers United Conference and its affiliates will continue to have the right to hire and fire all staff and set conditions, duties and places of employment in accordance with the Constitution of the Workers United Conference. In addition, the Workers United Conference and its affiliates shall be entitled to maintain all employee and membership benefits, at the discretion of the Conference, and to maintain, modify, terminate and otherwise manage all staff benefits and employee benefit or special purpose funds, and make all other decisions about all of the terms and conditions of employment of any Conference or affiliate staff, officers or volunteer organizers.

6

~~Workers United will recognize FOUR, OPEIU Local 153, AESQ in Quebec and COPE in Canada outside of Quebec as the collective bargaining representative for employees currently represented by those union and agree to the same terms currently in the contracts with those unions for the employees in their respective bargaining unit, except to the extent the parties agree to modify those agreements to reflect the creation of Workers United.~~

## ARTICLE VI. INDEPENDENCE: WORKERS UNITED RETAINS ALL ITS DECISION MAKING POWER

### A. WORKERS UNITED CONSTITUTION

This Agreement constitutes SEIU's acceptance of the Workers United Conference's Constitution and By-Laws as it may be adopted and amended by the Workers United Conference ~~for four years~~ so long as it is not inconsistent with the <u>SEIU Constitution and By-Laws, subject to the</u> terms of this Affiliation Agreement. This Agreement also constitutes Workers United's acceptance of SEIU's Constitution and By-Laws, as it currently exists, and as it may be lawfully amended, so long as not inconsistent with the terms of this Affiliation Agreement. The Workers United Conference shall promptly submit to SEIU copies of all amendments to the Workers United Conference's Constitution and By-Laws.

### B. WORKERS UNITED PROPERTY AND ASSETS

The Workers United Conference and all of its affiliates shall retain all assets, real and personal property and property rights of any amount, nature or description whatsoever of the Workers United, and including any accretions, appreciation or additions in the value thereof and shall remain the property and assets of Workers United and its affiliates in the event of a disaffiliation from SEIU or a dissolution of SEIU. This affiliation of Workers United Conference with and into SEIU shall not affect, interrupt or change in any way the rights of Workers United or any of its affiliates to their assets and shall not impair the status of such organizations in any actions or proceedings, ~~including proceedings to recover assets or any right, title or interest in any property including the ownership interest in 275 Seventh Avenue, NY, NY or arising from any instruments of any kind.~~

In addition, the parties recognize that Workers United is a successor to ACTWU, UNITE and UNITE HERE for purposes of Section 4(c)(i) of the Bank Holding Company Act of 1956, 12 U.S.C. § 1843(c)(i), and that Workers United and its affiliated Joint Boards and local unions shall be the sole owners of the shares of the Amalgamated Bank. Nothing in this Agreement or the Constitution and By-laws of the SEIU shall entitle the SEIU or any of its affiliates to any ownership or control of Amalgamated Bank, and such ownership and control shall be vested forever in Workers United and its affiliates. It is understood that Workers United will cause this Agreement to be reviewed by the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, and the New York State Banking Department (each a "Banking Agency" and collectively, the "Banking Agencies") and this Agreement shall be immediately terminated by Workers United if any Banking Agency objects to the provisions hereof or

7

concludes that this Agreement results in the violation of any statute or regulation enforced by them. The SEIU and Workers United shall promptly cause to be provided to each of the Banking Agencies a copy of this Agreement and any additional information requested by them. The SEIU and Workers United shall notify each of the Banking Agencies of any proposed change in the relationship of the parties hereto as contemplated herein in connection with the SEIU Convention in 2012, and such change shall not be effective unless and until the Banking Agencies have approved or indicated their non objection to the change.

~~Many of the affiliates of Workers United were previously affiliated with UNITE HERE and are participants in litigation known as Gillis v Wilhelm before the United States District Court for the Southern District of New York in which the Gillis Plaintiffs are seeking to protect the assets of the affiliates and obtain back from UNITE HERE the assets that were brought into the merger of UNITE and HERE by UNITE. The Wilhelm defendants have counterclaimed in this litigation to recover from the Gillis plaintiffs certain assets that are alleged to be the property of UNITE HERE. It is agreed that this Affiliation Agreement will not and is not intended to deprive the court in the Gillis v Wilhelm litigation of providing such relief to any party as the court may deem appropriate, subject to any rights of appeal.~~

### C.  DUES AND BUDGET

_____The Workers United Conference shall have authority to establish its own operating and investment budgets and to set its own dues structure and levels ~~and~~ consistent with the SEIU Constitution, provided that SEIU waives any minimum dues requirements in its Constitution.

_____Subject to the requirements of Article V, Section B, The Workers United Conference funds and revenues may be used to maintain Conference office space, retain Conference lawyers, consultants and other professionals, conduct Conference meetings, pay Conference Executive Board allowances and per diem, maintain health care coverage for Conference Executive Board members and individuals who are direct employees of the Conference and who are not SEIU employees, retirees and their surviving spouses and dependents of these various classes, continue existing subsidies to Workers United Conference Joint Boards or locals as needed, pay salaries of individuals who are direct employees of the Conference and who are not SEIU employees, maintain responsibility for all existing and contingent liabilities, debts, and other obligations and any other expenditures necessary to operate the Workers United Conference.

The Workers United Conference shall be entitled at its discretion to create, maintain, amend, modify or terminate any Special Purpose funds, including but not limited to, a Strike Fund, Defense Fund or Affiliate Assistance Fund and shall be entitled to use such funds at its discretion.

### D.  SEIU STATE COUNCILS

8

_____The Workers United Locals and Joint Boards and Councils will be responsible for any costs of affiliating with any SEIU State Councils operating in the geographic region in which they are headquartered~~which shall occur as soon as practical, but in no case later than four years from the date of this Agreement~~.

### E.   GOVERNANCE

_____Subject to the terms of this Affiliation Agreement, ~~T~~the Workers United Conference, as well as its affiliated Locals and Joint Boards and Councils, shall continue to be governed by the form and structures established in the Workers United Constitution, as it may be amended from time to time and SEIU agrees to waive provisions of its Constitution which would require the creation of different or more governing structures.

### F.   JOINT BOARDS AND LOCAL UNIONS

_____Workers United Affiliates ~~shall~~ may retain their current constitutions and by-laws. ~~SEIU waives the application of any provision of its Constitution which is inconsistent with the Workers United Affiliate constitutions.~~ All Workers United independent locals and~~/or~~ Joint Boards or Councils ~~shall be entitled to~~ have received (without fee) an SEIU charter and ~~shall become an~~are affiliates of the Workers United Conference and SEIU. ~~If at any time, it should be determined by the Workers United Conference that a Workers United Conference Local or other~~ Some of these Workers United affiliates may decide to work out ~~should be merged~~merger agreements with ~~an~~other SEIU ~~local~~Local Unions. Any such agreement of merger must be approved by the Workers United Conference and SEIU. Each Workers United affiliate, whether it is chartered as an SEIU Local Union or later merges into another SEIU Local Union, shall continue to be affiliated with the Workers United Conference.

Affiliations and disaffiliations with and from Workers United Joint Boards shall be determined solely by the Workers United Conference.

The Workers United Conference affiliates shall continue to have full rights to hire and set all of the terms of employment of their own staff, and nothing in this Agreement is intended to limit or restrict that right. Those staff members retained by the Workers United Conference affiliates, as well as any it may hire in the future, are employees of the Workers United Conference affiliates and under their direction and control.

### G.   PROPERTY SERVICES DIVISION

_____SEIU and Workers United recognize that a major benefit of this affiliation is uniting the strength of workers in property services and many other related industries. SEIU currently has a Property Services Division, while the Workers United Conference has many workers in the same and similar industries. ~~It is the goal of this affiliation to create, within~~

9

~~one (1) year, a joint SEIU/Workers United Division containing all Property Services members of SEIU, and all the Workers United Conference members. This will require the creation of additional industry sector organizations, and a joint division leadership board.~~Consistent with this, Workers United and Workers United Affiliates shall continue to participate in the Property Services Division Leadership Board ("DLB"), the DLB Executive Committee, and Division sector councils and other committees.

~~In the first year, a joint Division Committee consisting of the members of the SEIU International Executive Board and the Workers United Conference Executive Board and other mutually agreed upon persons will meet quarterly to review and discuss the opportunities to unite our strength, integrate our work, and make recommendations on how best to create a joint Division of both the Workers United Conference and the Property Services Division of SEIU within the SEIU constitutional framework.~~

## H.   WORKERS UNITED EMPLOYEE BENEFIT PLANS

All employee benefit plans sponsored by Workers United or any of its affiliates or in which employees or members of Workers United or its affiliates participate will continue to be sponsored by Workers United or those affiliates without interference by SEIU or its affiliates and the rights of Workers United or its affiliates with respect to those employee benefit funds will not be affected by this affiliation, this Affiliation Agreement or by the constitution of SEIU. The Workers United Conference shall continue to appoint trustees to the Death Benefit Fund and shall be the successor to UNITE or its predecessor unions, including the ILGWU for all purposes involving the Death Benefit Fund and any property owned by the ILGWU. The Workers United Conference shall also be entitled to appoint benefit fund trustees and to perform any other act it deems necessary or appropriate in connection with any Workers United sponsored employee benefit fund whether currently existing or established in the future including the National Retirement Fund, the Consolidated Retirement Fund, and the National Health Fund, and also including any single or multi-employer trust funds in which members or staff of Workers United participate.

SEIU waives the obligation of Workers United Conference and its affiliates to participate in the Affiliates Pension Plan pursuant to Article XX of the SEIU Constitution and By-laws.

~~SEIU and Workers United Conference shall create a working group to determine how the various employee benefit funds that are related to each Union can be most effectively administered.~~

## I.   COLLECTIVE BARGAINING DECISIONS

_____The Workers United Conference or a Workers United Conference Local or Joint Board or Council, as appropriate, shall retain sole authority to act as bargaining agent for the unit(s) it represents pursuant to applicable federal, state, provincial or local law. The Workers United Conference shall through its own processes decide what demands to make, how to pursue those demands and when and on what terms to settle. SEIU's only role shall be to provide service and support as requested. SEIU shall have no authority to require the Workers United Conference to engage in any work action such as a strike, but in the event Workers United chooses to engage in a strike, the Workers United Conference promises

to provide notice to SEIU, as required by the SEIU Constitution. Any agreements between the Workers United Conference and employers shall be in the name of the Workers United Conference, Local or Joint Board or Council, an affiliate of SEIU. Workers United agrees to send SEIU copies of all labor agreements so that SEIU may maintain an up-to- date file for the benefit of all its members. The terms of this paragraph are subject to the coordinated bargaining provisions of the SEIU Constitution and Bylaws.

## J. POLITICAL ACTIVITIES

~~Workers United retains all its right to endorse and support candidates, initiatives and legislative and political positions as, in its sole judgment, benefits its members for a period of four years. SEIU and Workers United shall endeavor to work together, to cooperate, and to act in unison in promoting candidates and political positions for mutual benefit, and will seek to unify the political process during the first year of this Agreement. During the first four years SEIU shall have no right to require Workers United to take any political position.~~ Workers United may create or maintain any political committee for providing support to local and state candidates but because of federal legal requirements, Workers United agrees not to maintain a Federal Political Action Committee (PAC).

### ~~K.~~ ~~MEMBERSHIP~~

~~The Workers United Conference shall determine eligibility for office within the Conference and its affiliates. The SEIU Constitution shall determine eligibility for SEIU positions, including delegates to the SEIU Conventions and eligibility to serve in International office and participate in the elections for International office.~~

### ~~L.~~ ~~ELIGIBILITY FOR UNION OFFICE~~

~~Workers United shall continue to determine eligibility for election to office in Workers United.~~

### ~~M~~K. INTERNAL WORKERS UNITED DISPUTES

Workers United shall retain its right to adjudicate internal Workers United disputes.

### ~~N~~L. WORKERS UNITED FINANCIAL REPORTING REQUIREMENTS

Workers United understands that SEIU has adopted policies on ethical practices and financial reporting, and agrees ~~within four years to adopt such policies unless mutually agreed to otherwise, provided that they are consistent with~~ that the SEIU Code of Ethical Practices and Conflict of Interest Policies shall apply to officers and managers of the Workers United Conference and Workers United affiliates, notwithstanding any provisions in the Workers United Constitution.

Workers United and its Joint Boards and Councils and Locals must provide their own audit or an annual financial statement in a timely fashion and provide for an SEIU audit from

11

time to time to assure the financial agreements encompassed in this Agreement are satisfied. Such audits will be preformed by SEIU's Audit Department at no expense to Workers United, or if Workers United prefers Workers United may select an independent auditor, acceptable to SEIU, who shall perform audit along SEIU's requirements. If Workers United makes this choice then Workers United shall bear all costs of this audit.

## ~~OM.~~ PN. SUPPORT FOR OTHER SEIU LOCALS AND OTHER UNIONS

Workers United is encouraged to support economic or strike sanctions of other locals and other unions, but at no time will Workers United or its members be required to strike or take any other action in support of such activities.

## ~~PN.~~ ORGANIZING JURISDICTION

Workers United Conference shall have exclusive and/or concurrent jurisdiction as set forth below.

**Exclusive:** Workers United Conference shall have exclusive jurisdiction to organize in logistics, laundries, industrial, clothing, textile, warehouse, distribution and such other sectors as may be mutually agreed upon, subject to jurisdictional determinations in accordance with this Agreement. Questions involving exclusive jurisdiction between SEIU and the Workers United Conference shall be determined by utilization of the dispute procedure in this Agreement.

**Concurrent:** Workers United Conference shall have concurrent jurisdiction with other SEIU locals to organize in hotels, airports, multi-service, gaming, retail, food service, call centers and such other sectors as may be mutually agreed upon, subject to the jurisdictional determination in accordance with the SEIU Constitution and Bylaws. Questions involving concurrent jurisdiction between SEIU and the Workers United Conference shall be determined by utilization of the provisions and procedures in the SEIU Constitution and Bylaws.

**SEIU Local 2:** Notwithstanding the provisions in this section, as between SEIU Local 2 and Workers United Conference and its affiliate Workers United Canada Council, all future organizing jurisdiction set forth herein shall be concurrent except that Workers United Conference and its affiliate Workers United Canada Council shall have exclusive jurisdiction to organize in laundries and manufacturing of clothing and textiles whereas SEIU Local 2 shall have exclusive jurisdiction to organize in janitorial, security, and manufacturing of alcoholic beverages.

In deciding questions of concurrent jurisdiction, the determination shall be guided by the principle of what best builds power and raises standards for the affected workers in the industry or industries involved.

12

Q. REPRESENTATION IN SEIU

Workers United shall be entitled to the following representation on the SEIU International Executive Board until officer elections at the next SEIU convention in 2012: one Executive Vice President, three Vice Presidents and two Board Members. These individuals shall be appointed by the Workers United Conference President within six (6) months of the effective date of the Affiliation Agreement. These Vice Presidents and Board Members are not covered by the SEIU IEB compensation policy due to alternative provisions in this Agreement.

### RO. TRUSTEESHIP AND MERGERS

Notwithstanding anything to the contrary in the SEIU Constitution now or as it may be modified in the future, no trusteeship for any reason whatsoever may be imposed, nor any reorganization or merger be implemented by SEIU, on any Workers United Conference affiliate without the consent of the Workers United Conference in accordance with its own Constitution.

Workers United Conference shall, pursuant to the provisions of the Workers United Constitution, appoint a trustee to take temporary control of the affairs of a Workers United affiliate at any time when such appointment is necessary for the purpose of correcting corruption or financial malpractice, assuring the performance of collective bargaining agreements or other duties of a bargaining representative, restoring democratic procedures, or otherwise carrying out legitimate objects. If SEIU becomes aware of such conditions, it will notify Workers United, which shall take action consistent with this paragraph.

It is further agreed that the charge and appeal process under the SEIU Constitution will apply to any charges against Workers United Conference officers, provided that the charge and appeal process will not be utilized by SEIU to gain control over any Workers United Conference affiliate and that any officers removed as a result of charges will be replaced in accordance with the Workers United Conference Constitution.

### ARTICLE VII. SETTLEMENT OF DISPUTES BETWEEN SEIU AND WORKERS UNITED

Notwithstanding any provision of the SEIU Constitution and Bylaws, the only means of settlement of disputes concerning the interpretation, application, and enforcement of the terms of this Agreement for the first 4 years shall be as follows:

### A. GOOD FAITH DISCUSSIONS

The parties shall meet and engage in good faith discussions in which each party shall attempt to share all information it has concerning the issue.

### B. MEDIATION/ARBITRATION

13

If a dispute arises between the parties pertaining to jurisdiction as set forth in this Agreement, the application or interpretation of a specific provision of this Agreement or a document incorporated by reference thereto, such dispute shall be reduced to writing and referred by certified mail to the President of the Workers United Conference and/or the International President of the SEIU who shall directly or through their designees meet in an effort to resolve such dispute.

If the dispute is not resolved within thirty days of receipt of the notice of the dispute, either the President of the SEIU or the President of the Workers United Conference may submit the dispute to arbitration by serving a written request to arbitrate to the permanent arbitrator who shall be designated by the parties. If the designated arbitrator is unable to serve, the parties shall agree on an alternative arbitrator.

The arbitrator fees and expenses shall be borne equally between the parties. The arbitrator shall have the right to subpoena witnesses and require the production of pertinent data at the request of either party.

Each party shall be responsible for compensating its own representatives and witnesses. The cost of a transcript shall be borne by the party requesting the reporter unless the parties agree to share such costs. An arbitral matter must involve the meaning and application or interpretation of a specific provision of this Agreement or a document incorporated by reference thereto. The provisions of this Agreement and any other data incorporated by reference in this Agreement shall be the sole source of any rights which either party may assert in arbitration. The arbitrator shall have no power to amend, add to, subtract from, or change the terms of this Agreement, and shall be authorized only to interpret the existing provisions of this Agreement and apply them to the specific facts of the dispute. The decision of the arbitrator shall be based wholly on the evidence and arguments presented to him by the parties in the presence of each other. The decision of the arbitrator shall be final and binding on all parties to the dispute.

**ARTICLE VIII.  LAW**

### A.  INTERPRETATION

All matters pertaining to the validity, application, interpretation and effect of this Agreement shall be interpreted in accordance with the principles of law arising under Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185.

### B.  COMPLIANCE WITH LAW

Both parties are committed to strict adherence to labor, anti discrimination, tax, campaign finance, and all other applicable state and federal laws.  Workers United and SEIU are thereby mutually committed to carry out all the activities discussed in this Agreement so as to comply with all applicable laws. If either party believes the other is carrying out these activities in a fashion prohibited by law, then that party shall proceed under the terms of Article VII of this Agreement, and if the arbitrator finds such violation it shall be deemed a violation of this Agreement.

### C.  NO THIRD PARTY RIGHTS

14

This Agreement is not intended to create or establish rights of any parties other than Workers United and SEIU, and any case relating to the enforcement or interpretation of this Agreement may be brought only by the parties signatory hereto or their agents.

### D. SEVERABILITY

In the event that any provision of this Agreement is held to be invalid in a final judgment by any court; by an arbitrator under Article VII of this Agreement; whether arising out of this Agreement or any other agreement which shall establish a precedent, such provision shall be severed from the Agreement and all other provisions of this Agreement shall remain in force. The parties shall meet and renegotiate any such provision within 90 days of the date of the applicable decision.

### ~~E. PUBLIC REVIEW BOARD~~

~~Workers United is applying to the PRB to accept jurisdiction over the Workers United Conference. SEIU and Workers United Conference agree that the Workers United Conference is subject to the continued jurisdiction of the Public Review Board in accordance with the Amended Final Notice of Dismissal as ordered in United States v. HEREIU, et. al., U.S.D.C., D.N.J., Civil Action No. 95-4596 (GEB), so long as the Public Review Board accepts such jurisdiction. However, nothing in this Agreement should be construed as SEIU's consent to extending the PRB's jurisdiction over SEIU apart from the Workers United Conference.~~

## ARTICLE IX. ENTIRETY OF AGREEMENT

This Agreement is the sole and complete Affiliation Agreement between the parties, and no other is made. This Agreement shall inure to the benefit of and be binding upon any successors of the parties. It shall remain in effect ~~for 4 years and thereafter,~~ until and unless modified by the Parties.

## ARTICLE X. EFFECTIVE DATE

This <u>Revised</u> Affiliation Agreement shall become effective upon the acceptance of this Agreement by the Workers United General Executive Board and the approval of this Agreement by the SEIU International Executive Board of the SEIU, which has the authority to do so under the SEIU Constitution and Bylaws.

~~At least 90 days before the fourth anniversary of the effective date of this Agreement~~<u>In the event Workers United Conference and affiliates cease to control the Amalgamated Bank for purposes of the New York Banking Law, the Bank Holding Company Act of 1956, as amended, and Regulation Y of the Board of Governs of the Federal Reserve System,</u> the parties will engage in negotiations for a successor agreement.

15

## ARTICLE XI.  ~~DISAFFILIATION~~

~~At any time no later than four (4) years after the effective date of this Agreement, the Workers United Conference shall have the right to review this Affiliation Agreement and to disaffiliate without cause from SEIU.  SEIU will be given 90 day notice of any meeting at which the Workers United General Executive Board and/or Convention will consider disaffiliation, and its representatives will have the right to address such meeting. If any Workers United affiliate adopts a resolution in favor of disaffiliation from SEIU, SEIU shall be promptly notified. In the event of a disaffiliation, the Workers United Conference and its affiliated Joint Boards and local unions shall be entitled to disaffiliate from SEIU with all of their assets.~~

## ~~ARTICLE XII.~~ MODIFICATION

This Agreement may be modified at any time by a written document executed by the Presidents of SEIU and the Workers United Conference and ratified by their respective Executive Boards.

~~Service Employees International Union~~ SERVICE EMPLOYEES
WORKERS UNITED ~~Workers United~~ CONFERENCE
INTERNATIONAL UNION

By_____ _____        _____By__
_____
   Mary Kay Henry                              Noel Beasley
   International President                      President
                    ~~Date~~                                    ~~Date~~

Date:_____     Date:_____ __
_____~~By~~_____
                                                        ~~Date~~

_____~~By~~_____
                                                        ~~Date~~

_____~~By~~_____
                                                        ~~Date~~

16

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date

_____  By_____
_____      Date



~~Exhibit A~~

~~A.   PAYMENTS TO SEIU: PER CAPITA TAX~~

~~Effective on the first day of the month following the approval of this Agreement by the parties, Workers United Conference will pay on behalf of its affiliated Joint Boards, Joint Councils and local unions monthly per capita tax to SEIU on each of its members as provided in the SEIU Constitution and Bylaws, Article XIII. This will include both General Fund and Unity Fund per capita totaling $12.65 per member per month and such additional amounts as shall be properly adopted pursuant to the SEIU Constitution and Bylaws. SEIU will waive for 4 years requirements for COPE fundraising, but the parties agree to set as a goal that each Joint Board or Council and each Local meet the SEIU COPE standard.~~

~~REBATES~~

~~For the first two (2) months of the affiliation, SEIU will rebate to Workers United Conference the full amount of per capita paid in order to assist in funding the initial expenses of establishing the Conference.~~
~~Beginning on the 3rd month after the affiliation, SEIU will rebate to the Workers United Conference, up to the end of the 4th year after the affiliation, the sum of five dollars ($5.00) per member each month, effective as of the first month for which per capita tax is paid to SEIU by Workers United Conference pursuant to this Agreement, and thereafter whatever sum is provided for under the SEIU Constitution and Bylaws, to be set aside for a Workers United Conference Unity Fund to be spent on Workers United major organizing campaigns in the discretion of Workers United.~~
~~To the extent permitted by law, SEIU will rebate to the Workers United Conference any additional COPE money raised over the SEIU COPE Standard of $6 per member per year or such other amount as may be determined by SEIU in the future.~~
~~For each of the first four years after this affiliation, SEIU will provide an additional organizing subsidy to the Workers United Conference of $20.00 per member per year.~~
~~C.   WORKERS UNITED CONFERENCE PRESIDENT~~
~~SEIU will reimburse the Conference for the salary and benefits costs and expenses of the Workers United Conference General President and such other officers as the parties shall designate at the same level as other SEIU Executive Vice-Presidents, except as otherwise set forth herein.~~

19

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 349 JVS (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

.

=========================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address: David P. Myers (SBN 206137)
The Myers Law Group, APC
9327 Fairway View Place, Ste. 100
Rancho Cucamogna, CA 91730
Ph (909) 919-2027
email:dmyers@myerslawgroup.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 50, an unincorporated association, and SAUNDRA ECKLUND, an individual,<br><br>PLAINTIFF(S)<br>v.<br>SERVICE INTERNATIONAL UNION, CTW/CTU, and WORKERS UNITED CONFERENCE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV13-00349 JVS (JPRx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __24__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, David P. Myers_____, whose address is 9327 Fairway View Place, Suite 100, Rancho Cucamonga, CA, 91730_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __2-27-13__

By: _____ **LORI WAGERS**
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS  ( Check box if you are representing yourself ☐ ) | DEFENDANTS   ( Check box if you are representing yourself ☐ ) |
|---|---|
| LOCAL 50, an unincorporated association, and SAUNDRA ECKLUND, an individual. | SERVICE EMPLOYEES INTERNATIONAL UNION and WORKERS UNITED CONFERENCE |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>David P. Myers (SBN 206137)<br>The Myers Law Group, APC<br>9327 Fairway View Place, Ste. 100, Rancho Cucamonga, CA 91730<br>(909) 919-2027 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Labor Management Relations Act, Section 301; Labor Management Reporting and Disclosure Act.  Plaintiffs allege breach both the LMRDA and the LMRA as it relates to Local 50's relationship with SEIU and Workers United.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☒ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:  Case Number:** **SACV13-00349 JVS (JPRx)**

**AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Local 50<br>SAUNDRA ECKLUND | County of Orange, California<br>County of Los Angeles, California |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION<br>WORKERS UNITED CONFERENCE | Washington, DC<br>New York, NY |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | Philadelphia<br>New York |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 2/23/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |